UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 06 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT MILLER,

        Plaintiff,

 v.

4INTERNET, LLC,

        Defendant - Appellee,

 v.

MATHEW HIGBEE; HIGBEE & ASSOCIATES, APC,

        Counter-defendants - Appellants,

 and

CHRISTOPHER SADOWSKI,

        Counter-defendant,

UNITED STATES OF AMERICA,

        Real-party-in-interest.

No. 23-15102

D.C. No. 2:18-cv-02097-JAD-VCF
U.S. District Court for Nevada, Las Vegas

**ORDER**

The Mediation Program of the Ninth Circuit Court of Appeals facilitates settlement while appeals are pending. <u>See</u> Fed. R. App. P. 33 and Ninth Circuit Rule 33-1.

By February 21, 2023, counsel for all parties intending to file briefs in this matter are requested to inform Roxane G. Ashe, Circuit Mediator, by email at roxane_ashe@ca9.uscourts.gov, of their clients' views on whether the issues on appeal or the underlying dispute might be amenable to settlement presently or in the foreseeable future. **Counsel are requested to include the Ninth Circuit case name and number in the subject line.** This communication will be kept confidential, if requested, from the other parties in the case. This communication should not be filed with the court.

For more detailed information about the Mediation Program and its procedures generally, please see the Mediation Program website: **www.ca9.uscourts.gov/mediation.**

**The existing briefing schedule remains in effect**.

FOR THE COURT:

Virna Sanchez
Deputy Clerk

vs/mediation