UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 02 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT MILLER,<br><br>   Plaintiff,<br><br> v.<br><br>4INTERNET, LLC,<br><br>   Defendant - Appellee,<br><br> v.<br><br>MATHEW HIGBEE; HIGBEE & ASSOCIATES, APC,<br><br>   Counter-defendants - Appellants,<br><br> and<br><br>CHRISTOPHER SADOWSKI,<br><br>   Counter-defendant,<br><br>UNITED STATES OF AMERICA,<br><br>   Real-party-in-interest. | No. 23-15102<br><br>D.C. No. 2:18-cv-02097-JAD-VCF<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

All further inquiries regarding this appeal, including request for extensions of time, should be directed to the Clerk's Office.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

Roxane G. Ashe
Circuit Mediator

vs/mediation