UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT MILLER,<br><br>    Plaintiff,<br><br> v.<br><br>4INTERNET, LLC,<br><br>    Defendant - Appellee,<br><br> v.<br><br>MATHEW HIGBEE; HIGBEE & ASSOCIATES, APC,<br><br>    Counter-defendants - Appellants,<br><br> and<br><br>CHRISTOPHER SADOWSKI,<br><br>    Counter-defendant,<br><br>UNITED STATES OF AMERICA,<br><br>    Real-party-in-interest. | No. 23-15102<br><br>D.C. No. 2:18-cv-02097-JAD-VCF<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

    The appellants' unopposed motion (Docket Entry No. 8) for an extension of time to file the opening brief is granted. The appellants' opening brief is due April

21, 2023; the appellee's answering brief is due May 22, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7