No. 22-15102

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MATHEW K. HIGBEE &
THE LAW FIRM OF HIGBEE & ASSOCIATES, APC,
*Counterclaim Defendants - Appellants,*

v.

4INTERNET, LLC,
*Counterclaim Plaintiff - Appellee.*

On Appeal from the United States District Court
for the District of Nevada
Hon. Jennifer A. Dorsey
No. 2:18-cv-02097

## APPELLANTS' EXCERPTS OF RECORD – VOLUME INDEX

Mathew K. Higbee
Ryan E. Carreon
Naomi M. Sarega
**HIGBEE & ASSOCIATES**
1504 Brookhollow Drive, Suite 112
Santa Ana, California 92705
Tel: 714-617-8336
mhigbee@higbee.law
rcarreon@higbee.law
nsarega@higbee.law

*Attorneys for Counterclaim Defendants - Appellants Mathew K. Higbee*
*& The Law Firm of Higbee & Associates, APC*

# VOLUME INDEX

| Date | Document | Page Range |
|---|---|---|
| **VOLUME I** | | |
| 1/18/23 | Notice of Appeal; Representation Statement | 1-5 |
| 12/20/22 | Order Denying Counterdefendant's Motion for Sanctions | 7-25 |
| **VOLUME II** | | |
| 10/31/18 | Complaint and Exhibits | 26-55 |
| 3/5/19 | Answer and Counterclaim | 56-71 |
| 3/5/19 | Notice of Filing of Exhibit "A" to Counterclaim | 72-93 |
| 5/7/19 | Motion to Dismiss Counterclaim | 94-112 |
| 5/7/19 | Declaration of Eugene Sadowski and Exhibits | 113-119 |
| 5/7/19 | Declaration of Mathew K. Higbee and Exhibit | 120-125 |
| 6/7/19 | Response to Motion to Dismiss and Exhibits | 126-145 |
| 6/21/19 | Reply to Motion to Dismiss and Exhibits | 146-160 |
| 6/21/19 | Request for Judicial Notice | 161-162 |
| 1/8/20 | Order Granting in Part Motion to Dismiss Counterclaims | 163-178 |
| 1/19/20 | Amended Counterclaim and Exhibits | 179-225 |
| 2/9/20 | Motion to Dismiss Amended Counterclaims | 226-242 |
| 2/9/20 | Declaration of Jason Dora in Support of Motion to Dismiss | 243-251 |
| 2/21/20 | Response to Motion to Dismiss | 252-271 |
| 2/28/20 | Reply to Motion to Dismiss | 272-280 |
| 7/10/20 | Order Granting Motion to Dismiss Counterclaims | 281-296 |
| 7/5/22 | Judgment | 297 |
| Undated | Civil Docket for Case 2:18-cv-02097-JAD-VCF | 298-314 |