No. 23-15102

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

MATHEW K. HIGBEE &
THE LAW FIRM OF HIGBEE & ASSOCIATES, APC

Counterclaim Defendants and Appellant,

v.

4INTERNET, LLC

Counterclaim Plaintiff and Appellee.

---

Appeal from the United States District Court
for the District of Nevada
Hon. Jennifer A. Dorsey
No. 2:18-cv-02097

---

### APPELLEE 4INTERNET, LLC'S
### SUPPLEMENTAL EXCERPTS OF RECORD
### VOLUME 1 OF 1

---

Ryan L. Isenberg
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, GA 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@ihlaw.us
*Attorney for Defendant Appellee 4Internet, LLC*

| Docket No. | | Date Filed | Page(s) |
|---|---|---|---|
| 2 | Certificate of Interested Parties | 10/31/18 | 0001-0002 |
| 35-1 | Declaration of Michael Levy | 06/07/19 | 0003-0031 |
| 42 | Joint Motion to Stay Discovery | 02/21/20 | 0032-0034 |
| 44 | Order Staying Discovery | 02/26/20 | 0035-0036 |
| 94-8 | Miller Depo. Ex. 11 (Response to Interrogatories) | 11/01/21 | 0037-0045 |
| 94-19 | Amended Expert Report | 11/01/21 | 0046-0066 |
| 94-20 | Levy Declaration | 11/01/21 | 0067-0072 |
| 94-22 | Sadowski Deposition Excerpts | 11/01/21 | 0073-0081 |
| 106-4 | Deposition Excerpts in Support of Reply to Response to Motion for Sanctions | 11/23/21 | 0082-0092 |
| 121-1 | Excerpts of R. Miller in Support of Motion for Attorney's Fees | 07/11/22 | 0093-0104 |
| 132 | Response to Motion for Sanctions with Exhibits | 8/11/22 | 0105-0198 |
| 146 | Appeal Bond | 1/32/23 | 0199-0220 |
| 152 | Miller Motion for Reconsideration | 06/01/23 | 0221-0224 |
| 153-1 | Grecco Malpractice Complaint | 06/06/23 | 0225-0266 |
| 153-2 | Offer to Settle | 06/06/23 | 0267-0268 |
| | District Court Docket | | 0269-0285 |

Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
3481 E Sunset Rd., Suite 100
Las Vegas, NV 89120
(714) 617-8350
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com


Attorney for Plaintiff,
ROBERT MILLER


## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| ROBERT MILLER,<br><br>                              Plaintiff,<br><br>v.<br><br>4INTERNET, LLC; and DOES 1<br>through 10 inclusive,<br><br>                              Defendants. | Case No. _____<br><br>**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

The undersigned, attorney of record for Robert Miller certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1.     Robert Miller, *Plaintiff*;

2.     Christopher Sadowski, *Plaintiff's agent.*

Plaintiff reserves the right to amend, correct and update this Certificate throughout the pendency of this action.

1

SER 0001

Dated: October 31, 2018

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Nevada Bar No. 11158
HIGBEE & ASSOCIATES
3481 E Sunset Rd., Suite 100
Las Vegas, NV 89120
(714) 617-8350
(714) 597-6729 facsimile
*Counsel for Plaintiff*

SER 0002

Troy L. Isaacson, Esq., NV Bar No. 6690
MADDOX ISAACSON & CISNEROS, LLP
11920 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada 89141
Telephone: (702) 366-1900
Facsimile: (702) 366-1999

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@isenberg-hewitt.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MILLER, | CIVIL ACTION FILE |
| PLAINTIFF, | NO. 2:18-cv-02097-JAD-VCF |
| V. | |
| 4INTERNET, LLC AND JOHN DOES 1-10 | |
| DEFENDANTS. | |
| AND | |
| 4INTERNET, LLC | |
| COUNTERCLAIMANT | |
| V. | |
| ROBERT MILLER, AND MATHEW HIGBEE, AND THE LAW FIRM OF HIGBEE & ASSOCIATES, APC AND CHRISTOPHER SADOWSKI | |
| COUNTERCLAIM DEFENDANTS | |

**DECLRATION OF MICHAEL LEVY**

1

SER 0003

1. My name is Michael Levy.  I am over the age of 18, and competent, and have personal knowledge of the matters set forth below.

2. I am the Managing Member of 4Internet, LLC.  I am also the only person that works on and is familiar with the 4Internet web site, server, log files and server data.

3. I have populated a spreadsheet with data from the 4Internet server showing visits from Copypants from April 30 through October 4, 2018. A true and correct[1] copy of the spreadsheet is attached hereto as Exhibit "A."

4. Column H of Exhibit A contains the user agent, which tells me both that the visit is from a "bot" and for most of the visits they include a copypants.com e-mail address.

5. The results within the sheet that do not reference Copypants are visits from systems that share the Copypants internet protocol (IP) addresses.

6. The visits from Copypants continued through October 4, 2018 when this data was downloaded.  Visits are likely to have continued, but any change in the IP address and user agent would make it much more difficult to find.  In other words, if the program were deployed from another location using a different computer setup, without the Copypants data, it would be very difficult to detect.

7. I also downloaded visits recorded from Higbee & Associates, a true and correct copy[2] of which I have attached as Exhibit "B."  Column J of this spreadsheet records the

---

[1] Certain of the columns that have either data or data immaterial to this motion have been hidden for printing purposes.

[2] Certain of the columns that have either data or data immaterial to this motion have been hidden for printing purposes.  The referrer strings for rows 114, 118, and 119 were exceptionally long and have been removed for printing purposes.

2

SER 0004

originating referrer string which is the website the visitor was on just before it visited the page when the session was created. This is the page that would be retrieved if you entered the content from Columns C and E into a web browser. The copyright.higbeeassociates.com domain in the referrer tells me that the visitor is an employee of Higbee & Associates and from their I can see the internet protocol addresses used to further identify other visits from Higbee & Associates employees.[3]

8. On March 25, 2019, I took screenshots from the copypants.com website, including two that detailed the close relationship between Copypants and Higbee & Associates. I have attached true and correct copies of those pages as Exhibit "C." Since that time, the Copypants site appears to have been taken down.

9. Attached as Exhibit "D" are a screenshot of a Higbee & Associates website and a picture of a Higbee & Associates booth in which Higbee & Associates holds itself out as using "several leading search companies" as part of its service, and claims that a "team of technology and legal experts" will find unauthorized use of client images. To further authenticate the booth image, there is a video of Mr. Higbee in front of the booth that can be viewed at https://www.youtube.com/watch?v=onGTLWe8k9U.

10. Mathew Higbee has founded Image Defenders, a service that claims to provide essentially the same service as Copypants did. Screenshots of the About Us (located at http://imagedefenders.com/about/) and another Image Defenders page that describes that

---

[3] It is certainly possible that the IP addresses are shared, but given the traffic and user data obtained, it appears that these addresses are related to Copypants.

SER 0005

it takes several weeks or a few months for the search engine to a deep dive to find infringing images (located at http://imagedefenders.com/faq/) are attached as Exhibit "E."

11. Image Defenders also represents that after it uses "the technology of multiple search companies" the results are then reviewed by humans. I have attached a screenshot of this page as Exhibit "F" (located at http://imagedefenders.com/faq/).

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**SPACE LEFT INTENTIONALLY BLANK**

**[SIGNATURE ON NEXT PAGE]**

4

Executed on this the 6th day of June, 2019 under penalty of perjury.

Michael A. Levy

Michael A. Levy

5

SER 0007

Case: 23-15102, 06/… 2739060, DktEntry: 18, Page 10 of 287

**Exhibit A**

| | TimeStampVar | DomainName | Page | URL | IPaddress | UserAgent | HTTPreferrer |
|---|---|---|---|---|---|---|---|
| 1 | TimeStampVar | DomainName | Page | URL | IPaddress | UserAgent | HTTPreferrer |
| 2 | 4/30/2018 14:26:43 | 4conservative.com | source | /source/nypost.com/?lt= | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/source/nypost.com/?lt=20&#38;pg=2&#38;ncat= |
| 3 | 4/30/2018 14:34:44 | 4conservative.com | source | /source/nypost.com/?lt= | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/source/nypost.com/?lt=20&#38;pg=2&#38;ncat= |
| 4 | 5/1/2018 21:10:48 | 4search.com | NA | / | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/ |
| 5 | 5/1/2018 21:10:52 | 4search.com | privacy | /privacy | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/privacy/ |
| 6 | 5/1/2018 21:10:54 | 4search.com | terms-of-use | /terms-of-use/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/terms-of-use/ |
| 7 | 5/1/2018 21:10:55 | 4search.com | about | /about/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/about/ |
| 8 | 5/1/2018 21:10:57 | 4search.com | contact | /contact/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/contact/ |
| 9 | 5/1/2018 21:10:58 | 4search.com | contact | /contact/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/contact/ |
| 10 | 5/1/2018 21:11:00 | 4search.com | privacy | /privacy | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/privacy |
| 11 | 5/1/2018 21:11:01 | 4search.com | copyright-notice | /copyright-notice/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/copyright-notice/ |
| 12 | 5/1/2018 21:11:04 | 4search.com | privacy | /privacy/privacy-contact- | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/privacy/privacy-contact-form.php |
| 13 | 5/1/2018 21:11:05 | 4search.com | terms-of-use | /terms-of-use/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/terms-of-use/ |
| 14 | 5/1/2018 21:11:07 | 4search.com | privacy-contact-form | /privacy-contact-form/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/privacy-contact-form/ |
| 15 | 5/1/2018 21:11:09 | 4search.com | privacy | /privacy/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/privacy/ |
| 16 | 5/1/2018 21:11:10 | 4search.com | partner | /partner/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/partner/ |
| 17 | 5/1/2018 21:11:11 | 4search.com | add-website | /add-website/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/add-website/ |
| 18 | 5/1/2018 21:11:13 | 4search.com | advertise | /advertise/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/advertise/ |
| 19 | 5/1/2018 21:11:53 | 4fem.com | NA | / | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/ |
| 20 | 5/1/2018 21:11:56 | 4fem.com | privacy | /privacy/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/privacy/ |
| 21 | 5/1/2018 21:11:58 | 4fem.com | terms-of-use | /terms-of-use/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/terms-of-use/ |
| 22 | 5/1/2018 21:11:59 | 4fem.com | about | /about/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/about/ |
| 23 | 5/1/2018 21:12:01 | 4fem.com | contact | /contact/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/contact/ |
| 24 | 5/1/2018 21:02:02 | 4fem.com | copyright-notice | /copyright-notice/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/copyright-notice/ |
| 25 | 5/1/2018 21:12:03 | 4fem.com | contact | /contact/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/contact/ |
| 26 | 5/1/2018 21:12:04 | 4fem.com | privacy | /privacy | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/privacy/ |
| 27 | 5/1/2018 21:12:06 | 4fem.com | terms-of-use | /terms-of-use/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/terms-of-use/ |
| 28 | 5/1/2018 21:12:07 | 4fem.com | privacy | /privacy/privacy-contact- | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/privacy/privacy-contact-form.php |
| 29 | 5/1/2018 21:12:09 | 4fem.com | privacy-contact-form | /privacy-contact-form/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/privacy-contact-form/ |
| 30 | 5/1/2018 21:12:10 | 4fem.com | privacy | /privacy/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/privacy/ |
| 31 | 5/1/2018 21:12:11 | 4fem.com | partner | /partner/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/partner/ |
| 32 | 5/1/2018 21:12:12 | 4fem.com | add-website | /add-website/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/add-website/ |
| 33 | 5/1/2018 21:12:13 | 4fem.com | advertise | /advertise/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/advertise/ |
| 34 | 5/1/2018 21:11:54 | 4fem.com | source | /source/nytimes.com/ | 40.14.0.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4fem.com/source/nytimes.com/ |
| 35 | 5/11/2018 7:50:02 | 4conservative.com | item | /item/3765130/trump-te | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/item/3765130/trump-tells-senator-there-will-be-no-marijuana-crackdown, |
| 36 | 5/11/2018 16:57:18 | 4conservative.com | item | /item/4474597/man-zapp | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/item/4474597/man-zapped-with-stun-gun-in-customer-feud-at-times, |
| 37 | 5/14/2018 13:04:48 | 4conservative.com | item | /item/3740754/dershow | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/item/3740754/dershowitz-bannon-offer-trump-advice-on-crippling-mueller, |
| 38 | 5/16/2018 22:53:53 | 4conservative.com | NA | / | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/ |
| 39 | 5/16/2018 22:53:56 | 4conservative.com | privacy | /privacy/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/privacy/ |
| 40 | 5/16/2018 22:53:58 | 4conservative.com | terms-of-use | /terms-of-use/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/terms-of-use/ |
| 41 | 5/16/2018 22:54:01 | 4conservative.com | about | /about/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/about/ |
| 42 | 5/16/2018 22:54:05 | 4conservative.com | source | /source/thetruthaboutgu | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/source/thetruthaboutguns.com/ |
| 43 | 5/16/2018 22:54:17 | 4conservative.com | contact | /contact/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/contact/ |
| 44 | 5/16/2018 22:54:18 | 4conservative.com | copyright-notice | /copyright-notice/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/copyright-notice/ |
| 45 | 5/16/2018 22:54:20 | 4conservative.com | privacy | /privacy | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/privacy |
| 46 | 5/16/2018 22:54:22 | 4conservative.com | terms-of-use | /terms-of-use/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/terms-of-use/ |
| 47 | 5/16/2018 22:54:23 | 4conservative.com | privacy | /privacy/privacy-contact- | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/privacy/privacy-contact-form.php |
| 48 | 5/16/2018 22:54:24 | 4conservative.com | privacy-contact-form | /privacy-contact-form/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/privacy-contact-form/ |
| 49 | 5/16/2018 22:54:26 | 4conservative.com | privacy | /privacy/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/privacy/ |
| 50 | 6/9/2018 5:37:50 | 4conservative.com | item | /item/3963848/homeless | 13.68.77.94 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/item/3963848/homeless-man-stole-ticket-from-don-larsen8217s-1956-perfect-game, |
| 51 | 6/11/2018 15:26:55 | 4entertainment.com | item | /item/5285702/american | 52.184.165.232 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4entertainment.com/item/5285702/american-gridlock--zero-hedge/ |
| 52 | 6/11/2018 17:24:36 | 4christian.com | NA | / | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/ |
| 53 | 6/11/2018 17:24:37 | 4christian.com | NA | / | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/ |
| 54 | 6/11/2018 17:24:41 | 4christian.com | terms-of-use | /terms-of-use/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/terms-of-use/ |
| 55 | 6/11/2018 17:24:43 | 4christian.com | privacy | /privacy/ | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/privacy/ |
| 56 | 6/11/2018 17:24:43 | 4christian.com | privacy | /privacy | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/privacy/ |
| 57 | 6/11/2018 17:24:44 | 4christian.com | terms-of-use | /terms-of-use/ | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/terms-of-use/ |
| 58 | 6/11/2018 17:24:44 | 4christian.com | contact | /contact/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/contact/ |
| 59 | 6/11/2018 17:24:46 | 4christian.com | about | /about/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/about/ |
| 60 | 6/11/2018 17:24:48 | 4christian.com | contact | /contact/ | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/contact/ |
| 61 | 6/11/2018 17:24:48 | 4christian.com | source | /source/pregnancyhelpne | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/source/pregnancyhelpnews.com/ |
| 62 | 6/11/2018 17:24:48 | 4christian.com | about | /about/ | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/about/ |
| 63 | 6/11/2018 17:24:51 | 4christian.com | source | /source/pregnancyhelpne | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/source/pregnancyhelpnews.com/ |
| 64 | 6/11/2018 17:24:51 | 4christian.com | item | /item/5720389/majority- | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/item/5720389/majority-of-americas-oppose-roe-v.-wade-decision-legalizing-virtually, |
| 65 | 6/11/2018 17:24:52 | 4christian.com | item | /item/5720389/majority- | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/item/5720389/majority-of-americas-oppose-roe-v.-wade-decision-legalizing-virtually, |
| 66 | 6/11/2018 17:25:10 | 4christian.com | privacy | /privacy/privacy-contact- | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/privacy/privacy-contact-form.php |
| 67 | 6/11/2018 17:25:12 | 4christian.com | contact | /contact/ | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/contact/ |
| 68 | 6/11/2018 17:25:14 | 4christian.com | privacy-contact-form | /privacy-contact-form/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/privacy/privacy-contact-form/ |
| 69 | 6/11/2018 17:25:15 | 4christian.com | privacy | /privacy | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/privacy |
| 70 | 6/11/2018 17:25:17 | 4christian.com | contact | /contact/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/contact/ |
| 71 | 6/11/2018 17:25:18 | 4christian.com | copyright-notice | /copyright-notice/ | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/copyright-notice/ |

Case: 23-15102, 06/20/2023, ID: 12739060, DktEntry: 18, Page 11 of 287

| | B | C | D | E | F | H | I | O | P | Q | R | S | T | U | V | W | X | Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 6/11/2018 17:25:19 | 4christian.com | privacy | /privacy/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/privacy/ | | | | | | | | | | | |
| 73 | 6/11/2018 17:25:20 | 4christian.com | copyright-notice | /copyright-notice/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/copyright-notice/ | | | | | | | | | | | |
| 74 | 6/11/2018 17:25:23 | 4christian.com | privacy | /privacy/privacy-contact- | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/privacy/privacy-contact-form.php | | | | | | | | | | | |
| 75 | 6/11/2018 17:25:24 | 4christian.com | terms-of-use | /terms-of-use/ | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/terms-of-use/ | | | | | | | | | | | |
| 76 | 6/19/2018 23:39:51 | 4africanamerican.com | item | /item/5411543/rachel-do | 13.68.77.94 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4africanamerican.com/item/5411543/rachel-dolezal-facing-charges-of-welfare-fraud--black-america-web, | | | | | | | | | | | |
| 77 | 6/21/2018 23:13:21 | 4nascar.com | item | /item/5142816/2-charges | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4nascar.com/item/5142816/2-charged-in-death-of-sf-worker-crushed-by-forklift, | | | | | | | | | | | |
| 78 | 6/21/2018 23:13:22 | 4nascar.com | NA | | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/ | | | | | | | | | | | |
| 79 | 6/21/2018 23:13:23 | 4nascar.com | NA | / | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/ | | | | | | | | | | | |
| 80 | 6/21/2018 23:13:26 | 4nascar.com | privacy | /privacy/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/privacy/ | | | | | | | | | | | |
| 81 | 6/21/2018 23:13:27 | 4nascar.com | privacy | /privacy/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/privacy/ | | | | | | | | | | | |
| 82 | 6/21/2018 23:13:28 | 4nascar.com | terms-of-use | /terms-of-use/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/terms-of-use/ | | | | | | | | | | | |
| 83 | 6/21/2018 23:13:29 | 4nascar.com | terms-of-use | /terms-of-use/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/terms-of-use/ | | | | | | | | | | | |
| 84 | 6/21/2018 23:13:30 | 4nascar.com | about | /about/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/about/ | | | | | | | | | | | |
| 85 | 6/21/2018 23:13:30 | 4nascar.com | about | /about/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/about/ | | | | | | | | | | | |
| 86 | 6/21/2018 23:13:33 | 4nascar.com | contact | /contact/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/contact/ | | | | | | | | | | | |
| 87 | 6/21/2018 23:13:34 | 4nascar.com | contact | /contact/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/contact/ | | | | | | | | | | | |
| 88 | 6/21/2018 23:13:37 | 4nascar.com | item | /item/6008397/nascar-di | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/item/6008397/nascar-disciplines-dad-for-helping-pull-son-out-of-burning, | | | | | | | | | | | |
| 89 | 6/21/2018 23:13:40 | 4nascar.com | item | /item/6008397/nascar-di | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/item/6008397/nascar-disciplines-dad-for-helping-pull-son-out-of-burning, | | | | | | | | | | | |
| 90 | 6/21/2018 23:13:40 | 4nascar.com | contact | /contact/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/contact/ | | | | | | | | | | | |
| 91 | 6/21/2018 23:13:42 | 4nascar.com | copyright-notice | /copyright-notice/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/copyright-notice/ | | | | | | | | | | | |
| 92 | 6/21/2018 23:13:44 | 4nascar.com | contact | /contact/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/contact/ | | | | | | | | | | | |
| 93 | 6/21/2018 23:13:44 | 4nascar.com | privacy | /privacy | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/privacy | | | | | | | | | | | |
| 94 | 6/21/2018 23:13:45 | 4nascar.com | copyright-notice | /copyright-notice/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/copyright-notice/ | | | | | | | | | | | |
| 95 | 6/21/2018 23:13:46 | 4nascar.com | terms-of-use | /terms-of-use/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/terms-of-use/ | | | | | | | | | | | |
| 96 | 6/21/2018 23:13:49 | 4nascar.com | privacy | /privacy | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/privacy | | | | | | | | | | | |
| 97 | 6/21/2018 23:13:51 | 4nascar.com | terms-of-use | /terms-of-use/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/terms-of-use/ | | | | | | | | | | | |
| 98 | 6/21/2018 23:13:52 | 4nascar.com | privacy | /privacy/privacy-contact- | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/privacy/privacy-contact-form.php | | | | | | | | | | | |
| 99 | 6/21/2018 23:13:53 | 4nascar.com | privacy-contact-form | /privacy-contact-form/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/privacy-contact-form/ | | | | | | | | | | | |
| 100 | 6/21/2018 23:13:54 | 4nascar.com | privacy | /privacy/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/privacy/ | | | | | | | | | | | |
| 101 | 6/21/2018 23:13:54 | 4nascar.com | privacy | /privacy/privacy-contact- | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/privacy/privacy-contact-form.php | | | | | | | | | | | |
| 102 | 6/21/2018 23:13:54 | 4nascar.com | partner | /partner/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/partner/ | | | | | | | | | | | |
| 103 | 6/21/2018 23:13:57 | 4nascar.com | advertise | /advertise/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/advertise/ | | | | | | | | | | | |
| 104 | 6/21/2018 23:13:58 | 4nascar.com | privacy-contact-form | /privacy-contact-form/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/privacy-contact-form/ | | | | | | | | | | | |
| 105 | 6/21/2018 23:14:00 | 4nascar.com | privacy | /privacy/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/privacy/ | | | | | | | | | | | |
| 106 | 6/21/2018 23:14:02 | 4nascar.com | partner | /partner/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/partner/ | | | | | | | | | | | |
| 107 | 6/21/2018 23:14:03 | 4nascar.com | advertise | /advertise/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4nascar.com/advertise/ | | | | | | | | | | | |
| 108 | 6/23/2018 7:10:13 | 4africanamerican.com | advertise | /item/5411543/rachel-do | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4africanamerican.com/item/5411543/rachel-dolezal-facing-charges-of-welfare-fraud--black-america-web, | | | | | | | | | | | |
| 109 | 6/23/2018 20:16:06 | 4entertainment.com | item | /item/2252309/dominic- | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4entertainment.com/item/2252309/dominic-smith-arrives-at-work-early--and-gets-a-hit, | | | | | | | | | | | |
| 110 | 6/23/2018 20:16:07 | 4entertainment.com | NA | | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/ | | | | | | | | | | | |
| 111 | 6/23/2018 20:16:11 | 4entertainment.com | privacy | /privacy/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/privacy/ | | | | | | | | | | | |
| 112 | 6/23/2018 20:16:13 | 4entertainment.com | terms-of-use | /terms-of-use/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/terms-of-use/ | | | | | | | | | | | |
| 113 | 6/23/2018 20:16:15 | 4entertainment.com | contact | /contact/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/contact/ | | | | | | | | | | | |
| 114 | 6/23/2018 20:16:17 | 4entertainment.com | about | /about/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/about/ | | | | | | | | | | | |
| 115 | 6/23/2018 20:16:19 | 4entertainment.com | contact | /contact/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/contact/ | | | | | | | | | | | |
| 116 | 6/23/2018 20:16:21 | 4entertainment.com | privacy | /privacy | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/privacy | | | | | | | | | | | |
| 117 | 6/23/2018 20:16:24 | 4entertainment.com | copyright-notice | /copyright-notice/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/copyright-notice/ | | | | | | | | | | | |
| 118 | 6/23/2018 20:16:27 | 4entertainment.com | privacy | /privacy/privacy-contact- | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/privacy/privacy-contact-form.php | | | | | | | | | | | |
| 119 | 6/23/2018 20:16:28 | 4entertainment.com | terms-of-use | /terms-of-use/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/terms-of-use/ | | | | | | | | | | | |
| 120 | 6/23/2018 20:16:30 | 4entertainment.com | privacy-contact-form | /privacy-contact-form/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/privacy-contact-form/ | | | | | | | | | | | |
| 121 | 6/23/2018 20:16:32 | 4entertainment.com | privacy | /privacy/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/privacy/ | | | | | | | | | | | |
| 122 | 6/23/2018 20:16:34 | 4entertainment.com | partner | /partner/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/partner/ | | | | | | | | | | | |
| 123 | 6/23/2018 20:16:36 | 4entertainment.com | add-website | /add-website/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/add-website/ | | | | | | | | | | | |
| 124 | 6/23/2018 20:16:38 | 4entertainment.com | advertise | /advertise/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4entertainment.com/advertise/ | | | | | | | | | | | |
| 125 | 6/24/2018 8:00:04 | 4conservative.com | item | /item/3054468/upstate-v | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/item/3054468/upstate-voters-skeptical-of-cynthia-nixon8217s-8216city8217-ties--new, | | | | | | | | | | | |
| 126 | 6/24/2018 14:12:16 | 4conservative.com | item | /item/4066629/donovan- | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/item/4066629/donovan-to-propose-bill-that-targets-sanctuary-city-funding, | | | | | | | | | | | |
| 127 | 6/26/2018 18:42:55 | 4entertainment.com | item | /item/2140776/ja-rule-jo | 40.84.50.112 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4entertainment.com/item/2140776/ja-rule-joins-nycha-residents-at-rally-for-better-living, | | | | | | | | | | | |
| 128 | 6/27/2018 13:35:16 | 4catholic.com | NA | | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/ | | | | | | | | | | | |
| 129 | 6/27/2018 13:35:20 | 4catholic.com | terms-of-use | /terms-of-use/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/terms-of-use/ | | | | | | | | | | | |
| 130 | 6/27/2018 13:35:22 | 4catholic.com | privacy | /privacy/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/privacy/ | | | | | | | | | | | |
| 131 | 6/27/2018 13:35:24 | 4catholic.com | contact | /contact/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/contact/ | | | | | | | | | | | |
| 132 | 6/27/2018 13:35:26 | 4catholic.com | about | /about/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/about/ | | | | | | | | | | | |
| 133 | 6/27/2018 13:35:29 | 4catholic.com | source | /source/pregnancyhelpne | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/source/pregnancyhelpnews.com/ | | | | | | | | | | | |
| 134 | 6/27/2018 13:35:33 | 4catholic.com | source | /source/pregnancyhelpne | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/source/pregnancyhelpnews.com/?ncat=&off=12&lt=12&nq= | | | | | | | | | | | |
| 135 | 6/27/2018 13:35:39 | 4catholic.com | privacy | /privacy/privacy-contact- | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/privacy/privacy-contact-form.php | | | | | | | | | | | |
| 136 | 6/27/2018 13:35:42 | 4catholic.com | privacy-contact-form | /privacy-contact-form/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/privacy-contact-form/ | | | | | | | | | | | |
| 137 | 6/27/2018 13:35:43 | 4catholic.com | privacy | /privacy/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/privacy/ | | | | | | | | | | | |
| 138 | 6/27/2018 13:35:45 | 4catholic.com | contact | /contact/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/contact/ | | | | | | | | | | | |
| 139 | 6/27/2018 13:35:47 | 4catholic.com | privacy | /privacy | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/privacy | | | | | | | | | | | |
| 140 | 6/27/2018 13:35:49 | 4catholic.com | copyright-notice | /copyright-notice/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/copyright-notice/ | | | | | | | | | | | |
| 141 | 6/27/2018 13:35:51 | 4catholic.com | terms-of-use | /terms-of-use/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4catholic.com/terms-of-use/ | | | | | | | | | | | |
| 142 | 6/27/2018 4:21:26 | 4entertainment.com | item | /item/4380613/vital-broo | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4entertainment.com/item/4380613/vital-brooklyn-funding-initiative-outlined-by-cuomo-in-bed-stuy--am, | | | | | | | | | | | |

| | B | C | D | E | F | H | I |
|---|---|---|---|---|---|---|---|
| 143 | 6/27/2018 9:11:32 | 4entertainment.com | item | /item/4577327/duane-re | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4entertainment.com/item/4577327/duane-reade-has-a-major-security-problem/ |
| 144 | 6/28/2018 20:06:22 | 4conservative.com | item | /item/1925079/group-of | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/1925079/group-of-teens-beats-up-panhandler-at-subway-station-cops- |
| 145 | 6/29/2018 0:31:31 | 4conservative.com | item | /item/4226954/nebraska | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/4226954/nebraska-ad-bill-moos-urban-meyer-jim-harbaugh-comment-was- |
| 146 | 6/29/2018 23:40:14 | 4entertainment.com | item | /item/5675389/martha-s | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4entertainment.com/item/5675389/martha-stewart-delivers-eulogy-at-builder-to-the-stars8217-memorial- |
| 147 | 6/29/2018 23:56:00 | 4nascar.com | item | /item/3300599/yankees- | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | http://www.4nascar.com/item/3300599/yankees-sign-ex-met-oliver-perez-to-minor-league-contract--new, |
| 148 | 6/29/2018 23:56:29 | 4conservative.com | item | /item/5675389/martha-s | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/5675389/martha-stewart-delivers-eulogy-at-builder-to-the-stars8217-memorial-, |
| 149 | 6/30/2018 9:12:44 | 4conservative.com | item | /item/3930059/cuomo-gr | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/3930059/cuomo-grants-parolees-the-right-to-vote/ |
| 150 | 6/30/2018 11:19:11 | 4conservative.com | item | /item/3930059/cuomo-gr | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/3930059/cuomo-grants-parolees-the-right-to-vote/ |
| 151 | 6/30/2018 11:28:31 | 4republican.com | item | /item/3565640/the-worl | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | http://www.4republican.com/item/3565640/the-world8217s-hottest-shopping-city-is-becoming-a-ghost, |
| 152 | 6/30/2018 22:23:05 | 4entertainment.com | item | /item/5198061/pension- | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4entertainment.com/item/5198061/pension-crook-claims-he-was-roofied-after-cube-ecstasy-found, |
| 153 | 7/1/2018 2:39:23 | 4conservative.com | item | /item/2176608/what-a-d | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/2176608/what-a-drama-free-injury-free-asdrubal-cabrera-could-be--new-york, |
| 154 | 7/1/2018 2:39:42 | 4entertainment.com | item | /item/2176608/what-a-d | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4entertainment.com/item/2176608/what-a-drama-free-injury-free-asdrubal-cabrera-could-be--new-york |
| 155 | 7/1/2018 3:40:26 | 4conservative.com | item | /item/3685832/mother-c | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/3685832/mother-of-morgan-freeman8217s-slain-granddaughter-recounts-final-moments, |
| 156 | 7/1/2018 3:48:29 | 4search.com | item | /item/5668486/shonda-r | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | http://www.4search.com/item/5668486/shonda-rhimes-sets-netflix-series-on-fake-heiress--page-six, |
| 157 | 7/1/2018 4:11:39 | 4conservative.com | item | /item/5366459/michael- | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/5366459/michael-cohen-insists-hes-never-done-business-with-gene-freidman, |
| 158 | 7/1/2018 4:22:04 | 4conservative.com | item | /item/5148087/charges-c | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/5148087/charges-downgraded-for-alleged-jew-bashing-socialite-jacqueline-kent-cooke, |
| 159 | 7/1/2018 5:19:04 | 4entertainment.com | item | /item/3060471/scott-kaz | 52.184.165.232 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4entertainment.com/item/3060471/scott-kazmir-reportedly-will-be-released-by-braves, |
| 160 | 7/3/2018 3:57:24 | 4entertainment.com | item | /item/5438970/whitney- | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4entertainment.com/item/5438970/whitney-houstonx27s-cousin-slams-kanye-west-using-bathroom, |
| 161 | 7/3/2018 16:26:42 | 4conservative.com | item | /item/4342987/officials- | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/4342987/officials-ntsb-investigating-death-of-man-at-linr-station--newsday, |
| 162 | 7/4/2018 8:21:47 | 4conservative.com | item | /item/2040929/nypd-off | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/2040929/nypd-officer-acquitted-of-murdering-mentally-ill-woman-as-unions, |
| 163 | 7/4/2018 19:51:33 | 4entertainment.com | item | /item/4245758/priyanka | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4entertainment.com/item/4245758/priyanka-chopra-stands-out-in-red-after-confirming-she-will, |
| 164 | 7/5/2018 2:32:11 | 4entertainment.com | item | /item/5475228/playing-w | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4entertainment.com/item/5475228/playing-with-sticks-prepared-octavia-spencer-for-a-kid-like, |
| 165 | 7/5/2018 5:02:52 | 4entertainment.com | item | /item/3473894/jaime-kin | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4entertainment.com/item/3473894/jaime-kings-young-son-struck-by-glass-after-car-attacked/ |
| 166 | 7/5/2018 5:23:06 | 4conservative.com | item | /item/2876243/john-olive | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/2876243/john-oliver-masterfully-skewers-mike-penceand-his-pet-rabbit, |
| 167 | 7/7/2018 20:00:25 | 4entertainment.com | news-featured | /news-featured/?ncat= | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4entertainment.com/news-featured/?ncat=&off=12&lt=12&nq= |
| 168 | 7/12/2018 6:13:41 | 4baseball.com | NA | / | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/ |
| 169 | 7/12/2018 6:13:46 | 4baseball.com | privacy | /privacy/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/privacy/ |
| 170 | 7/12/2018 6:13:48 | 4baseball.com | terms-of-use | /terms-of-use/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/terms-of-use/ |
| 171 | 7/12/2018 6:13:51 | 4baseball.com | contact | /contact/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/contact/ |
| 172 | 7/12/2018 6:13:53 | 4baseball.com | about | /about/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/about/ |
| 173 | 7/12/2018 6:13:56 | 4baseball.com | contact | /contact/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/contact/ |
| 174 | 7/12/2018 6:14:00 | 4baseball.com | privacy | /privacy | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/privacy |
| 175 | 7/12/2018 6:14:02 | 4baseball.com | copyright-notice | /copyright-notice/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/copyright-notice/ |
| 176 | 7/12/2018 6:14:05 | 4baseball.com | privacy | /privacy/privacy-contact- | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/privacy/privacy-contact-form.php |
| 177 | 7/12/2018 6:14:07 | 4baseball.com | terms-of-use | /terms-of-use/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/terms-of-use/ |
| 178 | 7/12/2018 6:14:09 | 4baseball.com | privacy-contact-form | /privacy-contact-form/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/privacy-contact-form/ |
| 179 | 7/12/2018 6:14:13 | 4baseball.com | privacy | /privacy/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/privacy/ |
| 180 | 7/12/2018 6:14:16 | 4baseball.com | partner | /partner/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/partner/ |
| 181 | 7/12/2018 6:14:19 | 4baseball.com | add-website | /add-website/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/add-website/ |
| 182 | 7/12/2018 6:14:22 | 4baseball.com | advertise | /advertise/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4baseball.com/advertise/ |
| 183 | 7/14/2018 3:36 | 4rightwing.com | item | /item/6239619/justice-fo | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4rightwing.com/item/6239619/justice-for-junior-7-suspects-appear-in-court-in-murder-of, |
| 184 | 7/14/2018 3:39:58 | 4conservative.com | item | /item/6239619/justice-fo | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/6239619/justice-for-junior-7-suspects-appear-in-court-in-murder-of, |
| 185 | 7/14/2018 3:40:03 | 4rightwing.com | NA | / | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4rightwing.com/ |
| 186 | 7/14/2018 3:40:09 | 4rightwing.com | privacy | /privacy/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/privacy/ |
| 187 | 7/14/2018 3:40:11 | 4rightwing.com | terms-of-use | /terms-of-use/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/terms-of-use/ |
| 188 | 7/14/2018 3:40:14 | 4rightwing.com | about | /about/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/about/ |
| 189 | 7/14/2018 3:40:16 | 4rightwing.com | contact | /contact/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/contact/ |
| 190 | 7/14/2018 3:40:19 | 4rightwing.com | source | /source/thetruthaboutgu | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/source/thetruthaboutguns, |
| 191 | 7/14/2018 3:40:20 | 4rightwing.com | item | /item/6239619/justice-fo | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/item/6239619/justice-for-junior-7-suspects-appear-in-court-in-murder-of, |
| 192 | 7/14/2018 3:40:22 | 4rightwing.com | source | /source/pregnancyhelpne | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/source/pregnancyhelpnews.com/ |
| 193 | 7/14/2018 3:40:23 | 4conservative.com | item | /item/6239619/justice-fo | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | https://www.4conservative.com/item/6239619/justice-for-junior-7-suspects-appear-in-court-in-murder-of, |
| 194 | 7/14/2018 3:40:25 | 4rightwing.com | source | /source/pregnancyhelpne | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/source/pregnancyhelpnews.com/?ncat=&off=12&lt=12&nq= |
| 195 | 7/14/2018 3:40:39 | 4rightwing.com | NA | / | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/ |
| 196 | 7/14/2018 3:40:40 | 4rightwing.com | source | /source/thetruthaboutgu | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/source/thetruthaboutguns/?ncat=12&lt=12&nq= |
| 197 | 7/14/2018 3:40:42 | 4rightwing.com | contact | /contact/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/contact/ |
| 198 | 7/14/2018 3:40:44 | 4rightwing.com | privacy | /privacy/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/privacy/ |
| 199 | 7/14/2018 3:40:46 | 4rightwing.com | copyright-notice | /copyright-notice/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/copyright-notice/ |
| 200 | 7/14/2018 3:40:46 | 4rightwing.com | privacy | /privacy | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4rightwing.com/privacy |
| 201 | 7/14/2018 3:40:47 | 4rightwing.com | terms-of-use | /terms-of-use/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/terms-of-use/ |
| 202 | 7/14/2018 3:40:48 | 4rightwing.com | terms-of-use | /terms-of-use/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/terms-of-use/ |
| 203 | 7/14/2018 3:40:49 | 4rightwing.com | contact | /contact/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/contact/ |
| 204 | 7/14/2018 3:40:53 | 4rightwing.com | about | /about/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/about/ |
| 205 | 7/14/2018 3:41:00 | 4rightwing.com | source | /source/pregnancyhelpne | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/source/pregnancyhelpnews.com, |
| 206 | 7/14/2018 3:41:00 | 4rightwing.com | source | /source/pregnancyhelpne | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/source/pregnancyhelpnews.com/ |
| 207 | 7/14/2018 3:41:02 | 4rightwing.com | source | /source/pregnancyhelpne | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/source/pregnancyhelpnews.com/?ncat=&off=12&lt=12&nq= |
| 208 | 7/14/2018 3:41:04 | 4rightwing.com | item | /item/6129585/major-vic | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/item/6129585/major-victory-supreme-court-overturns-california-law-forcing-pregnancy-help, |
| 209 | 7/14/2018 3:41:07 | 4rightwing.com | item | /item/6221682/how-pres | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/item/6221682/how-pregnancy-help-centers-change-lives-one-blessing-at-a, |
| 210 | 7/14/2018 3:41:09 | 4rightwing.com | source | /source/thetruthaboutgu | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/source/thetruthaboutguns/?ncat=12&lt=12&nq= |
| 211 | 7/14/2018 3:41:11 | 4rightwing.com | contact | /contact/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/contact/ |
| 212 | 7/14/2018 3:41:13 | 4rightwing.com | copyright-notice | /copyright-notice/ | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4rightwing.com/copyright-notice/ |
| 213 | 7/14/2018 3:41:15 | 4rightwing.com | privacy | /privacy | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4rightwing.com/privacy |

SER 0010

| | B | C | D | E | F | H | I |
|---|---|---|---|---|---|---|---|
| 214 | 7/14/2018 3:41:17 | 4rightwing.com | privacy | /privacy/privacy-contact- | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4rightwing.com/privacy/privacy-contact-form.php |
| 215 | 7/14/2018 19:05:38 | 4conservative.com | item | /item/15673338/bayou-br | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/item/15673338/bayou-bridge-pipeline-faces-mounting-legal-challenges-in-louisiana |
| 216 | 7/14/2018 21:12:38 | 4conservative.com | item | /item/17690018/it8217s-t | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/item/17690018/it8217s-time-for-beads-mardi-gras-galveston-gets-underway |
| 217 | 7/14/2018 21:33:28 | 4conservative.com | item | /item/3453572/sex-tape- | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/item/3453572/sex-tape-played-for-jurors-in-extortion-trial-of-waffle |
| 218 | 7/15/2018 4:04:34 | 4progressives.com | item | /item/6313237/i-drank-h | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | http://www.4progressives.com/item/6313237/i-drank-hot-drinks-during-the-heat-wave-amp-this |
| 219 | 7/15/2018 4:04:48 | 4conservative.com | item | /item/1935768/avoided-i | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/item/1935768/avoided-increases-of-extreme-heat-events-over-east-asia-by-0.5 |
| 220 | 7/15/2018 4:04:49 | 4conservative.com | item | /item/6296321/dangerou | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/item/6296321/dangerous-heat-wave-wont-let-up-across-u.s. |
| 221 | 7/15/2018 4:05:33 | 4progressives.com | item | /item/6313237/i-drank-h | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4progressives.com/item/6313237/i-drank-hot-drinks-during-the-heat-wave-amp-this |
| 222 | 7/15/2018 4:37:53 | 4search.com | item | /item/6183246/yankees- | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/item/6183246/yankees-option-pitcher-luis-cessa-to-triple-a-scrantonwilkes-barre |
| 223 | 7/15/2018 4:38:37 | 4conservative.com | item | /item/6520195/yankees- | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/item/6520195/yankees-bats-wake-up-and-luis-cessa-silences-lowly-orioles |
| 224 | 7/15/2018 4:38:39 | 4conservative.com | item | /item/6519121/yankees- | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/item/6519121/yankees-option-brandon-drury-to-triple-a-mlb.com |
| 225 | 7/15/2018 12:56:55 | 4jewish.com | NA | / | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/ |
| 226 | 7/15/2018 12:56:58 | 4jewish.com | privacy | /privacy/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/privacy/ |
| 227 | 7/15/2018 12:57:00 | 4jewish.com | terms-of-use | /terms-of-use/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/terms-of-use/ |
| 228 | 7/15/2018 12:57:02 | 4jewish.com | contact | /contact/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/contact/ |
| 229 | 7/15/2018 12:57:04 | 4jewish.com | about | /about/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/about/ |
| 230 | 7/15/2018 12:57:06 | 4jewish.com | contact | /contact/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/contact/ |
| 231 | 7/15/2018 12:57:12 | 4jewish.com | copyright-notice | /copyright-notice/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/copyright-notice/ |
| 232 | 7/15/2018 12:57:09 | 4jewish.com | privacy | /privacy | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/privacy |
| 233 | 7/15/2018 12:57:12 | 4jewish.com | privacy | /privacy/privacy-contact- | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/privacy/privacy-contact-form.php |
| 234 | 7/15/2018 12:57:14 | 4jewish.com | terms-of-use | /terms-of-use/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/terms-of-use/ |
| 235 | 7/15/2018 12:57:17 | 4jewish.com | privacy-contact-form | /privacy-contact-form/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/privacy-contact-form/ |
| 236 | 7/15/2018 12:57:18 | 4jewish.com | privacy | /privacy/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/privacy/ |
| 237 | 7/15/2018 12:57:20 | 4jewish.com | partner | /partner/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/partner/ |
| 238 | 7/15/2018 12:57:22 | 4jewish.com | add-website | /add-website/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/add-website/ |
| 239 | 7/15/2018 12:57:24 | 4jewish.com | advertise | /advertise/ | 40.70.14.114 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4jewish.com/advertise/ |
| 240 | 7/15/2018 13:03:58 | 4christian.com | item | /item/6699643/netanyah | 52.179.55.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4christian.com/item/6699643/netanyahu-were-acting-forcefully-against-hamas |
| 241 | 7/15/2018 13:09:06 | 4search.com | item | /item/6699643/netanyah | 52.179.55.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/item/6699643/netanyahu-were-acting-forcefully-against-hamas |
| 242 | 7/15/2018 13:10:51 | 4search.com | item | /item/3927521/tammie-j | 52.179.55.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/item/3927521/tammie-jo-shults-texas-pilot-who-landed-southwest-plane-lauded |
| 243 | 7/15/2018 13:11:26 | 4search.com | item | /item/3927521/tammie-j | 52.179.55.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/item/3927521/tammie-jo-shults-texas-pilot-who-landed-southwest-plane-lauded |
| 244 | 7/15/2018 13:12:20 | 4search.com | item | /item/3927521/tammie-j | 52.179.55.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/item/3927521/tammie-jo-shults-texas-pilot-who-landed-southwest-plane-lauded |
| 245 | 7/18/2018 14:23:53 | 4videogames.com | amny.com | /amny.com/j-marion-sim | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4videogames.com/amny.com/j-marion-sims-racist-legacy-denounced-by-green-wood-cemetery-neighbors |
| 246 | 7/18/2018 15:26:05 | 4search.com | chicago.cbslocal.com | /chicago.cbslocal.com/ce | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/chicago.cbslocal.com/central-illinois-woman-charged-in-synthetic-marijuana-case |
| 247 | 7/19/2018 15:40:22 | 4conservative.com | gopusa.com | /gopusa.com/rep-gohme | 52.184.165.232 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/gopusa.com/rep-gohmert-to-strzok-how-many-times-did-you-lie-to-your-wife-about-lisa-page |
| 248 | 7/19/2018 15:40:53 | 4conservative.com | dailymail.co.uk | /dailymail.co.uk/us-mars | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/dailymail.co.uk/us-marshals-had-to-go-to-lisa-pages-house-three-times-to-serve-her-a-congressional-subpoena |
| 249 | 7/20/2018 0:13:40 | 4videogames.com | NA | / | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/ |
| 250 | 7/20/2018 0:13:44 | 4videogames.com | privacy | /privacy/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/privacy/ |
| 251 | 7/20/2018 0:13:46 | 4videogames.com | terms-of-use | /terms-of-use/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/terms-of-use/ |
| 252 | 7/20/2018 0:13:49 | 4videogames.com | contact | /contact/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/contact/ |
| 253 | 7/20/2018 0:13:51 | 4videogames.com | about | /about/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/about/ |
| 254 | 7/20/2018 0:13:53 | 4videogames.com | contact | /contact/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/contact/ |
| 255 | 7/20/2018 0:13:55 | 4videogames.com | privacy | /privacy | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/privacy |
| 256 | 7/20/2018 0:13:58 | 4videogames.com | copyright-notice | /copyright-notice/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/copyright-notice/ |
| 257 | 7/20/2018 0:14:00 | 4videogames.com | privacy | /privacy/privacy-contact- | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/privacy/privacy-contact-form.php |
| 258 | 7/20/2018 0:14:03 | 4videogames.com | terms-of-use | /terms-of-use/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/terms-of-use/ |
| 259 | 7/20/2018 0:14:05 | 4videogames.com | privacy-contact-form | /privacy-contact-form/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/privacy-contact-form/ |
| 260 | 7/20/2018 0:14:07 | 4videogames.com | privacy | /privacy/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/privacy/ |
| 261 | 7/20/2018 0:14:09 | 4videogames.com | partner | /partner/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/partner/ |
| 262 | 7/20/2018 0:14:11 | 4videogames.com | add-website | /add-website/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/add-website/ |
| 263 | 7/20/2018 0:14:13 | 4videogames.com | advertise | /advertise/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4videogames.com/advertise/ |
| 264 | 7/21/2018 5:27:06 | 4nascar.com | masslive.com | /masslive.com/boston-re | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | http://www.4nascar.com/masslive.com/boston-red-sox-roster-moves-bobby-poyner-recalled-robby-scott-optioned-to-pawtucket |
| 265 | 7/21/2018 5:28:42 | 4search.com | dailymail.co.uk | /dailymail.co.uk/jets-robb | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/dailymail.co.uk/jets-robby-anderson-released-after-sexual-assault-threat |
| 266 | 7/21/2018 5:28:58 | 4conservative.com | dailymail.co.uk | /dailymail.co.uk/jets-robb | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/dailymail.co.uk/jets-robby-anderson-released-after-sexual-assault-threat |
| 267 | 7/21/2018 5:35:21 | 4football.com | NA | / | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4football.com/ |
| 268 | 7/21/2018 5:35:24 | 4football.com | terms-of-use | /terms-of-use/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4football.com/terms-of-use/ |
| 269 | 7/21/2018 5:35:28 | 4football.com | privacy | /privacy/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4football.com/privacy/ |
| 270 | 7/21/2018 5:35:31 | 4football.com | contact | /contact/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4football.com/contact/ |
| 271 | 7/21/2018 5:35:33 | 4football.com | about | /about/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4football.com/about/ |
| 272 | 7/21/2018 5:35:40 | 4football.com | thenation.com | /thenation.com/nfl-owne | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4football.com/thenation.com/nfl-owners-blink-suspend-anthem-policy-the-nation |
| 273 | 7/21/2018 5:36:40 | 4football.com | thenation.com | /thenation.com/nfl-owne | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4football.com/thenation.com/nfl-owners-blink-suspend-anthem-policy |
| 274 | 7/21/2018 5:36:14 | 4football.com | privacy | /privacy/privacy-contact- | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4football.com/privacy/privacy-contact-form.php |
| 275 | 7/21/2018 5:36:14 | 4football.com | privacy-contact-form | /privacy-contact-form/ | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4football.com/privacy-contact-form/ |
| 276 | 7/28/2018 17:54:40 | 4christian.com | hannity.com | /hannity.com/weekend-a | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | http://www.4christian.com/hannity.com/weekend-at-bernies-bill-de-blasio-spends-weekend-at-sanders-summer-retreat |
| 277 | 7/28/2018 17:54:41 | 4nascar.com | inc42.com | /inc42.com/wework-brist | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | http://www.4nascar.com/inc42.com/wework-bristol-chowk-not-just-another-brick-in-the-wall |
| 278 | 7/28/2018 17:54:43 | 4nascar.com | zerohedge.com | /zerohedge.com/buchana | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | http://www.4nascar.com/zerohedge.com/buchanan-is-americas-immigration-plan-a-yellow-brick-road-to-utopia-or-national-suicide |
| 279 | 7/28/2018 18:02:02 | 4christian.com | hannity.com | /hannity.com/weekend-a | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4christian.com/hannity.com/weekend-at-bernies-bill-de-blasio-spends-weekend-at-sanders-summer-retreat |
| 280 | 7/28/2018 18:02:03 | 4nascar.com | inc42.com | /inc42.com/wework-brist | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4nascar.com/inc42.com/wework-bristol-chowk-not-just-another-brick-in-the-wall |
| 281 | 7/28/2018 18:02:08 | 4nascar.com | zerohedge.com | /zerohedge.com/buchana | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4nascar.com/zerohedge.com/buchanan-is-americas-immigration-plan-a-yellow-brick-road-to-utopia-or-national-suicide |
| 282 | 7/28/2018 18:07:09 | 4rightwing.com | realclearpolitics.com | /realclearpolitics.com/blo | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4rightwing.com/realclearpolitics.com/bloomberg-regressive-taxes-on-the-poor-a-good-thing |
| 283 | 7/29/2018 2:47:31 | 4rightwing.com | townhall.com | /townhall.com/lawyers-c | 13.77.86.223 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4rightwing.com/townhall.com/lawyers-chase-oj-simpson-over-70m-wrongful-death-judgment |
| 284 | 7/29/2018 2:47:35 | 4videogames.com | dnews.com | /dnews.com/louis-fredric | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | http://www.4videogames.com/dnews.com/louis-fredrick-sauer-71-formerly-of-pullman |

SER 0011

Case: 23-15102, 06/20/2023, ID: 12739060, DktEntry: 18, Page 14 of 287

| | B | C | D | E | F | H | I | O | P | Q | R | S | T | U | V | W | X | Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 285 | 7/29/2018 2:47:55 | 4conservative.com | foxnews.com | /foxnews.com/california- | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/foxnews.com/california-judge-forces-la-times-to-alter-story-about-detective-with-ties-to-mexican-mafia | | | | | | | | | | |
| 286 | 7/29/2018 2:47:56 | 4conservative.com | chicago.cbslocal.com | / | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/chicago.cbslocal.com/jury-verdict-no-reward-for-legrier-family-in-wrongful-death-lawsuit | | | | | | | | | | |
| 287 | 7/29/2018 9:53:53 | 4libertarian.com | NA | / | 52.179.155.58 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4libertarian.com/ | | | | | | | | | | |
| 288 | 7/29/2018 9:53:57 | 4libertarian.com | privacy | /privacy/ | 52.179.155.58 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4libertarian.com/privacy/ | | | | | | | | | | |
| 289 | 7/29/2018 9:53:58 | 4libertarian.com | terms-of-use | /terms-of-use/ | 52.179.155.58 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4libertarian.com/terms-of-use/ | | | | | | | | | | |
| 290 | 7/29/2018 9:53:59 | 4libertarian.com | contact | /contact/ | 52.179.155.58 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4libertarian.com/contact/ | | | | | | | | | | |
| 291 | 7/29/2018 9:54:00 | 4libertarian.com | about | /about/ | 52.179.155.58 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4libertarian.com/about/ | | | | | | | | | | |
| 292 | 7/29/2018 9:54:02 | 4libertarian.com | thetruthaboutguns.com | /thetruthaboutguns.com | 52.179.155.58 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4libertarian.com/thetruthaboutguns.com/ | | | | | | | | | | |
| 293 | 7/29/2018 9:54:04 | 4libertarian.com | thetruthaboutguns.com | /thetruthaboutguns.com | 52.179.155.58 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4libertarian.com/our-relationship-with-guns-has-changed-since-the-founding-of-the-republic | | | | | | | | | | |
| 294 | 7/29/2018 9:54:07 | 4libertarian.com | thetruthaboutguns.com | /thetruthaboutguns.com | 52.179.155.58 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4libertarian.com/scenes-from-nations-longest-running-nra-youth-shooting-camp-day-one | | | | | | | | | | |
| 295 | 7/29/2018 9:54:15 | 4libertarian.com | thetruthaboutguns.com | /thetruthaboutguns.com | 52.179.155.58 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4libertarian.com/19-pieces-of-edc-flair-everyday-carry-pocket-dump-of-the-day | | | | | | | | | | |
| 296 | 7/29/2018 9:54:17 | 4libertarian.com | thetruthaboutguns.com | /thetruthaboutguns.com | 52.179.155.58 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4libertarian.com/thetruthaboutguns.com/gun-owners-prudence-is-required-to-protect-second-amendment-freedoms | | | | | | | | | | |
| 297 | 7/29/2018 9:54:17 | 4libertarian.com | thetruthaboutguns.com | /thetruthaboutguns.com | 52.179.155.58 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4libertarian.com/thinking-big-about-edc-everyday-carry-pocket-dump-of-the-day | | | | | | | | | | |
| 298 | 7/29/2018 9:54:32 | 4libertarian.com | thetruthaboutguns.com | /thetruthaboutguns.com | 52.179.155.58 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4libertarian.com/trimmed-down-for-summer-everyday-carry-pocket-dump-of-the-day | | | | | | | | | | |
| 299 | 7/29/2018 13:21:39 | 4christian.com | theguardian.com | /theguardian.com/poet- | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4christian.com/theguardian.com/poet-hera-lindsay-bird-i-forget-about-the-sex-in-my-book-until-i-read-it-aloud | | | | | | | | | | |
| 300 | 7/29/2018 13:21:41 | 4conservative.com | dailymail.co.uk | /dailymail.co.uk/ben-affle | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/dailymail.co.uk/ben-affleck-enjoys-stroll-with-girlfriend-lindsay-shookus | | | | | | | | | | |
| 301 | 7/29/2018 13:21:42 | 4jewish.com | whatsonstage.com | /whatsonstage.com/robe | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4jewish.com/whatsonstage.com/robert-lindsay-to-make-pantomime-debut-in-richmond | | | | | | | | | | |
| 302 | 7/29/2018 13:21:43 | 4nascar.com | dailynews.com | /dailynews.com/all-about | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | http://www.4nascar.com/dailynews.com/all-about-pechanga-resort-casinos-splashy-new-pool-complex | | | | | | | | | | |
| 303 | 8/3/2018 17:35:20 | 4conservative.com | dailymail.co.uk | /dailymail.co.uk/jets-robt | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/dailymail.co.uk/jets-robby-anderson-released-after-sexual-assault-threat | | | | | | | | | | |
| 304 | 8/3/2018 18:26:20 | 4football.com | dailymail.co.uk | /dailymail.co.uk/mets-ste | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4football.com/dailymail.co.uk/mets-steven-matz-to-be-evaluated-for-forearm-discomfort | | | | | | | | | | |
| 305 | 8/3/2018 18:26:28 | 4baseball.com | foxsports.com | /foxsports.com/mets-ste | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4baseball.com/foxsports.com/mets-steven-matz-to-be-evaluated-for-forearm-discomfort | | | | | | | | | | |
| 306 | 8/4/2018 6:38:02 | 4conservative.com | thewrap.com | /thewrap.com/ | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/thewrap.com/ | | | | | | | | | | |
| 307 | 8/8/2018 13:22:54 | 4conservative.com | amny.com | /amny.com/j-marion-sim | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/amny.com/j-marion-sims-racist-legacy-denounced-by-green-wood-cemetery-neighbors | | | | | | | | | | |
| 308 | 8/9/2018 15:26:19 | 4search.com | counton2.com | /counton2.com/crews-wt | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/counton2.com/crews-work-to-repair-ruptured-gas-line-in-downtown-charleston | | | | | | | | | | |
| 309 | 8/9/2018 16:25:43 | 4rightwing.com | infowars.com | /infowars.com/trans-pris | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4rightwing.com/infowars.com/trans-prisoner-sexually-assaulted-four-women-inmates-before-being-moved-to-a-male-prison | | | | | | | | | | |
| 310 | 8/9/2018 16:25:46 | 4search.com | kansascity.com | /kansascity.com/overland | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/kansascity.com/overland-park-chiropractor-allegedly-sexually-assaulted-former-patient-hes-suspended | | | | | | | | | | |
| 311 | 8/10/2018 4:37:46 | 4rightwing.com | townhall.com | /townhall.com/lawyers-c | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | http://www.4rightwing.com/townhall.com/lawyers-chase-oj-simpson-over-70m-wrongful-death-judgment | | | | | | | | | | |
| 312 | 8/10/2018 4:37:48 | 4search.com | yahoo.com | /yahoo.com/judge-reject | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/yahoo.com/judge-rejects-jury39s-decision-in-legrier-wrongful-death-lawsuit-family-estate-awarded-no-damages | | | | | | | | | | |
| 313 | 8/10/2018 4:37:50 | 4conservative.com | chicago.cbslocal.com | /chicago.cbslocal.com/ju | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/chicago.cbslocal.com/jury-verdict-no-reward-for-legrier-family-in-wrongful-death-lawsuit | | | | | | | | | | |
| 314 | 8/10/2018 4:37:51 | 4conservative.com | theguardian.com | /theguardian.com/unforg | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/theguardian.com/unforgotten-series-three-review-tvs-most-likable-detective-duo-is-back | | | | | | | | | | |
| 315 | 8/10/2018 5:38:00 | 4rightwing.com | townhall.com | /townhall.com/lawyers-c | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4rightwing.com/townhall.com/lawyers-chase-oj-simpson-over-70m-wrongful-death-judgment | | | | | | | | | | |
| 316 | 8/10/2018 13:37:40 | 4conservative.com | dailymail.co.uk | /dailymail.co.uk/rose-mc | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/dailymail.co.uk/rose-mcgowanharvey-weinstein-forced-oral-sex-masturbated | | | | | | | | | | |
| 317 | 8/11/2018 0:29:37 | 4search.com | news.com.au | /news.com.au/taylors-ho | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/news.com.au/taylors-horrifying-brush-with-stalker | | | | | | | | | | |
| 318 | 8/11/2018 0:32:19 | 4search.com | news.com.au | /news.com.au/taylors-ho | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/news.com.au/taylors-horrifying-brush-with-stalker | | | | | | | | | | |
| 319 | 8/11/2018 13:24:22 | 4conservative.com | eurekalert.org | /eurekalert.org/avoided- | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/eurekalert.org/avoided-increases-of-extreme-heat-events-over-east-asia-by-05-degrees-c-less-warming | | | | | | | | | | |
| 320 | 8/11/2018 15:00:31 | 4conservative.com | nj.com | /nj.com/yankees-3b-bran | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/nj.com/yankees-3b-brandon-drury-rehabs-in-trenton-friday-sheffield-heads-to-scranton | | | | | | | | | | |
| 321 | 8/14/2018 20:39:40 | 4search.com | autoblog.com | /autoblog.com/german-r | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/autoblog.com/german-neo-nazis-are-trying-to-infiltrate-daimler-union-says | | | | | | | | | | |
| 322 | 8/17/2018 9:42:00 | 4conservative.com | dailymail.co.uk | /dailymail.co.uk/jets-robt | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/dailymail.co.uk/jets-robby-anderson-released-after-sexual-assault-threat | | | | | | | | | | |
| 323 | 8/18/2018 0:08:56 | 4conservative.com | indiawest.com | /indiawest.com/gursoacl | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/indiawest.com/gursoach-kaur-becomes-first-female-sikh-police-officer-in-new-york-city-to-wear-turban | | | | | | | | | | |
| 324 | 8/18/2018 11:25:06 | 4shoes.com | NA | / | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/ | | | | | | | | | | |
| 325 | 8/18/2018 11:25:12 | 4shoes.com | privacy | /privacy/ | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/privacy/ | | | | | | | | | | |
| 326 | 8/18/2018 11:25:13 | 4shoes.com | terms-of-use | /terms-of-use/ | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/terms-of-use/ | | | | | | | | | | |
| 327 | 8/18/2018 11:25:14 | 4shoes.com | contact | /contact/ | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/contact/ | | | | | | | | | | |
| 328 | 8/18/2018 11:25:16 | 4shoes.com | about | /about/ | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/about/ | | | | | | | | | | |
| 329 | 8/18/2018 11:25:17 | 4shoes.com | contact | /contact/ | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/contact/ | | | | | | | | | | |
| 330 | 8/18/2018 11:25:18 | 4shoes.com | copyright-notice | /copyright-notice/ | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/copyright-notice/ | | | | | | | | | | |
| 331 | 8/18/2018 11:25:20 | 4shoes.com | privacy | /privacy | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/privacy | | | | | | | | | | |
| 332 | 8/18/2018 11:25:21 | 4shoes.com | privacy | /privacy/privacy-contact- | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/privacy/privacy-contact-form.php | | | | | | | | | | |
| 333 | 8/18/2018 11:25:23 | 4shoes.com | terms-of-use | /terms-of-use/ | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/terms-of-use/ | | | | | | | | | | |
| 334 | 8/18/2018 11:25:24 | 4shoes.com | privacy-contact-form | /privacy-contact-form/ | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/privacy-contact-form/ | | | | | | | | | | |
| 335 | 8/18/2018 11:25:26 | 4shoes.com | privacy | /privacy/ | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/privacy/ | | | | | | | | | | |
| 336 | 8/18/2018 11:25:28 | 4shoes.com | partner | /partner/ | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/partner/ | | | | | | | | | | |
| 337 | 8/18/2018 11:25:29 | 4shoes.com | add-website | /add-website/ | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/add-website/ | | | | | | | | | | |
| 338 | 8/18/2018 11:25:30 | 4shoes.com | advertise | /advertise/ | 40.84.50.112 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | http://www.4shoes.com/advertise/ | | | | | | | | | | |
| 339 | 8/21/2018 15:25:20 | 4shoes.com | msn.com | /msn.com/real-nypd-cop | 52.184.165.232 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | http://www.4shoes.com/msn.com/real-nypd-cops-have-same-names-as-brooklyn-nine-nine-characters-behave-less-competently | | | | | | | | | | |
| 340 | 8/21/2018 15:33:51 | 4search.com | msn.com | /msn.com/11-taxi-drivers | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/upi.com/11-taxi-drivers-shot-and-killed-leaving-funeral-in-south-africa | | | | | | | | | | |
| 341 | 8/21/2018 15:33:55 | 4search.com | rt.com | /rt.com/gunmen-shoot-d | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/rt.com/gunmen-shoot-dead-11-taxi-drivers-in-ambush-in-south-africa | | | | | | | | | | |
| 342 | 8/21/2018 16:23:25 | 4shoes.com | msn.com | /msn.com/real-nypd-cop | 40.84.50.112 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | http://www.4shoes.com/msn.com/real-nypd-cops-have-same-names-as-brooklyn-nine-nine-characters-behave-less-competently | | | | | | | | | | |
| 343 | 8/22/2018 14:36 | 4rightwing.com | 5280.com | /5280.com/a-storied-lake | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4rightwing.com/5280.com/a-storied-lakewood-home-heads-to-auction | | | | | | | | | | |
| 344 | 8/22/2018 2:16:28 | 4search.com | dailymail.co.uk | /dailymail.co.uk/female-s | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/dailymail.co.uk/female-tv-presenter-in-kuwait-is-suspended-after-calling-her-male-colleague-handsome-on-air | | | | | | | | | | |
| 345 | 8/23/2018 22:33:35 | 4search.com | chron.com | /chron.com/sinkhole-in-s | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/chron.com/sinkhole-in-southwest-houston-causes-traffic-delays-crews-work-to-repair | | | | | | | | | | |
| 346 | 8/23/2018 22:33:35 | 4rightwing.com | news.com.au | /news.com.au/hidden-da | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4rightwing.com/news.com.au/hidden-dangers-lurking-on-your-commute | | | | | | | | | | |
| 347 | 8/23/2018 22:47:00 | 4catholic.com | normantranscript.com | /normantranscript.com/r | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4catholic.com/normantranscript.com/norman-grad-to-teach-english-in-spain-through-fulbright-program-grant | | | | | | | | | | |
| 348 | 8/24/2018 5:47:35 | 4search.com | yahoo.com | /yahoo.com/judge-reject | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/yahoo.com/judge-rejects-jury39s-decision-in-legrier-wrongful-death-lawsuit-family-estate-awarded-no-damages | | | | | | | | | | |
| 349 | 8/24/2018 5:47:36 | 4conservative.com | chicago.cbslocal.com | /chicago.cbslocal.com/ju | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/chicago.cbslocal.com/jury-verdict-no-reward-for-legrier-family-in-wrongful-death-lawsuit | | | | | | | | | | |
| 350 | 8/24/2018 5:47:37 | 4conservative.com | theguardian.com | /theguardian.com/unforg | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/theguardian.com/unforgotten-series-three-review-tvs-most-likable-detective-duo-is-back | | | | | | | | | | |
| 351 | 8/24/2018 5:47:42 | 4conservative.com | theguardian.com | /theguardian.com/unforg | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/theguardian.com/unforgotten-series-three-review-tvs-most-likable-detective-duo-is-back | | | | | | | | | | |
| 352 | 8/24/2018 23:12 | 4jewish.com | whatsonstage.com | /whatsonstage.com/robe | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4jewish.com/whatsonstage.com/robert-lindsay-to-make-pantomime-debut-in-richmond | | | | | | | | | | |
| 353 | 8/25/2018 5:57:11 | 4conservative.com | nj.com | /nj.com/yankees-3b-bran | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/nj.com/yankees-3b-brandon-drury-rehabs-in-trenton-friday-sheffield-heads-to-scranton | | | | | | | | | | |
| 354 | 8/30/2018 15:40:00 | 4christian.com | wnd.com | /wnd.com/doing-the-righ | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4christian.com/wnd.com/doing-the-right-thing | | | | | | | | | | |

SER 0012

| | B | C | D | E | F | H | I | O | P | Q | R | S | T | U | V | W | X | Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 356 | 9/6/2018 20:32:47 | 4conservative.com | refinery29.com | /refinery29/how-exp | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/refinery29/how-express-is-trying-to-make-its-retail-shops-relevant-again, | | | | | | | | | | | |
| 357 | 10/2/2018 9:23:44 | 4search.com | nydailynews.com | /nydailynews.com/state- | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/nydailynews.com/state-senator-urges-gov-cuomo-to-veto-bill-creating-an-official-hymn-to-honor-veterans, | | | | | | | | | | | |
| 358 | 10/2/2018 11:14:25 | 4search.com | nydailynews.com | /nydailynews.com/dean- | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/nydailynews.com/dean-skelos-and-son-lose-bid-to-have-trial-moved-out-of-state, | | | | | | | | | | | |
| 359 | 10/4/2018 14:30:30 | 4search.com | nydailynews.com | /nydailynews.com/counc | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/nydailynews.com/council-to-introduce-bills-to-create-help-centers-for-struggling-taxi-drivers, | | | | | | | | | | | |
| 360 | 10/4/2018 18:38:59 | 4search.com | nydailynews.com | /nydailynews.com/driver | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/nydailynews.com/driver-in-park-slope-death-of-two-kids-punched-in-rikers-island-assault-her-lawyer-claims | | | | | | | | | | | |
| 361 | 10/4/2018 18:39:00 | 4search.com | nypost.com | /nypost.com/city-redesig | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/nypost.com/city-redesigning-park-slope-street-where-motorist-mowed-down-kids, | | | | | | | | | | | |
| 362 | 10/4/2018 18:39:00 | 4search.com | nypost.com | /nypost.com/city-redesig | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/nypost.com/city-redesigning-park-slope-street-where-motorist-mowed-down-kids, | | | | | | | | | | | |
| 363 | 10/4/2018 18:39:12 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pregnan | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/dailymail.co.uk/pregnant-broadway-actress-ruthie-ann-miles-loses-her-unborn-baby, | | | | | | | | | | | |
| 364 | 10/4/2018 18:40:09 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pregnan | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/dailymail.co.uk/pregnant-broadway-actress-ruthie-ann-miles-loses-her-unborn-baby, | | | | | | | | | | | |
| 365 | 10/4/2018 18:40:10 | 4search.com | abcactionnews.com | /abcactionnews.com/st-p | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/abcactionnews.com/st-pete-redesigning-mlk-street-to-add-bike-lanes-crosswalks, | | | | | | | | | | | |
| 366 | 10/4/2018 18:40:12 | 4search.com | patch.com | /patch.com/park-slope-lis | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/patch.com/park-slope-listed-as-one-of-the-citys-most-lgbtq-friendly-hoods, | | | | | | | | | | | |

Case: 23-15102, 06/20/2023, ID: 12739060, DktEntry: 18, Page 15 of 287

Case: 23-15102, 06/20/2023, ID: ... DktEntry: 18, Page 16 of 287

| | TimeStampVar | DomainName | Page | URL | IPaddress | HTTPreferrerOrig |
|---|---|---|---|---|---|---|
| 2 | 5/2/2018 22:54:23 | 4conservative.com | item | /item/4474597/man-zapped-with-stun-gun-in-customer-feud-at-times/ | 69.124.101.106 | https://www.google.com/ |
| 3 | 5/2/2018 22:55:00 | 4conservative.com | contact | /contact/ | 69.124.101.106 | https://www.google.com/ |
| 4 | 5/2/2018 22:55:10 | 4conservative.com | terms-of-use | /terms-of-use/ | 69.124.101.106 | https://www.google.com/ |
| 5 | 5/2/2018 22:55:40 | 4conservative.com | contact | /contact/ | 69.124.101.106 | https://www.google.com/ |
| 6 | 5/2/2018 22:55:43 | 4conservative.com | item | /item/4474597/man-zapped-with-stun-gun-in-customer-feud-at-times/ | 69.124.101.106 | https://www.google.com/ |
| 7 | 5/16/2018 9:53:20 | 4conservative.com | item | /item/4474597/man-zapped-with-stun-gun-in-customer-feud-at-times/ | 69.124.101.106 | https://www.google.com/ |
| 8 | 5/16/2018 9:53:38 | 4conservative.com | contact | /contact/ | 69.124.101.106 | https://www.google.com/ |
| 9 | 5/16/2018 9:53:42 | 4conservative.com | contact | /contact/ | 69.124.101.106 | https://www.google.com/ |
| 10 | 5/16/2018 9:53:46 | 4conservative.com | terms-of-use | /terms-of-use/ | 69.124.101.106 | https://www.google.com/ |
| 11 | 5/16/2018 9:54:46 | 4conservative.com | item | /item/4474597/man-zapped-with-stun-gun-in-customer-feud-at-times/ | 69.124.101.106 | https://www.google.com/ |
| 12 | 5/16/2018 10:47:50 | 4conservative.com | item | /item/3765130/trump-tells-senator-there-will-be-no-marijuana-crackdown/ | 69.124.101.106 | https://www.google.com/ |
| 13 | 5/22/2018 10:26:21 | 4rightwing.com | item | /item/5293748/mcdonalds-customer-threatens-employees-with-gun-over-wait-for-fr | 69.124.101.106 | https://www.google.com/ |
| 14 | 5/23/2018 20:40:19 | 4conservative.com | item | /item/4066629/donovan-to-propose-bill-that-targets-sanctuary-city-funding/ | 69.124.101.106 | https://www.google.com/ |
| 15 | 5/23/2018 20:40:34 | 4conservative.com | contact | /contact/ | 69.124.101.106 | https://www.google.com/ |
| 16 | 5/23/2018 20:40:42 | 4conservative.com | terms-of-use | /terms-of-use/ | 69.124.101.106 | https://www.google.com/ |
| 17 | 5/23/2018 20:40:49 | 4conservative.com | terms-of-use | /terms-of-use/ | 69.124.101.106 | https://www.google.com/ |
| 18 | 5/23/2018 20:57:16 | 4conservative.com | item | /item/4066629/donovan-to-propose-bill-that-targets-sanctuary-city-funding/ | 69.124.101.106 | https://www.google.com/ |
| 19 | 6/13/2018 12:18:26 | 4entertainment.com | item | /item/2491312/steamy-snaps-offer-a-glimpse-back-into-the-golden-age/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=G2XPZ |
| 20 | 6/13/2018 12:20:31 | 4conservative.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=G2XPZ |
| 21 | 6/13/2018 12:21:03 | 4entertainment.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=G2XPZ |
| 22 | 6/19/2018 9:51:48 | 4entertainment.com | item | /item/2491312/steamy-snaps-offer-a-glimpse-back-into-the-golden-age/ | 104.218.54.53 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?tab=client_review |
| 23 | 6/21/2018 18:26:11 | 4conservative.com | item | /item/3621425/another-death-from-synthetic-pot-outbreak-in-illinois--sauvalley.com | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=EJ6KJ |
| 24 | 6/21/2018 18:26:15 | 4conservative.com | item | /item/3890531/71-year-old-central-illinois-woman-charged-in-synthetic-marijuana-ca | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=EJ6KJ |
| 25 | 6/21/2018 18:26:43 | 4conservative.com | item | /item/3621425/another-death-from-synthetic-pot-outbreak-in-illinois--sauvalley.com | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=EJ6KJ |
| 26 | 6/21/2018 18:28:27 | 4conservative.com | item | /item/3621425/another-death-from-synthetic-pot-outbreak-in-illinois--sauvalley.com | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=EJ6KJ |
| 27 | 6/21/2018 18:30:37 | 4conservative.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=EJ6KJ |
| 28 | 6/21/2018 18:32:09 | 4conservative.com | item | /item/3890531/71-year-old-central-illinois-woman-charged-in-synthetic-marijuana-ca | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=EJ6KJ |
| 29 | 6/28/2018 17:06:47 | 4nascar.com | item | /item/4083672/ezra-furman-on-lou-reeds-genius-queerness-is-defined-by/ | 173.198.35.188 | NA |
| 30 | 7/3/2018 17:38:21 | 4conservative.com | terms-of-use | /terms-of-use/ | 69.124.101.106 | NA |
| 31 | 7/18/2018 13:27:07 | breitbart.com | breitbart | /breitbart/martin-shkreli-ordered-to-forfeit-74-million-in-assets-including-wu-tan | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit/X16NZM |
| 32 | 7/18/2018 13:27:23 | 4nascar.com | breitbart | /breitbart/martin-shkreli-ordered-to-forfeit-74-million-in-assets-including-wu-tan | 173.198.35.188 | NA |
| 33 | 7/18/2018 13:27:42 | washingtontimes.com | news | /washingtontimes.com/donation-to-help-illinois-with-synthetic-marijuana-outbreak/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit/X16NZM |
| 34 | 7/18/2018 13:27:54 | 4search.com | news | /news/?ncat= | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit/X16NZM |
| 35 | 7/18/2018 13:28:13 | 4search.com | chicago.cbslocal.com | /chicago.cbslocal.com/central-illinois-woman-charged-in-synthetic-marijuana-case-/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit/X16NZM |
| 36 | 7/18/2018 13:28:37 | wpsdlocal6.com | item | /wpsdlocal6.com/man-charged-in-synthetic-marijuana-death-and-illnesses-in-illinois/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit/53E9N6 |
| 37 | 7/18/2018 13:28:59 | 4conservative.com | msn.com | /msn.com/third-person-dies-after-more-than-100-sickened-in-tainted-synthetic-pot-o | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit/86VORR |
| 38 | 7/18/2018 13:30:08 | 4conservative.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit/86VORR |
| 39 | 7/18/2018 13:31:42 | 4conservative.com | chicagotribune.com | /chicagotribune.com/third-person-dies-after-more-than-100-sickened-in-tainted-synt | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit/86VORR |
| 40 | 7/18/2018 13:32:12 | 4conservative.com | msn.com | /msn.com/third-person-dies-after-more-than-100-sickened-in-tainted-synthetic-pot-o | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit/86VORR |
| 41 | 7/18/2018 13:33:18 | 4entertainment.com | chicagotribune.com | /chicagotribune.com/71-year-old-central-illinois-woman-charged-in-synthetic-mariju | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit/53E9N6 |
| 42 | 8/6/2018 17:07:25 | 4atl.com | essence.com | /essence.com/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=JZEQ9 |
| 43 | 8/6/2018 17:07:54 | 4atl.com | essence.com | /essence.com/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=JZEQ9 |
| 44 | 8/6/2018 17:09:24 | 4atl.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=JZEQ9 |
| 45 | 8/15/2018 13:11:54 | 4catholic.com | bbc.co.uk | /bbc.co.uk/man-27-dies-after-crashing-into-parked-car-in-hopkinstown/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 46 | 8/15/2018 13:20:19 | 4catholic.com | bbc.co.uk | /bbc.co.uk/man-27-dies-after-crashing-into-parked-car-in-hopkinstown/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 47 | 8/15/2018 13:20:31 | 4search.com | news | /news/?ncat= | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 48 | 8/15/2018 13:20:38 | 4search.com | news | /news/?ncat= | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 49 | 8/24/2018 15:43:34 | 4entertainment.com | dailymail.co.uk | /dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-shes-having-sex-with | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=JX32G |
| 50 | 8/27/2018 12:41:22 | 4conservative.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 51 | 8/27/2018 12:41:43 | 4conservative.com | nypost.com | /nypost.com/son-kills-newlywed-parents-ex-wife-in-murder-suicide/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 52 | 8/27/2018 12:42:08 | 4conservative.com | nypost.com | /nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 53 | 8/27/2018 12:42:21 | 4catholic.com | contact | /contact/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 54 | 8/27/2018 12:42:22 | 4catholic.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 55 | 8/27/2018 12:44:30 | 4search.com | nydailynews.com | /nydailynews.com/five-suspects-in-custody-after-brutal-mistaken-identity-slay-of-bro | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 56 | 8/27/2018 12:44:44 | 4search.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 57 | 8/27/2018 12:44:57 | 4search.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 58 | 8/27/2018 12:46:02 | 4search.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 59 | 8/27/2018 12:46:18 | 4search.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 60 | 8/27/2018 12:47:24 | 4search.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 61 | 8/27/2018 12:47:30 | 4search.com | add-website | /add-website/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 62 | 8/27/2018 12:47:39 | 4search.com | about | /about/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit?filter_client_id=1JX27 |
| 63 | 8/27/2018 18:13:26 | 4search.com | item | /item/4041553/bay-county-to-begin-aerial-treatment-for-mosquitoes-wnem/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=JODW5 |
| 64 | 8/27/2018 18:13:48 | 4search.com | item | /item/1515982/leaning-out-aerial-photography-by-jeffrey-milstein/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=JODW5 |
| 65 | 8/28/2018 12:22:21 | 4rightwing.com | nypost.com | /nypost.com/man-kills-son-his-mother-and-himself-in-murder-suicide-cops/ | 173.198.35.188 | NA |

**Exhibit**

**B**

| | B | C | D | E | F | J | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | 8/28/2018 12:22:37 | 4rightwing.com | nypost.com | /nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/ | 173.198.35.188 | NA | | | | | | | |
| 67 | 8/28/2018 12:23:15 | 4rightwing.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA | | | | | | | |
| 68 | 8/28/2018 12:23:31 | 4rightwing.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA | | | | | | | |
| 69 | 8/28/2018 12:24:19 | 4christian.com | msn.com | /msn.com/brooklyn-rapper-releases-track-dedicated-to-bronx-15-year-old-killed-in-br | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 70 | 8/28/2018 12:24:40 | 4christian.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 71 | 8/28/2018 12:24:48 | 4christian.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 72 | 8/28/2018 12:25:24 | 4baseball.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 73 | 8/28/2018 12:26:14 | 4baseball.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 74 | 8/28/2018 12:26:20 | 4baseball.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 75 | 8/28/2018 12:26:48 | 4jewish.com | nypost.com | /nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 76 | 8/28/2018 12:26:59 | 4jewish.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 77 | 8/28/2018 12:27:05 | 4jewish.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 78 | 8/29/2018 13:43:30 | 4christian.com | yahoo.com | /yahoo.com/new-york-prosecutors-consider-charging-trump-organization-in-cohen-hi | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=G2XPZ | | | | | | | |
| 79 | 8/29/2018 18:46:37 | 4baseball.com | patch.com | /patch.com/company-hiring-at-newark-airport-job-fair-on-thursday/ | 173.198.35.188 | NA | | | | | | | |
| 80 | 8/29/2018 18:46:57 | 4baseball.com | patch.com | /patch.com/company-hiring-at-newark-airport-job-fair-on-thursday/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=JODW5 | | | | | | | |
| 81 | 8/30/2018 11:31:34 | 4baseball.com | nydailynews.com | /nydailynews.com/letitia-james-wants-more-info-on-aid-for-disabled-kids/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 82 | 8/30/2018 11:32:00 | 4baseball.com | contact | /contact/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 83 | 8/30/2018 11:32:07 | 4baseball.com | nydailynews.com | /nydailynews.com/letitia-james-wants-more-info-on-aid-for-disabled-kids/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 84 | 8/30/2018 11:32:16 | 4baseball.com | privacy | /privacy/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 85 | 8/30/2018 11:50:01 | 4catholic.com | nationalreview.com | /nationalreview.com/hhs-to-investigate-hawaii-over-forced-abortion-info/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 86 | 8/30/2018 12:17:10 | 4entertainment.com | news.com.au | /news.com.au/millions-sold-for-robina-pre-release/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 87 | 8/30/2018 12:42:31 | 4conservative.com | nypost.com | /nypost.com/son-kills-newlywed-parents-ex-wife-in-murder-suicide/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 88 | 8/30/2018 13:01:59 | 4rightwing.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 89 | 8/30/2018 13:02:03 | 4rightwing.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA | | | | | | | |
| 90 | 8/30/2018 13:02:14 | 4rightwing.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA | | | | | | | |
| 91 | 8/30/2018 13:05:15 | 4baseball.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 92 | 8/30/2018 13:05:24 | 4baseball.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA | | | | | | | |
| 93 | 8/30/2018 13:05:41 | 4baseball.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA | | | | | | | |
| 94 | 8/30/2018 13:06:19 | 4jewish.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 95 | 8/30/2018 13:06:22 | 4jewish.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA | | | | | | | |
| 96 | 8/30/2018 13:06:44 | 4jewish.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA | | | | | | | |
| 97 | 8/30/2018 13:07:40 | 4jewish.com | contact | /contact/ | 173.198.35.188 | NA | | | | | | | |
| 98 | 8/30/2018 13:08:29 | 4catholic.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 99 | 8/30/2018 13:08:36 | 4catholic.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA | | | | | | | |
| 100 | 8/30/2018 13:08:40 | 4catholic.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA | | | | | | | |
| 101 | 8/30/2018 13:09:57 | 4entertainment.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 102 | 8/30/2018 13:10:15 | 4entertainment.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA | | | | | | | |
| 103 | 8/30/2018 13:11:35 | 4christian.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 104 | 8/30/2018 13:11:40 | 4christian.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA | | | | | | | |
| 105 | 8/30/2018 13:11:56 | 4christian.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA | | | | | | | |
| 106 | 8/30/2018 15:59:11 | 4rightwing.com | nypost.com | /nypost.com/man-kills-son-his-mother-and-himself-in-murder-suicide-cops/ | 176.16.151.251 | NA | | | | | | | |
| 107 | 8/30/2018 16:03:03 | 4rightwing.com | nypost.com | /nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/ | 176.16.151.251 | NA | | | | | | | |
| 108 | 8/30/2018 16:16:00 | 4christian.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 176.16.151.251 | https://copyright.higbeeassociates.com/case_screening/edit/2EDXZ3 | | | | | | | |
| 109 | 8/30/2018 16:10:20 | 4christian.com | msn.com | /msn.com/brooklyn-rapper-releases-track-dedicated-to-bronx-15-year-old-killed-in-br | 176.16.151.251 | https://copyright.higbeeassociates.com/case_screening/edit/924985 | | | | | | | |
| 110 | 8/30/2018 16:13:30 | 4baseball.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 176.16.151.251 | https://copyright.higbeeassociates.com/case_screening/edit/86RRPR | | | | | | | |
| 111 | 8/30/2018 16:16:24 | 4catholic.com | nypost.com | /nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/ | 176.16.151.251 | https://copyright.higbeeassociates.com/case_screening/edit/1E0OOW | | | | | | | |
| 112 | 8/30/2018 16:19:18 | 4jewish.com | nypost.com | /nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/ | 176.16.151.251 | https://copyright.higbeeassociates.com/case_screening/edit/K6YYD4 | | | | | | | |
| 113 | 8/31/2018 16:09:24 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 114 | 8/31/2018 16:21:43 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | Removed for Printing Purposes | | | | | | | |
| 115 | 8/31/2018 16:52:52 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 116 | 8/31/2018 18:01:17 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 117 | 8/31/2018 19:14:29 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-bro | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 118 | 8/31/2018 19:15:10 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 119 | 8/31/2018 19:35:48 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | Removed for Printing Purposes | | | | | | | |
| 120 | 8/31/2018 21:22:19 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 121 | 9/1/2018 16:24:58 | 4entertainment.com | dailymail.co.uk | /dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-shes-having-sex-with | 107.190.25.244 | https://copyright.higbeeassociates.com/case_screening/claim_page=2 | | | | | | | |
| 122 | 9/2/2018 5:36:43 | 4entertainment.com | dailymail.co.uk | /dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-shes-having-sex-with | 176.18.147.141 | https://copyright.higbeeassociates.com/case_screening/edit/86LXZX | | | | | | | |
| 123 | 9/2/2018 22:06:04 | 4search.com | dailymail.co.uk | /dailymail.co.uk/health-regulator-vic-police-to-share-info/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 124 | 9/2/2018 22:06:48 | 4search.com | nydailynews.com | /nydailynews.com/five-suspects-in-custody-after-brutal-mistaken-identity-slay-of-bro | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 125 | 9/2/2018 22:07:15 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 126 | 9/2/2018 22:28:13 | 4conservative.com | nypost.com | /nypost.com/son-kills-newlywed-parents-ex-wife-in-murder-suicide/ | 69.124.101.106 | https://copyright.higbeeassociates.com/case_screening/claim_page=2 | | | | | | | |
| 127 | 9/2/2018 22:29:01 | 4conservative.com | nypost.com | /nypost.com/son-kills-newlywed-parents-ex-wife-in-murder-suicide/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 128 | 9/2/2018 22:29:12 | 4conservative.com | nypost.com | /nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/ | 69.124.101.106 | https://copyright.higbeeassociates.com/case_screening/claim_page=2 | | | | | | | |
| 129 | 9/4/2018 12:25:47 | 4search.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 130 | 9/4/2018 12:25:54 | 4search.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA | | | | | | | |

Case: 23-15102, 06/20/2023, ID: 12739060, DktEntry: 18, Page 18 of 287

| | B | C | D | E | F | J | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | 9/4/2018 12:26:00 | 4search.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA | | | | | | | |
| 132 | 9/4/2018 16:55:35 | 4rightwing.com | patch.com | /patch/company-hiring-at-newark-airport-job-fair-on-thursday/ | 98.15.141.150 | NA | | | | | | | |
| 133 | 9/4/2018 16:59:22 | 4baseball.com | patch.com | /patch/company-hiring-at-newark-airport-job-fair-on-thursday/ | 98.15.141.150 | https://copyright.higbeeassociates.com/case_screening/?tab=client_review | | | | | | | |
| 134 | 9/4/2018 17:26:39 | 4rightwing.com | nypost.com | /nypost.com/son-kills-himself-newlywed-parents-ex-wife-in-murder-suicide/ | 173.198.35.188 | NA | | | | | | | |
| 135 | 9/4/2018 17:26:49 | 4rightwing.com | nypost.com | /nypost.com/son-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/ | 173.198.35.188 | NA | | | | | | | |
| 136 | 9/4/2018 17:27:03 | 4rightwing.com | upi.com | /upi.com/alabama-man-kills-wife-daughter-in-murder-suicide-police-say/ | 173.198.35.188 | NA | | | | | | | |
| 137 | 9/4/2018 17:27:19 | 4rightwing.com | foxnews.com | /foxnews.com/alabama-man-kills-wife-child-in-murder-suicide-2-other-children-injure | 173.198.35.188 | NA | | | | | | | |
| 138 | 9/4/2018 17:27:43 | 4rightwing.com | msn.com | /msn.com/alabama-man-kills-wife-child-in-murder-suicide-2-other-children-injured-p | 173.198.35.188 | NA | | | | | | | |
| 139 | 9/4/2018 17:28:11 | 4entertainment.com | foxnews.com | /foxnews.com/alabama-man-kills-wife-child-in-murder-suicide-2-other-children-injure | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 140 | 9/4/2018 17:28:26 | 4christian.com | ktvq.com | /ktvq.com/elderly-wyoming-man-kills-wife-attempts-suicide/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 141 | 9/4/2018 17:28:46 | 4entertainment.com | cbsnews.com | /cbsnews.com/triple-murder-suspect-kills-himself-after-standoff-police-say/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 142 | 9/4/2018 17:28:50 | 4christian.com | nypost.com | /nypost.com/son-kills-himself-newlywed-parents-ex-wife-in-murder-suicide/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 143 | 9/4/2018 17:28:59 | 4baseball.com | cbsnews.com | /cbsnews.com/triple-murder-suspect-kills-himself-after-standoff-police-say/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 144 | 9/4/2018 17:29:12 | 4christian.com | nypost.com | /nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 145 | 9/4/2018 17:29:38 | 4christian.com | upi.com | /upi.com/alabama-man-kills-wife-daughter-in-murder-suicide-police-say/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 146 | 9/5/2018 7:49:03 | 4rightwing.com | patch.com | /patch/company-hiring-at-newark-airport-job-fair-on-thursday/ | 110.54.240.66 | NA | | | | | | | |
| 147 | 9/5/2018 7:52:51 | 4rightwing.com | patch.com | /patch/company-hiring-at-newark-airport-job-fair-on-thursday/ | 110.54.240.66 | NA | | | | | | | |
| 148 | 9/5/2018 7:54:55 | 4baseball.com | patch.com | /patch/company-hiring-at-newark-airport-job-fair-on-thursday/ | 110.54.240.66 | https://copyright.higbeeassociates.com/case_screening/edit/2EDK23 | | | | | | | |
| 149 | 9/5/2018 8:10:00 | 4baseball.com | patch.com | /patch/company-hiring-at-newark-airport-job-fair-on-thursday/ | 110.54.240.66 | https://copyright.higbeeassociates.com/case_screening/edit/2EDK23 | | | | | | | |
| 150 | 9/5/2018 8:13:56 | 4baseball.com | patch.com | /patch/company-hiring-at-newark-airport-job-fair-on-thursday/ | 110.54.240.66 | https://copyright.higbeeassociates.com/case_screening/edit/2EDK23 | | | | | | | |
| 151 | 9/5/2018 8:28:50 | 4search.com | nydailynews.com | /nydailynews.com/five-suspects-in-custody-after-brutal-mistaken-identity-slay-of-bro | 110.54.240.66 | https://copyright.higbeeassociates.com/case_screening/edit/PZNK35 | | | | | | | |
| 152 | 9/5/2018 10:23:01 | 4search.com | nydailynews.com | /nydailynews.com/five-suspects-in-custody-after-brutal-mistaken-identity-slay-of-bro | 176.225.145.140 | https://copyright.higbeeassociates.com/case_screening/edit/PZNK35 | | | | | | | |
| 153 | 9/5/2018 13:36:47 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA | | | | | | | |
| 154 | 9/5/2018 13:36:52 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 155 | 9/5/2018 15:38:55 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 156 | 9/5/2018 18:26:26 | 4entertainment.com | newyorker.com | /newyorker.com/the-spectacular-personal-mythology-of-rammellzee/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=G2XPZ | | | | | | | |
| 157 | 9/5/2018 20:01:55 | 4search.com | nydailynews.com | /nydailynews.com/five-suspects-in-custody-after-brutal-mistaken-identity-slay-of-bro | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit/1ON005 | | | | | | | |
| 158 | 9/5/2018 20:02:01 | 4catholic.com | nypost.com | /nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/edit/1ON005 | | | | | | | |
| 159 | 9/5/2018 22:57:38 | 4rightwing.com | nypost.com | /nypost.com/son-kills-himself-newlywed-parents-ex-wife-in-murder-suicide/ | 176.225.145.140 | NA | | | | | | | |
| 160 | 9/5/2018 23:01:55 | 4rightwing.com | nypost.com | /nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/ | 176.225.145.140 | NA | | | | | | | |
| 161 | 9/5/2018 23:05:03 | 4rightwing.com | upi.com | /upi.com/alabama-man-kills-wife-daughter-in-murder-suicide-police-say/ | 176.225.145.140 | NA | | | | | | | |
| 162 | 9/5/2018 23:09:08 | 4rightwing.com | foxnews.com | /foxnews.com/alabama-man-kills-wife-child-in-murder-suicide-2-other-children-injure | 176.225.145.140 | NA | | | | | | | |
| 163 | 9/5/2018 23:13:08 | 4rightwing.com | msn.com | /msn.com/alabama-man-kills-wife-child-in-murder-suicide-2-other-children-injured-p | 176.225.145.140 | NA | | | | | | | |
| 164 | 9/5/2018 23:16:42 | 4entertainment.com | foxnews.com | /foxnews.com/alabama-man-kills-wife-child-in-murder-suicide-2-other-children-injure | 176.225.145.140 | https://copyright.higbeeassociates.com/case_screening/edit/DODY09 | | | | | | | |
| 165 | 9/5/2018 23:20:28 | 4christian.com | ktvq.com | /ktvq.com/elderly-wyoming-man-kills-wife-attempts-suicide/ | 176.225.145.140 | https://copyright.higbeeassociates.com/case_screening/edit/Y0N155 | | | | | | | |
| 166 | 9/5/2018 23:23:53 | 4christian.com | nypost.com | /nypost.com/son-kills-himself-newlywed-parents-ex-wife-in-murder-suicide/ | 176.225.145.140 | https://copyright.higbeeassociates.com/case_screening/edit/Y0N155 | | | | | | | |
| 167 | 9/5/2018 23:27:55 | 4entertainment.com | cbsnews.com | /cbsnews.com/triple-murder-suspect-kills-himself-after-standoff-police-say/ | 176.225.145.140 | https://copyright.higbeeassociates.com/case_screening/edit/DODY09 | | | | | | | |
| 168 | 9/6/2018 9:42:36 | 4baseball.com | cbsnews.com | /cbsnews.com/triple-murder-suspect-kills-himself-after-standoff-police-say/ | 176.225.145.140 | https://copyright.higbeeassociates.com/cases/edit/4P8DM3 | | | | | | | |
| 169 | 9/6/2018 9:46:38 | 4christian.com | nypost.com | /nypost.com/man-kills-himself-in-murder-suicide-after-kidnapping-cops/ | 176.225.145.140 | https://copyright.higbeeassociates.com/cases/edit/2E810Z | | | | | | | |
| 170 | 9/6/2018 9:51:13 | 4christian.com | upi.com | /upi.com/alabama-man-kills-wife-daughter-in-murder-suicide-police-say/ | 176.225.145.140 | https://copyright.higbeeassociates.com/cases/edit/2E810Z | | | | | | | |
| 171 | 9/6/2018 13:22:16 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA | | | | | | | |
| 172 | 9/6/2018 13:22:17 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 173 | 9/7/2018 13:04:27 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 174 | 9/7/2018 13:04:29 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA | | | | | | | |
| 175 | 9/7/2018 15:21:58 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 176 | 9/7/2018 15:26:24 | 4jewish.com | contact | /contact/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 177 | 9/7/2018 15:26:28 | 4jewish.com | privacy | /privacy/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 178 | 9/7/2018 15:30:02 | 4jewish.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 179 | 9/10/2018 11:56:16 | 4conservative.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 180 | 9/10/2018 11:56:21 | 4conservative.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA | | | | | | | |
| 181 | 9/10/2018 11:56:28 | 4conservative.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA | | | | | | | |
| 182 | 9/10/2018 13:22:56 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA | | | | | | | |
| 183 | 9/10/2018 13:22:56 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 184 | 9/10/2018 18:04:45 | 4rightwing.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | | | | | | | |
| 185 | 9/11/2018 12:01:11 | 4conservative.com | nypost.com | /nypost.com/son-kills-himself-newlywed-parents-ex-wife-in-murder-suicide/ | 37.16.177.248 | NA | | | | | | | |
| 186 | 9/11/2018 12:06:22 | 4conservative.com | nypost.com | /nypost.com/son-kills-himself-newlywed-parents-ex-wife-in-murder-suicide/ | 37.16.177.248 | https://copyright.higbeeassociates.com/case_screening/edit/N3RR5N | | | | | | | |
| 187 | 9/11/2018 15:38:59 | 4entertainment.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 188 | 9/11/2018 16:49:23 | 4rightwing.com | patch.com | /patch/company-hiring-at-newark-airport-job-fair-on-thursday/ | 173.198.35.188 | NA | | | | | | | |
| 189 | 9/11/2018 16:55:33 | 4catholic.com | nypost.com | /nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | | | | | | | |
| 190 | 9/11/2018 16:56:51 | 4search.com | nydailynews.com | /nydailynews.com/five-suspects-in-custody-after-brutal-mistaken-identity-slay-of-bro | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | | | | | | | |
| 191 | 9/11/2018 16:58:33 | 4rightwing.com | msn.com | /msn.com/brooklyn-rapper-releases-track-dedicated-to-bronx-15-year-old-killed-in-br | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | | | | | | | |
| 192 | 9/11/2018 16:59:59 | 4christian.com | upi.com | /upi.com/alabama-man-kills-wife-daughter-in-murder-suicide-police-say/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | | | | | | | |
| 193 | 9/11/2018 17:00:11 | 4christian.com | nypost.com | /nypost.com/son-kills-newlywed-parents-ex-wife-in-murder-suicide/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | | | | | | | |
| 194 | 9/11/2018 17:00:11 | 4christian.com | ktvq.com | /ktvq.com/elderly-wyoming-man-kills-wife-attempts-suicide/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | | | | | | | |
| 195 | 9/11/2018 17:00:13 | 4christian.com | nypost.com | /nypost.com/son-kills-newlywed-parents-ex-wife-in-murder-suicide/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | | | | | | | |

Case: 23-15102, 06/20/2023, ID: 12739060, DktEntry: 18, Page 19 of 287

| | B | C | D | E | F | J | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 196 | 9/11/2018 17:01:20 | 4christian.com | ktvq.com | /ktvq.com/elderly-wyoming-man-kills-wife-attempts-suicide/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | | | | | | | |
| 197 | 9/11/2018 17:03:13 | 4christian.com | nypost.com | /nypost.com/son-kills-newlywed-parents-ex-wife-in-murder-suicide/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | | | | | | | |
| 198 | 9/11/2018 17:04:13 | 4christian.com | nypost.com | /nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | | | | | | | |
| 199 | 9/11/2018 17:07:32 | 4christian.com | upi.com | /upi.com/alabama-man-kills-wife-daughter-in-murder-suicide-police-say/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | | | | | | | |
| 200 | 9/11/2018 17:10:02 | 4jewish.com | nypost.com | /nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | | | | | | | |
| 201 | 9/11/2018 17:12:44 | 4rightwing.com | nypost.com | /nypost.com/man-kills-son-his-mother-and-himself-in-murder-suicide/ | 173.198.35.188 | NA | | | | | | | |
| 202 | 9/11/2018 17:14:47 | 4rightwing.com | nypost.com | /nypost.com/man-kills-wife-in-murder-suicide/ | 173.198.35.188 | NA | | | | | | | |
| 203 | 9/11/2018 17:16:36 | 4rightwing.com | nypost.com | /nypost.com/son-kills-newlywed-parents-ex-wife-in-murder-suicide/ | 173.198.35.188 | NA | | | | | | | |
| 204 | 9/11/2018 17:21:20 | 4rightwing.com | nypost.com | /nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/ | 173.198.35.188 | NA | | | | | | | |
| 205 | 9/11/2018 17:23:08 | 4rightwing.com | upi.com | /upi.com/alabama-man-kills-wife-daughter-in-murder-suicide-police-say/ | 173.198.35.188 | NA | | | | | | | |
| 206 | 9/11/2018 17:24:33 | 4rightwing.com | foxnews.com | /foxnews/alabama-man-kills-wife-child-in-murder-suicide-2-other-children-injure | 173.198.35.188 | NA | | | | | | | |
| 207 | 9/11/2018 17:27:23 | 4rightwing.com | msn.com | /msn.com/alabama-man-kills-wife-child-in-murder-suicide-2-other-children-injured-p | 173.198.35.188 | NA | | | | | | | |
| 208 | 9/13/2018 9:41:47 | 4entertainment.com | newyorker.com | /newyorker/the-spectacular-personal-mythology-of-rammellzee/ | 74.90.141.33 | https://copyright.higbeeassociates.com/case_screening?claim_page=2 | | | | | | | |
| 209 | 9/13/2018 9:57:52 | 4christian.com | yahoo.com | /yahoo.com/new-york-prosecutors-consider-charging-trump-organization-in-cohen-h | 74.90.141.33 | https://copyright.higbeeassociates.com/case_screening?claim_page=2 | | | | | | | |
| 210 | 9/13/2018 9:59:04 | 4entertainment.com | newyorker.com | /newyorker/the-spectacular-personal-mythology-of-rammellzee/ | 110.54.232.66 | https://copyright.higbeeassociates.com/cases/edit/EWOY69 | | | | | | | |
| 211 | 9/13/2018 10:03:22 | 4entertainment.com | newyorker.com | /newyorker/the-spectacular-personal-mythology-of-rammellzee/ | 110.54.232.66 | https://copyright.higbeeassociates.com/cases/edit/EWOY69 | | | | | | | |
| 212 | 9/17/2018 12:29:55 | 4jewish.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 213 | 9/17/2018 12:30:11 | 4jewish.com | nydailynews.com | /nydailynews.com/mississippi-man-kills-1-year-old-daughter-and-himself-in-murder-s | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 214 | 9/17/2018 12:30:26 | 4conservative.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=1JX27 | | | | | | | |
| 215 | 9/23/2018 0:48:22 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 37.42.196.74 | NA | | | | | | | |
| 216 | 9/23/2018 0:49:32 | 4conservative.com | cache | /cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb | 37.42.196.74 | https://copyright.higbeeassociates.com/case_screening/edit/PZPVZ5 | | | | | | | |
| 217 | 9/23/2018 0:49:42 | 4conservative.com | cache | /cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb | 37.42.196.74 | https://copyright.higbeeassociates.com/case_screening/edit/PZPVZ5 | | | | | | | |
| 218 | 9/23/2018 0:49:57 | 4conservative.com | cache | /cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb | 37.42.196.74 | https://copyright.higbeeassociates.com/case_screening/edit/PZPVZ5 | | | | | | | |
| 219 | 9/23/2018 0:50:10 | 4conservative.com | cache | /cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb | 37.42.196.74 | https://copyright.higbeeassociates.com/case_screening/edit/PZPVZ5 | | | | | | | |
| 220 | 9/24/2018 10:59:16 | 4conservative.com | cache | /cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb | 173.198.35.188 | https://www.4conservative.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg | | | | | | | |
| 221 | 9/24/2018 14:47:09 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york- | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 222 | 9/24/2018 14:47:11 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 223 | 9/24/2018 14:47:29 | 4jewish.com | jpost.com | /jpost.com/syrian-jihadists-to-state-position-on-idlib-deal-in-coming-days/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 224 | 9/24/2018 14:47:37 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 225 | 9/24/2018 15:50:11 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553?tab=internal_tasks | | | | | | | |
| 226 | 9/24/2018 15:50:33 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553?tab=internal_tasks | | | | | | | |
| 227 | 9/24/2018 15:50:52 | 4jewish.com | contact | /contact/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553?tab=internal_tasks | | | | | | | |
| 228 | 9/24/2018 15:50:55 | 4jewish.com | partner | /partner/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553?tab=internal_tasks | | | | | | | |
| 229 | 9/24/2018 15:51:00 | 4jewish.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553?tab=internal_tasks | | | | | | | |
| 230 | 9/24/2018 18:18:32 | 4search.com | dailymail.co.uk | /dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-shes-having-sex-with | 24.120.9.114 | NA | | | | | | | |
| 231 | 9/24/2018 18:19:00 | 4search.com | NA | / | 24.120.9.114 | NA | | | | | | | |
| 232 | 9/24/2018 18:19:12 | 4search.com | contact | /contact/ | 24.120.9.114 | NA | | | | | | | |
| 233 | 9/24/2018 18:19:17 | 4search.com | about | /about/ | 24.120.9.114 | NA | | | | | | | |
| 234 | 9/24/2018 18:32:14 | 4search.com | contact | /contact/ | 24.120.9.114 | NA | | | | | | | |
| 235 | 9/24/2018 18:32:25 | 4search.com | NA | / | 24.120.9.114 | NA | | | | | | | |
| 236 | 9/26/2018 16:42:35 | 4entertainment.com | dailymail.co.uk | /dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-shes-having-sex-with | 24.120.9.114 | https://copyright.higbeeassociates.com/cases/edit/6P5O1O | | | | | | | |
| 237 | 9/27/2018 15:36:08 | 4search.com | globalresearch.ca | /globalresearch.ca/the-mythology-of-erdogan-and-the-kurds-the-reorientation-of-the | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=G2XPZ | | | | | | | |
| 238 | 9/29/2018 22:14:49 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 110.54.246.208 | NA | | | | | | | |
| 239 | 9/29/2018 22:18:43 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 110.54.246.208 | NA | | | | | | | |
| 240 | 9/29/2018 22:19:18 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 110.54.246.208 | NA | | | | | | | |
| 241 | 9/29/2018 22:22:15 | 4search.com | nydailynews.com | /nydailynews.com/mississippi-man-kills-1-year-old-daughter-and-himself-in-murder-s | 110.54.246.208 | NA | | | | | | | |
| 242 | 9/29/2018 22:22:48 | 4jewish.com | cache | /cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb | 110.54.246.208 | https://copyright.higbeeassociates.com/case_screening/edit/QNP8NE | | | | | | | |
| 243 | 9/29/2018 22:26:06 | 4jewish.com | cache | /cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb | 110.54.246.208 | https://copyright.higbeeassociates.com/case_screening/edit/QNP8NE | | | | | | | |
| 244 | 9/29/2018 22:28:34 | 4search.com | nydailynews.com | /nydailynews.com/mississippi-man-kills-1-year-old-daughter-and-himself-in-murder-s | 110.54.246.208 | NA | | | | | | | |
| 245 | 9/30/2018 7:22:50 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 173.198.35.188 | NA | | | | | | | |
| 246 | 10/1/2018 13:33:57 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | | | | | | | |
| 247 | 10/1/2018 13:34:30 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | | | | | | | |
| 248 | 10/1/2018 13:35:03 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | | | | | | | |
| 249 | 10/1/2018 13:36:47 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | | | | | | | |
| 250 | 10/1/2018 13:39:02 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 173.198.35.188 | NA | | | | | | | |
| 251 | 10/1/2018 13:40:02 | 4search.com | news | /news/?ncat= | 173.198.35.188 | NA | | | | | | | |
| 252 | 10/1/2018 13:40:09 | 4search.com | news | /news/?ncat= | 173.198.35.188 | NA | | | | | | | |
| 253 | 10/1/2018 13:40:44 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | | | | | | | |
| 254 | 10/1/2018 13:41:33 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | | | | | | | |
| 255 | 10/1/2018 13:41:39 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | | | | | | | |
| 256 | 10/1/2018 13:42:16 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 173.198.35.188 | NA | | | | | | | |
| 257 | 10/1/2018 13:42:22 | 4search.com | news | /news/?ncat= | 173.198.35.188 | NA | | | | | | | |
| 258 | 10/1/2018 13:42:25 | 4search.com | news | /news/?ncat= | 173.198.35.188 | NA | | | | | | | |
| 259 | 10/2/2018 13:53:27 | 4search.com | nydailynews.com | /nydailynews.com/mississippi-man-kills-1-year-old-daughter-and-himself-in-murder-s | 173.198.35.188 | NA | | | | | | | |
| 260 | 10/9/2018 12:32:40 | 4search.com | dailymail.co.uk | /dailymail.co.uk/mums-fury-at-men-who-left-her-to-get-attacked-on-london-tube/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=G2XPZ | | | | | | | |

SER 0017

Case: 23-15102, 06/20/2023, ID: 12739060, DktEntry: 18, Page 20 of 287

| | B | C | D | E | F | J | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 261 | 10/9/2018 12:32:52 | 4search.com | dailymail.co.uk | /dailymail.co.uk/tube-passenger-hunted-over-knife-threat-to-mother-and-baby-is-rev | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=G2XPZ | | | | | | | |
| 262 | 10/11/2018 17:40:13 | 4search.com | rt.com | /rt.com/burundi-footballer-kung-fu-kicks-opponent-in-attempted-tackle-gone-wrong | 173.198.35.188 | NA | | | | | | | |
| 263 | 10/12/2018 12:52:00 | 4search.com | rt.com | /rt.com/burundi-footballer-kung-fu-kicks-opponent-in-attempted-tackle-gone-wrong | 107.190.25.244 | NA | | | | | | | |
| 264 | 10/17/2018 17:04:06 | 4search.com | nottinghampost.com | /nottinghampost.com/cyclist-rescues-baby-after-buggy-rolls-into-nottingham-canal/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/sighting_intake?filter_client_id=G2XPZ | | | | | | | |
| 265 | 10/21/2018 16:58:22 | 4search.com | rt.com | /rt.com/burundi-footballer-kung-fu-kicks-opponent-in-attempted-tackle-gone-wrong | 107.190.25.244 | NA | | | | | | | |
| 266 | 10/21/2018 16:58:29 | 4search.com | rt.com | /rt.com/burundi-footballer-kung-fu-kicks-opponent-in-attempted-tackle-gone-wrong | 107.190.25.244 | NA | | | | | | | |
| 267 | 10/26/2018 13:40:55 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 268 | 10/26/2018 13:41:19 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 269 | 10/26/2018 13:41:21 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 270 | 10/26/2018 13:41:31 | 4jewish.com | about | /about/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 271 | 10/26/2018 13:43:46 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 272 | 10/26/2018 13:44:51 | 4jewish.com | about | /about/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 273 | 10/26/2018 13:45:28 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 274 | 10/26/2018 13:46:24 | 4jewish.com | about | /about/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 275 | 10/26/2018 13:46:30 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 276 | 10/26/2018 13:46:33 | 4jewish.com | privacy | /privacy/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 277 | 10/26/2018 13:46:52 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 278 | 10/26/2018 13:46:55 | 4jewish.com | about | /about/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 279 | 10/26/2018 13:46:56 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 280 | 10/26/2018 13:46:58 | 4jewish.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 281 | 10/26/2018 13:47:30 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 282 | 10/26/2018 13:51:37 | 4jewish.com | contact | /contact/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 283 | 10/26/2018 13:51:37 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 284 | 10/26/2018 14:46:17 | 4jewish.com | about | /about/ | 173.198.35.188 | https://www.4jewish.com/ | | | | | | | |
| 285 | 10/26/2018 14:46:43 | 4jewish.com | NA | / | 173.198.35.188 | https://www.4jewish.com/ | | | | | | | |
| 286 | 10/26/2018 14:46:56 | 4jewish.com | about | /about/ | 173.198.35.188 | https://www.4jewish.com/ | | | | | | | |
| 287 | 10/26/2018 15:15:29 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA | | | | | | | |
| 288 | 10/26/2018 15:15:31 | 4rightwing.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 289 | 10/26/2018 15:18:42 | 4rightwing.com | about | /about/ | 173.198.35.188 | NA | | | | | | | |
| 290 | 10/26/2018 15:22:13 | 4rightwing.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 291 | 10/26/2018 15:29:41 | 4rightwing.com | about | /about/ | 173.198.35.188 | NA | | | | | | | |
| 292 | 10/29/2018 22:38:02 | 4rightwing.com | foxnews.com | /foxnews/vornado-2q-earnings-snapshot/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 293 | 11/5/2018 9:34:41 | 4rightwing.com | foxnews.com | /foxnews.com/vornado-2q-earnings-snapshot/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 294 | 11/9/2018 22:05:03 | 4search.com | macon.com | /macon.com/scott-blamed-perdue-for-j-stars-loss-perdue-says-new-plan-a-great-outc | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 295 | 11/9/2018 22:05:15 | 4search.com | tapinto.net | /tapinto.net/in-great-falls-rescue-paterson-fire-captain-scott-parkin-had-great-team- | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 296 | 11/9/2018 22:05:19 | 4search.com | tapinto.net | /tapinto.net/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 297 | 11/9/2018 22:25:03 | 4entertainment.com | news | /news/?ncat= | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 298 | 11/14/2018 21:46:41 | 4search.com | hypebeast.com | /hypebeast.com/keith-haring-mural-discovered-in-amsterdam-after-30-years/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 299 | 11/14/2018 21:47:20 | 4search.com | hypebeast.com | /hypebeast.com/keith-haring-mural-discovered-in-amsterdam-after-30-years/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 300 | 11/15/2018 3:01:35 | 4search.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 301 | 11/15/2018 3:01:38 | 4search.com | NA | / | 2600:1700:8490: | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 302 | 11/15/2018 3:01:49 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 2600:1700:8490: | NA | | | | | | | |
| 303 | 11/15/2018 3:01:52 | 4rightwing.com | NA | / | 2600:1700:8490: | NA | | | | | | | |
| 304 | 11/15/2018 3:01:57 | 4rightwing.com | NA | / | 2600:1700:8490: | NA | | | | | | | |
| 305 | 11/15/2018 3:02:13 | 4rightwing.com | terms-of-use | /terms-of-use/ | 2600:1700:8490: | NA | | | | | | | |
| 306 | 11/15/2018 3:02:29 | 4rightwing.com | privacy | /privacy/ | 2600:1700:8490: | NA | | | | | | | |
| 307 | 11/18/2018 17:53:24 | 4search.com | nydailynews.com | /nydailynews.com/geraldo-riveras-son-weighs-plea-offer-to-take-convicted-batterers | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 308 | 11/18/2018 17:53:38 | 4conservative.com | freerepublic.com | /freerepublic.com/geraldo-riverax92s-son-busted-for-choking-biting-ex-girlfriend/ | 69.124.101.106 | https://www.google.com/ | | | | | | | |
| 309 | 11/26/2018 11:36:39 | 4entertainment.com | dailymail.co.uk | /dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-shes-having-sex-with | 24.120.9.114 | NA | | | | | | | |
| 310 | 11/26/2018 11:39:58 | 4entertainment.com | NA | / | 24.120.9.114 | NA | | | | | | | |
| 311 | 11/26/2018 11:40:07 | 4entertainment.com | contact | /contact/ | 24.120.9.114 | NA | | | | | | | |
| 312 | 11/26/2018 11:43:51 | 4entertainment.com | dailymail.co.uk | /dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-shes-having-sex-with | 24.120.9.114 | NA | | | | | | | |
| 313 | 11/29/2018 15:42:03 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 173.198.35.188 | NA | | | | | | | |
| 314 | 11/29/2018 15:42:13 | 4search.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA | | | | | | | |
| 315 | 11/29/2018 15:42:40 | 4search.com | copyright-notice | /copyright-notice | 173.198.35.188 | NA | | | | | | | |
| 316 | 11/29/2018 15:43:56 | 4search.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA | | | | | | | |
| 317 | 11/29/2018 15:44:01 | 4search.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 318 | 12/11/2018 16:50:14 | 4atl.com | source | /source/essence.com/ | 2600:1700:2890: | https://copyright.higbeeassociates.com/case_screening?claim_page=3 | | | | | | | |
| 319 | 12/13/2018 10:09:00 | 4search.com | globalresearch.ca | /globalresearch.ca/the-mythology-of-erdogan-and-the-kurds-the-reorientation-of-the | 74.90.141.33 | https://copyright.higbeeassociates.com/case_screening/?tab=client_review | | | | | | | |
| 320 | 12/13/2018 10:09:05 | 4search.com | NA | / | 74.90.141.33 | https://copyright.higbeeassociates.com/case_screening/?tab=client_review | | | | | | | |
| 321 | 1/8/2019 15:28:33 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 322 | 1/8/2019 15:28:36 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 323 | 1/8/2019 15:28:42 | 4jewish.com | haaretz.com | /haaretz.com/whats-behind-the-snub-erdogan-gave-bolton-and-why-some-in-israel-a | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 324 | 1/8/2019 15:29:42 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 325 | 1/8/2019 15:29:57 | 4jewish.com | jpost.com | /jpost.com/report-trump-is-scheduled-to-make-a-statement-on-us-mexico-wall/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |

Case: 23-15102, 06/20/2023, ID: 12739060, DktEntry: 18, Page 21 of 287

| | B | C | D | E | F | J | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 326 | 1/8/2019 15:32:04 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 327 | 1/8/2019 15:32:06 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 328 | 1/8/2019 15:32:15 | 4jewish.com | news | /news/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 329 | 1/8/2019 15:32:26 | 4jewish.com | haaretz.com | /haaretz.com/israeli-president-warns-against-irresponsible-attacks-on-shin-bet-securi | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 330 | 1/8/2019 15:32:42 | 4jewish.com | news | /news/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 331 | 1/8/2019 15:32:44 | 4jewish.com | straitstimes.com | /straitstimes.com/oman-wins-notice-for-steering-middle-east-diplomacy-minefield/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 332 | 1/8/2019 15:33:37 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA | | | | | | | |
| 333 | 1/8/2019 15:33:39 | 4rightwing.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 334 | 1/8/2019 15:33:41 | 4rightwing.com | news | /news/ | 173.198.35.188 | NA | | | | | | | |
| 335 | 1/8/2019 15:33:44 | 4rightwing.com | timesofisrael.com | /timesofisrael.com/netanyahu-remains-preferred-pm-but-gantz-is-close-behind-poll-s | 173.198.35.188 | NA | | | | | | | |
| 336 | 1/8/2019 15:36:18 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 173.198.35.188 | NA | | | | | | | |
| 337 | 1/8/2019 15:36:24 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pictured-delaware-father-who-killed-his-wife-and-three-young-childr | 173.198.35.188 | NA | | | | | | | |
| 338 | 1/8/2019 15:36:37 | 4search.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 339 | 1/8/2019 15:36:45 | 4search.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 340 | 1/8/2019 15:36:49 | 4search.com | cbsnews.com | /cbsnews.com/ex-felons-in-florida-begin-registering-to-vote-as-amendment-takes-eff | 173.198.35.188 | NA | | | | | | | |
| 341 | 1/8/2019 19:53:49 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 342 | 1/8/2019 19:53:51 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 343 | 1/8/2019 19:53:58 | 4jewish.com | about | /about/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 344 | 1/8/2019 19:54:26 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA | | | | | | | |
| 345 | 1/8/2019 19:54:29 | 4rightwing.com | about | /about/ | 173.198.35.188 | NA | | | | | | | |
| 346 | 1/8/2019 20:21:15 | 4rightwing.com | privacy | /privacy/ | 173.198.35.188 | http://www.4rightwing.com/about/ | | | | | | | |
| 347 | 1/8/2019 20:21:18 | 4rightwing.com | about | /about/ | 173.198.35.188 | http://www.4rightwing.com/about/ | | | | | | | |
| 348 | 1/8/2019 20:21:19 | 4rightwing.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | http://www.4rightwing.com/about/ | | | | | | | |
| 349 | 1/8/2019 20:21:29 | 4rightwing.com | copyright-notice | /copyright-notice | 173.198.35.188 | http://www.4rightwing.com/about/ | | | | | | | |
| 350 | 1/8/2019 20:38:29 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | http://www.4rightwing.com/about/ | | | | | | | |
| 351 | 1/8/2019 20:38:31 | 4rightwing.com | NA | / | 173.198.35.188 | http://www.4rightwing.com/about/ | | | | | | | |
| 352 | 1/8/2019 20:39:38 | 4rightwing.com | about | /about/ | 173.198.35.188 | http://www.4rightwing.com/about/ | | | | | | | |
| 353 | 1/8/2019 20:39:42 | 4rightwing.com | NA | / | 173.198.35.188 | http://www.4rightwing.com/about/ | | | | | | | |
| 354 | 1/8/2019 20:39:46 | 4rightwing.com | contact | /contact/ | 173.198.35.188 | http://www.4rightwing.com/about/ | | | | | | | |
| 355 | 1/8/2019 20:39:49 | 4rightwing.com | NA | / | 173.198.35.188 | http://www.4rightwing.com/about/ | | | | | | | |
| 356 | 1/8/2019 20:40:06 | 4rightwing.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | http://www.4rightwing.com/about/ | | | | | | | |
| 357 | 1/8/2019 20:42:44 | 4rightwing.com | NA | / | 173.198.35.188 | http://www.4rightwing.com/about/ | | | | | | | |
| 358 | 1/8/2019 20:59:33 | 4rightwing.com | timesofisrael.com | /timesofisrael.com/uk-police-arrest-teenage-fan-over-anti-semitic-abuse-during-spurs | 173.198.35.188 | http://www.4rightwing.com/about/ | | | | | | | |
| 359 | 1/9/2019 19:15:20 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 360 | 1/9/2019 19:15:22 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 361 | 1/9/2019 19:21:32 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA | | | | | | | |
| 362 | 1/9/2019 19:35:43 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 363 | 1/9/2019 19:35:48 | 4jewish.com | nypost.com | /nypost.com/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 364 | 1/9/2019 19:35:52 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 365 | 1/9/2019 19:36:04 | 4jewish.com | search | /search/?q=donald trump | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 | | | | | | | |
| 366 | 1/10/2019 20:25:07 | 4jewish.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 367 | 1/10/2019 20:28:16 | 4jewish.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 368 | 1/10/2019 20:28:50 | 4jewish.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 369 | 1/10/2019 20:28:51 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA | | | | | | | |
| 370 | 1/10/2019 20:28:55 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA | | | | | | | |
| 371 | 1/10/2019 20:29:02 | 4jewish.com | nypost.com | /nypost.com/ | 173.198.35.188 | NA | | | | | | | |
| 372 | 1/10/2019 20:29:09 | 4jewish.com | nypost.com | /nypost.com/director-secretly-screened-gay-themed-the-wedding-in-the-middle-east | 173.198.35.188 | NA | | | | | | | |
| 373 | 1/10/2019 20:29:26 | 4jewish.com | zawya.com | /zawya.com/invesco-appoints-new-institutional-sales-director-in-the-middle-east/ | 173.198.35.188 | NA | | | | | | | |
| 374 | 1/10/2019 20:30:22 | 4jewish.com | nypost.com | /nypost.com/ | 173.198.35.188 | NA | | | | | | | |
| 375 | 1/10/2019 20:30:23 | 4jewish.com | nypost.com | /nypost.com/ | 173.198.35.188 | NA | | | | | | | |
| 376 | 1/10/2019 20:32:37 | 4jewish.com | NA | / | 173.198.35.188 | NA | | | | | | | |
| 377 | 1/10/2019 20:32:44 | 4jewish.com | nypost.com | /nypost.com/ | 173.198.35.188 | NA | | | | | | | |
| 378 | 1/10/2019 20:33:03 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA | | | | | | | |
| 379 | 1/10/2019 20:33:04 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA | | | | | | | |
| 380 | 1/10/2019 20:38:25 | 4search.com | patch.com | /patch.com/company-hiring-at-newark-airport-job-fair-on-thursday/ | 173.198.35.188 | NA | | | | | | | |
| 381 | 1/10/2019 20:39:04 | 4search.com | patch.com | /patch.com/company-hiring-at-newark-airport-job-fair-on-thursday/ | 173.198.35.188 | NA | | | | | | | |
| 382 | 1/10/2019 20:43:08 | 4baseball.com | cache | /cache/images/web/featured/thumbs/securea.mlb.com/3095195-thumb.jpg | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/2M1D8Z | | | | | | | |
| 383 | 1/10/2019 20:43:10 | 4baseball.com | cache | /cache/images/web/featured/thumbs/securea.mlb.com/3095195-thumb.jpg | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/2M1D8Z | | | | | | | |
| 384 | 1/21/2019 18:27:19 | 4search.com | newyorker.com | /newyorker.com/the-spectacular-personal-mythology-of-rammellzee/ | 173.198.35.188 | NA | | | | | | | |
| 385 | 1/28/2019 23:48:16 | 4search.com | rt.com | /rt.com/burundi-footballer-kung-fu-kicks-opponent-in-attempted-tackle-gone-wrong | 107.190.25.244 | NA | | | | | | | |
| 386 | 1/28/2019 23:48:23 | 4search.com | news.com.au | /news.com.au/everybody-was-kung-fu-buying/ | 107.190.25.244 | NA | | | | | | | |
| 387 | 1/28/2019 23:49:50 | 4search.com | rt.com | /rt.com/burundi-footballer-kung-fu-kicks-opponent-in-attempted-tackle-gone-wrong | 107.190.25.244 | NA | | | | | | | |





# Higbee & Associates Partnership; The Details

We've partnered with Higbee & Associates to pursue licensing cases on behalf of all of our users. To answer any additional questions you may have, here are the details.

## Images are prioritized

We have shortlisted images which are likely to be infringed and are likely to have a positive outcome in court. This will save you time when deciding which cases to pursue and insure a higher success rate. If there is an image that you would like to pursue that is not immediately shown to you, we are certainly willing to pursue that case. Simply submit a licensing request!

## Additional information will be needed

You will need to confirm the image is yours, and provide us some information that will help with the case, such as price of the image and registration information if you have registered the image. These two pieces will help the lawyers determine what to ask for when opening the case. Images *do not* need to be registered with the Copyright Office in order to be pursued, and we will still pursue cases if the image(s) has not been registered.

## Payment, Fees, etc.

Higbee & Associates will be pursuing all cases on contingency. Which means that you will not pay legal feels until, and unless the case is successful.

The fees will be 50% of the reward upon successful litigation or settlement. This is only charged after a successful case, unless you mislead your legal council in any way that leads to a loss.

Why 50%? For two reasons:

- First, we would like to be able to go after all cases, even the low value ones. In order to do this we need to have a higher rate to average it out.
- The second reason is because Copypants and Higbee are taking on the cost of protecting all of your images, and only receiving payment for the one's where you benefit.



Exhibit

C-1

SER 0026

- Copypants and Higbee are committed to acting professionally and with respect towards alleged infringers. In the end, we see them as your potential customers and we rather you have future customers, than past opponents.

If there is something that has not yet been answered, do no hesitate to contact our awesome support team; support@copypants.com. We're excited to see the results that this partnership brings!

# 4 Comments



**Rocco Macri** on December 20, 2016 at 5:51 pm

Hi:

How do I send you images to search?

<div style="text-align:right">Reply</div>



**copypants** on December 22, 2016 at 1:07 pm

Hi Rocco,

You agreed to be added to the list last month when the trial started. H&A is reviewing every image match from each of the users that signed up. The images that you've sync'd with us from your Instagram will be reviewed by the legal team.

Let us know if you'd like to make any changes.

<div style="text-align:right">Reply</div>



**Rocco Macri** on December 20, 2016 at 5:51 pm

Hi:

How do I send you images to search?

<div style="text-align:right">Reply</div>

**copypants** on December 22, 2016 at 1:07 pm

SER 0021



Hi Rocco,

You agreed to be added to the list last month when the trial started. H&A is reviewing every image match from each of the users that signed up. The images that you've sync'd with us from your Instagram will be reviewed by the legal team.

Let us know if you'd like to make any changes.

Reply

## Recent Posts

Important things to know; Copypants, Higbee & Associates, and Litigation

Copypants Chronicles: Undercutting your infringer

Copypants Chronicles: First Licensing Case

Licensing vs. Litigation

Getting started with Copypants

 

Copypants © 2018 All Rights Reserved

SER 0022





# Important things to know; Copypants, Higbee & Associates, and Litigation

So this is your first litigation case? That's super exciting! Sorry about the jerk stealing your image(s)! Or maybe it's not. Maybe you're here because you want to know how we handle litigation cases. Maybe you need some bedtime reading material… Sorry, this is going to be the most stimulating thing you've read all day!

Whether you've found this article yourself, or we've referred you here from a new case, the purpose here is to fully explain how we handle Litigation cases at Copypants. Strap in!

What we need from you

When you're finished submitting the case request

Information about Higbee & Associates

H&A x Copypants Partnership

Payment & Fees

Privacy

When to use litigation

First off, if we've referred you here from a case email, we probably need a couple things from you. To begin a litigation case, we need as much information about the image as possible. You can fill in the form via the link we provided in the email, or you can visit the case page that has been created for you under the Cases tab on the app.

## We'll need:

- A signed Power of Attorney document
  - This will give Higbee & Associates the power to pursue your cases on your behalf, negotiate settlement amounts, and represent your in court.
- Your full legal name

Exhibit

C-2

exhibitsticker.com

- Sorry, no usernames or aliases.
- The approximate date that you first published the image, online or otherwise
  - Month and Year are enough
- As much relevant information about the image as possible
  - Have you licensed this image before?
  - If so, how many times?
  - When?
  - On average, how much did you charge for licensing this image?
  - What kind of licensing rights were given to the publisher?
- The image's registration information
  - If you've registered the image with the U.S. copyright office we will need
    - The registration number
    - The date (day, month, year) that the image was registered
- Your desired settlement amounts
  - The initial amount in USD
    - This will be the proposed amount
  - The minimum settlement value in USD
    - This is the lowest value you will be willing to settle this case for

Once you've provided all this information your case can be submitted. Of course, if you are opening a litigation case on your own, all of this still applies. *Your images do not need to be registered with the Copyright office to be pursued.* The big benefit of registering your images is it allows you to sue for statutory damages and attorney fees.

The reason we require so much information is because it makes a MUCH stronger case. When you have all of your "i's" dotted, and your "t's" crossed, it leads to quicker settlements and less negotiations.

## What do you need to do when you're finished?

After you've finished submitting all the information you're finished! It's being taken care of from this point on. We will update you as soon as progress has been made on your case. Go ahead and relax, you've earned it!

In the event that your case goes to court, you will *not* need to be present in court. Higbee & Associates are acting on your behalf, and will represent you in court.

Again, **you do not need to be present in court for these cases!** Isn't that awesome!?

## Who is Higbee & Associates?

SER 0024

Case 2:18-cv-01097-JCM-VCF Document 1-1 Filed 06/07/18 Page 27 of 29

Higbee & Associates is a California based law firm that specializes in copyright. They provide a wide range of copyright related services designed to help creative professionals maximize their potential and protect their livelihood. They can help with everything from registration, licensing, enforcement— including pre-litigation negotiation, and litigation.

## What is H&A doing with Copypants?

Higbee & Associates is providing Litigation services for our users. All of their work is done on contingency. This means that they will accept and pursue your case with no upfront cost to you. The only time you will pay for this service is when your case wins. Payment is based on a percentage of your settlement and will be deducted once the case is closed. If your case does not settle, you pay **nothing**.

Two attorneys at Higbee & Associates will have the ability to review your results which include your image, the websites where they are found, and the contact information of the people using your content.

From time to time, they may suggest opening cases for certain matches that they believe have a high chance of settling.

## Payment & Fees

The fees will be 50%**\*** of the reward upon successful litigation or settlement. This is only charged after a successful case, unless you mislead your legal counsel in any way that leads to a loss.

Why 50%? For two reasons:

- First, we would like to be able to go after *all* cases, even the low value ones. In order to do this we need to have a higher rate to average it out.
- The second reason is because Copypants and Higbee are taking on the cost of protecting all of your images, and only receiving payment for the ones where you benefit.
- Copypants and Higbee are committed to acting professionally and respectfully towards the alleged infringers. In the end, we see them as your potential customers and we rather you have future customers, than past opponents.

*\*Fees are subject to change.*

## Privacy

Your privacy is important to us and none of your personal information or content will leave Copypants.com. As mentioned before, two attorneys will have access to information about your matches, including the location, and the contact information of the publisher.

## When should you open a Litigation case?

We suggest using the Litigation action when:

SER 0025

- You've had trouble contacting this publisher in the past
- This image is particularly valuable, and a quickly closed case is important
- You are asking a large licensing fee
  - Unfortunately it is common for publishers to simply ignore the licensing request, and in place take an image down, thinking they will not have to pay. This is not the case. Once legal counsel is involved, your case will continue to be pursued even if the image has been removed.
- If this is an important image of yours and it is being used commercially by a big organization, Litigation is the best option.

As always, if you have any further questions or need some clarification please leave a comment or email support@copypants.com, and our awesome team will be thrilled to assist you!

## Recent Posts

Important things to know; Copypants, Higbee & Associates, and Litigation

Copypants Chronicles: Undercutting your infringer

Copypants Chronicles: First Licensing Case

Licensing vs. Litigation

Getting started with Copypants

 

Copypants © 2018 All Rights Reserved

SER 0026



Case: 23-15102, 06/20/2023, ID: 12739060, DktEntry: 18, Page 29 of 287

**Exhibit**

**D-1**

SER 0027



SER 0028



Case: 23-15102, 06/20/2023, ID: 12739060, DktEntry: 18, Page 31 of 287

SER 0029



Exhibit

E-2

exhibitsticker.com



SER 0031

Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
3481 E Sunset Rd., Suite 100
Las Vegas, NV 89120
(714) 617-8350
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com

Troy L. Isaacson, Esq., NV Bar No. 6690
MADDOX ISAACSON & CISNEROS, LLP
11920 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada 89141
Telephone: (702) 366-1900
Facsimile: (702) 366-1999

Ryan L. Isenberg
Georgia Bar No. 384899
ISENBERG & HEWITT, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@isenberg-hewitt.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MILLER, | CIVIL ACTION FILE |
| | NO. 2:18-cv-02097-JAD-VCF |
|       PLAINTIFF, | JOINT MOTION TO CONTINUE DISCOVERY STAY |
| V. | |
| 4INTERNET, LLC AND JOHN DOES 1-10 | |
|       DEFENDANTS. | |
| AND | |
| 4INTERNET, LLC | |
|       COUNTERCLAIMANT | |
| V. | |

1

SER 0032

ROBERT MILLER, ET. AL.

COUNTERCLAIM DEFENDANTS

COME NOW, all parties to the above-styled action, and file this Motion to Continue the Stay of Discovery as follows:

1. The Court held a conference with the parties on May 1, 2019, and by agreement of the parties, the Court stayed discovery pending the outcome of Motion to Dismiss Defendant's Counterclaim. The Court contemplated that the parties would file a discovery plan and scheduling order within two weeks of the disposition of said motion (Doc. 24).

2. The motion was granted on January 8, 2020, but with leave to amend (Doc. 39).

3. 4Internet filed its amended counterclaim on January 19, 2020 (Doc. 40).

4. On February 9, 2020, the Counterclaim Defendants file a Motion to Dismiss the Amended Counterclaim (Doc. 41).

5. The parties respectfully request that the Court continue the May 1 minute order, and stay discovery and require the parties to submit a proposed discovery plan and scheduling order within two weeks of the Court's ruling on the Motion to Dismiss the Amended Counterclaim.

WHEREFORE, the parties jointly move that the Court stay discovery and require the parties to submit a proposed discovery plan and scheduling order within two weeks of the Court's ruling on the Motion to Dismiss the Amended Counterclaim.

[Signatures on next page]
2

SER 0033

Dated: February 21, 2020                            Respectfully submitted,

                                           **/s/ Mathew K. Higbee**
                                           Mathew K. Higbee, Esq.
                                           Nevada Bar No. 11158
                                           HIGBEE & ASSOCIATES
                                           3481 E Sunset Rd., Suite 100
                                           Las Vegas, NV 89120
                                           (714) 617-8350
                                           (714) 597-6729 facsimile
                                           *Counsel for Plaintiff and Counterclaim Defendants*

Dated: February 21, 2020                            Respectfully submitted,

                                             **/s/ Ryan Isenberg**
                                           Ryan Isenberg, Esq.
                                           Georgia Bar No. 384899
                                           *Pro Hac Vice*
                                           ISENBERG & HEWITT, P.C.
                                           600 Embassy Row, Suite 150
                                           Atlanta, GA 30328
                                           (770) 351-4400
                                           (779) 828-0100 facsimile
                                           *Counsel for Defendant*

## Certificate of Service

     This is to certify that I have this day served the within and foregoing Motion to Continue Stay of Discovery upon Plaintiff and Counterclaim Defendants by filing the same using the CM\ECF system, which will generate notice to the following counsel of record:

     Mathew K. Higbee, Esq.
     HIGBEE & ASSOCIATES
     3481 E Sunset Rd., Suite 100
     Las Vegas, NV 89120

                                             /s/ Ryan Isenberg

3

SER 0034

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ROBERT MILLER, | |
| Plaintiff, | 2:18-cv-02097-JAD-VCF |
| vs. | **ORDER** |
| 4INTERNET, LLC, | |
| Defendants. | |

Before the Court is the Joint Motion to Continue Discovery Stay (ECF No. 42).

On May 1, 2019, the court held a discovery hearing and ordered the parties to submit a proposed discovery plan and scheduling order by May 21, 2019, if no motion to dismiss is filed. If the motion to dismiss is filed, the parties are to submit the proposed discovery plan and scheduling order two weeks after the decision on the motion to dismiss. (ECF NO. 24).

Miller's Motion to Dismiss Amended Counterclaims (ECF No. 41) is pending before the court.

The parties request that the court stay discovery and that the proposed discovery plan and scheduling order be due within two weeks after the court's decision on the Motion to Dismiss the Amended Counterclaim. (ECF NO. 42).

Accordingly,

IT IS HEREBY ORDERED that Joint Motion to Continue Discovery Stay (ECF No. 42) is GRANTED.

IT IS FURTHER ORDERED that discovery is STAYED until 14 days after the court's decision on the Motion to Dismiss the Amended Counterclaim (ECF No. 42).

IT IS FURTHER ORDERED that the parties must file a proposed discovery plan and scheduling order 14 days after the court's decision on the Motion to Dismiss the Amended Counterclaim (ECF No. 42).

SER 0035

IT IS FURTHER ORDERED that a status hearing is scheduled for 10:30 AM, October 14, 2020, in Courtroom 3D.

DATED this 25th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

**Exhibit A-7**

-----------------------

**Miller Depo. 11 (Miller Resp. to ROGS)**

SER 0037

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROBERT MILLER,

                Plaintiff(s),

   v.

4INTERNET, LLC; and DOES 1 through 10 inclusive,

                Defendant.

**CIVIL ACTION NO.**

2:18-cv-02097-JAD-VCF

**PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENANT'S FIRST SET OF INTERROGATORIES**

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Plaintiff Robert Miller hereby submits these supplemental responses to Defendant 4Internet LLC for the First Set of Interrogatories pursuant to the Local Rules and Fed. R. Civ. P. 26(b).

## GENERAL RESPONSES

Responding Party submits these responses subject to, without waiver of, and expressly preserving, the right at any time to amend, revise, correct, supplement, or clarify any of the objections and responses herein at any time, up to and including trial. Responding Party also submits these responses subject to, without waiver of, and expressly preserving: (a) any objections as to the competency, relevance, materiality, privilege, or admissibility of any of the responses or any f the documents identified in any response hereto; (b) the right to object to other discovery procedures involving or relating to the subject matter of the responses herein; (c) the right to object on any ground, at any time, to such other or supplemental Interrogatories Propounding Party may at any time propound, involving or relating to the subject matter of the

**Exhibit**

**11**

SER 0038

First Set of Interrogatories. Responding Party hereby expressly preserves all rights, remedies and recourse against Propounding Party with respect to discovery and otherwise. Inadvertent production, revelation or identification of privileged information by Responding Party is not a waiver of any applicable privilege.

Additionally, Responding Party has not completed investigation of the facts and documents relating to this action and has not completed trial preparation. Consequently, Responding Party responds to each Request for Production to the best of Responding Party's present, existing knowledge. Responding Party reserves the right to amend, revise, correct, supplement, or clarify any of the objections and responses herein pursuant to any facts or information gathered at any time subsequent to the date of this response. Moreover, the responses contained herein are not intended to and shall not preclude Responding Party from making any contentions or relying upon any facts or documents at trial, whether or not identified or relied upon herein, which result from subsequently discovered information and/or evidence.

## GENERAL OBJECTIONS

Responding Party makes the following general objections with respect to the information and/or the documents that may be produced:

1. Responding Party objects to each request to the extent that it requests information subject to the attorney-client privilege, work product doctrine, or any other applicable privilege and Responding Party will not produce such information. To the extent any information is inadvertently produced, such production is not intended as any waiver of the attorney-client privilege or any applicable privilege.

2. Responding Party objects to the requests on the ground that the information and/or documents sought are not relevant to the subject matter of this action and do not fall within the scope of discoverable evidence as set forth in the Federal Rules of Civil Procedure.

3. Responding Party objects to the requests on the ground that the requests are overbroad, vague and ambiguous.

4.      Responding Party objects to the requests on the ground that the requests seek information and/or documents that are equally available to the requesting party, its agents, privies and assigns.

5.      Responding Party reserves the right to object to the introduction into evidence, at the trial or arbitration or any other proceeding, of any information and/or documents produced pursuant to the requests on any ground, including, without limitation, applicable privilege, competence, relevance, materiality, propriety information and admissibility.

6.      Responding Party objects to the requests on the ground that the information and/or documents requested have been previously produced and/or made available in this litigation or prior to this litigation.

7.      Responding Party objects to the requests on the ground that the individual requests are compound, conjunctive or disjunctive.

8.      Responding Party objects to the requests on the ground that the individual requests are not complete in and of themselves and are, therefore, impermissible.

9.      Responding Party objects to the requests on the ground that the individual requests call for a legal conclusion or an expert opinion.

10.     Nothing herein shall be construed as an admission respecting the admissibility, truth, authenticity, accuracy or relevance of any documents.


## RESPONSES TO INTERROGATORIES

**ROG 1**: Describe in detail the nature and length of your relationship with Christopher Sadowski, and include a description of any written agreement(s).

**RESPONSE**: Plaintiff has been working with Christopher Sadowski since 2017.  Mr. Sadowski helps Plaintiff keep track of his intellectual property.  Plaintiff has no written agreements with Mr. Sadowski.

SER 0040

**ROG 2**: Describe in detail the nature and length of your relationship with the New York Post, and include a description of any written agreement(s).

**RESPONSE**: Plaintiff began working with the New York Post as a photojournalist since 2001, and has an agreement with the New York that best describes this relationship and the day rate he receives. This agreement was included with the first production.

**ROG 3**: Identify each person at the New York Post that you have communicated with since January 1, 2017 in relation to photographs you are credited as having taken that are published on the New York Post website.

**RESPONSE**: Plaintiff objects in that this request is overbroad and not relevant to any claims or defenses raised in this lawsuit, in any event Plaintiff identifies two individuals: Chad Rachman who is an editor at the New York Post that sent him on assignment for the goat picture. An e-mail exchanged between Mr. Rachman and Plaintiff is included in the supplemental production. The second individual is Ariel Ramerez who was formally an editor with the New York Post, but has left since the pandemic hit. Plaintiff does not know the whereabouts of this individual now.

**ROG 4**: Identify each person or entity that asked you about licensing or buying the goat picture.

**RESPONSE**: Apart from the New York Post, no other entity has asked Plaintiff about licensing or buying the goat picture.

**ROG 5**: Identify each person who has information regarding any value you seek to attribute to the goat picture.

**RESPONSE**: Apart from any unidentified expert at this time who can speak to the industry standard for assessing value, Plaintiff determines the value attributed to the goat picture.

**ROG 6**: Identify each person or entity to whom or which you have sent a letter asserting a claim for copyright infringement from January 1, 2015 to the present.

SER 0041

**RESPONSE**: Plaintiff objects that any letters sent to third parties are overbroad and not relevant to this lawsuit.

**ROG 7**: Identify the license value of the goat picture as of August 31, 2018, and describe all factors and documents used to calculate that amount.

**RESPONSE**: Plaintiff receives a day rate from the New York Post, which does not accurately convey the value of his work, as he is paid that same rate whether he takes a thousand pictures when on assignment or none. Since there are no other licenses for the goat picture, Plaintiff is producing a comparable license of $1700, which he feels accurately reflects the value of his work.

**ROG 8**: Identify each "major media outlet," other than those listed in Paragraph 12 of your Complaint, to which you have licensed or sold photos.

**RESPONSE**: Plaintiff objects that information regarding other media outlets other than those listed in Paragraph 12 of the Complaint is overbroad and not relevant to this lawsuit. In any event, Plaintiff adds that he has sold or licensed his pictures to ABC News, the Village Voice, El Mundo Internacional, Time Out NY, and New York Magazine, and has worked with the agencies, Polaris and Splash News.

**ROG 9**: Describe any and all changes you made to the goat picture, including to the EXIF (Exchangeable Image File Format) data, after it was taken.

**RESPONSE**: There were no changes made to the goat picture.

**ROG 10**: Identify the MD5 hash values for the goat picture

    a. as taken

    b. as deposited with the copyright office

    c. as published by the New York Post

    d.  as you found through Defendant's search engine

**RESPONSE**: Plaintiff does not know what a MD5 hash value is.

**ROG 11**: Identify all devices, applications, receipts, or other documents that would identify your location on August 9, 2018.

**RESPONSE**: Plaintiff objects to this request because any information regarding his location two years ago is irrelevant, overbroad, burdensome, and invasive.  Nonetheless, Plaintiff has an E-ZPass for the toll roads, which he took that day to get to the location for the assignment.

**ROG 12**: State the date any surgery you had on your heart in the past 12 months.

**RESPONSE**: On June 3, 2020, Plaintiff had a metro valve repair and a tricuspid valve repair.


Date: October 1, 2020              HIGBEE & ASSOCIATES

                                   By: **/s/ *Mathew K. Higbee***
                                   Mathew K. Higbee, Esq.
                                   *Attorney for Plaintiff*

SER 0043

## <u>VERIFICATION</u>

I, Robert Miller, certify and declare under penalty of perjury under the laws of the United States of America that I have read these Responses to Defendant's First Set of Interrogatories and know their contents and believe, to the best of my knowledge, that such answers are true and correct.

Executed this 30 ___ day of September 2020.

_____

Robert Miller

## PROOF OF SERVICE

I, the undersigned, say:

      I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

On October 1, 2020, I caused to be served the foregoing documents:

**PLAINTIFF'S S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

X      (BY MAIL / E-MAIL) I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid and addresses to the person below:

      Ryan Isenberg, Esq.
      Isenberg & Hew
      600 Peachtree Dunwoody Road
      600 Embassy Row, Suite 150
      Atlanta, Georgia 30328
      ryan@ihlaw.us
      **Attorney for Defendant**

      I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on October 1, 2020, at Santa Ana, California.


                    */s/ Saba A. Basria*
                    Saba A. Basria, Esq.
                    *Attorney for Plaintiff*

SER 0045

# Exhibit B-9

-----------------------

# Levy Depo. Ex. 22 (Amended Expert Report)

SER 0046

Michael Levy 09/24/2021

**EXHIBIT**

**22**

Angela Campagna

Amended
Report of Michael A. Levy in the matter of Miller v. 4Internet

# Table of Contents

Introduction ..................................................................................................................................... 1

Summary of Findings ..................................................................................................................... 3

Qualifications ................................................................................................................................. 5

Detailed Description of Findings .................................................................................................. 5

    Number of Photos on the Internet ........................................................................................... 5

    Background ................................................................................................................................. 5

    Google Photos .......................................................................................................................... 6

    Facebook, Instagram, WhatsApp ........................................................................................... 6

    Apple iCloud ............................................................................................................................. 7

    Phone & Computer Storage .................................................................................................... 7

  Search Engines ............................................................................................................................ 7

  HTML Source Code ..................................................................................................................... 8

    Meta Tags ................................................................................................................................... 9

    Services that use Meta Tag Information .................................................................................. 9

    The Anatomy of a Meta Tag ................................................................................................... 10

    Meta Tags Found on New York Post News Article Pages ....................................................... 11

    Meta Tags NOT Found on New York Post News Article Pages ............................................. 14

    LD+JSON script ....................................................................................................................... 14

  WordPress .................................................................................................................................. 15

    WordPress V.I.P. ...................................................................................................................... 15

  Image EXIF Data ....................................................................................................................... 16

Conclusion ..................................................................................................................................... 19

SER 0048

## Introduction

I am the founder and managing member of 4Internet, LLC (herein referred to as 4Internet.) I have been asked to draw conclusions regarding various matters surrounding a copyright infringement case. The other parties in this case appear to me to be an organization of people and entities. They include Robert Miller (a photographer with the New York Post,) Christopher Sadowski (a photographer with the New York Post who claims to be the agent of Robert Miller,) Eugene Sadowski (an agent of Christopher Sadowski,) and Attorneys Matthew Higbee and Richard Liebowitz. It is my understanding that Richard Liebowitz has been labeled a "copyright troll" by the court and has been suspended from practicing law. It is also my understanding that Matthew Higbee has adopted the same business model as Richard Liebowitz, is sharing the same clients as Richard Liebowitz (including in the present case,) and is enforcing copyrights filed by Richard Liebowitz (including in the present case.) Further, it is also my understanding that Christopher Sadowski has been labeled a copyright troll. Therefore, I believe the description "copyright trolls" is fair. However, for purposes of this report, I will benevolently refer to them as simply Higbee-Liebowitz clients because that appears to be the same things as "copyright trolls."

- The number of photographs that exist on the internet and the rate of growth of this number.
- Analysis of the HTML source code of the web pages that displayed and seeded the photographs of the Higbee-Liebowitz clients.
- Analysis of the web distribution and seeding systems used by the Higbee-Liebowitz clients.
- EXIF data and Web data analysis of photographs claimed to be taken by the Higbee-Liebowitz clients.
- Analysis of the content and construction of the primary website used by the Higbee-Liebowitz clients, nypost.com
- Opinion of the internet operations conducted by the Higbee-Liebowitz clients.

This report contains my preliminary opinion on these matters. I understand that discovery in this matter is ongoing. The facts and opinions contained in this document are based on the information available to me at the time of writing this report. I reserve the right to amend or supplement my findings later as more information becomes available.

## Summary of Findings

On November 11th of 2020, Google reported that over 4 TRILLION photos had been uploaded to Google photos for online storage. Further, Google stated 28 BILLION new photos were being uploaded every day. Photos are also being uploaded to services like Apple iCloud, Facebook,

SER 0049

Instagram, and WhatsApp. BILLIONS (maybe trillions) of photos have also been uploaded to these services. Further, these services have also reported that hundreds of millions of new photos were being uploaded to their servers every day.

It is clear to me (and probably everyone else) that there is nothing special about taking a photograph anymore. It requires no special skill to take a photograph and everyone with a cell phone is now in possession of a highly sophisticated camera. Indeed, the tremendous numbers reported by Google are enough to draw a conclusion. Photos are now so common and numerous that they have become the digital equivalent of "grains of sand on a beach."

It is my opinion that nypost.com is the primary seed point the Higbee-Liebowitz clients are using. The New York Post contains over 100,000 news articles spanning a 20-year period. This provides the Higbee-Liebowitz clients with a large pool of potential seed points from a publisher with a large volume of web traffic and a professional publishing system that can quickly distribute the images (WordPress.com VIP.)

I examined the HTML source code of the New York Post. The news article pages used by the Higbee-Liebowitz clients to seed the photographs all possess a common block of meta tags, comment tags, and ld+json scripts in its HTML source code. These code blocks are used for search engine optimization (SEO) and content distribution and are generated by a WordPress.com VIP tool known as "JetPack." This tool is a Search Engine Optimization (SEO) and social media network auto-posting program. It is used to gather web traffic by automatically creating tweets on Twitter and posts on Facebook and optimizing web pages so that the content and meta information contained in the HTML source code is quickly and authoritatively indexed into the search engines. All of this happens shortly (within minutes) after a web page is published by the WordPress VIP content management system.

After examination of the nypost.com website I have determined that substantially all the news articles published by the New York Post for at least the past five years (and consequently all of the Higbee-Liebowitz clients' pictures) had been shared to Twitter and Facebook by the New York Post the moment the news articles were published by the WordPress VIP system. Therefore, the publisher (The New York Post and the Higbee-Liebowitz clients) had already granted Twitter and Facebook a license to use the photograph publicly before any of their claimed infringements occurred.

EXIF data analysis shows that the photograph(s) taken by the Higbee-Liebowitz clients were not designated as copyrighted material. In fact, this EXIF data contains language that would lead a user to the exact opposite conclusion. Further, over two years after the Higbee-Liebowitz clients claimed to have copyrighted the photo(s) in this case, they have still not changed the EXIF data to properly denote it as copyrighted. The EXIF data also contains captions that contain a description of the image. The Higbee-Liebowitz clients write these captions with descriptive keywords which appear to me to aid in the distribution of the photograph and its search engine optimization (SEO) simultaneously. Considering all of this, it is my opinion that the Higbee-Liebowitz clients' intent is to make these photographs as easy to distribute as possible and to distribute them as widely as possible with the intent of generating claims of infringements.

SER 0050

It is also my opinion that, at times, photographs change on the New York Post website. A photograph that is not credited to a copyright troll is replace with substantially the same photograph that is credited to a copyright troll. It is my belief that this is being done to generate claims of infringement.

## Qualifications

I have worked in the internet industry for the past twenty years. I have over 20 years of search engine and website development experience. For the past 8 years, I have worked in the area of internet technology development, primarily search engine development. I have been awarded the U.S. Patent #10,223,453 B2 **Dynamic Search Set Creation in a Search Engine** for which I am the inventor.

I am the developer of the 4Search.com search engine network of topical search engines. I have extensive experience with building sophisticated web crawlers, parsing and analyzing complex web pages at scale, and indexing large amounts of web pages. I am one of only a handful of independent developers in the world that have built a functional search engine that actively crawls the web and indexes news articles in real time on commodity-level equipment.

I am an active investor in technology companies. My investments include a particular focus on search engine companies, database technology, web traffic and web marketing companies. I am also an active internet domain name investor.

I hold two degrees. I received a bachelor's degree in criminal justice from the University of Georgia in 1990 and a master's degree in taxation from Georgia State University in 1994. In the process of completing my master's degree I also completed the entire bachelor's degree curriculum in accounting.

I have not authored any publications, have not testified as an expert in the past four years, and am not being compensated for this report.

## Detailed Description of Findings

### Number of Photos on the Internet

#### Background

The commodity-level digital camera received widespread adoption in the late 1990's. Since then, the number of photographs taken globally has surged. In the early 2000's, digital cameras became integrated with cell phones. This caused the growth rate in number of photographs to

SER 0051

increase again. After the creation of the "smart phone" in 2007, the number of photographs taken worldwide exploded exponentially. A smart phone is a type of phone that is actually an internet connected mobile computer which also contains a camera. Because smart phones are connected to the internet, people can upload their photographs to various services that provide online storage for these photographs. Two of the most popular storage services are Google Photos and Apple iCloud. Direct storage services are not the only way users can store photos online. Smart phones can also integrate with social media networks, like Facebook, Instagram, and WhatsApp which provide ad hoc photo storage via the "timeline" of the account users. The following is an explanation of my findings from these authoritative sources of photo data.

## Google Photos

Google, whose parent company is Alphabet, is a giant in the online photo storage business. Google Photos allowed free storage of photos since its creation. However, on November 11th 2020, VP Google Photos Shimrit Ben-Yair posted the following on the official Google Blog, updating Google's storage policy:

"Today, more than 4 trillion photos are stored in Google Photos, and every week 28 billion new photos and videos are uploaded."[1]

Ben-Yair went on to explain that in order to meet future demands for storage space, Google Photos would have to change their policy allowing unlimited free storage for all devices. There were simply too many new photos being generated for even a behemoth like Google to keep up. This development speaks volumes as to the number of new photos that are being generated daily.

## Facebook, Instagram, WhatsApp, and Snapchat

According to Facebook CEO Mark Zuckerberg, 2.5 billion people use a Facebook application each day.[2] To my knowledge, all Facebook applications are enabled with photo sharing capabilities.

On May 16, 2012, Facebook, Inc., in Amendment No. 8 to Form S-1 of it's SEC Registration Statement made the following disclosure:

"On average more than 300 million photos per day were uploaded to Facebook in the three months ended March 31, 2012."[3]

In 2013, Internet.org (created by Facebook, Ericsson, MediaTek, Nokia, Opera, Qualcomm and Samsung) released a white paper that mentioned the number of photos on the Facebook family of services. The official white paper states the following:

---

[1] Exhibit Number of Photos #1 – New Google Photos Storage Policy. Also found at
https://blog.google/products/photos/storage-changes
[2] Exhibit Number of Photos #2 - FB Q3 2020 Earnings Call Transcript.
[3] https://www.sec.gov/Archives/edgar/data/1326801/000119312512235588/d287954ds1a.htm

"More than 250 billion photos have been uploaded to Facebook, and more than 350 million photos are uploaded every day on average."[4]

This was roughly 7 years ago. The use of social networks has grown substantially since then.

A more recent disclosure by Snap, Inc (more commonly known as "Snapchat") revealed the growth has continued upward. On February 2nd, 2017 Snap stated the following:

"We call each of those short videos or images a Snap. On average, 158 million people use Snapchat daily, and over 2.5 billion Snaps are created every day."[5]

Assuming a 15% annual growth rate (a low figure,) this would indicate that there are approximately 500 BILLION photos on Facebook and 700 million photos are now uploaded every day between the three services, not including Snapchat, which would add another 2.5 BILLION into the figure. Some of these photos may be duplicates uploaded between the services. However, this figure is most likely in the minority.

## Apple iCloud

Apple iCloud is a giant in the online photo storage market. Apple has not released an official number of photos that they are storing online. Therefore, I will not include them in the calculation. However, I think it would have been safe to say the number was in the trillions.

## Phone & Computer Storage

Most of the photos taken will never be uploaded. They will remain on the billions of phones and computers that people possess all around the world. Nobody will ever be able to put an exact number on how many photos exist on these devices, but it is my opinion that it is a multiple of the number of photos uploaded. I think it is safe to say that for every photo uploaded, at least three are taken.

My conclusion for the number of digital photos that exist is at least 4.5 TRILLION and the number of new photos being generated per day is at least 28.7 BILLION (The Google and Facebook numbers.) However, I will also say those numbers could easily be three times higher.

## Search Engines

Search engines organize the content found on the internet and make it searchable. To accomplish this, the search engine must understand more about content than the content itself. It also needs to know "about" the content. This is called Meta Information. The fastest way to understand this

---

[4] Exhibit Number of Photos #3 - Facebook White Paper 2013. Quote located on page 6 of 70. Page 33 of 70.
[5] https://www.sec.gov/Archives/edgar/data/1564408/000119312517029199/d270216ds1.htm

is by example. In order to properly index content like an article, a search engine needs to understand the following:

- The **title** of the page. This is a short sentence that quickly describes the page.
- The **description** of the page. This is usually a few sentences of text that describes the page.
- The best **image** to preview and/or associate with the page

It is not sufficient to merely "read" content as it is rendered visually. Web content (usually a web page) typically contains blocks of text that are irrelevant to a web user who is searching the internet. Examples of such irrelevant information include navigation, advertisements, disclaimers, etc. Relevant content can easily be lost in the "noise" of this irrelevant information, including truly relevant, vital, pieces of information.

Because certain pieces of information are so important (like the title and description,) the HTML standard provides for a type of HTML tag that communicates this critically important information. These tags are called "meta tags" and they have been in place since the internet was founded (Web 1.0)

Modern web standards (Web 2.0) expanded the use of meta-information. Instrumental to this expansion was the work performed by Google, Facebook and Twitter. These companies all added meta tags into the HTML standard to provide for different data points. They also expanded the application of Meta Information by using "Graph Databases" where information could be expanded and linked (ld+json.) It is outside the scope of this report to get into depth of this topic. What is important to understand is this: Meta Information, however it is communicated, is what drives search engines which is what drives the internet.

It is critically important for the operation of search engines that the meta information is not misused or abused. The Higbee-Liebowitz clients have abused the use of meta information by tricking the search engines into spreading their photographs as public images, then suing and extorting people who properly use the internet standards that have been put in place. It is a travesty.

## HTML Source Code

The New York Post takes full advantage of implanting meta information in their news article pages to distribute the web pages and images throughout the internet as much as possible. They do this automatically using auto-posting services like WordPress.com Jetpack, which take advantage of Meta Tags and LD+JSON to automatically create tweets and Facebook posts. Every news article published by the New York Post is shared to Twitter and Facebook within minutes using the featured image of the news article. This does not require the interaction of a website user. This is done automatically by the publishing platform, the WordPress VIP.

SER 0054

## Meta Tags

Meta tags are informational HTML tags contained within the HTML code[6] of a web page. Unlike most other HTML tags, the content of meta tags is not used to visually render the page in a browser. Rather, the content contained in meta tags is meant to communicate information about the page, such as the page's title, a description, or information regarding the components of the page, like an image to associate with the page. This information is being communicated to the services that organize, understand, and distribute information on the internet. To these services, such as search engines and content delivery networks, meta tags are vital. Because search engines rely on Meta Tags, they are often used by the authors of web pages in a practice known as Search Engine Optimization (SEO.) Therefore, the authors of web pages are placing meta tags in the source HTML of a web page so that their pages may take advantage of these services and gather more web traffic to the page.

In the past, meta tags were added manually to web pages via a text editor. Today, web pages are mostly published via a content management system (CMS) which adds these tags automatically based on the information supplied to the system by the web page's author(s.) Today, the most used web publishing CMS platform is WordPress. WordPress generates meta tags automatically from the information given by the author(s). WordPress is the CMS used by the New York Post.

## Services that use Meta Tag Information

Meta tag information is primarily used by internet service providers and software that organize, analyze and distribute web data like web pages and images. Common examples of such internet service providers include search engines like Google[7], Bing, and Yahoo (and the much less commonly known 4Search Network of topical search engines…)

Search engines use automated web crawlers to find and download web pages by "crawling" from URL address to URL address either from links within the page or from the use of lists of links provided from feeds and sitemaps. After downloading a web page's HTML, it is analyzed. Web pages are designed to be rendered in a browser and interpreted by a human visually. It is often difficult, resource intensive, and error prone for machines to interpret a web page as a human author intended. Indeed, even humans often mistake words and images on a web page that was authored by and for humans. Therefore, meta tags provide for a quick, easy, and accurate way to communicate critical bits and pieces of data in such a manner that a machine can understand it. Without meta tag information, irrelevant parts of a web page, like a disclaimer or a banner, could easily be mistaken for a relevant section like the opening paragraph.

---

[6] Exhibit Meta Tags #1: HTML Source code of New York Post page. Also found at (chrome browser): view-source:https://nypost.com/2018/08/09/rogue-goat-may-have-helped-dozens-of-farm-animals-escape/
[7] Exhibit Meta Tags 1: Google Developer Docs: Special tags that Google understands. Also found at: https://developers.google.com/search/docs/advanced/crawling/special-tags

SER 0055

Social media websites like Twitter[8] and Facebook[9] are also highly dependent on meta tag information. Whenever Twitter or Facebook make a new tweet or post, they need to know such information as the title, description, published date, and featured image of a web page. They also must be certain that these pieces of information are what the actual author of the page intended. Other information such as the authors account information is also especially useful (and sometimes required.) In the process of posting a web page, these services will download a copy of the HTML source of that page (unless they already have the information.) This way, they can verify the pages existence and authenticity. The services may also wish to fetch the appropriately sized image (card size) of a featured image and may require the web server the page resides upon to render it to the appropriate size. To assist in providing the information these services need, many of them have created their own meta tags. Some of this information is universal. The title, description, published date and featured image are the most common universal pieces of information. Repeating this information becomes redundant and having multiple copies of the same information can quickly bloat the size of a web page. Therefore, many services will use the information provided in each other's tags should one of their own tags not exist on the page. It is quite common for services that are less popular to use the information contained within the Facebook and Twitter meta tags. These services are so popular that almost every page includes at least one of these sets of meta tags. Another common type of service that rely on these tags are the automated posting services.

These days, most of the traffic a website receives come from the search engines and social networks. Therefore, whenever a publisher (like the New York Post) publishes a web page, it automatically submits that page to these traffic sources via its CMS (WordPress.) These systems also contain a plugin, like WordPress Jet Pack[10], which automatically encodes all the needed data into the meta tags. It also encodes the publisher's Facebook and Twitter account information. This way, the publisher, the search engines, Facebook, and Twitter are all working in unison to drive traffic to the page within minutes of the author pressing the "publish" button. The software also lists the page in the website's Google sitemap and "pings" Google to download a copy of the page for insertion into Googles search index. All these services rely on meta tags to get the information needed to drive traffic to the publisher's website.

## The Anatomy of a Meta Tag

Meta tags contain at least two parts, a name and content. The name is what the meta tag should be applied to. The content is what is being applied. Meta tags have the following syntax.

---

[8] Exhibit Meta Tags 3: Twitter Developer  Cards Markup Tag Reference. Also found at:
https://developer.twitter.com/en/docs/twitter-for-websites/cards/overview/markup
[9] Exhibit Meta Tags 4: Facebook: A Guide to Sharing For Webmasters. Also found at:
https://developer.twitter.com/en/docs/twitter-for-websites/cards/overview/markup
[10] Exhibit Meta Tags #5: Wordpress VIP: Jetpack Features. Tabset #4. Promote: "Schedule promotions of your content to social media sites in advance to save time and hassle" and figure.  Also found on the promote tab at:https://jetpack.com/features/

`<meta name="_____" content="_____" />`

The author of the web page would replace the blank spaces with the text of the name and the text of the content respectively.

Meta Tags Found on New York Post News Article Pages

There is no limit to the types of meta tags that can exist. However, certain meta tags are extremely common due to the popularity of the search engines and social networks. The New York Post has taken advantage of these meta tags to auto-post their news articles to Twitter, Facebook, and make it easier for the search engines to index the relevant content of their pages.

The following are the meta tags and comment tags found on the New York Post news article pages that are relevant to the case at hand. For Purposes of this report, I will first cover the tags found on a copy of the source HTML of the page cited in the case[11], retrieved 10/1/2018. The following source code block is identical to what ran on the original publish date of 8/9/2018. The numbers next to each line are the line numbers in the code.

```
59  <meta name="p:domain_verify" content="44b526edc36ffbcc163412ee9fe42833"/>

117 <meta name='description' content='Dozens of goats and sheep brought for slaughter
    escaped
    from a New Jersey livestock auction house Wednesday night — and the facility's
    manager believes
    another goat who had bolted to freedom more than a year ago helped them to make their
    getaway.'
    />

175 <meta name="generator" content="WordPress.com" />

178 <!-- Jetpack Open Graph Tags -->
179 <meta property="og:type" content="article" />
180 <meta property="og:title" content="Rogue goat may have helped dozens of farm
    animals escape" />
181 <meta property="og:url" content="https://nypost.com/2018/08/09/rogue-goat-may-
    have-helped-dozensof-
    farm-animals-escape/" />
182 <meta property="og:description" content="Dozens of goats and sheep brought for
    slaughter escaped
    from a New Jersey livestock auction house Wednesday night — and the facility's
    manager believes
    another goat who had bolted to freedom more t…" />
183 <meta property="article:published_time" content="2018-08-09T23:44:34+00:00" />
184 <meta property="article:modified_time" content="2018-08-10T00:31:55+00:00" />
185 <meta property="og:site_name" content="New York Post" />
186 <meta property="og:image:width" content="1200" />
187 <meta property="og:image:height" content="800" />
188 <meta property="og:locale" content="en_US" />
```

---

[11] https://nypost.com/wp-content/uploads/sites/2/2018/08/fred-the-goat-breakout.jpg?quality=90

SER 0057

```
189 <meta name="twitter:creator" content="@nypmetro" />
190 <meta name="twitter:site" content="@nypost" />
191 <meta name="twitter:text:title" content="Rogue goat may have helped dozens of farm
animals
escape" />
192 <meta name="twitter:image"
content="https://thenypost.files.wordpress.com/2018/08/fred-the-goatbreakout.
jpg?quality=90&amp;strip=all&amp;w=664&amp;h=441&amp;crop=1" />
193 <meta name="twitter:card" content="summary_large_image" />
194 <meta property="article:publisher" content="https://www.facebook.com/nypost" />
195 <meta name="twitter:title" content="Rogue goat may have helped dozens of farm
animals escape" />
196 <meta name="twitter:description" content="Dozens of goats and sheep brought for
slaughter escaped
from a New Jersey livestock auction house Wednesday night — and the facility's
manager believes
another goat who had bolted to freedom more" />
197 <meta name="twitter:image:src"
content="https://thenypost.files.wordpress.com/2018/08/fred-thegoat-
breakout.jpg?quality=90&amp;strip=all&amp;w=664&amp;h=441&amp;crop=1" />
198 <meta property="og:image"
content="https://thenypost.files.wordpress.com/2018/08/fred-the-goatbreakout.
jpg?quality=90&amp;strip=all&amp;w=1200" />
199 <meta property="og:image:secure_url"
content="https://thenypost.files.wordpress.com/2018/08/fredthe-
goat-breakout.jpg?quality=90&#038;strip=all&#038;w=1200" />
200
201 <!-- End Jetpack Open Graph Tags -->

492 <meta name='parsely-metadata' content='{"post_id":"nypost-12836850"}' />
493 <meta name="news_keywords" content="Metro,animals,escapes,goats,new jersey">
```

Line 59: "`p:domain_verify`" This is a meta tag meant specifically for Pinterest, an image and web page sharing service. The value is the authorization code assigned by Pinterest. When the Pinterest crawler fetches this page, it will parse the pages information into the Pinterest web service.

Line 117: "`description`" Provides a description to be displayed in the search engines. It is also remarkably similar to the description provided in the Twitter and Facebook meta tags detailed below. From a keyword perceptive, it is similar to the description in the EXIF data of the image.

Line 175: "`generator`" This shows (proves) that this web page was generated using the WordPress publishing platform on WordPress.com.

Line 178: "`<!-- Jetpack Open Graph Tags -->`" Signifies that this is the start of the Jetpack generated block of tags. **The existence of this comment and the following meta tag proves that the New York Post is using the WordPress JetPack auto-posting service to automatically post its news articles to Twitter and Facebook**.

SER 0058

Line 186: "`og:image:width`" Instructs users of the Facebook Open Graph to display the image at 1200px in width.

Line 187" "`og:image:height`" Instructs users of the Facebook Open Graph to display the image at 80px in height.

Line 192: "`twitter:image`" Instructs Twitter to use the New York Post picture at the URL specified within the content portion of the tag.

Line 193: "`twitter:card`" Tells Twitter to use a large image for the tweet card.

Line 197: "`twitter:image:src`" Is an alias of line 192. It instructs Twitter to use the same URL as on line 192.

Line 198: "`og:image`" Instructs  the users of Open Graph, which includes the search engines and social networks, to use the New York Post picture at the content URL.

Line 199: "`og:image:secure_url`" Is, essentially, an alias of line 198. The difference is this URL uses the HTTPS protocol. It is the same New York Post image used for the other services.

Line 201: "`<!-- End Jetpack Open Graph Tags -->`" Signified that this is the end of the Jetpack generated block of meta tags meant for SEO purposes.

Line 492: "`parsely-metadata`'" Is used by the Parse.ly Content Analytics Platform.[12] This Platform is used by publishers to grow their website traffic using the search engines and social networks.

Line 493: "`news_keywords`" Is used to quickly tell the search engines what search keywords this web page applies to. These keywords are also found in the caption field of the EXIF data of the image.

**Notably, all of these image meta tags are specifying the same photo used by 4Internet. Further, it is specifying that a large image be used.** The New York Post had instructed Twitter, Facebook, and all the users of the Open Graph which includes search engines like 4Internet (and Google, Microsoft Bing, Yahoo, etc.) to use this photo.

<meta name="`p:domain_verify`" content="`44b526edc36ffbcc163412ee9fe42833`"/>

This meta tag is named "p.domain_verify." It is a meta tag meant specifically for Pinterest, an image and web page sharing service. The value is the authorization code assigned by Pinterest. When the Pinterest crawler fetches this page it will parse the pages information into the Pinterest web service.

<meta name="`robots`" content="`max-image-preview:large`" />

---

[12] Exhibit Meta Tags 8 - parsely-metadata. Also found at https://www.parse.ly/

This meta tag is named "robots." It is specifically meant tell search engines to display the largest possible image preview.[13]

## Meta Tags NOT Found on New York Post News Article Pages

Unsurprisingly, no meta tags that would prevent a search engine or social network from indexing or displaying the web page and/or image were found. Had the New York Post wanted to keep a page or an image from being indexed, they could have placed a "noindex" in a robots meta tag and/or the img tag.

## LD+JSON script

LD+JSON stands for "Linked Data JSON". It is another form of meta data sharing that can take greater advantage of Open Graph data by using JavaScript to provide more flexible and descriptive elements. LD+JSON is used extensively by Google and Facebook. Once again, the New York Post is taking full advantage of this technology to spread the page throughout the search engines and social media networks. Also, once again, we find the same photo used in the meta tags. The following is the LD+JSON script found on the page.

```
490 <script type="application/ld+json">
491 {"@context":"http:\/\/schema.org","publisher":{"@type":"Organization","name":"New
York Post","sameAs":"https:\/\/nypost.com","logo":
{"@type":"ImageObject","url":"https:\/\/s2.wp.com\/wp-content\/themes\/vip\/nypost-
2016\/static\/images\/logo-nypost.png","height":60,"width":404}},"headline":"Rogue
goat may have
helped dozens of farm animals
escape","url":"https:\/\/nypost.com\/2018\/08\/09\/rogue-goat-mayhave-
helped-dozens-of-farm-animalsescape\/","
thumbnailUrl":"https:\/\/thenypost.files.wordpress.com\/2018\/08\/fred-the-
goatbreakout.
jpg?quality=90&strip=all","image":
{"@type":"ImageObject","url":"https:\/\/thenypost.files.wordpress.com\/2018\/08\/fred
-the-goatbreakout.
jpg?
quality=90&strip=all","width":1024,"height":683},"mainEntityOfPage":"https:\/\/nypost
.com\/2018\/08\/09\/rogue-goat-may-have-helped-dozens-of-farm-animalsescape\/","@
type":"NewsArticle","dateCreated":"2018-08-09T23:44:34Z","datePublished":"2018-08-
09T23:44:34Z","dateModified":"2018-08-
10T00:31:55Z","articleSection":"metro","creator":["Jennifer
Bain","Amanda Woods"],"author":["Jennifer Bain","Amanda Woods"],"keywords":
["animals","escapes","goats","new jersey","\/article"]} </script>
```

---

[13] Exhibit Meta Tags 6 - Robots Meta Tag & X-Robots-Tag Everything You Need to Know. Also found at:https://ahrefs.com/blog/meta-robots/

Similar LD+JSON script is found on almost every news article page on the New York Post website.

## WordPress

## WordPress V.I.P.

The New York Post is clearly using WordPress.com's V.I.P. publishing and distribution service. This can be seen in the JavaScript on each page:

```
<script class="wp-asset-manager gdpr" type="text/javascript">window.nypScripts =
window.nypScripts || {}; window.nypScripts["gdpr"] = {"euCountries":
["AT","BE","BG","HR","CY","CZ","DK","EE","FI","FR","DE","GR","HU","IS","IE","IT","LV"
,"LI","LT","
LU","MT","NL","NO","PL","PT","RO","SK","SI","ES","SE","GB"]}</script><script
class="wp-assetmanager
nypost_wp_vars" type="text/javascript">window.nypScripts = window.nypScripts || {};
window.nypScripts["nypost_wp_vars"] =
{"wp_ajax_url":"https:\/\/thenypost.wordpress.com\/wpadmin\/
adminajax.
php","modal_image_nonce":"5237fe2dac","nypostSite":"nypost","postType":"article","isS
ingle":
true,"isMobile":"","pagesix_app_flyout":
{"is_active":"0","max_modal_views":"1","cookie_expiry":"7","mobile_article_views":"1"
,"desktop_ar
ticle_views":"1","mobile_cookie_expiry":"7","suppress_flyout_views":"60"},"outbrain_p
ermalink":"h
ttps:\/\/nypost.com\/2018\/08\/09\/rogue-goat-may-have-helped-dozens-of-farm-
animalsescape\/","vip":true,"piano_flyout_nonce":"e22c58b678"}</script><script class="wp-asset-manager
recaptchaVars" type="text/javascript">window.nypScripts = window.nypScripts || {};
window.nypScripts["recaptchaVars"] =
{"siteKey":"6Lfthx4TAAAAAG9aRQ1wjbCwDsqte1XrS8kbTKkf","widgetId":"g-
recaptcha"}</script><script
class="wp-asset-manager brightcove-css"
type="text/javascript">document.addEventListener("DOMContentLoaded",function()
{loadCSS("https://s2.wp.com/wp-content/themes/vip/nypost-2016/static/css/nypost-
brightcove.css?
ver=3e51698211fc9e3e72e6");});</script><noscript><link rel="stylesheet"
href="https://s2.wp.com/wp-content/themes/vip/nypost-2016/static/css/nypost-
brightcove.css?
ver=3e51698211fc9e3e72e6" class="wp-asset-manager brightcove-css"
media=""></link></noscript>
```

I have highlighted above the part of the script that has the JSON field which shows the page is using VIP ("vip":true.) The WordPress V.I.P. platform is built for high-volume, high-distribution, websites. This enables a copyright trolling group to seed images on a grand scale using the V.I.P. "JetPack" capabilities. In fact, the reason WordPress calls this capability

SER 0061

"JetPack" is because it "rockets" the content of the web pages into the search engines and social media networks to accelerate traffic. Web Pages and images hosted on the WordPress V.I.P. servers get an instant boost in authority with Google, Twitter, and Facebook, which is one of the reasons why these companies are willing to pay the prices they do for this premium service.

## Image EXIF Data

EXIF Data is meta data (kind of like meta-tags) that are embedded into a digital photograph. This meta data cannot be seen when viewing the photo, but it can be read using an EXIF data reader or using a function in a programming language, like PHP, to read the data.  Search Engines use a function and cast the meta data into an array so that the values can be retrieved. This is the meta data retrieved by the exif_read_data[14]  function in PHP[15] for the picture at the following address:

https://nypost.com/wp-content/uploads/sites/2/2018/08/fred-the-goat-breakout.jpg?quality=90

```
Array
(
    [FILE] => Array
        (
            [FileDateTime] => 0
            [FileSize] => 1118809
            [FileType] => 2
            [MimeType] => image/jpeg
            [SectionsFound] => ANY_TAG, IFD0, THUMBNAIL, EXIF, GPS, INTEROP
        )

    [COMPUTED] => Array
        (
            [html] => width="3000" height="2000"
            [Height] => 2000
            [Width] => 3000
            [IsColor] => 1
            [ByteOrderMotorola] => 0
            [CCDWidth] => 19mm
            [ApertureFNumber] => f/8.0
            [Copyright] => press photo, do not use for advertising purposes
            [Thumbnail.FileType] => 2
            [Thumbnail.MimeType] => image/jpeg
        )

    [IFD0] => Array
        (
            [ImageWidth] => 5760
            [ImageLength] => 3840
            [BitsPerSample] => Array
                (
```

---

[14] https://www.php.net/manual/en/function.exif-read-data.php
[15] https://www.php.net/

SER 0062

```
                    [0] => 8
                    [1] => 8
                    [2] => 8
                )

            [PhotometricInterpretation] => 2
            [ImageDescription] => 3:28 p.m. " Fred ", town mascot is spotted
crossing street and heads towards barn, where he headbutted screeen trying to
open door for goats to break free.  He fled scene back as
Barn Manager of the Hackettstown, NJ live stock auction,  named Bouwe Postma
(c)  484-375-5632.  arrived.  He crossed street heading back into woods.
60 goats that escaped last night have all been caught and accounted for.
They escaped last night from behind a gate.  They were returned to same area.
All were purchased by one unidentified individual before they escaped.  The
auction takes place once a week on Tuesday night.
            [Make] =>
            [Model] => Canon EOS 5D Mark III
            [Orientation] => 1
            [SamplesPerPixel] => 3
            [XResolution] => 720000/10000
            [YResolution] => 720000/10000
            [ResolutionUnit] => 2
            [Software] => Adobe Photoshop CC 2018 (Macintosh)
            [DateTime] => 2018:08:09 19:38:32
            [Artist] => Robert Miller
            [YCbCrPositioning] => 2
            [Copyright] => press photo, do not use for advertising purposes
            [Exif_IFD_Pointer] => 1020
            [GPS_IFD_Pointer] => 1648
        )

    [THUMBNAIL] => Array
        (
            [Compression] => 6
            [XResolution] => 72/1
            [YResolution] => 72/1
            [ResolutionUnit] => 2
            [JPEGInterchangeFormat] => 1762
            [JPEGInterchangeFormatLength] => 5049
        )

    [EXIF] => Array
        (
            [ExposureTime] => 1/640
            [FNumber] => 8/1
            [ExposureProgram] => 2
            [ISOSpeedRatings] => 320
            [UndefinedTag:0x8830] => 2
            [UndefinedTag:0x8832] => 320
            [ExifVersion] => 0230
            [DateTimeOriginal] => 2018:08:09 03:35:27
            [DateTimeDigitized] => 2018:08:09 16:51:28
            [ComponentsConfiguration] => ————————————————
            [ShutterSpeedValue] => 614400/65536
            [ApertureValue] => 393216/65536
            [ExposureBiasValue] => 0/1
            [MeteringMode] => 5
```

SER 0063

```
            [Flash] => 16
            [FocalLength] => 420/1
            [FlashPixVersion] => 0100
            [ColorSpace] => 1
            [ExifImageWidth] => 3000
            [ExifImageLength] => 2000
            [InteroperabilityOffset] => 1616
            [FocalPlaneXResolution] => 5760000/1461
            [FocalPlaneYResolution] => 3840000/972
            [FocalPlaneResolutionUnit] => 2
            [CustomRendered] => 0
            [ExposureMode] => 0
            [WhiteBalance] => 0
            [SceneCaptureType] => 0
            [UndefinedTag:0xA430] =>
            [UndefinedTag:0xA431] => 172028011945
            [UndefinedTag:0xA432] => Array
                (
                    [0] => 420/1
                    [1] => 420/1
                    [2] => 0/1
                    [3] => 0/1
                )

            [UndefinedTag:0xA434] => EF70-200mm f/4L IS USM +1.4x
            [UndefinedTag:0xA435] => 0000000000
        )

    [GPS] => Array
        (
            [GPSVersion] => ————————————————
        )

    [INTEROP] => Array
        (
            [InterOperabilityIndex] => R98
            [InterOperabilityVersion] => 0100
        )

)
```

When a search engine and/or distribution network reads this array, it will find the following for the copyright value:

```
press photo, do not use for advertising purposes
```

This is a non-standard Copyright value. Because none of the general identifiers (like the year of the copyright) are present in the field, the automated systems of the search engines and distribution networks would not identify this photo is copyrighted (and nobody reading it probably would either.) Amazingly, even as of the date of this report (which is over two years after the Higbee-Liebowitz clients claim to have copyrighted the photograph) it still displays these values in the EXIF data!

SER 0064

In fact, Robert Miller continues to use this same value for the copyright in photos today and his photos appear on pages that also include other Higbee-Liebowitz clients like Stephen Yang.[16]

When it comes to the Higbee-Liebowitz client photos, failures to abide by copyright formatting standards are common and numerous[17]. This is not the case for other photographers. For example, Getty Images consistently includes the year of the copyright in the EXIF data. Meanwhile, on those same pages the Higbee-Liebowitz clients, like Angel Chevrestt, do not.[18]

From looking at the EXIF data, it is my opinion that none of this is an accident. I believe the Higbee-Liebowitz clients are deliberately entering information in a format they know will not be automatically recognized by the search engines and distribution networks as copyrighted at the time those services ingest the photos into their systems.

Other notably values in this data are the `ExposureMode which has a value of "0."`

```
[ExposureMode] => 0
```

This means that the camera took full control of the shutter speed and aperture. This is more commonly thought of as "Auto-Focus."[19] Examination of the photos shows that most (probably all) of the Higbee-Liebowitz clients use auto-focus. In fact, it is my opinion from looking over mountains of EXIF data that almost nobody manually focuses a camera anymore.

## Conclusion

Photographs have become so common that they are as numerous as "grains of sand on a beach." Whenever something is being measured in TRILLIONS… To be clear: Whenever something (like photographs) are being measured in the trillions, it is a vast amount. By definition, something that is vast cannot be meaningfully unique.

The goal of the Higbee-Liebowitz clients was to generate claims of infringement. They used the New York Post website as a seeding ground and the search engines, social networks and distribution systems to accomplish this goal. To trick the automated systems of the search engines, social networks, and distribution systems into spreading the photographs, they fraudulently misrepresented the copyright in both the meta information of the photographs (EXIF data) and the web page meta data that displayed them. Because nypost.com contained so many web pages and photos, they were able to do this on a grand scale.

---

[16] Exhibit EXIF Data 2 -NYPost Page Images EXIF data – NYC.pdf
[17] Thousands of photos were examined for this report.
[18] Exhibit EXIF Data 3 -NYPost Page Images EXIF data – Eagles.pdf
[19] Exhibit EXIF Data 1 -What Is Exposure Mode. Also found at: https://www.metadata2go.com/file-info/exposure-mode

SER 0065

They are Higbee-Liebowitz clients, they are copyright trolls.

SER 0066

# Exhibit C

**-----------------------**

# Levy Declaration

SER 0067

Troy L. Isaacson, Esq., NV Bar No. 6690
6671 S. Las Vegas Blvd.
Building D, Suite 210
Las Vegas, Nevada 89119
Telephone: (702) 529-5229
Facsimile: (702) 529-5228

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@ihlaw.us

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MILLER, | CIVIL ACTION FILE |
| PLAINTIFF, | NO. 2:18-cv-02097-JAD-VCF |
| V. | |
| | **DECLRATION OF MICHAEL LEVY** |
| 4INTERNET, LLC AND JOHN DOES 1-10 | |
| DEFENDANTS. | |

1. My name is Michael Levy.  I am over the age of 18, and competent, and have personal knowledge of the matters set forth below.

2. I am the Managing Member of 4Internet, LLC.  I am also the only person that works on and is familiar with the 4Internet web site, server, log files and server data.

3. I give this declaration as a supplement to my deposition and the interrogatory responses I verified in support of Defendant's Motion for Summary Judgment.

4. I incorporate by reference my qualifications relating to technology and the internet as set forth on page 5 of Exhibit 22 of my deposition and from page 14 line 11 through page 24 line 7 of my deposition.

1

SER 0068

5. I received a demand from Higbee & Associates in relation to the goat picture on Thursday, September 20, 2018, although it may have been delivered the day before on the Jewish holiday of Yom Kippur.

6. The demand asserted copyright infringement at two uniform resource locators ("URL") 4rightwing.com/nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york-post/ and 4jewish.com/nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york-post/.

7. Based on Exhibit 14 (lines 2, 4-8) of my deposition, the page where the goat image was located was disabled from being accessed just after midnight on Monday, September 24, 2018.

8. Any visits to the URLs would have either displayed a "404 Page Not Found" message or if the visitor had previously rendered the page and that visitor had not cleared their own cache then that user would have either seen the cached page or the 404-error message.

9. My system and server is able to capture information from visitors including the internet protocol ("IP") address. The more common addresses are referred to as IPv4 that contain three dots between a set of four numbers. The less common addresses are referred to as IPv6 addresses that contain five colons between six sets of alphanumeric numbers or letters.

10. IP addresses are obtained in blocks from Internet Service Providers ("ISP") which may include internet access or web hosting services. Internet users will obtain an IP address from an ISP. Consumer facing ISPs, like cable companies, AT&T, Verizon, Windstream, etc. allow the IP addresses assigned to their users to be geolocated – meaning the general area where the address or block of similar addresses are assigned.

2

SER 0069

11. Exhibit 11 to my deposition records all visits to the 4Search network from IP addresses that originated from within the Higbee & Associates case portal. This is identifiable because the page immediately before landing on the referenced page was in most cases a a very specific URL https://copyright.higbeeassociates.com/cases/edit/4RD553.[1] The unique addresses that were recorded are below:

| | |
|---|---|
| 24.120.9.114 | 107.190.25.244 |
| 37.16.177.248 | 110.54.240.66 |
| 37.42.196.74 | 173.198.35.188 |
| 69.121.201.106 | 176.16.151.251 |
| 74.90.141.33 | 176.225.145.140 |
| 74.90.141.33 | 2600:1700:2890:99a0:d088:75ec:ff5b:8312 |
| 98.15.141.150 | 2600:1700:8490:6300:1c6e:1889:8ccf:88e5 |
| | 2600:1700:8490:6300:1c6e:1889:8ccf:88e5 |

12. Below are the 12 unique IP addresses that visited or attempted to visit the goat image pages as reflected in Exhibit 20 to my deposition. For each I have identified that they are either associated with the Plaintiff or 4Internet.

(a)     69.124.101.106

Based on the visitor log and Eugene Sadowski's deposition testimony this was the addressed assigned by his internet service provider.

(b)     2600:1017:b819:d57c:40c:2c19:d1af:448c

This is a Verizon Wireless IPV6 address that geolocates to Manhattan. Given that Robert Miller lives in Manhattan and this visit happened within three minutes of Eugene Sadowski having e-mailed Robert Miller about his discovery of the goat picture, it is more likely than not that this is Robert Miller's cellphone.

---

[1] Eugene Sadowski testified at his deposition that the accessed the Higbee portal through copyright.higbeeassociates.com (Eugene Depo. 12:10-22).

SER 0070

(c)     173.198.35.188
This IP address originated from the Higbee case portal.

(d)     99.153.141.97
This is my IP address.

(e)     2600:387:2:803:0:0:0:69
2600:387:8:7:0:0:0:9c

These are AT&T Wireless addresses. The first is geolocated to Atlanta and the second is geolocated to San Diego. Based on the visits and communications with my lawyer and my understanding that he was traveling to San Diego on September 20 when these visits were made it is more likely than not that these addresses were assigned to his cell phone.

(f)     40.134.170.211

This is an IP address that was given out by Windstream and was previously assigned to MARRIOTT'S MVC SAN DIEGO. My attorney was staying at the Marriott Vacation Club in San Diego on September 20, 2018. This was almost certainly my attorney accessing the goat pages after he connected his computer to the hotel's internet.

(g)     2600:1004:b158:1f57:4d10:7c6e:eda4:f4c8

This is a Verizon Wireless address that is geolocated to the Nashville, Tennessee area. I was in Shelbyville Tennessee, a commutable suburb of Nashville, on September 23, 2018, and this address was assigned to my computer through my cell phone.

13. Based on the data available to me that I had provided and which is reflected in Exhibits 11, 12, 14, and 20 to my deposition, cross-referenced with the deposition testimony offered by Robert Miller, Eugene Sadowski, and Robert Miller, no one viewed the goat page URLs other than Robert Miller, his "legal team," my lawyer, and me.

14. I prepared the Expert Report attached as Exhibit 22 to my deposition. There are approximately 430 pages of exhibits attached to the report that were not included in Exhibit 22.

15. In my Expert Report I offer the following opinions:

4

SER 0071

a.  Based on my own extraction and analysis of the goat picture at issue as it was published by the New York Post, the data from the image shows the photographer used an auto exposure mode to take the picture.

b.  Based on publicly available data, digital photographs are being taken at a rate that approaches at least 2.5 trillion per year and this is likely vastly understated considering that some of the reliable data available was from 2017 and for Facebook as far back as 2012.

16. 4Internet operates a network of domains that form a single search engine that is topically based and that is referred to as the 4Search network.

17. The 4Search search engine extracts the keywords from the pages that its web crawler visits and uses those keywords to categorize the pages to provide better and more relevant search results.

18. 4Internet does not have any subscribers or account holders.

19. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 28th day of October, 2021.

Michael A. Levy

SER 0072

# Exhibit E
-----------------------
# Depo. Excerpts for Christopher Sadowski

SER 0073

1

<pre>
 1                UNITED STATES DISTRICT COURT
                      DISTRICT OF NEVADA
 2

 3    ROBERT MILLER,            )
                                )
 4       Plaintiff,             )
                                )
 5    vs.                       ) CIVIL ACTION FILE
                                ) NO.: 2:18-cv-02097-JAD-VCF
 6    4INTERNET, LLC AND JOHN   )
      DOES 1-10                 )
 7                              )
         Defendants.            )
 8    _____ )

 9

10

11

12                    Deposition of

13               CHRISTOPHER SADOWSKI

14                September 28, 2021

15                    1:32 p.m.

16

17            VIA ZOOM VIDEOCONFERENCE

18

19

20

21

22

23

24

25         Susan W. Tarpley, CCR B-1489
</pre>

16

```
 1        Q.  What about any sort of licensing

 2   analysis?

 3        A.  That would also be when Gene emails the

 4   photographer, 'cause only the photographer would

 5   know the licensing history.

 6        Q.  Other than Mr. Miller, how many other

 7   photographers do you help?

 8        A.  Let's see.  I mean, it sort of -- it sort

 9   of varies, because sometimes photographers come and

10   go, they want to cooperate or they don't.  So I want

11   to say maybe seven or eight, maybe ten.  I mean,

12   some have been in the past, some aren't

13   photographers anymore.  So it's hard to give an

14   exact number.

15        Q.  So I think in this case and some others you

16   have been identified as having a financial interest

17   in the outcome.  Do you know what that financial

18   interest is?

19        A.  The financial interest that -- you mean

20   when a case would settle?

21        Q.  Settle or a collection from a judgment or a

22   claim, yeah.

23        A.  Okay.  Yeah.  So that would be -- that

24   would be 10 percent of the -- of the final -- final

25   amount.
```

28

1     Q.  So your Uncle Gene would find the case and

2  would send it to Mr. Miller and then if there was a

3  okay, let's do something, what happens from there?

4  I'm a little confused.

5     A.  Yes.  He would then -- Mr. Miller would

6  then let Gene know to pursue it or not to pursue it

7  and then Gene would basically upload the

8  documentation of the infringement and any supporting

9  documents to Higbee & Associates.

10     Q.  So in most cases and most circumstances you

11  have no involvement?

12     A.  Correct.

13      In fact, I know nothing really about this

14  case.  That's why I was surprised that I was being

15  deposed, 'cause I honestly know nothing about this

16  case.

17     Q.  What is the source of your payment when a

18  claim gets settled?

19     A.  Can you define what you mean by the

20  source.

21     Q.  Do you get paid by Mr. Miller?

22     A.  I get paid by Mr. Miller via Higbee &

23  Associates.  So they do him the service of just

24  sending me the check.

25     Q.  Do you get a tax statement from Higbee &

SER 0076

1    Then there's -- there's my Uncle Gene.  That's Seth

2    Gottfried, and then that's Robert Miller.

3          MR. ISENBERG:  All right.  Let's take

4       about a five-minute break.

5       Okay?

6          THE WITNESS:  Sure.

7          MR. CARREON:  Sounds good.

8          (A recess was taken from 2:30 p.m.

9       until 2:45 p.m.)

10   BY MR. ISENBERG:

11      Q.  Mr. Sadowski, to your knowledge, does the

12   New York Post make any changes to the photographs

13   that are uploaded between what you send them and

14   what gets published?

15      A.  They might -- they might crop the photo, or

16   they might lighten the photo; but I don't believe

17   that they make any other major changes.

18      Q.  Do you know if they change the resolution

19   of the photo at all?

20      A.  I mean, I -- I would assume that they might

21   have; but I'm not familiar with if they do or not.

22      Q.  Do you know if they make any changes to the

23   metadata in the image?

24      A.  There's certain times where the image has

25   no metadata, there's certain times it has it.  So

43

1    I'm not certain what they do or don't do.

2        Q.  And do you know when a -- and I'll -- I'll

3    limit this to your involvement when you have been

4    involved for Mr. Miller.

5        A.  Okay.

6        Q.  Is the deposit copy that is submitted to

7    the copyright office the image that was actually

8    published or the image that was originally taken?

9        A.  So when I had filed the copyrights for

10   Mr. Miller, I used the original images, I believe

11   that he provided; but I know that when the Liebowitz

12   firm would file it, I think that they would download

13   the images and then it would also change the name.

14   So they might lose the metadata, as well, if I

15   recall correctly.

16       Q.  For the Fred the Goat image, did you

17   provide that to anyone or to the Liebowitz firm to

18   copyright?

19       A.  No.  Again, I've never seen that image

20   actually until today.

21           MR. ISENBERG:  All right.  Let's look

22       at Exhibit 11.

23           I'm skipping Exhibit 10, just so

24       everybody is aware, only because I didn't

25       number them all properly.

1          MR. ISENBERG:  There should be a live

2      link in Paragraph 8.

3          (A pause ensued.)

4          THE WITNESS:  Okay.  Yep.

5  BY MR. ISENBERG:

6      Q.  So is this what would be referred to as --

7  and I don't mean this as -- in any way other than to

8  use the language 'cause it's all that I'm familiar

9  with.  But is this what we would consider a

10  paparazzi picture?

11      A.  I -- I guess -- well, I mean, you could

12  consider it that; but I view it more of a news

13  photo.

14      Q.  And were you sent out on this assignment?

15      A.  Yes.  Yes, I was.

16      Q.  By one of the photo editors?

17      A.  Correct.

18      Q.  And then just clarifying on the documents

19  that were in the Google Drive, were any of the

20  documents downloaded anywhere else or stored on a

21  hard disk or whatever was transferred to the Higbee

22  database was transferred and everything else was

23  deleted?

24      A.  Everything else was deleted.  I don't

25  believe it was stored on a hard drive, because there

SER 0079

1    was no reason for it since it was going to be in the

2    -- in the Higbee system.

3         Q.  And do you know about when that happened?

4         A.  I want to say 2018 to 2019, in that area.

5         Q.  Was that -- was it a process?

6         A.  Oh, yeah.  I mean, it's -- it's -- it was

7    definitely a process of them creating the website

8    and then, you know, slowly starting to move the

9    documents there.

10        Q.  Is there anyone other than you that does

11   similar sort of management for photographers, that

12   you're aware of?

13        A.  No, not that I'm aware of.

14            MR. ISENBERG:  All right.

15            I don't have any more questions.

16            THE WITNESS:  I just wanted to expand

17        upon the previous deposition that I gave

18        for this exhibit, for this Exhibit 16,

19        where you talked about -- where is it --

20        choosing the location and -- and the time.

21        And actually I -- I -- the more I thought

22        about it, I do choose the location and the

23        time.

24            So -- so I might not have chosen where

25        Michael Cohen decided to go dine or what

1     A.  No.  That would be the photographer's

2  decision.  But for -- for anything that we find, we

3  would be forwarding that to Higbee & Associates.

4     Q.  So what kind of information do you have

5  access to that relates to Mr. Miller's photographs

6  or infringement claims?

7     A.  I mean, I would have access, I guess, to

8  any notes or anything about the cases; but I

9  honestly never access it, 'cause I just defer to

10  Gene for all that.  So he's more of the case person.

11  You know, I would be there for logistical support or

12  if there was a question or, you know, a judgment

13  call about whether something is an infringement or

14  not.

15     Q.  And how would you go about in a situation

16  where that came up making that judgment call?  What

17  are the things that you're considering?

18     A.  Well, I would -- I would look at basically

19  past history with my own cases and whether something

20  might be considered an infringement or not; and then

21  I would, you know, defer to the law firm for -- for

22  a better opinion if -- if I couldn't make a

23  determination myself.

24     Q.  Do you do a fair use analysis?

25     A.  No.  That would be up to Gene.

Exhibit 4

----------------------

Michael Levy Deposition Excerpts

SER 0082

1

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF NEVADA

 3

 4   ROBERT MILLER,              )
                                 )
 5           Plaintiff,          )
                                 )
 6       vs.                     ) CASE NO.
                                 ) 2:18-cv-02097-JAD-VCF
 7   4INTERNET, LLC,             )
                                 )
 8                               )
             Defendants.         )
 9

10

11    ^

12            DEPOSITION OF MICHAEL A. LEVY

13

14                  Taken Remotely

15

16           Friday, September 24, 2021
                    7:06 a.m.

17

18

19

20

21

22

23

24

25   Reported by:  Angela Campagna, CCR #495
```

SER 0083

1    an index and then you're -- it's putting in a base

2    search.  And that base search is republican, because

3    you're at 4Republican.  If you were at 4Jewish, the

4    base search would be Jewish.

5         Q.   Okay.

6         A.   It would be called what is called a

7    query again.  But anyways, probably not relevant to

8    your question.

9         MR. CARREON:  Mr. Isenberg, are you

10   comfortable if we go another 25 minutes, to about

11   noon, and then break for lunch?

12        MR. ISENBERG:  Sure.

13        MR. CARREON:  Okay.  I know --

14        MR. ISENBERG:  If we haven't taken a break by

15   then, I will need a break.

16        MR. CARREON:  I know we've been going a little

17   while.  I was looking at the clock and thinking,

18   well, if we took a break now and took a break 15

19   minutes after that, it would be pointless.

20        MR. ISENBERG:  That's fine.  That's fine.

21                  (Exhibit 3 marked.)

22   BY MR. CARREON:

23        Q.   Okay.  So I'm going to put Exhibit 3

24   here in the chat.  Just let me know when you have

25   that, Mr. Levy.

SER 0084

```
 1                 A.   Got it.

 2                 Q.   Okay.  Do you know what this is?

 3                 A.   I think I know what you're trying to

 4     make it appear like.  It's not my document.  It

 5     appears to be -- I don't know what you did.  A

 6     chopped up version of something that I think is

 7     supposed to represent 4Jewish.  But I'm kind of

 8     assuming that the goat doesn't have eight legs, and

 9     I'm missing the -- the description appears to have

10     been repeated several times.  And I don't know what

11     you did.  I think I could take a guess at what

12     you're trying to do, but it's not my document.

13                 Q.   Okay.  Yeah.  I think whoever generated

14     this, there might have been an error in the

15     screenshotting process.

16                 A.   A big one.

17                 Q.   So let's see.  How would a user on the

18     4Jewish site access a page like this?

19                 A.   It would search for it.

20                 Q.   So they search for it and it comes up.

21     And then do they click into, like, a link that would

22     then display this page?

23                 A.   So you're familiar with search engines,

24     right?

25                 Q.   Yes.
```

SER 0085

66

1          A.   You do a search and then there's a list

2     of stuff that comes up of results, and then you

3     click a result.  And if you're on, like, a site

4     like, say, news.google -- or actually, I think even

5     if you just do a news search in Google, there's

6     something that says, like, more coverage.  You can

7     do that one instead.  So it's a search result.  But

8     we're not looking at anything that ever appeared on

9     my website like that.

10          Q.   What do you mean it never appeared on

11     your website like that?

12          A.   Somebody here is -- you know, I'm just

13     going to tell you what it looks to me like somebody

14     was doing.

15          Q.   Sure.

16          A.   Somebody was trying to make a search

17     result look like an article.  So what they did is

18     they chopped it three times and they overlaid it.

19     And that's why you're seeing this repeated, you

20     know, the goat picture is repeated.  The dog

21     picture, you can see there's a repeat and there are

22     things that are over it.  And what's happening is

23     the description, which is really -- I think we sent

24     you a picture of this.  The description is really

25     only a few sentences, but they are just doing it

SER 0086

 1    over and over again.  I think somebody used

 2    Photoshop and was trying to make this look very long

 3    when in fact it's very short.  And, you know, in the

 4    end it's very deceptive.

 5                        So if you would like to put up a

 6    copy of what we sent you, then that would be

 7    something I could probably comment on.  But

 8    commenting on something that I never made and

 9    really -- it's not my document.

10          Q.    We'll get to that in a second.  I

11    understand it's not your document.  I'm just trying

12    to understand.  I know that it looks like there was

13    a technical error.

14          A.    I don't know if I agree that it was a

15    technical error.  I think somebody might have been

16    trying to do something.  But if you want to assume

17    that, then fine.

18          Q.    Sure.  What gives you the impression

19    that it was not a technical error?

20          A.    Because I know that this is a search

21    result and it's limited to the headline and to a

22    couple of sentences from the description, or from

23    the first part of the text, and yet it's been made

24    to look much longer.  And that's not what my site

25    looked like.  I think somebody is -- I don't want to

SER 0087

```
1    be insulting, but I think somebody at your firm may

2    have been trying to make this look like something

3    that it wasn't.

4         Q.   So you believe this was generated by

5    Higbee & Associates?

6         A.   Yes.

7         Q.   And what makes you believe that?

8         A.   So I've read a lot of stuff online.

9    I've got -- I have some knowledge of how Higbee &

10   Associates works, how it's compensating their

11   employees.  I've read discussions, you know, between

12   Higbee and his former employees on LinkedIn, and I

13   know that he was compensating -- I've also seen ads

14   that he was posting online for people that were

15   going to, I believe, be called copy resolution

16   specialists or something like that.  Basically

17   people who were trying to get money for stuff like

18   this.  And it's my understanding that there was

19   essentially a commission system or a bonus system.

20                    And I know from having managed

21   salesmen and employees for a very long time, that

22   when you provide an incentive system that people can

23   get paid, you know, if they fudge things a bit, that

24   that can happen.  And that's what it looks like to

25   me happened.  That is not my page.
```

1          A.   No.  That's not what's being displayed.

2          Q.   If we move down, there is a line, a

3     bolded word that says "excerpt."

4          A.   Are we on 3 or 4 again?

5          Q.   Let's stick to 4.

6          A.   Okay.

7          Q.   So you see that.  And then there is a

8     few lines of text, and then it says "read more,

9     click here."  You see what I'm referring to?

10         A.   Yeah.

11         Q.   That little chunk of text.  So where

12    did that come from?

13         A.   That -- where does it come from?  It's

14    part of the rendered HTML.  The system links that

15    "read more, click here" to the New York Post article

16    in this particular.  So you click on that, you go to

17    the New York Post.  It almost worked.  Instead it

18    went to -- anyway, it's a URL.  You can even click

19    on it, it just goes to the wrong place.

20         Q.   Sorry.  I was unclear, but thank you

21    for that answer.  I'm talking about the

22    non-hyperlink text, below the photo and before the

23    hyperlink to "read more, click here."

24         A.   Okay.

25         Q.   It says excerpt, rogue goat, Robert

122

1    Miller.

2         A.    Okay.  So again, it sources first from

3    the RSS and then from the meta tags, which is the

4    meta tag description.  And then in the event that

5    that isn't present or isn't good enough, I think it

6    will take the first 140 characters of the source

7    text.  My guess is that I can look at the -- yeah, I

8    can look at the meta tags, but my guess is it just

9    comes straight from the meta tags.

10        Q.    Okay.

11        A.    I actually don't have an original copy

12   of the RSS, but I could go look at the RSS that the

13   New York Post output, and I believe the RSS

14   description matches the meta tag description.  So it

15   could come from either one of them.

16        Q.    Okay.  And you mentioned that there was

17   a character limit, I think you said 140?

18        A.    I think it was a 140.  It was something

19   like that.  There was a character limit.

20        Q.    Okay.  Did you -- how did you come up

21   with 140 character limit?

22        A.    I want to say -- and I may not be right

23   on the exact character limit.  I know there is a

24   character limit, and that's maybe sticking in my

25   mind because at that time that was the Twitter text.

SER 0090

1  So maybe it was from that.  I just know that there

2  was a limitation on it and it chained down in order.

3          Q.   Was the limitation always around 140

4  characters?

5          A.   Yeah.  It was something like that.

6  Maybe there were times where I experimented and got

7  up to 200.  And, you know -- but again, this is for

8  something like if you haven't already been provided

9  some decent stuff in the description or the RSS

10  feed.  I don't have the original RSS feed post.

11          Q.   Now that we've basically gone --

12          A.   The description in the RSS feed was

13  longer than that.  It might go with the entire

14  description.  It might go with whatever they put in.

15  Because that's not something that I ever really

16  considered.  If they put a long piece of text, and I

17  actually have seen people do this, I've seen type

18  put the whole thing in the description.  And, you

19  know, I don't know if I accounted for that, because

20  that's something that the publisher is directly

21  saying to use.  But there was a limitation in there.

22          Q.   But that limitation could be, for lack

23  of better term, bypassed if the publisher put a

24  longer description in the RSS feed?

25          A.   They would have to put it in there and

SER 0091

124

```
 1    -- but I know that the New York Post doesn't do

 2    that.  Even then it would kind of depend upon the

 3    time, but I think it was something like 40 percent

 4    or to a maximum of -- and I want to say round up

 5    around 140 or 200 maybe.

 6              Q.   You say the New York doesn't do that?

 7    And why are you certain?

 8              A.   No.  The New York Post won't put the

 9    whole body of their text in the RSS.  They put --

10    they tend to put a few sentences in.

11              Q.   You say that in present tense.  Has

12    that always been the case as far as you know?

13              A.   Yeah.  Pretty much.

14              Q.   Okay.

15              A.   Unless somebody went and arbitrarily

16    changed it for some reason.  I mean, I know that in

17    the WordPress VIP system you can do that.  So the

18    author could have done that, but I strongly doubt

19    that.  I've never seen that happen at the New York

20    Post.  And if it was, then it's because the

21    publisher wanted it.  Whoever wrote the article.

22                       But again, there was this

23    limitation.  I don't think it would have ever gone

24    over 40 percent of the article, which was going to

25    work out to a few sentences.
```

SER 0092

Page 1

1                  UNITED STATES DISTRICT COURT

                        DISTRICT OF NEVADA

2          CIVIL ACTION FILE NO. 2:18-cv-02097-JAD-VCF

3

           -----------------------

4          ROBERT MILLER,            :        VIDEOTAPED

                                              DEPOSITION OF:

5                  Plaintiff,  :

                                              ROBERT MILLER

6             V.                     :

7          4INTERNET, LLC AND        :

           JOHN DOES 1-10,

8                                    :

                   Defendants.

9          -----------------------:

10

11

12

13              TRANSCRIPT of testimony as taken by and

14         before PATRICIA A. SANDS, a Shorthand Reporter

15         and Notary Public of the States of New York and

16         New Jersey, via VERITEXT VIRTUAL, and all other

17         parties at the offices of VERITEXT, 7 Times

18         Square, New York, New York, on Monday,

19         September 13, 2021, commencing at 10:05 in the

20         forenoon.

21

22

23

24         Job No. ATL 4790873

25

Robert Miller                                    September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 10

```
 1              A     I haven't.
 2              Q     And the responses that you took a
 3       look at were the written discovery responses in
 4       this case?
 5              A     I believe so.
 6              Q     Okay.
 7              A     I don't see them in front of me here,
 8       what you're referring to, but I do believe that
 9       is it.
10              Q     And we will probably go through those
11       a little bit later.
12              A     Okay.
13              Q     Have you ever been a party to a
14       lawsuit other than this one?
15              A     Yes.
16              Q     Do you know approximately how many?
17              A     I think two -- can I ask you, when
18       you mean a lawsuit are you referring to
19       infringement copyright lawsuits?
20              Q     I am referring to anytime you either
21       been a plaintiff or a defendant in any action
22       that was filed in court.
23              A     I'm not sure the number, in regard
24       the infringements that were settled before
25       being filed.  And I'm not sure the number that
```

Robert Miller                     September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 11

1       were filed.

2           Q    Okay.  Other than this case, what

3       other cases are you aware of that you are a

4       party to?

5           A    Well, I was a party to a child

6       support case.  And there was a case, uhm, I was

7       a party to versus the City of New York.  I

8       believe I was a party, it was 14 years ago, I

9       believe.  I believe it was 14 years ago,

10      perhaps longer.  I'm not sure of the timeline.

11          Q    Were you a plaintiff or a defendant

12      in the case with the City of New York, if you

13      remember?

14          A    Uhm, I was the plaintiff.

15          Q    Do you recall what that case was

16      about?

17          A    Yes.

18          Q    What was it about?

19          A    It was, ah -- I believe it was health

20      and hospitals, it was in regard to an

21      assignment that I was on, I was detained

22      against my will and held, and not allowed to

23      leave.  I was brought into the building and not

24      allowed to leave.  And I was pushed in the back

25      by security guards who grabbed me.

Page 40

1      this provision works, if you know?

2           A    From what I understand, the New York

3      Post has exclusive rights to use the photograph

4      up until 4 o'clock the following day of

5      publication.  That's my understanding.

6           Q    And then if they want something

7      beyond that, they can pay you more for it, is

8      that --

9           A    I don't have an understanding of

10     that, it hasn't been my experience.

11          Q    Okay.  All right.  Can you tell me

12     what you see?

13          A    I don't have that on my --

14          Q    Okay, I'm trying to -- there we go.

15          All right, so in addition to the documents

16     that we just looked at, there is a separate

17     exhibit which is a printed version of this

18     spreadsheet that was provided to me from the

19     New York Post.  And if I understand it, it's a

20     listing of the days that you have worked, some

21     sort of description from them, and then what

22     you were paid.

23          Do you see that?

24          A    I see that.

25          Q    Is it my understanding that you get

Page 41

```
1        paid a sort of a flat rate or a day rate of

2        some sort?

3            A    Yes.

4            Q    Can you clarify for me exactly what

5        the compensation arrangement is with the New

6        York Post?

7            A    A day rate means that you're getting

8        paid for approximately eight hours' worth of

9        work a day of assignment, completing

10       assignments.

11           Q    Do you submit any invoices to the New

12       York Post?

13           A    Currently I'm using a system that was

14       provided, access was provided to me by the New

15       York Post through a system named Tungsten,

16       T-U-N-G-S-T-E-N.

17           Q    And what does that system do?

18           A    It creates a purchase order, and

19       allows myself to change the purchase order into

20       an invoice and submit it.  Somehow the Post

21       receives that invoice, and that's how I'm paid.

22           Q    How long has that been in place?

23           A    I could not tell you the year it

24       started, but it's been a few years.  I don't

25       remember the year it started.
```

Page 49

1          Q     Okay.

2          A     But I do believe it is the same work

3    that is produced that Mr. Sadowski does look

4    at, work on copyright -- for lack of a better

5    word, catalog.

6          Q     And do you work with a Eugene

7    Sadowski?

8          A     Yes.

9          Q     Is that Christopher's father?

10         A     I don't believe it's his father.

11         Q     Okay.

12         A     I don't know if it's his uncle or

13   cousin.

14         Q     Okay.

15         A     But I don't have that answer.

16         Q     But the same last name?

17         A     They are related somehow.

18         Q     Fair enough.  What is your

19   understanding of what Eugene Sadowski does,

20   either for you or for Christopher?

21         A     I believe that Gene Sadowski finds

22   infringements of images that have been

23   published in the New York Post online.

24         Q     Are you involved in his process?

25         A     I am not.

Case 2:18-cv-02097-JAD-VCF Document 61-1 Filed 07/18/22 Page 26 of 12
Robert Miller                                    September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 50

```
 1          Q    Do you know how he purports to go
 2    about identifying potential claims?
 3          A    I don't know.
 4          Q    Have you ever discussed that with
 5    him?
 6          A    Not -- no, I have not, you know,
 7    received an understanding of how he does that
 8    based upon my discussions with him.
 9          Q    You had discussions, you're just not
10    entirely sure how he goes about looking for
11    claims?
12          A    What kind of discussions do you
13    exactly mean?
14          Q    Well, discussions in terms of what it
15    is that he does and how he does it.
16          A    I discuss with him that he finds
17    infringements, but I haven't discussed with him
18    how he does that.
19          Q    That's what I was trying to --
20          A    If that answers your question.
21          Q    Right.  Whatever methods he may use,
22    you are not familiar with them?
23          A    I'm not.
24          Q    And do you pay Gene Sadowski, Eugene
25    Sadowski?
```

Case 2:18-cv-02097-JAD-DJA Document 60-11 Filed 07/11/22 Page 26 of 12
Robert Miller                                    September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 84

1              As a result of not receiving a bill for

2         that, I assume that I am not paying for that

3         directly.

4              Q    And if I understand correctly, the

5         application for these photographs was submitted

6         on September 25th, 2018, but you weren't

7         involved in that process?

8              A    No.

9              Q    Okay.

10             MR. ISENBERG:  Let me show you what

11        we'll mark as Defendants' Exhibit 6.

12             (Exhibit 6 marked for

13        identification/referenced.)

14             Q    And this looks like an email that you

15        received from Eugene Sadowski, where I guess he

16        calls himself "Gene"?

17             A    Yes.

18             Q    August 31st, 2018.

19        Do you see that?

20             A    Yes, I do.

21             Q    And it looks like he's sending you a

22        "look I found something"; is that --

23             A    Yes.

24             Q    And is this how he would ordinarily

25        communicate with you?

Robert Miller                    September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 85

1           A     It would be the way he would, yes.

2      Ordinarily.

3           Q     What would you do with this

4      information?

5           A     I would look at it and see if it was

6      a photo that I took.

7           Q     And would --

8           A     And then I would let him know if it

9      was not something that I licensed to this

10     company or individual.  And I would let him

11     know that basically that this company did not

12     ask me to license the image.

13          Q     Would you let him know by replying to

14     the email?

15          A     I would, I would say yes, it's an

16     infringement.

17          Q     So have you looked for the email that

18     would have replied?

19          A     I did.  I did not see it.  Ah, I

20     believe -- I believe I did look.

21          Q     Do you know when that was that you

22     looked?

23          A     It was around the time that I was

24     asked to, you know, produce some documentation

25     for this case.  Uhm -- I don't believe I --

Page 140

```
 1            MR. CARREON:  Objection, vague.

 2            THE WITNESS:  Yeah, that's vague.  I

 3       don't understand the question.

 4       Q    For the pictures that were taken

 5  outside, anybody could have taken a photograph

 6  if they were standing next to you and recorded

 7  the same event; correct?

 8       A    In a public place people are allowed

 9  to take photographs.

10            MR. CARREON:  Would now be a good

11       time to take a break, counsel?

12            MR. ISENBERG:  Sure.

13            THE VIDEOGRAPHER:  The time on the

14       video monitor is 2:35 p.m.  We are off the

15       record.

16                 (Recess.)

17            THE VIDEOGRAPHER:  We are back on the

18       record, the time is 2:49 p.m.

19       Q    All right, Mr. Miller, do you see the

20  document that is Miller 00008?  Let me turn the

21  sharing back on, I apologize.

22       Do you see the Miller 0008?

23       A    Yes, I see that.

24       Q    And this is a letter of

25  representation and power of attorney.
```

SER 0102

Case 2:18-cv-02097-JAD-VCF Document 61-1 Filed 07/11/22 Page 128 of 12
Robert Miller                                    September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

                                                              Page 141

1              Do you see that?

2              A     I do.

3                    MR. ISENBERG:  Yeah, we'll mark this

4              as 20, and I'll designate it as

5              confidential.

6                       (Exhibit 20 marked for

7                       identification/referenced.)

8              Q     All right, so this says:

9              "To whom it may concern:  Please be

10       advised that the law firm of Higbee &

11       Associates has been retained by Robert Miller

12       regarding a copyright infringement matter.  As

13       such, we have been appointed as attorney in

14       fact, with full power and authority in

15       determining the validity of the above matter

16       and assist in any negotiation, settlement and

17       payment.  We are further authorized to pursue

18       any legal remedies available to our client as a

19       result of this matter.  Agent of Higbee &

20       Associates is hereby authorized to discuss any

21       effort to settle and resolve the above matter."

22              Do you see that?

23              A     I see that.

24              Q     Does the Higbee & Associates firm

25       settle cases without your knowledge?

Page 142

```
 1              MR. CARREON:  Robert, I'm going to

 2        caution you not to reveal any attorney/

 3        client communication.  If you can answer

 4        that question without discussing the

 5        specifics of attorney/client communication

 6        then answer, otherwise I will instruct you

 7        not to answer.

 8              THE WITNESS:  I will not answer based

 9        upon what my attorney instructs me.

10              MR. ISENBERG:  All right, I don't

11        think that implicates an attorney/client

12        communication, but I will move on.

13        Q     Is this your signature down here at

14     the bottom of Exhibit 20?

15        A     Yes.

16        Q     And do you sign those regularly, or

17     do you sign one and it gets used whenever it's

18     needed?

19        A     I believe I sign one and it gets used

20     whenever it's needed.

21        Q     How is the money collected from your

22     claims split up?

23              MR. CARREON:  I'm going to object on

24        attorney/client privilege basis and

25        instruct my client not to answer.
```

SER 0104

1  Troy L. Isaacson, Esq., NV Bar No. 6690
   Isaacson Law
2  9900 Covington Cross Drive, Suite 210B
   Las Vegas, NV 89144
3  Telephone: (702) 529-5229
   Facsimile: (702) 529-5228
4  Troy@IsaacsonLawLV.com

5
   Ryan L. Isenberg
6  Georgia Bar No. 384899
   Isenberg & Hewitt, P.C.
7  6600 Peachtree Dunwoody Road
   600 Embassy Row, Suite 150
8  Atlanta, Georgia 30328
   770-351-4400 (Voice)
9  770-828-0100 (Fax)
   ryan@ihlaw.us
10
                    UNITED STATES DISTRICT COURT
11                       DISTRICT OF NEVADA

12 ROBERT MILLER,                    CIVIL ACTION FILE

13        PLAINTIFF,                 NO. 2:18-cv-02097-JAD-VCF

14                                     ORAL ARGUMENT REQUESTED

15 V.

16 4INTERNET, LLC AND
   JOHN DOES 1-10
17
          DEFENDANTS.
18 _____

19

20           **RESPONSE TO MOTION FOR ATTORNEY'S FEES**

21      COMES NOW, Defendant 4Internet, LLC and files this its Response to Higbee & Associates

22 Motion for Attorney's fees, and shows this Court as follows:

23          **Brief Statement of Material Facts and Summary of Argument**

24      In 2018, 4Internet operated its small search engine using a single server. The Managing

25 Member, Michael Levy, was able to identify commonality in visits to its server originating from

26 H&A and from visits from an automated software service that used system resources that

27
                            PAGE **1** OF **17**
28

SER 0105

crippled the server for material periods of time (See, e.g. Doc. 35-1).  In September 2018, H&A

was put on notice that whatever technology it was using was causing problems and that such use

exceeded the authorization under the site's terms of use.[1]  After Plaintiff brought this action,

4Internet filed a counterclaim under the Computer Fraud and Abuse Act on March 5, 2019, and a

similar, but broader Georgia statute.  The factual allegations that were made in the counterclaim

and later amended counterclaim showing the relationship between the disruptive bot traffic and

H&A were included in a declaration of Michael Levy in which he explained how he identified

the traffic and the relationship between the traffic and H&A (Doc. 35-1).

       The Court found initially that 4Internet's allegations demonstrated that it was merely

possible that Higbee and H&A had caused its server disruption, but sufficient facts were not

pleaded to demonstrate the allegations plausibly resulting in dismissal with leave to amend (Doc.

39).  4Internet then filed an amended counterclaim that provided substantial additional facts that

demonstrated that H&A and Mathew Higbee were not simply lawyers representing clients but

were actively involved in looking for infringements on their clients' behalf first using Copypants

and later Image Defender.  This was confirmed in part when Plaintiff admitted that he had no

idea how many demands had been sent on his behalf and had granted H&A a power of attorney

to settle cases on his behalf without his knowledge (Miller Depo. 10:20-11:1; 52:25-53:15).  In

addition to the server log data, 4Internet knew several other things when the counterclaim was

filed.  First, H&A appeared to have a dollar copyright revenue goal that appeared to be over

---

[1] See Court's discussion of letter in Doc. 47 pp. 10-11.

SER 0106

$100,000 per day.[2]  Second, Mathew Higbee had given an interview in which he admitted that he had

> recently started offering a Copypants-like reverse-image search service through his firm's own website [and] makes no apologies for his aggressive pursuit of all sorts of copyright infringement.[3]

Third, 4Internet had received other demands from H&A "claims resolution specialist" as well having had conversations with these some of these individuals that led Levy to conclude that this was like a debt collection operation.[4]  Fourth, 4Internet was aware of an entire forum dedicated to complaining about H&A at ExtortionLetterInfo.[5]  In other words, virtually every allegation in the counterclaim and amended counterclaim was based on facts, including those that now result in feigned outrage at being offended by having been called a troll.  However, 4Internet was not the first, nor the last to call out the obvious abuse of the copyright system by H&A.[6]

This leaves the issue of the controlling law.  When the original complaint was filed, *Facebook, Inc. v. Power Ventures, Inc.*, 844 F.3d 1058 (9th Cir. 2016) could reasonably have

---

[2] Isenberg Decl. ¶ 13(e)
[3] https://www.fastcompany.com/40494777/here-come-the-copyright-robots-for-hire-with-lawyers-in-tow

[4] Isenberg Decl. ¶ 13(g)
[5] https://www.extortionletterinfo.com/forum/higbee-letter-lawsuits-forum/

[6] (First two links below were posted before the original counterclaim was filed)
https://www.techdirt.com/2019/02/22/investigating-higbee-associates-copyright-trolling-operation/

https://pubcit.typepad.com/clpblog/2019/02/consumer-warning-copyright-trolling-by-higbee-and-associates.html

(Link below posted in 2021)
https://gritdaily.com/higbee-and-associates-the-latest-legal-trolling-scam/

PAGE **3** OF **17**

SER 0107

been interpreted to allow a claim when authorization was revoked, which is what was specifically intended to have been communicated in the letter to H&A in September 2018 relating to its use of technology. *hiQ Labs, Inc. v. LinkedIn Corp.*, 938 F.3d 985 (9th Cir. 2019), cert. granted, judgment vacated, 141 S. Ct. 2752, 210 L. Ed. 2d 902 (2021) was decided later, but 4Internet made reasonable arguments that *Facebook* was more analogous and had it had not been overruled, and the facts in *hiQ* were distinguishable. Counsel was aware that the Eleventh Circuit had analyzed the CFAA access authorization language differently and there was a circuit split. Ultimately, the Ninth Circuit's interpretation was vindicated, but that wasn't certain to be the outcome and the arguments raised by 4Internet were not in any way frivolous or reckless.

The counterclaim and amended counterclaim were not asserted for any improper purpose. Michael Levy, who is literally an expert in how the internet works, identified data that suggested to him that in fact his server was being used by some combination of H&A, Miller, and Sadowski to scrape data without authorization which caused disruption. Rest assured, if there was any doubt that the allegations were not justified, or counsel at all thought they were implausible, neither the counterclaim, nor amended counterclaim would have been filed. The data combined with the background suggested that H&A was not just counsel for a copyright claimant but was in fact actively causing harm to 4Internet.[7] Having deposed Plaintiff and

_____

[7] The bringing of the claim against H&A was not taken lightly. Having gone back and reviewed the allegations, the undersigned would still respectfully disagree with the Court's original plausibility analysis. Subsequently, 4Internet actually referenced specific data that inferred that H&A used Copypants, which 4Internet asserted caused harm to its server. See Amended Counterclaim Exhibit B showing a visit that originated at approximately 1:30 on July 18, 2018, followed about an hour later by a visit from Copypants. For a server that had little actual human traffic the odds of that being a coincidence are incredibly small.

PAGE **4** OF **17**

SER 0108

Christopher Sadowski in this case, the reality continues to appear that H&A represents parties in infringement actions who happen to have small claims, but that it is the real beneficiary of its business model.

## **Argument and Citation to Authority**

I.     Standard for Granting Award of Fees

Attorney's fees may be assessed under Rule § 11, 28 U.S.C. § 1927, and under the Court's inherent authority. "Under any of these three sources of authority, sanctions are an extraordinary remedy, one to be exercised with extreme caution." *City of Los Angeles v. Garcetti*, No. LACV2106003DOCKES, 2021 WL 6751982, at *2 (C.D. Cal. Dec. 21, 2021) (quoting *In re Keegan*, 78 F.3d at 437 (quotation marks omitted).

A.  Under 28 U.S.C. § 1927

28 U.S.C. § 1927 provides discretion for the Court to award attorney's fees against an attorney

> who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

In *B.K.B. v. Maui Police Dep't*, 276 F.3d 1091, 1107 (9th Cir. 2002), as amended (Feb. 20, 2002) the Ninth Circuit, analyzed the circuit's precedent as to when sanctions were appropriate under § 1927.  It indicated that in *In re Keegan Mgmt. Co., Sec. Lit.*, 78 F.3d 431, 436 (9th Cir.1996) it was determined that any sanctions under that section "must be supported by a finding of subjective bad faith, which is present when an attorney knowingly or recklessly raises a frivolous argument, or argues a meritorious claim for the purpose of harassing an opponent." The *B.K.B. Court* then cited *Keegan's* proposition that "for sanctions to apply [under

SER 0109

§ 1927], if a filing is submitted recklessly, it must be frivolous, while if it is not frivolous, it must be intended to harass.... Reckless nonfrivolous filings, without more, may not be sanctioned." *B.K.B.*, id quoting *Keegan* at 436.

Because sanctions under this section only apply to a multiplication of proceedings, it does not apply to an initial pleading. In *Glasser v. Blixseth*, 649 F. App'x 506, 506–07 (9th Cir. 2016) the Ninth Circuit, relying on *De Dios v. Int'l Realty & Invs.*, 641 F.3d 1071, 1076 (9th Cir.2011) applied this to a counterclaim. In *Mirch v. Frank*, 266 F. App'x 586, 588 (9th Cir. 2008) the Ninth Circuit did find that a third-party complaint was not an initial pleading. The District Court in *Glasser* cited *Mirch* for the proposition that a counterclaim was not an initial pleading, but the Ninth Circuit panel in *Glasser* expressly disagreed as to the counterclaim.

B. Inherent Authority

"A specific finding of bad faith must precede any sanction under the court's inherent powers." *Fink v. Gomez*, 239 F.3d 989, 992 (9th Cir. 2001) citing *United States v. Stoneberger*, 805 F.2d 1391 (9th Cir.1986) (quoting *Roadway Exp., Inc. v. Piper*, 447 U.S. 752, 767 (1980)).

> For purposes of imposing sanctions under the inherent power of the court, a finding of bad faith does not require that the legal and factual basis for the action prove totally frivolous; where a litigant is substantially motivated by vindictiveness, obduracy, or mala fides, the assertion of a colorable claim will not bar the assessment of attorney's fees. Sanctions are available if the court specifically finds bad faith or conduct tantamount to bad faith. Sanctions are available for a variety of types of willful actions, including recklessness when combined with an additional factor such as frivolousness, harassment, or an improper purpose. Therefore, an attorney's reckless misstatements of law and fact, when coupled with an improper purpose, are sanctionable under a court's inherent power.

*B.K.B.* at 1107–08 (somewhat cleaned up).

"Because of their very potency, inherent powers must be exercised with restraint and discretion." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 44 (1991) (citing *Roadway Exp.*, supra).

SER 0110

The *Chambers Court* found sanctions appropriate "if a court finds that fraud has been practiced upon it, or that the very temple of justice has been defiled," or "when a party shows bad faith by delaying or disrupting the litigation or by hampering enforcement of a court order." *Id.* at 46 (citations omitted). In *Chambers*, the Court found that "[m]uch of the bad-faith conduct . . . was beyond the reach of the Rules; his entire course of conduct throughout the lawsuit evidenced bad faith and an attempt to perpetrate a fraud on the court, and the conduct sanctionable under the Rules was intertwined within conduct that only the inherent power could address." *Id.* at 50-51.

As discussed herein, there is no course of conduct, no fraud on the Court, no defiling of the temple of justice, and no disobedience of any court order.

II. Factual Allegations in the Counterclaim

Before Plaintiff even filed his Complaint, on September 25, 2018, 4Internet has provided information to its counsel that H&A was using a bot program that was causing disruption to 4Internet's server and warned that a counterclaim would be forthcoming the harmful conduct continued. On February 4, 2019, Levy[8] sent the undersigned two spreadsheets showing visits he attributed to Copypants and from Higbee & Associates. The Copypants spreadsheet referenced both "Botpants" and an e-mail address of info@copypants.com in the user agent. There were several pieces of publicly available information. H&A had used Copypants,[9] Mathew Higbee was proud of his aggressive tactics, H&A had a tremendous daily revenue goal, H&A was a

---

[8] As of February 2019, not only did Levy have nearly twenty-five years' experience in technology and the Internet, but the undersigned was well aware of his understanding of the data available to his servers having represented Levy since as early as late 2001.

[9] https://www.fastcompany.com/40494777/here-come-the-copyright-robots-for-hire-with-lawyers-in-tow

SER 0111

prolific filer of copyright claims, and 4Internet's server was indexing the New York Post.  It appeared to 4Internet and the undersigned that H&A was deploying Copypants to scrape 4Internet's server in its efforts to search for and locate potential targets.  As alleged in the original counterclaim, the visits from Copypants used significant system resources and appeared to 4Internet to be causing it server to crash. At the time of filing the original counterclaim, it only knew with certainty based on the log files that after August 18, 2018, it continued to received bot traffic from the same IP addresses that Copypants had used, but the user agent no longer referred to the Copypants e-mail address or BotPants.  4Internet subsequently learned that H&A had developed its own automated image searching system, Image Defender.  The technical data and references to Copypants and Image Defenders was sworn to by Levy in his declaration, and the undersigned certainly reasonably inquired into the factual allegations.  By his own words, Mathew Higbee admitted that he used technology to search for infringing uses of photographs.  By all accounts it appeared reasonable that Higbee was pinching 4Internet and when 4Internet said ouch that hurts, please stop, he did not stop.

## II.  The Counterclaim was neither Vexatious nor Reckless

There was a good faith basis for counsel to file the counterclaim.  That has been bolstered by information not previously available.  In the Carreon Declaration, he claims that he spent nearly three hours on June 13, 2019, comparing the Levy Declaration (35-1) with dates in a spreadsheet with records in CRM[10] (Doc 123-1 pp. 5).  This frankly supports the allegations that H&A was not merely an attorney representing a client but was actively involved in finding infringements

---

[10] CRM presumably refers to a customer relationship management program.

SER 0112

for its client.  Alone, that's not the problem, but the method that appeared to be being used was.  As discussed below, that the Ninth Circuit later determined that CFAA was not an avenue for recovery for the harm caused neither lessened the harm nor makeup for the conduct.  It just precluded a federal claim. As indicated in the undersigned's declaration filed with the Court in connection with 4Internet's motion for fees, counsel, Ryan Isenberg, litigated several substantial infringement cases for the Coach fashion house.  Sometimes Mr. Isenberg would visit a location selling counterfeit materials.  Not a problem.  But, if Mr. Isenberg broke a window to get in, that would be unlawful, and would expect to be sued.  If Mr. Isenberg sent someone that worked for him to do the same thing, that person and Mr. Isenberg could be liable for having caused damage, even if it helped bring or support a claim.  Essentially, this is exactly what Levy had described in his declaration, which was the basis for counterclaim and amended counterclaim.  As described in a Rule 11 sanctions case, there was sufficient evidence and information for counsel to a "reasonable inference that some wrongdoing was afoot." *Smith v. Our Lady of the Lake Hosp., Inc.*, 960 F.2d 439, 445–46 (5th Cir. 1992) (citing *Lebovitz v. Miller*, 856 F.2d 902, 906 (7th Cir.1988) and *Mary Ann Pensiero, Inc. v. Lingle*, 847 F.2d 90, 95 (3d Cir.1988).  Contrary to H&A's stated *belief*, the counterclaim was not brought based on an improper motivation, but because that is where the evidence pointed.

III. The Court's Order Dismissing the Amended Counterclaim and Relevant Law at the Time

   H&A relies on this Court's Order granting its motion to dismiss the amended counterclaim in support of its quest to seek fees.  It suggests that the Court's easy summary dismissal supports its claim that the filing was frivolous.  Counsel is not going to relitigate the motion but having reviewed the allegations continues to believe that sufficient facts were

SER 0113

pleaded to plausibly allege that H&A was involved in or with the deployment of a bot technology that caused 4Internet harm.

The primary basis for dismissal of the amended counterclaim was the then newly decided case of *hiQ Labs, Inc. v. LinkedIn Corp.*, 938 F.3d 985 (9th Cir. 2019), cert. granted, judgment vacated, 141 S. Ct. 2752, 210 L. Ed. 2d 902 (2021). 4Internet reasonably articulated why *hiQ* was distinguishable factually and explained that *Facebook, Inc. v. Power Ventures, Inc.*, 844 F.3d 1058, 1067-68 (9th Cir. 2016) permitted the claim because H&A was informed of the harm it was causing and its authorization to visit the site was revoked (Doc. 43 pp. 9-14). The Court disagreed and effectively found that *hiQ* required password protection. 4Internet could not reasonably quibble with the outcome of the motion. The Court's application of *hiQ* and dismissal was appropriate. However, the Eleventh Circuit had come out the other way in *United States v. Van Buren*, 940 F.3d 1192 (11th Cir. 2019) which was decided in October 2019. The response to the Motion to Dismiss the Amended Counterclaim was filed on February 21, 2020, while the *Van Buren* cert. petition was pending and later granted in April. Had *Van Buren* come out the other way, 4Internet would have had grounds to seek reconsideration of the Court's ruling or preserved the issue for further review. That never happened, but that doesn't make the amended counterclaim frivolous, reckless, or improperly motivated.[11]

The Court's analysis relating to the Georgia statutory claim was a closer call. No Court had ever interpreted that statute to require anything approaching password protection. Regardless, the Court found that "4Internet's letter does not plainly put Higbee on notice that

---

[11] If there was improper motivation in this case, it was H&A knowingly filing a case that involved in-line linking.

SER 0114

Higbee or H&A no longer had authority to visit 4Internet's website" ([Doc. 47 pp. 11](#)).  That

notice was sent in September 2018 before suit was filed by Plaintiff and before Levy had an

opportunity or reason to spend several hours downloading large data files to connect the dots,

and it is at least arguable that the Court's plausibility and inferential analysis may have strayed a

bit too far into the *Twombly* weeds.  Just because 4Internet didn't have the information to have

the foresight to articulate a more specific demand that the bot activity stop doesn't make the

claim frivolous, reckless, or brought for some improper motive.

## VI.  Fees for the Original Claim Are Barred

H&A is seeking to recover fees dating back to 2019.  As noted above, the initial pleading

is barred from consideration as contemplated in *Glasser*, supra at 506-507.  This would prohibit

any award from being made based on the initial counterclaim not even taking into account that

most of H&A's motion made in connection with the original counterclaim argued subject-matter

jurisdiction and did not address the merits of the claim. The Amended Counterclaim was not

filed until January 19, 2020, and no fees should be considered before that.

## VII.  H&A Seeks to Recover Unreasonable Time at Unreasonable Rates

In order to determine a fee award, the Court is required to determine that the time spent, and

the rates sought, are reasonable subject to any adjustments that may be appropriate. "It is the

responsibility of the attorney seeking fees to submit evidence to support the requested hourly

rate." *Roberts v. City of Honolulu*, 938 F.3d 1020, 1023–24 (9th Cir. 2019) (citations omitted).

The Declaration of Ryan Carreon is somewhat misleading.  For example, he avers that he has

been practicing for five years, which is true based on his December 2016 bar admission date in

California.  However, he was not a fifth-year senior associate in March 2019.  At that point, he

would have had about two years of experience but apparently seeks to recover his currently

SER 0115

hourly rate for the work he did then. Similarly, Saba Basria would have been a third-year associate in March 2019, etc.

In *Reed v. Ezelle Inv. Properties Inc.*, No. 3:17-CV-01364-YY, 2019 WL 1453480 (D. Or. Apr. 2, 2019) H&A filed a motion to recover attorney's fees that was granted. In support of that motion, Mathew Higbee submitted a declaration under oath on November 16, 2018, in which he averred that his rate was $300 per hour and his associates, including Mr. Carreon, billed at $250 per hour (See Reed Doc. 41-1). Carreon has not pointed to anything that would suggest that his or Ms. Basria's hourly rate could have possibly increased over one hundred percent in four months or even fourteen. A fifteen percent year of year increase would yield a $380 rate for 2022. "Generally, when determining a reasonable hourly rate, the relevant community is the forum in which the district court sits." *Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 979 (9th Cir. 2008) (citation omitted). No evidence has been offered as to what a reasonable second- or third-year associates in Las Vegas would have billed in 2019 or a third- and fourth-year associate in 2020.

Not to in any way diminish an obviously skilled lawyer, but Carreon also gilds the lily a bit on his record. He claims that many of his cases resulted in published opinions. According to a Westlaw search 3 of 59 decisions in which he is listed as counsel of record resulted in published decisions. He also states he has successfully argued multiple appeals. In both instances, if more than one is multiple then the statements are true, but it appears they are intended to give the impression of something more substantial.

In addition to the rate issue, substantial time is sought that involves duplication. "Unnecessary duplication of effort should be excluded from the lodestar [calculation]. *SVI, Inc. v. Supreme Corp.*, No. 216CV01098JADNJK, 2018 WL 1718560, at *2 (D. Nev. Apr. 9, 2018)

PAGE **12** OF 17

SER 0116

(citing *Herrington v. County of Sonoma*, 883 F.2d 739, 747 (9th Cir. 1989)).  Though each entry that involves discussion or strategy or review of the same motions is billed exactly twice, there is substantial duplication of billing.  The very first entry in Exhibits A and B are two associates meeting to review the filing and discuss strategy.  On January 21, 2020, both billed half an hour to review the amended counterclaim.  In *Stonebrae, L.P. v. Toll Bros.*, No. C-08-0221-EMC, 2011 WL 1334444, at *13 (N.D. Cal. Apr. 7, 2011), aff'd, 521 F. App'x 592 (9th Cir. 2013) the District Court noted it was "impossible to ascertain with precision the number of unnecessarily duplicative and redundant hours spent resulting from multiple counsel performing overlapping work . . ."  The same District Court later suggested that "counsel seeking fee awards bear the risk that the lodestar will be subject to scrutiny and possible reduction due to unreasonable inefficiencies and duplicative efforts engendered by multiple counsel." *Rosenfeld v. U.S. Dep't of Just.*, 904 F. Supp. 2d 988, 1005–06 (N.D. Cal. 2012).  H&A has made not effort to identify and justify the various strategy meetings and review of work from one associate by another.

VIII.  Inaccuracies and Factual Assertions

H&A has continually whined that everything 4Internet has done in this case is harassing.  At the motion to compel hearing held on January 26, 2021, Mr. Higbee raised this exact same argument that everything that was done was being done to harass his client in this simple copyright case.  The Magistrate hit the nail on the head when he remarked that it was the Plaintiff that filed this lawsuit and of course the case was going to be defended (Doc. 76, Recording at 41:34-42:28).

Footnote 3 of the H&A brief (pp. 10) claims that H&A was merely the law firm and only the Plaintiff had sole discretion to dismiss the case.  This statement is emphatically untrue.  Plaintiff had executed a power of attorney that gave H&A "full power and authority in determining the

SER 0117

validity of the [claim] and assist in any negotiation, settlement, and payment." See Miller Depo. Ex. 20. When asked if the H&A firm settles cases without his knowledge, counsel for Miller, protecting H&A, objected. Plaintiff then admitted that he only signed one of those powers of attorney and it was used whenever it was needed. Miller Depo. 140:20-142:9. Given that the Plaintiff had no idea how many lawsuits or demands were sent on his behalf (Miller Depo. 10:20-11:1; 52:25-53:15), it begs the question as to whether this case was filed without Plaintiff's knowledge. More likely than not, this motion is a strategic filing hoping to lessen the impact of an attorney fee award against the Plaintiff, which he may find troubling if he was never informed of that being a problem in the first place. Otherwise, it seems more likely that if H&A really thought the counterclaim or the amendment was frivolous, it would have served a Rule 11 motion long ago.

H&A also complains about what it self-selects in calling ad hominem attacks. While there are too many to refute in this response, some will be addressed.

Attack: H&A used debt collection tactics.

Fact: H&A used non lawyers to harass 4Internet. These people, who would not take no for an answer, called themselves claims resolution specialists, would threaten to file lawsuits, and the subject line in one e-mail was "Ignoring this Problem Will Only Make It Worse.[12]" This doesn't include the tactics that are described in the various articles on Techdirt or the experiences

---

[12] See Isenberg Decl. Ex. C (Page 3).

SER 0118

reported on ExtortionLetterInfo. Similar tactics were used that led to the filing of declaratory judgment action against H&A client Quang-Luong.[13]

Attack: H&A have filed 99 copyright lawsuits in the past 3 years with 13 filed on behalf of Sadowski and 3 on behalf of Miller.

Fact: This was the result of a report downloaded from PACER. 4Internet will not attach the report unless the Court requests it, but it is true. The Court can take judicial notice of the filings by H&A.

Attack: H&A's "business model involves getting settlements from defendants in amounts that are not worth defending and obtaining default judgments against parties who do not respond;" H&A is a copyright troll; H&A engages in legalized extortion

Fact: (1) Higbee admits the basics of this in the Fast Company article referenced above and the default judgments are a matter of public record. (2) Mr. Isenberg represented Paradise Media Ventures in 2019 after it received a demand from H&A. In that matter, Mr. Higbee demanded $1,563 to settle on behalf of his client and accepted $500.[14] If that's not a nuisance claim that was not worth defending, then nothing is.

H&A can fashion itself however it wants. The District Court in *McDermott v. Monday Monday, LLC*, No. 17CV9230 (DLC), 2018 WL 5312903 (S.D.N.Y. Oct. 26, 2018) affirmed having referred to east coast volume filer Richard Liebowitz (an attorney with whom H&A

---

[13] 5:19-cv-02497-SVK (CAND) – See https://pubcit.typepad.com/files/bladeforumsemails.pdf

[14] See Isenberg Decl. Ex. D.

PAGE **15** OF **17**

SER 0119

claimed to compete) described him as a troll, and then on reconsideration affirmed that

description applying the definition below.

> In common parlance, copyright trolls are more focused on the business of litigation than on selling a product or service or licensing their copyrights to third parties to sell a product or service. A copyright troll plays a numbers game in which it targets hundreds or thousands of defendants seeking quick settlements priced just low enough that it is less expensive for the defendant to pay the troll rather than defend the claim.

(citations omitted).

Attack: Mathew Higbee impliedly perjured himself in his declaration.

Fact: The allegations cited in the Complaint say nothing of the kind.

Attack: H&A of allegedly made several material misrepresentations to this Court.

Fact: H&A filed a declaration that asserted facts that were false and misleading relating to

4Internet's server (See Doc. 43 FN3, pp. 14:26-15:13 for further explanation).

Attack: Mathew Higbee's declaration was "word-smithed" to give a false impression to the

Court.

Fact: The declaration appeared to have been drafted so as to infer something that could be

argued that was not true (See Doc. 43 FN40 for further explanation).

### Conclusion

The filing of the counterclaim and amended counterclaim were based on data that suggested

H&A was in fact involved in the disruption to 4Internet's server as well as the background facts

which prove that H&A used technology that could have caused the problems and could have

been liable.  Michael Levy is entitled to be angry and frustrated that he had to choose between

settling a small case that he was likely going to prevail upon or spend six figures fighting when

4Internet had no stream of income.  That a litigant is rightfully angry at having been sued and

SER 0120

chooses to defend itself rather than settle is not evidence of filing anything for any improper purpose. There is certainly no evidence that counsel was motivated by an improper purpose and the Court should respectfully deny the motion for fees.

Respectfully submitted this the 11<sup>th</sup> day of August, 2022.

/s/ Ryan Isenberg

**Certificate of Service**

This is to certify that I have this day filed the within and foregoing Response to Motion for Attorney's Fees using the Court's CM\ECF system, which will generate notice to the following counsel of record for Plaintiff:

Mathew K. Higbee - mhigbee@higbeeassociates.com
Ryan E. Carreon - rcarreon@higbeeassociates.com

/s/ Ryan Isenberg

SER 0121

1   Troy L. Isaacson, Esq., NV Bar No. 6690
2   Isaacson Law
    9900 Covington Cross Drive, Suite 210B
3   Las Vegas, NV 89144
    Telephone: (702) 529-5229
4   Facsimile: (702) 529-5228
    Troy@IsaacsonLawLV.com
5
6   Ryan L. Isenberg
    Georgia Bar No. 384899
7   Isenberg & Hewitt, P.C.
    6600 Peachtree Dunwoody Road
8   600 Embassy Row, Suite 150
    Atlanta, Georgia 30328
9   770-351-4400 (Voice)
    770-828-0100 (Fax)
10  ryan@ihlaw.us

11              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
12
    ROBERT MILLER,                    CIVIL ACTION FILE
13
            PLAINTIFF,                NO. 2:18-cv-02097-JAD-VCF
14
    V.
15
16  4INTERNET, LLC AND
    JOHN DOES 1-10
17
            DEFENDANTS.
18   _____
19            **DECLARATION OF RYAN ISENBERG**

20  1.  My name is Ryan L. Isenberg.  I am the attorney of record for Defendant 4Internet,

21      LLC.

22  2.  I give this declaration in support of Defendant 4Internet, LLC's Reply Brief in Support of

23      its Motion for Attorney's Fees and in opposition to the Higbee & Associates Motion for

24      Attorney's Fees.

25  3.  I have personal knowledge of the matters set forth herein.

26
27  4.  In over twenty years of practice, I have never been the subject of a motion for sanctions.

28                                  1

5. I have never brought any action, claim, or counterclaim, for any "improper purpose," and that includes the counterclaims asserted in this case against Higbee & Associates and Mathew Higbee.

6. I have been familiar with the 4Internet search engine since as early as June 2011 when I filed a federal trademark application for 4INTERNET.

7. I am familiar with Michael Levy's knowledge and understanding of the data the 4Internet server is able to log and identify.

8. Having represented Michael Levy and his various business interests for twenty years, I am familiar with his understanding of the Internet and technology.

9. By September 2018, Mr. Levy had discovered and relayed to me that Internet Protocol addresses that were associated with Higbee & Associates appeared to be causing disruption to the 4Internet server, I sent a letter to Mr. Higbee that was intended to make clear that the bot activity that seemed to be associated with this firm needed to stop.

10. On February 4, 2019, Mr. Levy sent an email to me that contained spreadsheets identifying visits that appeared to be from the Copypants bot and visits from Higbee & Associates.

11. The user agent data from the Copypants bot identified those visits as "Copypants" and the visits would last a second or less at times which, along with the browser size, suggested to Mr. Levy that this was "bot traffic."

12. The Higbee & Associates visitor data were based on referrer string information that showed that the previous page before the 4Internet page as being located at copyright.higbeeassociates.com/case_screening (with some additional variables). I personally went to that URL at the time and there was a screen that required a login and

2

SER 0123

password for access which confirmed that whoever had visited the page had to at least have access to the Higbee & Associates system.

13. At the time of the filing of the counterclaim, I was aware of the following:

   a. 4Internet had received multiple demands from employees of Higbee & Associates about at least three different photographs (excluding Robert Miller's claim) that could be found on pages that had been in-line linked through one of the 4Internet pages. Copies of the demands are attached hereto as Exhibit "A" (only the letter portion has been included and not the additional 130 or so pages of powers of attorneys, copyright certificates, and other exhibits)

   b. Despite having informed Mr. Higbee in September 2018 that I represented 4Internet, I again had to contact him on November 29, 2018, and asked him to have his firm stop contacting 4Internet. That notice and his reply is attached hereto as Exhibit "B."

   c. A copy of e-mail correspondence between Michael Levy and various employees at Higbee & Associates is attached hereto as Exhibit "C." On Page 3 is an email that most likely did not come from Mathew Higbee that contains the subject line "Ignoring this Problem Will Only Make It Worse."

   d. I had watched a Youtube video from Higbee & Associates that suggested it was targeting over $100,000 in daily revenue from copyright infringement claims. A screenshot showing can be found at
   https://www.youtube.com/watch?v=VAXsP__yzf0 at 0:52 (posted January 11, 2017)

SER 0124

e. Mathew Higbee had given an interview to Fast Case in which he had admitted to using Copypants. A link to this article has been included in the response brief and can be found at https://www.fastcompany.com/40494777/here-come-the-copyright-robots-for-hire-with-lawyers-in-tow.

f. The Copypants site itself described the relationship with Higbee & Associates.

g. I was aware and had visited a website at https://www.extortionletterinfo.com/forum/higbee-letter-lawsuits-forum/ filled with pages and pages of complaints about H&A's method and practices.

h. I was aware of an article published at https://www.techdirt.com/2019/02/22/investigating-higbee-associates-copyright-trolling-operation/ discussing an improper claim based on in-line linking.

i. According to the log data, in August 2018, bot traffic continued to visit the 4Internet sites, but the user agent information had been modified to remove the copypants identifying information.

j. I had searched PACER to get an idea of how many cases Higbee & Associates, Plaintiff, and Christopher Sadowski had filed. The results were downloaded to using *csv so I could view them in Excel.

k. On March 8, 2019, Mr. Levy provided me with approximate five examples of New York Post online articles that had started with a stock image that was later replaced by one taken by an H&A client, which was certainly suspicious. An example is below:

    i.

      https://web.archive.org/web/20180117225201/https://nypost.com/2018/01/

4

17/man-charged-with-jaywalking-after-getting-hit-by-truck/ (original

stock image from Shutterstock

    ii.  https://nypost.com/2018/01/17/man-charged-with-jaywalking-after-

getting-hit-by-truck/ (replaced with an image from Christopher Sadowski)

14. Given the disruptions that Mr. Levy described, the data he provided, and the insatiable

appetite for finding and bringing copyright infringement claims, it reasonably appeared to

me that Higbee & Associates was using a bot to search for images it would later claim

were infringing.

15. After the Court initially dismissed the counterclaim, Mr. Levy did further research to try

to provide additional details that would show how and why the disruptive bot traffic was

attributable to H&A.

16. Additional background information was also alleged to demonstrate that H&A had a need

and desire to obtain additional information. Though it was not alleged that H&A was

intentionally causing harm, the additional background was intended to articulate why it

was more likely than not that it would have been using the bot that 4Internet identified as

problematic.

17. By then, I had represented another client, Paradise Media Ventures, LLC, which had

received a demand from Higbee & Associates. I have attached my correspondence with

Mr. Higbee and his firm employee as Exhibit "D." As the Court can see, the amount

demanded was $1,563 and it was resolved for $500.

5

SER 0126

18. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ryan Isenberg
Ryan L. Isenberg

6

SER 0127

# EXHIBIT A

SER 0128



# Higbee & Associates
### A NATIONAL LAW FIRM

September 10, 2018,
Re: Claim Number: 518123   FRE 408 Settlement Communication

Dear Michael Levy,

The Law Firm of Higbee & Associates represents Alex Maxim. Copyright images owned by Alex Maxim were discovered on 4Internet, LLC website(s). Please see the attached exhibits that show the use of the copyrighted works. Our client has no record of you having a license to use their copyrighted work and has authorized us to contact you on their behalf. If you have a license, please contact us immediately with a copy of that license at claims@higbeeassociates.com, please include the claim number (518123).

Alex Maxim is leading fashion and product photographer. His clients include multiple Fortune 500 companies and his work has appeared in leading magazines. Businesses using his work without a license is a big problem that threatens his livelihood. He spends countless hours and money working to stop the unauthorized use of his work.

If 4Internet, LLC does not have a license, we believe the use of the work is a violation of The Copyright Act, Title 17 of the United States Code. As the violation occurred on a company website, the company is liable for the unauthorized use, including cases in which a website designer, employee  or a third party is responsible for the inclusion of this image on your website. Even if your use of the image without a license was unintentional, for example; if the image was found on the internet and believed to be available for free use, it is still a violation of copyright law, and ceasing use of the images now may reduce the liability, but not release you or your organization from liability.

The unauthorized use of my client's work threatens my client's livelihood. While Alex Maxim, does have the right to bring a lawsuit for damages, my client is willing to settle this in an amicable way, out of court and without a lawsuit. I was asked to contact you and see if we can negotiate a settlement and save everyone the stress and costs of going to court. Please know that I only have a limited amount of time to settle this claim out of court.

If forced to go to court, my client will ask for the maximum relief possible, which may include statutory damages under 17 U.S.C. §504 for up to $150,000 for intentional infringement or $30,000 for unintentional infringement. My client would also ask the court to have you pay court costs and attorneys fees. Copyright lawsuits can result in judgments, wage garnishments and liens on property.  In some instances, the business owner can be held individually liable.

This type of claim is often covered by business insurance.  You may wish to forward this to your insurance carrier.  You may also wish to hire an attorney.

**If we do not hear from you within 30 days from the date of this letter, we will have no choice but to take this to mean that you do not have a license and do not want to settle this matter out of court.**

To resolve this matter efficiently and amicably out of court, please follow these steps:

(1) Within five business days after receipt of this letter, remove all occurrences of the image from your website(s), cease using it in any way, and confirm in writing that you have done so.

SER 0129

**AND**

(2) Within seven business days after receipt of this letter, return to our firm the attached Release License, along with your payment in the form of a valid cashier's check or money order for **$2000** payable to **"Higbee & Associates Client Trust Account"**. This can be returned to us via US Mail. You can also pay over the phone or online at http://copyright.higbeeassociates.com/resolution. Your login is 518123. Your password is bhe0nyf9. If you choose to make your payment online, you can return the Release License via email to claims@higbeeassociates.com. Please include the case number (518123) in the subject line.

Please feel free to call or email us to discuss this matter, 800-716-1245 or send email to claims@higbeeassociates.com

Sincerely,

Mathew K. Higbee
Attorney at Law

SER 0130

September 24, 2018,
Re: Claim Number: 518099    FRE 408 Settlement Communication

Dear Micharl Levy,

The Law Firm of Higbee & Associates represents Christopher Sadowski. Copyright images owned by Christopher Sadowski were discovered on 4Internet, LLC website(s). Please see the attached exhibits that show the use of the copyrighted works. Our client has no record of you having a license to use their copyrighted work and has authorized us to contact you on their behalf. If you have a license, please contact us immediately with a copy of that license at claims@higbeeassociates.com, please include the claim number (518099).

Chris Sadowski is an accomplished photographer whose photos have been used by the world's biggest news outlets. His photos often license for $7,500 to $25,000 a year. The unauthorized use of his work hurts his livelihood and results in him having to spend tens of thousands of dollars and countless hours monitoring and stopping such use.To add in complaint: Plaintiff Christopher Sadowski is a professional photographer by trade. Sadowski has licensed or sold his photographs to dozens of major media outlets such as The New York Post, The Daily Mail, Boston Globe, Boston Herald, Los Angeles Times, Toronto Sun, Newsweek Magazine, People Magazine, the Associated Press, USA Today, The Wall Street Journal, Fox News, NBC News, MSNBC, Inside Edition, and TMZ.

If 4Internet, LLC does not have a license, we believe the use of the work is a violation of The Copyright Act, Title 17 of the United States Code. As the violation occurred on a company website, the company is liable for the unauthorized use, including cases in which a website designer, employee  or a third party is responsible for the inclusion of this image on your website. Even if your use of the image without a license was unintentional, for example; if the image was found on the internet and believed to be available for free use, it is still a violation of copyright law, and ceasing use of the images now may reduce the liability, but not release you or your organization from liability.

The unauthorized use of my client's work threatens my client's livelihood. While Christopher Sadowski, does have the right to bring a lawsuit for damages, my client is willing to settle this in an amicable way, out of court and without a lawsuit. I was asked to contact you and see if we can negotiate a settlement and save everyone the stress and costs of going to court. Please know that I only have a limited amount of time to settle this claim out of court.

If forced to go to court, my client will ask for the maximum relief possible, which may include statutory damages under 17 U.S.C. §504 for up to $150,000 for intentional infringement or $30,000 for unintentional infringement. My client would also ask the court to have you pay court costs and attorneys fees. Copyright lawsuits can result in judgments, wage garnishments and liens on property.  In some instances, the business owner can be held individually liable.

This type of claim is often covered by business insurance.   You may wish to forward this to your insurance carrier.  You may also wish to hire an attorney.

Claim number: 518099                          Printed: September 24, 2018 11:26

SER 0131

    **If we do not hear from you within 30 days from the date of this letter, we will have no choice but to take this to mean that you do not have a license and do not want to settle this matter out of court.**

    To resolve this matter efficiently and amicably out of court, please follow these steps:

(1) Within five business days after receipt of this letter, remove all occurrences of the image from your website(s), cease using it in any way, and confirm in writing that you have done so.

**AND**

(2) Within seven business days after receipt of this letter, return to our firm the attached Release License, along with your payment in the form of a valid cashier's check or money order for **$13500** payable to "**Higbee & Associates Client Trust Account**". This can be returned to us via US Mail. You can also pay over the phone or online at http://copyright.higbeeassociates.com/resolution. Your login is 518099.  Your password is aidxtoo9.  If you choose to make your payment online, you can return the Release License via email to claims@higbeeassociates.com. Please include the case number (518099) in the subject line.


    Please feel free to call or email us to discuss this matter, 800-716-1245 or send email to claims@higbeeassociates.com

        Sincerely,


        Mathew K. Higbee
        Attorney at Law

SER 0132

# Higbee & Associates
### A NATIONAL LAW FIRM

February 26, 2019

**SENT VIA FIRST-CLASS MAIL**

Re: Alex Maxim - v. 4Internet, LLC - Our Case No. 518123

Dear Sir or Madam:

Higbee & Associates has been retained to represent Alex Maxim in regards to 518123 copyright infringement under Title 17 of the United State Code.

4Internet, LLC engaged in copyright infringement when it posted our client's copyrighted image on its website without a valid licensing agreement. We have attempted to settle this matter to no avail. Please see the enclosed Complaint and Exhibits for further information.

Our client is entitled to recover Statutory damages of up to $150,000 for each infringement and may also recover **attorney fees and court costs**. See 17 U.S.C. §§ 504 & 505.

In an effort to keep costs down, our client is willing to accept a firm settlement of $2,000 to resolve this matter amicably and avoid litigation. This offer will be open for fifteen (15) days from the date of this letter, after which our client has instructed us to file the enclosed Complaint and seek damages to the full extent of the law.

If you have questions you may contact us at (714) 617-8350 or (800) 716-1245.

Sincerely,

Mathew K. Higbee
Attorney at Law
infringements@higbeeassociates.com

Enclosure(s)

SER 0133

# Higbee & Associates
A NATIONAL LAW FIRM

March 13, 2019

**SENT VIA FIRST-CLASS MAIL**

Re: Christopher Sadowski - v. 4Internet, LLC - Our Case No. 518099

Dear Sir or Madam:

Higbee & Associates has been retained to represent Christopher Sadowski in regards to 518099 copyright infringement under Title 17 of the United State Code.

4Internet, LLC engaged in copyright infringement when it posted our client's copyrighted image on its website without a valid licensing agreement. We have attempted to settle this matter to no avail. Please see the enclosed Complaint and Exhibits for further information.

Our client is entitled to recover Statutory damages of up to $150,000 for each infringement and may also recover **attorney fees and court costs**. See 17 U.S.C. §§ 504 & 505.

In an effort to keep costs down, our client is willing to accept a firm settlement of $13,500 to resolve this matter amicably and avoid litigation. This offer will be open for fifteen (15) days from the date of this letter, after which our client has instructed us to file the enclosed Complaint and seek damages to the full extent of the law.

If you have questions you may contact us at (714) 617-8350 or (800) 716-1245.

Sincerely,

Mathew K. Higbee
Attorney at Law
infringements@higbeeassociates.com

Enclosure(s)



Higbee & Associates
A NATIONAL LAW FIRM

May 31, 2019,
Re: Claim Number: 518135   FRE 408 Settlement Communication

Dear Michael Levy,

Copyrighted work(s) owned by our client, Jeffrey Milstein, were identified on 4Internet, LLC
website(s) (see attached screenshots). Unfortunately, we are unable to find any record
of a license for such use. If you have a license, thank you for purchasing it. Please provide
us the details at claims@higbeeassociates.com with the claim number (518135) included.
Once we receive the license, we will close the claim and apologize for the brief intrusion.

   The unauthorized use of our client's work deprives them of income and causes them to
incur substantial costs in detection and enforcement.

   If 4Internet, LLC does not have a license, we believe the use of the work is a violation of
The Copyright Act, Title 17 of the United States Code. My client has no desire to put you
through any of the following, but I have an obligation to caution you about the seriousness of
the matter. If forced to go to court to resolve the matter, my client will ask for the maximum
justifiable damages. My client may also ask the court to order 4Internet, LLC to pay their
attorneys fees and court costs. Copyright lawsuits can result in judgments, wage
garnishments and liens on property. In some instances, the business owner can be held
individually liable. Please see the enclosed relevant section of the law and sources of
additional information.

   Jeffrey Milstein would prefer to resolve this matter outside of court and is willing to offer
a complete release of all liability associated with this image for $55000. This offer is made
based on rather limited information available to Jeffrey Milstein.

   If you think this amount is disproportionate to the facts, please provide us with details
about how long you used the work, the size of your business, any other ways the work was
used, and any other details you deem relevant. Also provide a counteroffer for us to provide
to Jeffrey Milstein. We can be reached by email at claims@higbeeassociates.com or by
phone at 800-716-1245. You may also wish to have an attorney contact us.

   The overwhelming majority of these types of claims get resolved in a fair and efficient
manner. However, without your cooperation, our only option is to litigate the matter, which
we frequently do, so please do not make the mistake of ignoring this. If this matter is
litigated, the demand amount will likely quadruple or more, and then you will likely
also have to pay attorneys fees. If you have general business liability insurance, you may
wish to contact your provider.

   **If we do not hear from you within 10 days, we will assume that you do not have a
license and that you do not want to resolve this matter outside of court.**

   If you wish to simply resolve this claim without contacting us, you can view details of the
claim and make a payment at the URL provided.

   To resolve this matter efficiently and amicably out of court, please follow these steps:

SER 0135

(1) Within five business days after receipt of this letter, remove all occurrences of the image from your website(s), cease using it in any way, and confirm in writing that you have done so.

**AND**

(2) Within seven business days after receipt of this letter, return to our firm the attached Release License, along with your payment of **$55000** made payable to **Higbee & Associates Client Trust Account**. This can be returned to us via US Mail. You can also pay over the phone or online at http://copyright.higbeeassociates.com/resolution. Your login is 518135. Your password is 9yg772mj. If you choose to make your payment online, you can return the Release License via email to claims@higbeeassociates.com. Please include the case number (518135) in the subject line.

Please feel free to call or email us to discuss this matter, 800-716-1245 or send an email to claims@higbeeassociates.com

Sincerely,

Mathew K. Higbee
Attorney at Law

SER 0136

# **EXHIBIT B**

SER 0137

| | |
|---|---|
| **From:** | Mathew Higbee |
| **To:** | Ryan Isenberg |
| **Cc:** | Saba Basria |
| **Subject:** | Re: Complaint Re Claim No. 518110 (4Internet LLC) |
| **Date:** | Thursday, November 29, 2018 4:44:38 PM |

Hi Ryan-

We will do our best.   Part of the problem is that the claims are being generated by different domains.  Each time we enter a new domain, we also enter a new contact record.  If the contact records do not match the previous record for 4internet, we do not see that there is a match.   We are working to improve the system and minimize imperfections.    If it happens again, just forward me the info and I will manually update our records as to prevent it from happening again with that claim.

-Mat

On Nov 29, 2018, at 12:27 PM, Ryan Isenberg <ryan@ihlaw.us> wrote:

Counsel

I wanted to make clear that I represent 4Internet as to any and all of its legal matters.  I have been informed that employees of your firm continue to contact my client by e-mail and phone.  Unless you are sending my client DMCA takedown notices, please instruct your employees to have no further communications with my client.

Any and all communications should be directed to me.

Thanks.

Ryan L. Isenberg
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)

**From:** Saba Basria <sbasria@higbeeassociates.com>

**Sent:** Monday, November 26, 2018 3:02 PM
**To:** Ryan Isenberg <ryan@ihlaw.us>
**Subject:** Complaint Re Claim No. 518110 (4Internet LLC)

Dear Mr. Isenberg:

I am writing to you on behalf of my client, Robert Miller, regarding claim number 518110.  Although we have previously corresponded over this claim, it seems that we have been unable to reach an agreement in this matter.  As a result, we have filed suit.  Please see the attached complaint.  However, we remain amenable to reaching a settlement in this matter.  If you no longer represent 4Internet LLC, please let us know as soon as possible.


Thank you,

Saba Basria
Associate Attorney
Copyright Division

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Direct: (714) 617-8350
Phone: (800) 716-1245
Fax: (714) 597-6559

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message.

SER 0139

# EXHIBIT C

SER 0140

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Copyright Claims <claim@higbeeassociates.com> |
| **Sent:** | Friday, September 21, 2018 3:18 PM |
| **To:** | copyright@4internet.com |
| **Subject:** | Follow-Up from the Law Firm of Higbee & Associates - 518123 |
| **Attachments:** | 20180910101829_518123_Initial_Demand_Letter.pdf |

Dear Michael Levy:

This email is a follow up to the letter dated September 12, 2018 that our law firm sent to you via US Mail.  If you have not received it, please let me now.   If you have an attorney assisting you with this matter, please forward this communication to him or her.   If you do not have an attorney representing you, you may wish to hire one. You may also with to provide a copy of this email to your business insurance carrier.

Copyright images owned by my client were discovered on the 4Internet, LLC website(s) as the exhibits attached to the letter show.  If you have a license for the images, please provide me information and accept my apology for the intrusion.

 Alex Maxim is leading fashion and product photographer.  His clients include multiple Fortune 500 companies and his work has appeared in leading magazines.   Businesses using his work without a license is a big problem that threatens his livelihood.  He spends countless hours and money working to stop the unauthorized use of his work.

If 4Internet, LLC  does not have a license, our client is willing to settle this matter out of court in a fair and efficient manner.  If forced to go to court, my client will ask for the maximum relief possible, which may include statutory damages under 17 U.S.C. §504 for up to $150,000 for intentional infringement or $30,000 for unintentional infringement.  My client would also ask the court to have 4Internet, LLC  pay court costs and attorneys fees.

 To resolve this matter efficiently and amicably, please follow these steps:

(1) Immediately after receipt of this email, remove all occurrences of the image from your website(s), cease using it in any way, and confirm in writing that you have done so.

(2) Immediately after receipt of this email, return to our firm the attached Release License, along with your payment in the form of a valid cashier's check or money order for $2000 payable to ''**Higbee & Associates Client Trust Account**''.  This can be returned to us via US Mail. You can also pay online at https://copyright.higbeeassociates.com/resolution. If you choose to make your payment online, you can return the Release License via email to claims@higbeeassociates.com. The email must include the case number 518123 in the subject line.

A copy of the letter plus all of the exhibits and evidence in this case can be obtained at the online resolution portal.

Your login info is shown below:

Website: https://copyright.higbeeassociates.com/resolution

Username: 518123

Password: bhe0nyf9

SER 0141

You can also all us at (800) 716-1245.  We will be glad to talk with you about this issue.

Learn more about Higbee & Associates at the following sites:

• A+ Rated With the Better Business Bureau - http://www.bbb.org/sdoc/business-reviews/attorneys-and-lawyers/higbee-associates-in-santa-ana-ca-100071532/

• California Corporation ID C2972583

Best Regards,

Mathew K. Higbee
Attorney at Law

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705

Phone: (800) 716-1245

SER 0142

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Copyright Claims <claim@higbeeassociates.com> |
| **Sent:** | Friday, September 21, 2018 3:20 PM |
| **To:** | copyright@4internet.com |
| **Subject:** | Ignoring this Problem Will Only Make It Worse - 518123 |

Dear Michael Levy:

This is a follow-up to the letter and email that we sent you regarding the unauthorized use of copyrighted materials owned by our client, Alex Maxim. We want to work with you to resolve this in an efficient and fair manner.

Ignoring this problem will likely result in a dramatic increase in costs and stress. Please call us or go to our secure online Resolution Center and either make a payment or let us know why you believe you do not owe money for using our client's work.

Website: https://copyright.higbeeassociates.com/resolution

Username: 518123

Password: bhe0nyf9

Sincerely,

Mathew K. Higbee
Attorney at Law

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Phone: (800) 716-1245

Higbee & Associates is a national law with an A+ rating with the Better Business Bureau (click here to verify ). Our lead attorney, Mathew Higbee, has been licensed to practice law since 2006 (click here to verify ). We have 21 offices across the country. Our headquarters is in Santa Ana, California (click here to verify with the California Secretary of State. Select Corporation and search "Higbee & Associates").



SER 0143

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Yubani Noriega <ynoriega@higbeeassociates.com> |
| **Sent:** | Monday, September 24, 2018 6:33 PM |
| **To:** | copyright@4internet.com |
| **Cc:** | Ashley Crispe |
| **Subject:** | Copyright - 4Internet, LLC - Alex Maxim - 518123 |
| **Attachments:** | 20180910101829 518123 initial demand letter.pdf; Untitled attachment 70360.html |

Hi Michael Levy,


My name is Yubani Noriega, I'm the Supervisor for our Copyright Division in our firm. I've been assigned to this case to assist Mr. Higbee in hopes to resolve this matter amicably outside of court. We have not received your response regarding the Copyright Claim and we wanted to make sure you have received our initial letter. If you have not, please find an electronic copy. Please review the information and let me know if I could assist you on resolving this claim.


Thank you,

SER 0144

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Copyright Claims <claim@higbeeassociates.com> |
| **Sent:** | Tuesday, October 2, 2018 3:34 PM |
| **To:** | copyright@4internet.com |
| **Subject:** | Follow-Up from the Law Firm of Higbee & Associates - 518099 |
| **Attachments:** | 20180924112628_518099_Initial_Demand_Letter.pdf |

Dear Michael Levy:

This email is a follow up to the letter dated September 25, 2018 that our law firm sent to you via US Mail.  If you have not received it, please let me now.   If you have an attorney assisting you with this matter, please forward this communication to him or her.   If you do not have an attorney representing you, you may wish to hire one. You may also with to provide a copy of this email to your business insurance carrier.

Copyright images owned by my client were discovered on the 4Internet, LLC website(s) as the exhibits attached to the letter show.  If you have a license for the images, please provide me information and accept my apology for the intrusion.

 Chris Sadowski is an accomplished photographer whose photos have been used by the world's biggest news outlets.   His photos often license for $7,500 to $25,000 a year.   The unauthorized use of his work hurts his livelihood and results in him having to spend tens of thousands of dollars and countless hours monitoring and stopping such use.

To add in complaint: Plaintiff Christopher Sadowski is a professional photographer by trade.  Sadowski has licensed or sold his photographs to dozens of major media outlets such as The New York Post, The Daily Mail, Boston Globe, Boston Herald, Los Angeles Times, Toronto Sun, Newsweek Magazine, People Magazine, the Associated Press, USA Today, The Wall Street Journal, Fox News, NBC News, MSNBC, Inside Edition, and TMZ.

If 4Internet, LLC  does not have a license, our client is willing to settle this matter out of court in a fair and efficient manner.   If forced to go to court, my client will ask for the maximum relief possible, which may include statutory damages under 17 U.S.C. §504 for up to $150,000 for intentional infringement or $30,000 for unintentional infringement.  My client would also ask the court to have 4Internet, LLC  pay court costs and attorneys fees.

 To resolve this matter efficiently and amicably, please follow these steps:

(1) Immediately after receipt of this email, remove all occurrences of the image from your website(s), cease using it in any way, and confirm in writing that you have done so.

(2) Immediately after receipt of this email, return to our firm the attached Release License, along with your payment in the form of a valid cashier's check or money order for $13500 payable to ''**Higbee & Associates Client Trust Account**''.  This can be returned to us via US Mail. You can also pay online at https://copyright.higbeeassociates.com/resolution. If you choose to make your payment online, you can return the Release License via email to claims@higbeeassociates.com. The email must include the case number 518099 in the subject line.

A copy of the letter plus all of the exhibits and evidence in this case can be obtained at the online resolution portal.

Your login info is shown below:

Website: https://copyright.higbeeassociates.com/resolution

SER 0145

Username: 518099

Password: aidxtoo9

You can also all us at (800) 716-1245.  We will be glad to talk with you about this issue.

Learn more about Higbee & Associates at the following sites:

• A+ Rated With the Better Business Bureau - http://www.bbb.org/sdoc/business-reviews/attorneys-and-lawyers/higbee-associates-in-santa-ana-ca-100071532/

• California Corporation ID C2972583


Best Regards,

Mathew K. Higbee
Attorney at Law

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705

Phone: (800) 716-1245

SER 0146

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Copyright Claims <claim@higbeeassociates.com> |
| **Sent:** | Thursday, October 4, 2018 12:12 PM |
| **To:** | copyright@4internet.com |
| **Subject:** | Ignoring this Problem Will Only Make It Worse - 518099 |

Dear Michael Levy:

This is a follow-up to the letter and email that we sent you regarding the unauthorized use of copyrighted materials owned by our client, Christopher Sadowski. We want to work with you to resolve this in an efficient and fair manner.

Ignoring this problem will likely result in a dramatic increase in costs and stress.  Please call us or go to our secure online Resolution Center and either make a payment or let us know why you believe you do not owe money for using our client's work.

Website: https://copyright.higbeeassociates.com/resolution

Username: 518099

Password: aidxtoo9

Sincerely,

Mathew K. Higbee
Attorney at Law

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Phone: (800) 716-1245

Higbee & Associates is a national law with an A+ rating with the Better Business Bureau (click here to verify ). Our lead attorney, Mathew Higbee, has been licensed to practice law since 2006 (click here to verify ). We have 21 offices across the country. Our headquarters is in Santa Ana, California (click here to verify with the California Secretary of State. Select Corporation and search "Higbee & Associates").

SER 0147

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Cody   Donnell <Claims@higbeeassociates.com> |
| **Sent:** | Monday, October 8, 2018 12:24 PM |
| **To:** | copyright@4internet.com |
| **Subject:** | Case Manager Introduction - 518099 |

My name is Cody .  I am a Claim Resolution Specialist at the Law Firm of Higbee & Associates.   My job is to help resolve copyright claims without them having to go to court.  I will be calling you soon to talk about a letter the law firm sent you involving a potential copyright claim by Christopher Sadowski   If you have not received it, I can provide you an electronic copy.

I am not one of the attorneys.  I have about 14 days to try and resolve this claim before the claim gets escalated to the attorneys.  The claim gets more stressful and expensive when it gets moved to the attorneys— my goals is to not let that happen to you.

Here are a couple of things that can help solve this potential problem:

First, if you have a license for the image that was purchased prior to the image being used, please let me know and provide it to me via email.

Second, most business liability insurance policies covers this type of claim.  Please contact your insurance provider.  If they say they do not cover this type of claim, I will be glad to have one of our attorneys review your policy to see if they are wrongfully denying you coverage.  It is in both of our interests to make sure your insurance provider is not denying you coverage that you paid for.

If you did not have a license or proper business insurance, we can talk about how to come to a reasonable resolution.  I will call you soon.

In the meantime, feel free to email me or call me on my direct line at (714) 597-8993.

Thank you,

SER 0148

Cody Donnell
Claims Resolution Specialist



SER 0149

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Ashley Crispe <acrispe@higbeeassociates.com> |
| **Sent:** | Wednesday, October 10, 2018 7:15 PM |
| **To:** | copyright@4internet.com |
| **Subject:** | Copyright- 518123 - 4Internet, LLC - Alex Maxim |

Hello Mr. Levy,

My name is Ashley, I am reaching out to you in regards to claim #518123 for Copyright Infringement. Could you please contact me at your earliest convenience to resolve this legal matter. Ignoring this will only make matters worse. My direct line is 657-229-6215 or you can simply reply to this email.

Thank you,

Ashley E. Crispe
Claims Resolution Specialist
Copyright Division

Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
1504 Brookhollow Dr. Suite 112, Santa Ana, CA 92705
Direct Phone: (657) 229-6215
Phone: (800) 716-1245 ext 190 - Fax (714) 597-6659
Https://www.higbeeassociates.com/

## Higbee & Associates
A NATIONAL LAW FIRM

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

SER 0150

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Cody Donnell <cdonnell@higbeeassociates.com> |
| **Sent:** | Thursday, October 18, 2018 10:28 AM |
| **To:** | copyright@4internet.com |
| **Subject:** | Copyright (Legal) - Christopher Sadowski - 4Internet LLC - 518099 |

Dear Michael Levy,

I have received the email you sent to our intake department, for future use you can reply to my email so that I get them directly. You stated in this email that because you were only using "links" the claim doens't count as copyright infringement however we have evidence to show that the images were saved on multiple 4internet websites. I have listed them below:

- https://www.4baseball.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- https://www.4entertainment.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/145708282-thumb.jpg

The first image was used on 18 different locations, and the second image was used at 3 different url locations, but both of them were stored on the 4internet servers which I have also attached screenshots for proof in addition to the urls.

In addition to this, we were not able to find DMCA coverage with 4internet LLC prior to September 27th 2018. Which would not cover the infringement dates of May for the first image and June for the second image. Therefore at this time we are not considering this to be DMCA safe harbor.

At this time we are still seeking $13500.00 to resolve this claim. Please let me know how you wish to resolve this matter in a reply to this email.

Thank you for your time.

SER 0151



SER 0152



SER 0153



**Service Provider History:**

| Service Provider/Designated |
| --- |
| Service Provider: |
| Designated Agent: |
| Status: |
| Effective: |

**Explanation of Status Field**

The directory contains both current service pro

- **"Active"** refers to the service provider'
- **"Inactive"** refers to an older designatio
- **"Terminated"** refers to a designation th

14

SER 0154

Cody Donnell
Claims Resolution Specialist
Copyright Division

Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
1504 Brookhollow Dr. Suite 112, Santa Ana, CA. 92705
DIRECT PHONE: (714) 597-8993
Phone: (800) 716-1245 -  Fax: (714) 597-6559

# Higbee & Associates
### A NATIONAL LAW FIRM

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Oct 17, 2018, at 5:09 PM, Infringements Team <infringements@higbeeassociates.com> wrote:


Begin forwarded message:


**From:** copyright@4internet.com
**Subject: Re: Case Manager Introduction - 518099**
**Date:** October 17, 2018 at 2:19:59 PM PDT
**To:** Copyright Claims <Claims@higbeeassociates.com>

ATTN: Mr. Donnell,

4Internet, LLC is an ISP that operates search engine services on a collection of websites. As such, 4Internet does not store images. Only links to images are displayed in the image source tag . These images are resolved in the users browser, but do not originate from a 4Internet website and are not within 4Internet's control. This does not constitute a copyright violation on 4Internet's part. However, per your request, the source locations of the images have been placed on a block list so that the image locations will not appear in an image tag again on a 4Internet website. You may also send a list of other source locations to block. You may send this list to this email address. This would be faster than submitting DMCA take down requests individually, which is the way notices like the communication you have sent will be treated. Notably, 4Internet pages contain a notice and disclaimer pursuant to the DMCA safe harbor.

Also, it appears that your client may be using an automated image detection service. The technology used by image detection services can draw significant system resources which can cause outages and damage to computer systems. So as to avoid action under 18 U.S.C. § 1030(a)(5)(c), please make certain your client doesn't exceed the access authorized and follows the Terms of Use at all times.

SER 0155

Sincerely,

Michael Levy
4Internet, LLC


Quoting Cody   Donnell <[Claims@higbeeassociates.com](mailto:Claims@higbeeassociates.com)>:


My name is Cody .  I am a Claim Resolution Specialist at the
Law
Firm of Higbee &amp; Associates.   My job is to help
resolve
copyright claims without them having to go to court.  I will be
calling
you soon to talk about a letter the law firm sent you involving a
potential
copyright claim by Christopher Sadowski   If you
have not
received it, I can provide you an electronic copy.I am not one of the
attorneys.  I have about 14 days to try and resolve this claim
before
the claim gets escalated to the attorneys.  The claim gets more
stressful and expensive when it gets moved to the attorneys— my goals
is
to not let that happen to you.Here are a couple of things that can help
solve this potential problem:First, if you have a license for the image
that
was purchased prior to the image being used, please let me know and
provide
it to me via email.Second, most business liability insurance policies
covers
this type of claim.  Please contact your insurance provider.
 If
they say they do not cover this type of claim, I will be glad to have one
of
our attorneys review your policy to see if they are wrongfully denying
you
coverage.  It is in both of our interests to make sure your
insurance
provider is not denying you coverage that you paid for.If you did not
have a
license or proper business insurance, we can talk about how to come to
a
reasonable resolution.  I will call you soon.In the meantime, feel
free
to email me or call me on my direct line at (714) 597-8993.Thank
you,Cody  DonnellClaims Resolution Specialist

SER 0156

SER 0157

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Ashley Crispe <acrispe@higbeeassociates.com> |
| **Sent:** | Thursday, October 18, 2018 2:23 PM |
| **To:** | copyright@4internet.com |
| **Subject:** | Re: Copyright- 518123 - 4Internet, LLC - Alex Maxim |

Hello Mr, Levy,

Thank you for responding to my email. How ever the screen shot is taken off of your website of the image in question along with a paragraph of the image that you or whom ever has posted this on to the website.

SER 0158





Ashley E. Crispe
Claims Resolution Specialist
Copyright Division

SER 0159

Phone: (800) 716-1245 ext 190 - Fax (714) 597-6659
Https://www.higbeeassociates.com/

# Higbee & Associates
### A NATIONAL LAW FIRM

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Oct 17, 2018, at 2:21 PM, copyright@4internet.com wrote:

ATTN: Ms. Crispe,

4Internet, LLC is an ISP that operates search engine services on a collection of websites. As such, 4Internet does not store images. Only links to images are displayed in the image source tag . These images are resolved in the users browser, but do not originate from a 4Internet website and are not within 4Internet's control. This does not constitute a copyright violation on 4Internet's part. However, per your request, the source locations of the images have been placed on a block list so that the image locations will not appear in an image tag again on a 4Internet website. You may also send a list of other source locations to block. You may send this list to this email address. This would be faster than submitting DMCA take down requests individually, which is the way notices like the communication you have sent will be treated. Notably, 4Internet pages contain a notice and disclaimer pursuant to the DMCA safe harbor.

Also, it appears that your client may be using an automated image detection service. The technology used by image detection services can draw significant system resources which can cause outages and damage to computer systems. So as to avoid action under 18 U.S.C. § 1030(a)(5)(c), please make certain your client doesn't exceed the access authorized and follows the Terms of Use at all times.

Sincerely,

Michael Levy
4Internet, LLC

Quoting Ashley Crispe <acrispe@higbeeassociates.com>:

> Hello Mr. Levy,
>
> My name is Ashley, I am reaching out to you in regards to claim #518123 for Copyright Infringement. Could you please contact me at your earliest convenience to resolve this legal matter. Ignoring this will only make matters worse. My direct line is 657-229-6215 or you can simply reply to this email.

SER 0160

Thank you,


Ashley E. Crispe
Claims Resolution Specialist
Copyright Division

Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
1504 Brookhollow Dr. Suite 112, Santa Ana, CA 92705
Direct Phone: (657) 229-6215
Phone: (800) 716-1245 ext 190 - Fax (714) 597-6659
Https://www.higbeeassociates.com/

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the
addressee(s) and may contain confidential and/or privileged information and may be
legally protected from disclosure. If you are not the intended recipient of this message
or their agent, or if this message has been addressed to you in error, please immediately
alert the sender by reply email and then delete this message and any attachments. If
you are not the intended recipient, you are hereby notified that any use, dissemination,
copying, or storage of this message or its attachments is strictly prohibited.

SER 0161

**copyright@4internet.com**

---

| | |
|---|---|
| **From:** | Ashley Crispe <acrispe@higbeeassociates.com> |
| **Sent:** | Thursday, October 25, 2018 2:39 PM |
| **To:** | copyright@4internet.com |
| **Subject:** | Copyright - 518123 |

Hello Mr. Levy,

I am following up with you in regards to this case we have been speaking about in order to resolve this case outside of the court. Please respond to this email or simply call me at my direct line which is 657-229-6215

Ashley E. Crispe
Claims Resolution Specialist
Copyright Division

Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
1504 Brookhollow Dr. Suite 112, Santa Ana, CA 92705
Direct Phone: (657) 229-6215
Phone: (800) 716-1245 ext 190 - Fax (714) 597-6659
Https://www.higbeeassociates.com/



CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

SER 0162

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Cody Donnell <cdonnell@higbeeassociates.com> |
| **Sent:** | Tuesday, October 30, 2018 11:27 AM |
| **To:** | copyright@4internet.com |
| **Subject:** | Copyright (Legal) - Christopher Sadowski - 4Internet LLC - 518099 |

Dear Michael Levy,

The purpose of this email is to obtain an update in regards to resolving this claim. At this time I have not received a response to my email back on the 18th of this month. Please let me know how you intend on resolving this matter as we do not believe DMCA covers this instance of infringement.

Thank you for your time.

Cody Donnell
Claims Resolution Specialist
Copyright Division

Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
1504 Brookhollow Dr. Suite 112, Santa Ana, CA. 92705
DIRECT PHONE: (714) 597-8993
Phone: (800) 716-1245 -  Fax: (714) 597-6559

## Higbee & Associates
A NATIONAL LAW FIRM

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Oct 18, 2018, at 7:27 AM, Cody Donnell <cdonnell@higbeeassociates.com> wrote:

Dear Michael Levy,

I have received the email you sent to our intake department, for future use you can reply to my email so that I get them directly. You stated in this email that because you were only using "links" the claim doens't count as copyright infringement however we have evidence to show that the images were saved on multiple 4internet websites. I have listed them below:

- https://www.4baseball.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- https://www.4entertainment.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/145708282-thumb.jpg

SER 0163

The first image was used on 18 different locations, and the second image was used at 3 different url locations, but both of them were stored on the 4internet servers which I have also attached screenshots for proof in addition to the urls.

In addition to this, we were not able to find DMCA coverage with 4internet LLC prior to September 27th 2018. Which would not cover the infringement dates of May for the first image and June for the second image. Therefore at this time we are not considering this to be DMCA safe harbor.

At this time we are still seeking $13500.00 to resolve this claim. Please let me know how you wish to resolve this matter in a reply to this email.

Thank you for your time.

<Image url 1.png><Image url 2.png><20181018 DMCA Coverage 518099.png>

Cody Donnell
Claims Resolution Specialist
Copyright Division

Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
1504 Brookhollow Dr. Suite 112, Santa Ana, CA. 92705
DIRECT PHONE: (714) 597-8993
Phone: (800) 716-1245 - Fax: (714) 597-6559

<images.png>

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Oct 17, 2018, at 5:09 PM, Infringements Team <infringements@higbeeassociates.com> wrote:

Begin forwarded message:

From: copyright@4internet.com
Subject: Re: Case Manager Introduction - 518099
Date: October 17, 2018 at 2:19:59 PM PDT
To: Copyright Claims <Claims@higbeeassociates.com>

ATTN: Mr. Donnell,

4Internet, LLC is an ISP that operates search engine services on a collection of websites. As such, 4Internet does not store images. Only links to images are displayed in the image source tag . These images are resolved in the users browser, but do not originate from a 4Internet website and are not within 4Internet's control. This does not constitute

SER 0164

a copyright violation on 4Internet's part. However, per your request, the source locations of the images have been placed on a block list so that the image locations will not appear in an image tag again on a 4Internet website. You may also send a list of other source locations to block. You may send this list to this email address. This would be faster than submitting DMCA take down requests individually, which is the way notices like the communication you have sent will be treated. Notably, 4Internet pages contain a notice and disclaimer pursuant to the DMCA safe harbor.

Also, it appears that your client may be using an automated image detection service. The technology used by image detection services can draw significant system resources which can cause outages and damage to computer systems. So as to avoid action under 18 U.S.C. § 1030(a)(5)(c), please make certain your client doesn't exceed the access authorized and follows the Terms of Use at all times.

Sincerely,

Michael Levy
4Internet, LLC


Quoting Cody   Donnell <[Claims@higbeeassociates.com](mailto:Claims@higbeeassociates.com)>:


          My name is Cody .  I am a Claim Resolution Specialist at the Law
Firm of Higbee &amp; Associates.   My job is to help resolve
copyright claims without them having to go to court.  I will be calling
you soon to talk about a letter the law firm sent you involving a potential
copyright claim by Christopher Sadowski   If you have not
received it, I can provide you an electronic copy.I am not one of the
attorneys.  I have about 14 days to try and resolve this claim before
the claim gets escalated to the attorneys.  The claim gets more
stressful and expensive when it gets moved to the attorneys— my goals is
to not let that happen to you.Here are a couple of things that can help
solve this potential problem:First, if you have a license for the image that
was purchased prior to the image being used, please let me know and provide
it to me via email.Second, most business liability insurance policies covers

SER 0165

this type of claim.  Please contact your insurance
provider.  If
they say they do not cover this type of claim, I will be
glad to have one of
our attorneys review your policy to see if they are
wrongfully denying you
coverage.  It is in both of our interests to make
sure your insurance
provider is not denying you coverage that you paid for.If
you did not have a
license or proper business insurance, we can talk about
how to come to a
reasonable resolution.  I will call you soon.In the
meantime, feel free
to email me or call me on my direct line at (714)
597-8993.Thank
you,Cody  DonnellClaims Resolution Specialist

SER 0166

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Cody Donnell <cdonnell@higbeeassociates.com> |
| **Sent:** | Thursday, November 8, 2018 12:10 PM |
| **To:** | copyright@4internet.com |
| **Subject:** | Copyright (Legal) - Christopher Sadowski - 4Internet LLC - 518099 |

Dear Michael Levy,

Hello, the purpose of this contact is to discuss an important legal matter, this matter is not closed and we still need to discuss option of settlement. Please call me back at (714) 597-8993. You can E-mail me at cdonnell@higbeeassociates.com
Please reference case number 518099 when you call.

Thank you for your time.


Cody Donnell
Claims Resolution Specialist
Copyright Division

Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
1504 Brookhollow Dr. Suite 112, Santa Ana, CA. 92705
DIRECT PHONE: (714) 597-8993
Phone: (800) 716-1245 -  Fax: (714) 597-6559



# Higbee & Associates
A NATIONAL LAW FIRM

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Oct 30, 2018, at 8:26 AM, Cody Donnell <cdonnell@higbeeassociates.com> wrote:

Dear Michael Levy,

The purpose of this email is to obtain an update in regards to resolving this claim. At this time I have not received a response to my email back on the 18th of this month. Please let me know how you intend on resolving this matter as we do not believe DMCA covers this instance of infringement.

Thank you for your time.


Cody Donnell
Claims Resolution Specialist

SER 0167

Copyright Division

Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
1504 Brookhollow Dr. Suite 112, Santa Ana, CA. 92705
DIRECT PHONE: (714) 597-8993
Phone: (800) 716-1245 -  Fax: (714) 597-6559

<images.png>

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain
confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended
recipient of this message or their agent, or if this message has been addressed to you in error, please immediately
alert the sender by reply email and then delete this message and any attachments. If you are not the intended
recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments
is strictly prohibited.

On Oct 18, 2018, at 7:27 AM, Cody Donnell <cdonnell@higbeeassociates.com> wrote:

Dear Michael Levy,

I have received the email you sent to our intake department, for future use you can
reply to my email so that I get them directly. You stated in this email that because you
were only using "links" the claim doens't count as copyright infringement however we
have evidence to show that the images were saved on multiple 4internet websites. I
have listed them below:

- https://www.4baseball.com/cache/images/web/featured/thumbs/thenypost.files.
wordpress.com/4152144-thumb.jpg
- https://www.4entertainment.com/cache/images/web/featured/thumbs/thenypost
.files.wordpress.com/145708282-thumb.jpg

The first image was used on 18 different locations, and the second image was used at 3
different url locations, but both of them were stored on the 4internet servers which I
have also attached screenshots for proof in addition to the urls.

In addition to this, we were not able to find DMCA coverage with 4internet LLC prior to
September 27th 2018. Which would not cover the infringement dates of May for the
first image and June for the second image. Therefore at this time we are not considering
this to be DMCA safe harbor.

At this time we are still seeking $13500.00 to resolve this claim. Please let me know how
you wish to resolve this matter in a reply to this email.

Thank you for your time.

<Image url 1.png><Image url 2.png><20181018 DMCA Coverage 518099.png>

Cody Donnell
Claims Resolution Specialist
Copyright Division

Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
1504 Brookhollow Dr. Suite 112, Santa Ana, CA. 92705

SER 0168

DIRECT PHONE: (714) 597-8993
Phone: (800) 716-1245 -  Fax: (714) 597-6559

<images.png>

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Oct 17, 2018, at 5:09 PM, Infringements Team <infringements@higbeeassociates.com> wrote:

Begin forwarded message:

**From:** copyright@4internet.com
**Subject: Re: Case Manager Introduction - 518099**
**Date:** October 17, 2018 at 2:19:59 PM PDT
**To:** Copyright Claims <Claims@higbeeassociates.com>

ATTN: Mr. Donnell,

4Internet, LLC is an ISP that operates search engine services on a collection of websites. As such, 4Internet does not store images. Only links to images are displayed in the image source tag . These images are resolved in the users browser, but do not originate from a 4Internet website and are not within 4Internet's control. This does not constitute a copyright violation on 4Internet's part. However, per your request, the source locations of the images have been placed on a block list so that the image locations will not appear in an image tag again on a 4Internet website. You may also send a list of other source locations to block. You may send this list to this email address. This would be faster than submitting DMCA take down requests individually, which is the way notices like the communication you have sent will be treated. Notably, 4Internet pages contain a notice and disclaimer pursuant to the DMCA safe harbor.

Also, it appears that your client may be using an automated image detection service. The technology

SER 0169

used by image detection services can draw significant system resources which can cause outages and damage to computer systems. So as to avoid action under 18 U.S.C. § 1030(a)(5)(c), please make certain your client doesn't exceed the access authorized and follows the Terms of Use at all times.

Sincerely,

Michael Levy
4Internet, LLC


Quoting Cody    Donnell
<[Claims@higbeeassociates.com](mailto:Claims@higbeeassociates.com)>:


My name is Cody .  I am a Claim Resolution Specialist at the Law Firm of Higbee &amp; Associates.   My job is to help resolve copyright claims without them having to go to court.  I will be calling you soon to talk about a letter the law firm sent you involving a potential copyright claim by Christopher Sadowski   If you have not received it, I can provide you an electronic copy.I am not one of the attorneys.  I have about 14 days to try and resolve this claim before the claim gets escalated to the attorneys.  The claim gets more stressful and expensive when it gets moved to the attorneys— my goals is to not let that happen to you.Here are a couple of things that can help solve this potential problem:First, if you have a license for the image that was purchased prior to the image being used, please let me know and provide it to me via email.Second, most business liability insurance policies covers this type of claim.  Please contact your insurance provider.  If they say they do not cover this type of claim, I will be glad to have one of our attorneys review your policy to see if they are wrongfully denying you coverage.  It is in both of our interests to make sure your insurance

SER 0170

provider is not denying you coverage
that you paid for.If you did not have a
license or proper business insurance,
we can talk about how to come to a
reasonable resolution.  I will call
you soon.In the meantime, feel free
to email me or call me on my direct line
at (714) 597-8993.Thank
you,Cody  DonnellClaims
Resolution Specialist

SER 0171

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Cody Donnell <cdonnell@higbeeassociates.com> |
| **Sent:** | Wednesday, November 14, 2018 2:05 PM |
| **To:** | copyright@4internet.com |
| **Subject:** | Copyright (Legal) - 4Internet LLC - Christopher Sadowski - 518099 |

Dear Michael Levy,

Due to the fact that this a time sensitive matter, ignoring this situation will only make the matter worse, by accruing more cost for the client. We wish to resolve this amicably by discussing a proper settlement point and that can only be done through communication.

I will be your point of contact moving forward. My phone number is (714) 597-8993.

Please reference case number 518099 when calling.


Cody Donnell
Claims Resolution Specialist
Copyright Division

Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
1504 Brookhollow Dr. Suite 112, Santa Ana, CA. 92705
DIRECT PHONE: (714) 597-8993
Phone: (800) 716-1245 -  Fax: (714) 597-6559



# Higbee & Associates
A NATIONAL LAW FIRM


CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.


On Nov 8, 2018, at 9:09 AM, Cody Donnell <cdonnell@higbeeassociates.com> wrote:

Dear Michael Levy,

Hello, the purpose of this contact is to discuss an important legal matter, this matter is not closed and we still need to discuss option of settlement. Please call me back at (714) 597-8993. You can E-mail me at cdonnell@higbeeassociates.com
Please reference case number 518099 when you call.

Thank you for your time.

SER 0172

Cody Donnell
Claims Resolution Specialist
Copyright Division

Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
1504 Brookhollow Dr. Suite 112, Santa Ana, CA. 92705
DIRECT PHONE: (714) 597-8993
Phone: (800) 716-1245 -  Fax: (714) 597-6559

<images.png>

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Oct 30, 2018, at 8:26 AM, Cody Donnell <cdonnell@higbeeassociates.com> wrote:

Dear Michael Levy,

The purpose of this email is to obtain an update in regards to resolving this claim. At this time I have not received a response to my email back on the 18th of this month. Please let me know how you intend on resolving this matter as we do not believe DMCA covers this instance of infringement.

Thank you for your time.

Cody Donnell
Claims Resolution Specialist
Copyright Division

Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
1504 Brookhollow Dr. Suite 112, Santa Ana, CA. 92705
DIRECT PHONE: (714) 597-8993
Phone: (800) 716-1245 -  Fax: (714) 597-6559

<images.png>

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Oct 18, 2018, at 7:27 AM, Cody Donnell <cdonnell@higbeeassociates.com> wrote:

Dear Michael Levy,

SER 0173

I have received the email you sent to our intake department, for future use you can reply to my email so that I get them directly. You stated in this email that because you were only using "links" the claim doesn't count as copyright infringement however we have evidence to show that the images were saved on multiple 4internet websites. I have listed them below:

- https://www.4baseball.com/cache/images/web/featured/thumbs /thenypost.files.wordpress.com/4152144-thumb.jpg
- https://www.4entertainment.com/cache/images/web/featured/th umbs/thenypost.files.wordpress.com/145708282-thumb.jpg

The first image was used on 18 different locations, and the second image was used at 3 different url locations, but both of them were stored on the 4internet servers which I have also attached screenshots for proof in addition to the urls.

In addition to this, we were not able to find DMCA coverage with 4internet LLC prior to September 27th 2018. Which would not cover the infringement dates of May for the first image and June for the second image. Therefore at this time we are not considering this to be DMCA safe harbor.

At this time we are still seeking $13500.00 to resolve this claim. Please let me know how you wish to resolve this matter in a reply to this email.

Thank you for your time.

<Image url 1.png><Image url 2.png><20181018 DMCA Coverage 518099.png>

Cody Donnell
Claims Resolution Specialist
Copyright Division

Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
1504 Brookhollow Dr. Suite 112, Santa Ana, CA. 92705
DIRECT PHONE: (714) 597-8993
Phone: (800) 716-1245 - Fax: (714) 597-6559

<images.png>

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

SER 0174

On Oct 17, 2018, at 5:09 PM, Infringements Team <infringements@higbeeassociates.com> wrote:


Begin forwarded message:


**From:** copyright@4internet.com
**Subject: Re: Case Manager Introduction - 518099**
**Date:** October 17, 2018 at 2:19:59 PM PDT
**To:** Copyright Claims <Claims@higbeeassociates.com>

ATTN: Mr. Donnell,

4Internet, LLC is an ISP that operates search engine services on a collection of websites. As such, 4Internet does not store images. Only links to images are displayed in the image source tag . These images are resolved in the users browser, but do not originate from a 4Internet website and are not within 4Internet's control. This does not constitute a copyright violation on 4Internet's part. However, per your request, the source locations of the images have been placed on a block list so that the image locations will not appear in an image tag again on a 4Internet website. You may also send a list of other source locations to block. You may send this list to this email address. This would be faster than submitting DMCA take down requests individually, which is the way notices like the communication you have sent will be treated. Notably, 4Internet pages contain a notice and disclaimer pursuant to the DMCA safe harbor.

Also, it appears that your client may be using an automated image detection service. The technology used by image detection services can draw significant system resources which can cause outages and damage to computer systems. So as to avoid action under 18 U.S.C. § 1030(a)(5)(c), please make

35

SER 0175

certain your client doesn't exceed the
access authorized and follows the
Terms of Use at all times.

Sincerely,

Michael Levy
4Internet, LLC

Quoting Cody   Donnell
<[Claims@higbeeassociates.com](mailto:Claims@higbeeassociates.com)>:

My name is Cody
.  I am a Claim
Resolution Specialist at
the Law
Firm of Higbee &amp;
Associates.
  My job is
to help resolve
copyright claims
without them having to
go to court.  I will
be calling
you soon to talk about
a letter the law firm
sent you involving a
potential
copyright claim
by Christopher
Sadowski 
 If you have not
received it, I can
provide you an
electronic copy.I am not
one of the
attorneys.  I have
about 14 days to try
and resolve this claim
before
the claim gets escalated
to the attorneys.
 The claim gets
more
stressful and expensive
when it gets moved to
the attorneys— my
goals is
to not let that happen
to you.Here are a

SER 0176

couple of things that
can help
solve this potential
problem:First, if you
have a license for the
image that
was purchased prior to
the image being used,
please let me know and
provide
it to me via
email.Second, most
business liability
insurance policies
covers
this type of claim.
 Please contact
your insurance
provider.  If
they say they do not
cover this type of claim,
I will be glad to have
one of
our attorneys review
your policy to see if
they are wrongfully
denying you
coverage.  It is in
both of our interests to
make sure your
insurance
provider is not denying
you coverage that you
paid for.If you did not
have a
license or proper
business insurance, we
can talk about how to
come to a
reasonable resolution.
 I will call you
soon.In the meantime,
feel free
to email me or call me
on my direct line
at (714) 597-
8993.Thank
you,Cody
 DonnellClaims
Resolution Specialist

SER 0177

SER 0178

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Emily Simpson <esimpson@higbeeassociates.com> |
| **Sent:** | Monday, March 18, 2019 2:47 PM |
| **To:** | copyright@4internet.com |
| **Subject:** | Copyright Infringement - 518123 |

**RULE 408 SETTLEMENT COMMUNICATION**

Good Afternoon Mr. Levy-

My name is Emily Simpson and I am an attorney in the Copyright Division of Higbee & Associates. I have now taken over the Copyright Infringement matter regarding 4Internet LLC's unauthorized use of our client, Alex Maxim's copyrighted photograph on your business website. In order to display such image without Copyright Infringement occurring, you must purchase a license from the Copyright Holder (my client). This was not the case with your use of this particular image on your business website, and as such a Copyright Infringement have taken place to which my client is entitled to compensation.

We have attempted to contact you numerous times previously to negotiate a reasonable settlement to this matter, but to no avail. According to the case notes, the draft Complaint was mailed to you in February of 2019. Please be advised that if this matter does not settle in a timely manner, I will advise my client to proceed forward with filing a Copyright Infringement case in Federal Court. Please let me know if you are willing to work together to settle this matter in a reasonable and amicable fashion, to avoid the time and expense of court, or whether I should advise my client to move forward with litigating the matter.

I look forward to your timely response.

Emily Simpson
Associate Attorney
Copyright Division
CA Bar #239735
Utah Bar #13904

Law Offices of Higbee & Associates
www.HigbeeAssociates.com
1504 Brookhollow Dr. Suite 112
Santa Ana, CA 92705-5418
Phone: (714) 617-8911
Fax: (714) 597-6559

SER 0179

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Emily Simpson <esimpson@higbeeassociates.com> |
| **Sent:** | Monday, April 1, 2019 3:11 PM |
| **To:** | copyright@4internet.com |
| **Subject:** | Fwd: Copyright Infringement - 518123 |

Mr. Levy - I have not received a response from my email communication below which was sent to you on March 18, 2019.  Based upon your lack of communication, I can only assume you are not willing to discuss a settlement in this copyright infringement matter and I should advise my client to seek damages via court intervention.  If you would like to discuss a settlement as opposed to litigating. I look forward to your timely reply to this email.  Thank you.

Emily

    Begin forwarded message:

    **From:** Emily Simpson <esimpson@higbeeassociates.com>
    **Subject: Copyright Infringement - 518123**
    **Date:** March 18, 2019 at 11:47:06 AM PDT
    **To:** copyright@4internet.com

    **RULE 408 SETTLEMENT COMMUNICATION**

    Good Afternoon Mr. Levy-

    My name is Emily Simpson and I am an attorney in the Copyright Division of Higbee & Associates.  I have now taken over the Copyright Infringement matter regarding 4Internet LLC's unauthorized use of our client, Alex Maxim's copyrighted photograph on your business website.  In order to display such image without Copyright Infringement occurring, you must purchase a license from the Copyright Holder (my client).  This was not the case with your use of this particular image on your business website, and as such a Copyright Infringement have taken place to which my client is entitled to compensation.

    We have attempted to contact you numerous times previously to negotiate a reasonable settlement to this matter, but to no avail. According to the case notes, the draft Complaint was mailed to you in February of 2019.  Please be advised that if this matter does not settle in a timely manner, I will advise my client to proceed forward with filing a Copyright Infringement case in Federal Court.  Please let me know if you are willing to work together to settle this matter in a reasonable and amicable fashion, to avoid the time and expense of court, or whether I should advise my client to move forward with litigating the matter.

    I look forward to your timely response.

    Emily Simpson
    Associate Attorney
    Copyright Division

SER 0180

CA Bar #239735
Utah Bar #13904

Law Offices of Higbee & Associates
www.HigbeeAssociates.com
1504 Brookhollow Dr. Suite 112
Santa Ana, CA 92705-5418
Phone: (714) 617-8911
Fax: (714) 597-6559

Emily Simpson
Associate Attorney
Copyright Division
CA Bar #239735
Utah Bar #13904

Law Offices of Higbee & Associates
www.HigbeeAssociates.com
1504 Brookhollow Dr. Suite 112
Santa Ana, CA 92705-5418
Phone: (714) 617-8911
Fax: (714) 597-6559

SER 0181

**copyright@4internet.com**

| | |
|---|---|
| **From:** | Shelley Sandefur <ssandefur@higbeeassociates.com> |
| **Sent:** | Monday, November 26, 2018 12:02 PM |
| **To:** | copyright@4internet.com |
| **Subject:** | 4Internet, LLC  - Alex Maxim - 518123 |

Mr. Michael Levy


Re:  4Internet, LLC


We have been trying to work with you to reach an amicable resolution to this infringement claim; however, we have yet to see any progress. We are preparing this matter for litigation. However, I did want to reach out to you to provide you a final opportunity to resolve this copyright infringement claim prior to litigation. Please contact me either by phone or email to discuss settlement options. My direct line is 714-597-8998.


Thank you,


Shelley Sandefur
Claims Resolution Specialist
Copyright Division

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Direct: (714) 597-8998
Phone: (800) 716-1245    Fax: (714) 597-6559

SER 0182

# EXHIBIT D

SER 0183

| From: | Mathew Higbee |
| --- | --- |
| To: | Ryan Isenberg |
| Cc: | Josh Cannon |
| Subject: | Re: Higbee & Associates Copyright Infringement Letter |
| Date: | Friday, September 20, 2019 8:52:16 PM |

Hi Ryan-

I hope you had a successful day in court.        My client is asking for $1563.

-Mat
Mathew Higbee

**Law Firm of Higbee & Associates**
1504 Brookhollow
Suite 112
Santa Ana, CA 92705
HigbeeAssociates.com

Direct Line:  714-617-8352


On Sep 19, 2019, at 4:32 PM, Ryan Isenberg <ryan@ihlaw.us> wrote:


Mat

I represent Paradise Media Ventures, LLC ( a Georgia LLC), which owns Social Media Marketing University and the smmu.com website.  I didn't see any particular demand amount in this letter.  I have asked my client to look into this and get back to me, but I am arguing in the 10th Circuit next week so it might be the week of 9/30 before I can respond.

In the meantime, please make sure any future correspondence relating to this party is sent to me.

Thanks.


Ryan L. Isenberg
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400

<higbee & assoc copyright letter.pdf>

SER 0184

| From: | Josh Cannon |
|---|---|
| To: | Ryan Isenberg |
| Subject: | Re: Copyright - Paradise Media Ventures, LLC - Agence France-Presse - 541457 |
| Date: | Friday, December 6, 2019 5:12:42 PM |
| Attachments: | Invoice-for-case-541457.pdf |

Mr. Isenberg,

I was just notified that the settlement was recorded and processed this week. Please see attached the invoice showing as paid in full. Once we have the countersigned release agreement, I will mark the case as settled and closed.


Thank you,

Josh Cannon
Claims Resolution Specialist - Copyright Enforcement Division
Law Offices of Higbee & Associates (www.HigbeeAssociates.com)
1504 Brookhollow Dr. Suite 112, Santa Ana, CA 92705
Direct: (714) 617-8341
Office: (800) 716-1245
Fax: (714) 597-6559

Claims Resolution Specialists are non-attorney staff members who assist attorneys in attempting to resolve copyright claims prior to litigation. All correspondence is reviewed by staff attorneys.

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message. Thank you very much.


On Nov 15, 2019, at 10:32 AM, Josh Cannon <jcannon@higbeeassociates.com> wrote:

Mr. Isenberg,

See the updated release agreement attached here. Let me know if you have any questions.

<AFP Release Agreement 541457.revised.pdf>

Thank you,

Josh Cannon
Claims Resolution Specialist - Copyright Enforcement Division
Law Offices of Higbee & Associates (www.HigbeeAssociates.com)
1504 Brookhollow Dr. Suite 112, Santa Ana, CA 92705
Direct: (714) 617-8341
Office: (800) 716-1245
Fax: (714) 597-6559

Claims Resolution Specialists are non-attorney staff members who assist attorneys in attempting

SER 0185

to resolve copyright claims prior to litigation. All correspondence is reviewed by staff attorneys.

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message. Thank you very much.


On Nov 14, 2019, at 1:10 PM, Ryan Isenberg <ryan@ihlaw.us> wrote:

Thanks.  We will get it wrapped up.



Ryan L. Isenberg
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)

---

**From:** Mathew Higbee <mathewhigbee@higbeeassociates.com>
**Sent:** Tuesday, November 12, 2019 3:47 PM
**To:** Ryan Isenberg <ryan@ihlaw.us>
**Cc:** Josh Cannon <jcannon@higbeeassociates.com>
**Subject:** Re: Copyright - Paradise Media Ventures, LLC - Agence France-Presse - 541457

Hi Ryan-

Those terms are fine.  Confidentiality is not a priority for AFP in this case.

-Mat
Mathew Higbee


**Law Firm of Higbee & Associates**
1504 Brookhollow
Suite 112
Santa Ana, CA 92705
HigbeeAssociates.com


Direct Line:  714-617-8352

SER 0186

On Nov 11, 2019, at 1:29 PM, Ryan Isenberg
<ryan@ihlaw.us> wrote:

Josh

Thanks for the comments. We are not agreeing to
confidentiality. "Your client[1]" accepted the offer as
I made it and confidentiality is a material term that
was never included in any of my communications.
Nor for that matter did we agree that California law
would apply to any settlement agreement. I'm
pretty confident a court will see it my way so feel
free to file if you want. I like my chances of
recovering attorney's fees for enforcing the
settlement, and regardless, once you file, the $500
settlement offer will be public anyway.

Your move. Let me know.

Ryan L. Isenberg
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)

**From:** Josh Cannon <jcannon@higbeeassociates.com>
**Sent:** Monday, November 4, 2019 6:00 PM
**To:** Ryan Isenberg <ryan@ihlaw.us>
**Subject:** Re: Copyright - Paradise Media Ventures, LLC -
Agence France-Presse - 541457

Mr. Isenberg,

Please make time to review and respond to whether the
release agreement is acceptable so we can get this resolved
as soon as possible. If I cannot get the release completed
and settlement scheduled this week, the litigation team will
be taking over the claim.

Thank you,

Josh Cannon
Claims Resolution Specialist - Copyright Enforcement Division
Law Offices of Higbee & Associates (www.HigbeeAssociates.com)
1504 Brookhollow Dr. Suite 112, Santa Ana, CA 92705
Direct: (714) 617-8341
Office: (800) 716-1245
Fax: (714) 597-6559

Claims Resolution Specialists are non-attorney staff members
who assist attorneys in attempting to resolve copyright claims prior
to litigation. All correspondence is reviewed by staff attorneys.

This electronic mail message and any attachment is confidential and
may also contain privileged attorney-client information or work
product. If you are not the intended recipient, or the person
responsible to deliver it to the intended recipient, you may not
use, disseminate, distribute or copy this communication. If you have
received the message in error, please immediately notify us by
reply electronic mail or by telephone and delete this original
message. Thank you very much.

> On Oct 26, 2019, at 6:18 AM, Ryan Isenberg
> <ryan@ihlaw.us> wrote:
>
> I apologize.  I will take a look and get back
> to you this week.
>
>
>
> Ryan L. Isenberg
> Isenberg & Hewitt, P.C.
> 600 Embassy Row, Suite 150
> Atlanta, Georgia 30328
> 770-351-4400

**From:** Josh Cannon
<jcannon@higbeeassociates.com>
**Sent:** Friday, October 25, 2019 4:00 PM
**To:** Ryan Isenberg <ryan@ihlaw.us>
**Subject:** Re: Copyright - Paradise Media
Ventures, LLC - Agence France-Presse - 541457

Mr. Isenberg,

I have not heard back from you since sending
over the release agreement. Is the language

SER 0188

# Higbee & Associates
### A NATIONAL LAW FIRM

1504 Brookhollow Dr. Suite 112
Santa Ana, CA 92705
800-716-1245
www.higbeeassociates.com

**BILL TO**
Paradise Media Ventures, LLC

Invoice No.
## 523886

Invoice date: **12/02/2019**
Due date: **12/02/2019**

**To keep your account in good standing please pay by due date.**

| Date | Staff | Description | Total |
|------|-------|-------------|-------|
| 10/25/2019 | | Federal Copyright Infringement - Scheduled Payment | $500.00 |

| | |
|---|---|
| Legal fees | $500.00 |
| **Invoice Total** | **$500.00** |
| Payment | -$500.00 |
| Total Due | $0.00 |

SER 0189

Page 1

1            UNITED STATES DISTRICT COURT

             DISTRICT OF NEVADA

2       CIVIL ACTION FILE NO. 2:18-cv-02097-JAD-VCF

3

        -----------------------

4    ROBERT MILLER,             :      VIDEOTAPED

                                       DEPOSITION OF:

5            Plaintiff,  :

                                       ROBERT MILLER

6       V.                      :

7    4INTERNET, LLC AND         :

     JOHN DOES 1-10,

8                               :

             Defendants.

9       -----------------------:

10

11

12

13       TRANSCRIPT of testimony as taken by and

14    before PATRICIA A. SANDS, a Shorthand Reporter

15    and Notary Public of the States of New York and

16    New Jersey, via VERITEXT VIRTUAL, and all other

17    parties at the offices of VERITEXT, 7 Times

18    Square, New York, New York, on Monday,

19    September 13, 2021, commencing at 10:05 in the

20    forenoon.

21

22

23

24    Job No. ATL 4790873

25

Robert Miller                                    September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

                                                        Page 10

```
 1              A    I haven't.

 2              Q    And the responses that you took a

 3    look at were the written discovery responses in

 4    this case?

 5              A    I believe so.

 6              Q    Okay.

 7              A    I don't see them in front of me here,

 8    what you're referring to, but I do believe that

 9    is it.

10              Q    And we will probably go through those

11    a little bit later.

12              A    Okay.

13              Q    Have you ever been a party to a

14    lawsuit other than this one?

15              A    Yes.

16              Q    Do you know approximately how many?

17              A    I think two -- can I ask you, when

18    you mean a lawsuit are you referring to

19    infringement copyright lawsuits?

20              Q    I am referring to anytime you either

21    been a plaintiff or a defendant in any action

22    that was filed in court.

23              A    I'm not sure the number, in regard

24    the infringements that were settled before

25    being filed.  And I'm not sure the number that
```

Robert Miller                          September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 11

1          were filed.

2                Q     Okay.  Other than this case, what

3          other cases are you aware of that you are a

4          party to?

5                A     Well, I was a party to a child

6          support case.  And there was a case, uhm, I was

7          a party to versus the City of New York.  I

8          believe I was a party, it was 14 years ago, I

9          believe.  I believe it was 14 years ago,

10         perhaps longer.  I'm not sure of the timeline.

11               Q     Were you a plaintiff or a defendant

12         in the case with the City of New York, if you

13         remember?

14               A     Uhm, I was the plaintiff.

15               Q     Do you recall what that case was

16         about?

17               A     Yes.

18               Q     What was it about?

19               A     It was, ah -- I believe it was health

20         and hospitals, it was in regard to an

21         assignment that I was on, I was detained

22         against my will and held, and not allowed to

23         leave.  I was brought into the building and not

24         allowed to leave.  And I was pushed in the back

25         by security guards who grabbed me.

Page 52

```
 1        what that was.
 2            I think you said earlier that you didn't
 3        know the number of claims that have been
 4        presented on your behalf; is that correct?
 5            A     By whom are you referring to?
 6            Q     By -- well, I'm not limiting it, so
 7        let me just ask it more broadly.  It was in the
 8        context of when I was asking you how many
 9        lawsuits you have been a party to.
10            Do you know how many claims for
11        infringement have been presented on your behalf
12        since, let's say 2017?
13                MR. CARREON:  Objection, vague.
14                THE WITNESS:  I can say that I'm a
15            working photographer in New York, I work
16            an average of five days a week covering
17            many assignments in New York City.  And a
18            lot of the stories that happen in New York
19            City, you know, ripple across the country
20            and the world.  So there is a lot of
21            attention to the photos that are published
22            in the New York Post.  I don't have a
23            number off the top of my head of the
24            amount of infringements.
25            Q     I'm not asking you about the amounts
```

Case 2:23-cv-02079-JAD-VCF Document 163-2 Filed 08/11/22 Page 357 of 9
Case 2:18-cv-06021-AD-VCF, ID Document 32-1 Filed 09/13/21 Page 357 of 9
Robert Miller                           September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 53

1       of infringements, I'm asking you about the

2       number of claims that have been made on your

3       behalf.

4              A    Yeah, well, I would -- I would

5       reference that to the amount of claims on my

6       behalf.

7              Q    Okay.  Do you have -- so without -- I

8       understand you don't know the number, but do

9       you know if it's in the 100s, 1,000s or

10      10,000s?

11             A    I don't believe it's in a very high

12      number, like 10,000 or 1,000, you know.

13             Q    Who would know that information?

14             A    Oh, Higbee would know that.

15             Q    Would --

16             A    The Higbee law firm.  Let me phrase

17      that the Higbee law firm keeps records of what

18      they do, so they would know that.  And Richard

19      Leibowitz's law firm would have records of

20      that.

21             Q    And since Mr. Leibowitz has been

22      disbarred from the federal court here in New

23      York, have you been using any other firm?

24             A    Any other firm besides Richard

25      Leibowitz?

Case 2:23-cv-02093-AB-E Document 132-3 Filed 08/13/22 Page 8 of 9
Case 2:23-cv-02093-AB-E Document 116-2 Filed 05/11/22 Page 865 of 9
Robert Miller                                    September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 140

1            MR. CARREON:  Objection, vague.

2            THE WITNESS:  Yeah, that's vague.  I

3        don't understand the question.

4        Q    For the pictures that were taken

5    outside, anybody could have taken a photograph

6    if they were standing next to you and recorded

7    the same event; correct?

8        A    In a public place people are allowed

9    to take photographs.

10           MR. CARREON:  Would now be a good

11       time to take a break, counsel?

12           MR. ISENBERG:  Sure.

13           THE VIDEOGRAPHER:  The time on the

14       video monitor is 2:35 p.m.  We are off the

15       record.

16                (Recess.)

17           THE VIDEOGRAPHER:  We are back on the

18       record, the time is 2:49 p.m.

19       Q    All right, Mr. Miller, do you see the

20   document that is Miller 00008?  Let me turn the

21   sharing back on, I apologize.

22       Do you see the Miller 0008?

23       A    Yes, I see that.

24       Q    And this is a letter of

25   representation and power of attorney.

Robert Miller                           September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 141

1           Do you see that?

2           A      I do.

3                  MR. ISENBERG:   Yeah, we'll mark this

4           as 20, and I'll designate it as

5           confidential.

6                     (Exhibit 20 marked for

7                     identification/referenced.)

8           Q      All right, so this says:

9           "To whom it may concern:   Please be

10     advised that the law firm of Higbee &

11     Associates has been retained by Robert Miller

12     regarding a copyright infringement matter.   As

13     such, we have been appointed as attorney in

14     fact, with full power and authority in

15     determining the validity of the above matter

16     and assist in any negotiation, settlement and

17     payment.   We are further authorized to pursue

18     any legal remedies available to our client as a

19     result of this matter.   Agent of Higbee &

20     Associates is hereby authorized to discuss any

21     effort to settle and resolve the above matter."

22           Do you see that?

23           A      I see that.

24           Q      Does the Higbee & Associates firm

25     settle cases without your knowledge?

Robert Miller                    September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

                                                    Page 142

 1              MR. CARREON:  Robert, I'm going to
 2         caution you not to reveal any attorney/
 3         client communication.  If you can answer
 4         that question without discussing the
 5         specifics of attorney/client communication
 6         then answer, otherwise I will instruct you
 7         not to answer.
 8              THE WITNESS:  I will not answer based
 9         upon what my attorney instructs me.
10              MR. ISENBERG:  All right, I don't
11         think that implicates an attorney/client
12         communication, but I will move on.
13         Q    Is this your signature down here at
14    the bottom of Exhibit 20?
15         A    Yes.
16         Q    And do you sign those regularly, or
17    do you sign one and it gets used whenever it's
18    needed?
19         A    I believe I sign one and it gets used
20    whenever it's needed.
21         Q    How is the money collected from your
22    claims split up?
23              MR. CARREON:  I'm going to object on
24         attorney/client privilege basis and
25         instruct my client not to answer.

# Higbee & Associates

A NATIONAL LAW FIRM

**Mathew Higbee:** CA # 241380, MI # P73980, MN # 0388759, NV # 11158, OR # 106514, UT # 11133, WA # 42755, TX # 24076924, IL # 6319929, OH #0094107
**Ray Ngo:** UT # 11936, NY # 4780706
**Melissa Higbee:** CA # 247998, AZ # 024644, UT # 11271, FL # 62465, PA # 322114, NJ # 030812012, TN # 034677
**Virginia Kostmayer:** CO # 45648
**Naomi Sarega:** CA # 306967, IN # 34182-49

# LETTER OF REPRESENTATION
# POWER OF ATTORNEY

RE:    Robert Miller

To Whom It May Concern:

Please be advised that the Law Firm of Higbee & Associates has been retained by Robert Miller regarding a copyright infringement matter. As such, we have been appointed as attorney in fact with full power and authority in determining the validity of the above matter and assist in any negotiation, settlement, and payment. We are further authorized to pursue any legal remedies available to our client as a result of this matter. Any attorney, staff member or agent of Higbee & Associates is hereby authorized to discuss any effort to settle and resolve the above matter.

Effective immediately, all communication (mail, phone, electronic or otherwise) regarding the above matter must be forwarded to Higbee & Associates at:

Higbee & Associates
1504 Brookhollow Drive, Suite 112
Santa Ana, CA 92705
(714) 617-8385 Telephone

Sincerely,

| Mathew Higbee | Ray Ngo | Melissa Clark | Virginia Kostmayer | Naomi Sarega |

**The undersigned have retained Higbee & Associates and grant full power and authority as described above.**

Date: 11-16-2017

Client:    Robert Miller                    Signature:    Robert Miller



Defendant

**20**

Exhibit



SER 018

**Corporate HQ** 1504 Brookhollow Dr., Suite 112 Santa Ana, CA 92705
**Phone** (714) 617-8385   **Fax** (714) 617-8511   **Web** higbeeassociates.com

Miller00008

**U.S. District Court**
**District of Nevada**
333 Las Vegas Blvd. So.
Las Vegas, NV 89101

## Official Receipt Form

Note: This receipt is valid only with the corresponding AO82 receipt attached.

**Receipt Number:** 55429          Date: 01/31/2023

Received From:

Name: Mathew Higbee, Esq on behalf of Plaintiff Robert Miller

Address: 2445 Fire Mesa Street, Ste 150

City: Las Vegas      State: NV      Zip Code: 89128

Case Reference: Miller v. 4Internet, LLC, et al.: Case #2:18-cv-02097-JAD-VCF

Description of Collateral:

Bond No. L285358-2146 Lexington National
Insurance Corporation.

Appeal Bond in the amount of $7,500.00 posted by
plaintiff Robert Miller.

Receipted By: _[signature]_

Original receipt must be returned to the Court when
exonerated.

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA
at _____

№ 55429

NOTE: This receipt is valid only with the
corresponding "Official Receipt Form" attached.

AO82 SWEDA
(Rev. 4/90)

Fund
6855XX    Deposit Funds
604700    Registry Funds
          General and Special Funds
508800    Immigration Fees
085000    Attorney Admission Fees
086090    Filing Fees
322340    Sale of Publications
322350    Copy Fees
322360    Miscellaneous Fees
143500    Interest
322380    Recoveries of Court Costs
322386    Restitution to U.S. Government
121000    Conscience Fund
129900    Gifts

SER 0199

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

```
✓ FILED          RECEIVED
___ ENTERED      ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

          JAN 3 1 2022

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ ÆE DEPUTY
```

--------------------------------------------------

ROBERT MILLER,

      *Plaintiff,*

4INTERNET, LLC,

      *Defendant.*

--------------------------------------------------

**BOND FOR APPEAL**
Case No.: 2:18-cv-02097-JAD-VCF
Bond No: L285358-2146

WHEREAS, the Plaintiff requests the Court accept Plaintiff's APPEAL BOND in the above entitled action, staying execution of judgment pending hearing of further motion(s) or pleading(s) by Defendant.

Now, therefore Lexington National Insurance Corporation, as Surety does hereby and pursuant to Nevada Stature and Code of Civil Procedure, undertake that the Plaintiff will pay to the Defendant or to the party(ies) as named by the Court, not exceeding the sum of SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($7,500.00) for such damages and /or costs as the Court may direct.

This 20TH day of JANUARY, 2023.

      Mathew K. Higbee

      *Mathew K Higbee*

      Lexington National Insurance Corporation

      *C. Poindexter*

      C. Poindexter, Attorney-in-fact

LEXINGTON NATIONAL INSURANCE CORP.
INCORPORATED
1989
FLORIDA



IMPORTANT NOTICE – THIS POWER OF ATTORNEY IS VOID IF "LNIC Original" WATERMARK IS NOT PRESENT

# POWER OF ATTORNEY
# Lexington National Insurance Corporation

Lexington National Insurance Corporation, a corporation duly organized under the laws of the State of Florida and having its principal administrative office in Baltimore County, Maryland, does hereby make, constitute and appoint:

## C. Constantin Poindexter, Maria de los Angeles Reynoso, Gabriel J. Palerm

as its true and lawful attorney-in-fact, each in their separate capacity, with full power and authority to execute, acknowledge, seal and deliver on its behalf as surety any bond or undertaking of $6,000,000 or less. This Power of Attorney is void if used for any bond over that amount.

This Power of Attorney is granted under and by authority of the following resolutions adopted by the Board of Directors of the Company on February 15, 2018:

Be it Resolved, that the President or any Vice-President shall be and is hereby vested with full power and authority to appoint suitable persons as Attorney-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

Attorney-in-Fact may be given full power and authority for and in the name of and on the behalf of the Company, to execute, acknowledge and deliver any and all bonds, contracts, or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any all notices and documents cancelling or terminating the Company's liability thereunder and any such instruments so executed by any Attorney-in Fact shall be binding upon the Company as if signed by the President and sealed by the Corporate Secretary.

RESOLVED further, that the signature of the President or any Vice-President of LEXINGTON NATIONAL INSURANCE CORPORATION may be affixed by facsimile to any power of attorney, and the signature of the Secretary or any Assistant Secretary and the seal of the Company may be affixed by facsimile to any certificate of such power, or any such power or certificate bearing such facsimile signature or seal shall be valid and binding on the Company. Any such power so executed and sealed and certified by certificate so executed and sealed with respect to any bond to which it is attached continue to be valid and binding upon the Company.

IN WITNESS WHEREOF, the Company have caused this instrument to be signed and their corporate seal to be hereto affixed.

_Ronald A. Frank, President_

State of Maryland
County of Harford County, SS:

Before me, a notary public, personally appeared, Ronald A. Frank, President of Lexington National Insurance Corporation, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under the PENALTY of PERJURY under the laws of the State of Maryland that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Commission Expires: 05/23/24

_Notary_

I, Lisa R. Slater, Secretary of Lexington National Insurance Corporation, do hereby certify that the above and foregoing is true and correct copy of a Power of Attorney, executed by said company, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Company at Baltimore, Maryland this 29th day of April, 2022.

_Lisa R. Slater, Secretary_

Attached to bond signed this __20th__ day of __January__, 20 __23__

F:\lnic\Power of Attorney form CS 2021 with Watermark Seal

SER 0201

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Robert Miller,

      Plaintiff

v.

4Internet, LLC,

      Defendant

Case No.: 2:18-cv-02097-JAD-VCF

**Order Granting in Part Defendant's Motions for Fees and Costs and Appeal Bond and Denying Counterdefendants' Motion for Sanctions**

[ECF Nos. 121, 123, 135]

Robert Miller, a freelance photographer for the *New York Post*, brought this suit against 4Internet, LLC, claiming that it displayed his photograph on its subsidiaries' websites without obtaining a licensing right to do so.[1] The image on 4Internet's sites was inline linked—i.e., pulled from the *New York Post*'s website—rather than stored on 4Internet's server.[2] Miller conceded that detail but did so only after 4Internet moved for summary judgment and spoliation sanctions.[3] I granted 4Internet's summary-judgment motion, concluding that the Ninth Circuit's "server test," which permits a copyright-infringement claim only if the purported infringer "store[s] a copy of the copyrighted image on its own server," precluded Miller's claim.[4] 4Internet now moves for attorneys' fees and nontaxable costs[5] and, in response to Miller's appeal, for an order requiring Miller to post an appeal bond.[6] Because I find that Miller's claim

---

[1] ECF No. 1 at ¶¶ 12–16, 17, 22–27.

[2] ECF No. 117 at 6.

[3] ECF No. 97 at 11.

[4] ECF No. 117 at 5 (citing *Perfect 10, Inc. v. Amazon.com, Inc.*, 508 F.3d 1146, 1159–61 (9th Cir. 2007)).

[5] ECF No. 121.

[6] ECF No. 135.

SER 0202

was objectively unreasonable, that an attorney-fee award is warranted in light of the other factors for fee shifting in copyright cases, and that the fees requested are largely reasonable, I grant the motion in part and award 4Internet $93,577.95 in attorneys' fees and $6,026.47 in nontaxable costs. And because I find that an appeal bond is appropriate, I grant 4Internet's request for one and set the appeal bond at $7,500.

In response to Miller's lawsuit, 4Internet asserted counterclaims against Miller's counsel, Matthew Higbee, and his firm, Higbee & Associates, APC (together, "Higbee") under a federal statute that prohibits accessing computers without authorization and Georgia's analogous statute.[7] 4Internet claimed that Higbee used a bot to repeatedly visit 4Internet's site and overloaded 4Internet's server in violation of its terms of use and a letter that 4Internet's counsel sent to Higbee.[8] After I dismissed 4Internet's claims without prejudice,[9] it filed amended counterclaims and added a claim for conspiracy, all of which I then dismissed with prejudice.[10] Higbee now moves for sanctions[11] against 4Internet's attorneys and their firms (together, "4Internet counsel")[12] under a statute that allows a court to assess fees against counsel who "multipl[y] the proceedings . . . unreasonably and vexatiously."[13] Because Higbee has not demonstrated that 4Internet multiplied the proceedings, I deny Higbee's motion for such sanctions.

---

[7] ECF No. 9 at 13–14.

[8] *Id.* at 7–16

[9] ECF No. 39 at 16.

[10] ECF No. 47 at 16.

[11] Higbee captions this motion as one for attorneys' fees.

[12] ECF No. 123 at 2.

[13] 28 U.S.C. § 1927.

SER 0203

**Discussion**

I.  **The court grants in part 4Internet's motion for fees and costs.**

4Internet moves for attorneys' fees under 17 U.S.C. § 505,[14] which allows a court to award reasonable attorneys' fees and "full costs" to the prevailing party in a copyright-infringement action like this one.[15]  Whether to award fees and costs "is a matter of the trial court's discretion, not of a party's right."[16]  In exercising this discretion, a court evaluates several non-exhaustive factors that the Supreme Court spelled out in *Fogerty v. Fantasy, Inc.*: "frivolousness, motivation, objective unreasonableness (both in the factual and in the legal components of the case)[,] and the need in particular circumstances to advance considerations of compensation and deterrence."[17]  "[S]ubstantial weight is given to the unreasonableness factor."[18]  The court may also consider other factors including "the degree of success obtained in the litigation,[19] the purposes of the Copyright Act, and "whether the chilling effect of attorney[s'] fees may be too great or impose an inequitable burden on an impecunious litigant."[20]

_____

[14] ECF No. 121 at 1.

[15] 17 U.S.C. § 505.

[16] *Unicolors, Inc. v. H&M Hennes & Mauritz, L.P.*, 52 F.4th 1054, 1089 (9th Cir. 2022).

[17] *Id.* (quoting *Fogerty v. Fantasy, Inc.*, 510 U.S. 517, 534 (1994)).

[18] *Unicolors*, 52 F.4th at 1089 (quoting Glacier, 896 F.3d at 1037).

[19] *Id.* (quoting *Glacier Films (USA), Inc. v. Turchin*, 896 F.3d 1033, 1037 (9th Cir. 2018)).

[20] *Glacier*, 896 F.3d at 1037 (quotation omitted).  4Internet also argues that Miller's "deposition misconduct and spoliation . . . support[] an award of fees without regard to the reasonableness of the claims." ECF No. 121-3 at 2, 8.  But the law does not support this argument. *See Skidmore as Tr. for Randy Craig Wolfe Tr. v. Led Zeppelin*, 952 F.3d 1051, 1079 (9th Cir. 2020), *cert. denied sub nom. Skidmore as Tr. for Randy Craig Wolfe Tr. v. Zeppelin*, 141 S. Ct. 453 (2020), *reh'g denied*, 141 S. Ct. 946 (2020) (holding that the "argument that litigation misconduct should form a sole, independent basis for consideration is contrary to the Supreme Court's guidance in *Kirtsaeng*").

SER 0204

### A.    Miller's conduct was objectively unreasonable.

A claim is objectively unreasonable when the party advancing it "should have known from the outset that its chances of success" on that claim "were slim to none."[21]  Because the factor is an objective one, the party's subjective beliefs are not controlling.[22]  "A legal argument that loses is not necessarily unreasonable."[23]

Here, Miller's legal claim was doomed from the start under existing law.  As I explained in my order granting 4Internet summary judgment, the Ninth Circuit's server test plainly precludes copyright-infringement liability for an inline-linked image like the one at issue here.[24]  And Miller presented no circuit authority that narrowed that test; instead he argued that the Ninth Circuit's server test was invalid under the Copyright Act's text and a U.S. Supreme Court opinion.[25]  But, as I also explained in the summary-judgment order, the Ninth Circuit "crafted the server test out of the 'plain language' of the Copyright Act and has continued to apply that test years after" that Supreme Court opinion, so this court was obligated to apply the server test.[26]  That there are few district-court cases in the Ninth Circuit discussing the server test[27] and that other circuits may take a different view[28] does not change the fact that a straightforward application of controlling Ninth Circuit precedent foreclosed Miller's claim.  And that Miller's

---

[21] *SOFA Ent., Inc. v. Dodger Prods., Inc.*, 709 F.3d 1273, 1280 (9th Cir. 2013).  I consider the reasonableness and frivolousness factors together.  *See generally Glacier Films*, 896 F.3d at 1042–43 (analyzing reasonableness and frivolousness together).

[22] *Shame On You Prods., Inc. v. Banks*, 893 F.3d 661, 667 (9th Cir. 2018).

[23] *Seltzer v. Green Day, Inc.*, 725 F.3d 1170, 1181 (9th Cir. 2013).

[24] ECF No. 117 at 6.

[25] *Id.*

[26] *Id.*

[27] ECF No. 125 at 5.

[28] *Id.* at 8.

4

SER 0205

counsel *subjectively* believed that this case was distinguishable[29] does not make Miller's claim *objectively* reasonable under existing precedent. So I find that his claim was objectively unreasonable.

So too was his obfuscation of the fact that the image was inline linked. If Miller merely sought a change in the law in how the Ninth Circuit views inline-linked images, that would not have been unreasonable; as I said in the summary-judgment order, he can present his argument to the Ninth Circuit.[30] But, instead of proceeding on that basis from the start, Miller acknowledged that the images were inline-linked only after 4Internet moved for summary judgment and spoliation sanctions.[31] And Miller should have known that the image was inline linked when he filed the complaint. Indeed, as 4Internet points out, its counsel told Miller's counsel ahead of the lawsuit that the image was inline linked,[32] and Miller's complaint included an attachment showing that the source of the image at issue was the *New York Post*, not one of 4Internet's websites.[33] Miller counters that 4Internet should have forced the "server[-]test" issue earlier in the litigation by moving to dismiss his claims.[34] But Miller cites nothing for the proposition that 4Internet had such an obligation. So this factor favors fee shifting.

**B. The motivation factor favors neither party.**

Miller's motivation does not move the needle. 4Internet fails to address it directly, and the Copyright Act allows a copyright holder to enforce his rights. The problem was not Miller's

---

[29] *Id.*

[30] ECF No. 117 at 6.

[31] ECF No. 105 at 11 n.2.

[32] ECF No. 106-5 at 4.

[33] ECF No. 1-5 at 3.

[34] ECF No. 125 at 10.

SER 0206

1  motive (enforcing those rights) but rather his means (pursuing a foreclosed theory). On this

2  factor, Miller contends that 4Internet acted in bad faith by not accepting his nominal settlement

3  demand and consistently launching *ad hominem* and defamatory attacks to "harass and embarrass

4  Miller and his counsel."[35] But I cannot fault 4Internet for refusing to settle a claim unsupported

5  by current precedent, even for a bargain. And 4Internet counsel's conduct is irrelevant to

6  Miller's motivation for maintaining his claim.

7  ### C.    Principles of compensation and deterrence slightly favor fee shifting.

8        4Internet argues that fee-shifting will encourage Miller and his counsel to be more

9  diligent ahead of filing future suits and compensate 4Internet for what it spent defending against

10 Miller's unreasonable claim.[36] While that may be true, 4Internet's other arguments are less

11 persuasive. 4Internet's contention that Miller's "lawyers [make] outrageous claims to extort

12 money" for displaying "photographs that have no real value"[37] appears to be based on the false

13 premise that copyright holders cannot pursue damages beyond the value of their intellectual

14 property.[38] And 4Internet fails to explain why Miller's allowing his counsel to negotiate and

15 settle cases on his behalf warrants fee shifting.[39] To the extent 4Internet is using this motion as a

---

19 [35] ECF No. 125 at 10.

20 [36] ECF No. 121-3 at 5–7.

   [37] *Id.* at 7.

21 [38] *Desire, LLC v. Manna Textiles, Inc.*, 986 F.3d 1253, 1266 (9th Cir. 2021) (noting that a copyright owner can choose statutory, instead of actual, damages and that the maximum

22 statutory damage is "$150,000 for willful infringement and $30,000 for innocent infringement" with respect to "any one work, for which any one infringer is liable"), *cert. denied*, 142 S. Ct.

23 343 (2021).

   [39] *Id.*

6

SER 0207

vehicle to expose Miller's attorneys' alleged unethical business practices, 4Internet fails to

demonstrate that such practices are occurring.[40]  So these factors only slightly favor 4Internet.

### D.    4Internet's categorical success favors fee shifting.

The parties agree that the degree-of-success factor favors 4Internet because 4Internet

achieved complete relief on its summary-judgment motion.[41]  Miller contends, however, that this

finding should be "mitigated" by 4Internet's raising unsuccessful defenses and counterclaims.[42]

This contention relates more to the *amount* of fees, rather than whether fee shifting is warranted

at all, and 4Internet concedes that it should not be reimbursed for what it spent on the

counterclaims and has excluded those fees from its request.[43]  So this factor favors fee shifting.

### E.    The purposes of the Copyright Act favor fee shifting.

The purposes of the Copyright Act include "encouraging and rewarding authors'

creations" and "enabling others to build on that work."[44]  4Internet argues that fee shifting will

help it "build a better search engine to allow more people to find art, pictures, and stories."[45]

Miller fails to meaningfully address this issue and instead reiterates his legal argument on the

server-test issue.[46]  "Because copyright law ultimately serves the purpose of enriching the

general public through access to creative works,"[47] and 4Internet's search engine promotes that

purpose, I find that this factor favors fee shifting.

---

[40] 4Internet's contentions in this regard may be better addressed to the relevant bar organizations.

[41] ECF No. 121-3 at 5; ECF No. 125 at 8.

[42] ECF No. 125 at 8–9.

[43] ECF No. 133 at 4; ECF No. 122 at ¶ 18.

[44] *Kirtsaeng v. John Wiley & Sons, Inc.*, 579 U.S. 197, 204 (2016).

[45] ECF No. 121-3 at 9.

[46] ECF No. 125 at 18–19.

[47] *Fogerty v. Fantasy, Inc.*, 510 U.S. 517, 517–18 (1994).

SER 0208

**F.   Any potential chilling effect is inconsequential.**

The parties do not discuss this factor, and nothing in the record suggests that Miller, who has had a stable job for two decades,[48] is "impecunious."[49]  Balancing all the factors, I find that an attorney-fee award is merited.

**G.   The requested amount is largely reasonable.**

Having concluded that 4Internet is entitled to a fee award, I next consider the proper amount of that award.  The lodestar method is the required starting point when determining reasonable fee awards and is calculated by "multiplying the number of hours the prevailing party reasonably expended on the litigation by a reasonable hourly rate."[50]  Requests for attorneys' fees must also meet the requirements of Local Rule 54-14, which requires any application to include an attorney affidavit, a "reasonable itemization and description of the work performed[,]" and a "brief summary" of 13 categories of information designed to elicit more information about the case and the work that the attorney performed.[51]  After calculating a lodestar figure, the court may review the reasonableness of the award under the factors adopted by the Ninth Circuit in *Kerr v. Screen Extras Guild, Inc.*:

> (1) the time and labor required, (2) the novelty and difficulty of the questions involved, (3) the skill requisite to perform the legal service properly, (4) the preclusion of other employment by the attorney due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent, (7) time limitations imposed by the client or the circumstances, (8) the amount involved and the results obtained, (9) the experience, reputation, and ability of the attorneys, (10) the "undesirability" of the case, (11) the nature and

---

[48] ECF No. 138 at 3.

[49] *Glacier*, 896 F.3d at 1037.

[50] *Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 978 (9th Cir. 2008) (citing *Ferland v. Conrad Credit Corp.*, 244 F.3d 1145, 1149 n.4 (9th Cir. 2001)).

[51] L.R. 54-14(a)–(b).

8

SER 0209

1   length of the professional relationship with the client, and (12)
2   awards in similar cases.[52]

3  Although lodestar figures are presumed reasonable, district courts may decrease or—in rare

4  circumstances—increase them.[53]

5        I have reviewed the affidavit from 4Internet's lead counsel, Ryan Isenberg, Esq., the

6  relevant hourly rates under the *Kerr* factors, and Local Rule 54-14.  4Internet seeks $99,589.50

7  in attorneys' fees;[54] $6,276.47 in costs,[55] which appears to include $3,455.50 for local counsel's

8  time that Isenberg's firm paid;[56] and another $4,500 in attorneys' fees for time spent on the

9  briefing underlying this order[57]—for a grand total of $110,365.97.  The records suggest that

10  Isenberg worked on this case for roughly 400 hours at the rate of $275 or $300 per hour, an

11  associate worked for 2.5 hours at a rate of $225, a legal-support person worked for 4.5 hours at a

12  rate of $100, and local counsel worked at a rate of $320.[58]

13        I find that the *Kerr* factors generally support these rates.  Isenberg has practiced for more

14  than two decades and focuses his practice on, among other things, intellectual property.[59]  Local

15  counsel is similarly an experienced attorney, and he did minimal work that I find was not

16

---

17  [52] *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975) (citation omitted).

18  [53] *Hensley*, 461 U.S. at 434–37 (requiring a clear reason for adjusting the amount awarded and noting that, in exceptional cases, an enhancement may be warranted); *see also City of Burlington v. Dague*, 505 U.S. 557, 562 (1992) (reversing an enhancement of attorney's fees based on a contingency-fee agreement and noting that an applicant seeking more than the lodestar amount must show that it is "necessary").

20  [54] ECF No. 121 at 1; ECF No. 122 at 26–27.

21  [55] ECF No. 122 at ¶¶ 26–27.

22  [56] *See, e.g.*, ECF No. 121-1 at 2 at line 33.

22  [57] ECF No. 121 at 1.

23  [58] ECF No. 122 at ¶¶ 19, 21, 25.

[59] *Id.* at ¶¶ 4, 7.

9

SER 0210

unnecessarily duplicative.[60] Also, Isenberg successfully defended against a meritless claim and had to navigate difficult discovery disputes. And counsel's rates were at or below the rates charged in the Las Vegas legal market for attorneys of similar experience in part because, as Isenberg acknowledges, he has a longstanding relationship with 4Internet's managing member.[61] So I find that 4Internet's requested amounts are generally reasonable.

Still, I find that the requests for attorneys' fees and costs must be slightly reduced. As an initial matter, the requests for $99,589.50 in attorneys' fees and $6,276.47 in costs should be reduced by $114 and $200, respectively, to match the totals in the records that counsel provides.[62] I also find that both attorney-fee amounts—for $99,475.50 and $4,500—should be reduced by 10%. As Miller points out,[63] counsel could have relied on attorneys and staff with lower billing rates, including for time researching and specific tasks like delivering copies of motions to the court.[64] Isenberg also admits that "he may be more thorough than other lawyers[,]"[65] and he spent time working on defenses that were stricken[66]—further supporting a reduction. As to costs, I further reduce the request by $50 to exclude costs that counsel admits were in part an "extravagance."[67] After these deductions, I grant 4Internet $93,577.95 in attorneys' fees and $6,026.47 in costs.

---

[60] ECF No. 122 at ¶¶ 23–24.

[61] ECF No. 122 at ¶ 22.

[62] Separate from the $4,500 spent on the briefing underlying this motion, Isenberg's spreadsheet reflects attorneys' fees of $99,475.50 and costs of $6,076.47. ECF No. 121-1.

[63] ECF No. 125 at 20.

[64] *See, e.g.*, ECF No. 121-1 at 11 at line 195.

[65] ECF No. 121-3 at 9.

[66] *Id.*

[67] ECF No. 122 at ¶ 28.

SER 0211

## II.    Miller must post an appeal bond of $7,500.

### A.    An appeal bond is warranted.

Faced with Miller's appeal of the order granting summary judgment in its favor, 4Internet moves under Federal Rule of Appellate Procedure 7 to compel Miller to file an appeal bond of $100,000.[68]  That rule allows district courts to "require an appellant to file a bond or provide other security in any form and amount necessary to ensure payment of costs on appeal."[69]  The parties agree that I should consider the following three factors to determine whether an appeal bond is appropriate:[70] (1) Miller's "financial ability to post a bond" (2) "the risk that [Miller] would not pay the costs if [he] loses the appeal"; and (3) "an assessment of the likelihood that [Miller] will lose on appeal and thus be liable for costs."[71]

There is scant evidence on the first two factors.  As to Miller's financial ability, Miller has worked as a freelance photographer for about 20 years and currently makes $85,000 a year.[72] 4Internet contends that Miller "has recovered substantial sums in other cases" and "has two causes of actions pending" but offers nothing to show how much Miller recovered or will

---

[68] ECF No. 135.

[69] Fed R. App. P. 7.

[70] ECF No. 135 at ¶ 6.

[71] *Figure Eight Holdings, LLC v. Dr. Jays, Inc.*, 534 F. App'x 670, 670 (9th Cir. 2013) (unpublished).  Miller attempts to add a fourth factor—whether he "has shown bad faith or vexatious conduct—to the mix, relying on a district-court case that considered that factor. *Fleury v. Richemont N. Am., Inc.*, 2008 WL 4680033, at *6 (N.D. Cal. Oct. 21, 2008).  But that case predates *Figure Eight* and relies on out-of-circuit precedent because, at that time, "the Ninth Circuit ha[d] not provided more specific guidance." *Id.*  Because the Ninth Circuit has since provided some guidance, albeit in the unpublished *Figure Eight* case, I do not consider this purported factor.  Even if I did, it would not change the outcome here, as I grant 4Internet's request for an appeal bond.

[72] ECF No. 138 at 2.

11

SER 0212

recover in those other cases.[73]  4Internet also points out that Miller owns property, but 4Internet

"has no idea . . . the value" of that property.[74]  Though 4Internet suggests that it may be worth

around $700,000 based on sales of similar units 3–4 years ago,[75] this evidence offers limited

guidance on the terms of the mortgage and Miller's remaining debt.  Nor does it speak to

whether paying the mortgage in addition to securing a bond of $100,000 would present a

financial hardship.  Miller contends that it would, but his only evidence for that contention is that

he lives in the expensive city of New York.[76]  So I cannot conclude that requiring Miller to post

an appeal bond would "burden [his] right to appeal."[77]

The evidence of whether Miller won't pay up if he loses is relatively opaque.  4Internet

does not argue that Miller will avoid paying even if he can and instead complains that collecting

judgment "will involve registering a judgment in New York and taking steps to garnish his

wages or potentially foreclose on his [property] at substantial additional cost."[78]  But, as

4Internet admits, "[t]here is no way to really assess the difficult[y] of collecting costs[,]"[79] and

the logistical steps that 4Internet might have to take have little bearing on whether "[Miller]

would not pay the costs."[80]  Miller concedes that, though he would have difficulty posting

$100,000, he is able to pay the "low[-] to mid[-]thousands" that he imagines the appeal will

---

[73] ECF No. 135 at ¶ 7a.

[74] *Id.*

[75] *Id.* at n.2.

[76] ECF No. 138 at 3.

[77] *Azizian v. Federated Dep't Stores, Inc.*, 499 F.3d 950, 958 (9th Cir. 2007).

[78] ECF No. 135 at ¶ 7b.

[79] *Id.*

[80] *Figure Eight*, 534 F. App'x at 670.

SER 0213

1 actually cost 4Internet.[81]  Miller's concession cuts both ways: Though it lowers the risk that he

2 won't satisfy a judgment if he loses, it also shows that he can afford a bond of more than a

3 nominal amount.

4       As to the last factor, Miller essentially admits that his chances of success are limited.[82]

5 To be sure, as Miller argues, courts in other jurisdictions may view the law differently from the

6 Ninth Circuit, so his success is not inconceivable.[83]  But, as I discuss in the summary-judgment

7 order, his winning would require an en banc (or Supreme Court) reversal of current Ninth Circuit

8 law—something that occurs rarely.[84]  Based on the totality of these factors, Miller should be

9 required to post an appeal bond.

10      **B.**    **A survey of recent appeal bonds supports an amount of $7,500.**

11       Costs under Rule 7 "include[] all expenses defined as 'costs' by an applicable fee-shifting

12 statute, including attorneys' fees,"[85] and the Copyright Act allows for attorney fee shifting, as

13 discussed above.  Even so, a district court is not required to include anticipated appellate

14 attorneys' fees in calculating the amount of an appeal bond.[86]  Such fees, for example, "may be

15 improper, notwithstanding an applicable fee-shifting provision, where other factors, such as

16 financial hardship, indicate that the bond would unduly burden a party's right to appeal."[87]

17

---

18 [81] ECF No. 138 at 4.

19 [82] *Id.*
   [83] ECF No. 125 at 7.

20 [84] Miller argues that a reversal is not necessarily needed in the Ninth Circuit if it "determines that

21 the 'server test' should be limited in scope."  ECF No. 138 at 5.  But I have already concluded that reversal of current precedent is Miller's only avenue for success and am not persuaded otherwise.  ECF No. 117 at 6.

22 [85] *Azizian*, 499 F.3d at 958.

23 [86] *Id.* at 961.

   [87] *Id.*

13

SER 0214

1    4Internet supports its $100,000 request by pointing to what it spent at the district level

2    and cites *Figure Eight* as an example of the Ninth Circuit upholding a district court's order

3    setting a bond at $50,000.[88]  But fees and costs at the district level shed little light on appellate

4    fees and costs; at the appellate level, the briefing will be streamlined, and there will be no

5    discovery.  And in *Figure Eight*, the party seeking the bond "submitted affidavits estimating [its]

6    costs on appeal . . . based on attorneys' fees and costs to draft responsive papers, fees to local

7    counsel, out[-]of[-]state and local travel expenses, and other costs."[89]  Here, 4Internet provides

8    no such evidence of its anticipated fees and costs on appeal.  Also, a survey of recent cases in the

9    Ninth Circuit suggests that 4Internet's requested amount is bloated: a bond of about $1,000–

10   $7,500 is typical to cover just costs, and about $7,000–$22,000 is typical for bonds that include

11   attorneys' fees.[90]  So, based on that survey and without more precise evidence of 4Internet's

12   expected costs, I find that an appeal bond of $7,500 is appropriate.

### III.    The court denies Higbee's motion for sanctions.

14       Higbee moves for sanctions against 4Internet counsel under 28 U.S.C. § 1927,[91] which

15   provides that "[a]ny attorney or other person . . . who so multiplies the proceedings in any case

16   unreasonably and vexatiously" may be required to pay attorneys' fees and other costs reasonably

---

[88] ECF No. 135 at ¶ 8.

[89] *Figure Eight Holdings, LLC v. Dr. Jay's, Inc.*, 2012 WL 12893450, at *2 (C.D. Cal. June 18, 2012), *aff'd sub nom. Figure Eight Holdings*, 534 F. App'x 670.

[90] *See, e.g., James v. Uber Techs. Inc.*, 2022 WL 6468665, at *6 (N.D. Cal. Oct. 10, 2022); *Broomfield v. Craft Brew All., Inc.*, 2020 WL 1972501, at *4 (N.D. Cal. Apr. 13, 2020); *Quy Troung v. Garden Square Parking Ass'n*, 2019 WL 12381118, at *3 (C.D. Cal. Sept. 9, 2019); *Myers v. Thompson*, 2019 WL 2647620, at *2 (D. Mont. June 27, 2019); *Long v. Authentic Athletix LLC*, 2018 WL 6168531, at *3 (N.D. Cal. Nov. 26, 2018); *Barrera v. Pharmavite LLC*, 2018 WL 1115224, at *3 (C.D. Cal. Feb. 26, 2018); *Cody v. SoulCycle, Inc.*, 2017 WL 8811115, at *2 (C.D. Cal. Dec. 7, 2017); *Forcellati v. Hyland's, Inc.*, 2018 WL 11374915, at *4 (C.D. Cal. Feb. 5, 2018).

[91] ECF No. 123.

14

1 incurred as a result.[92] "Because th[is] section authorizes sanctions only for the multiplication of

2 proceedings, it applies only to unnecessary filings and tactics once a lawsuit has begun"; it does

3 not "appl[y] to initial pleadings."[93] Sanctions under § 1927 "must be supported by a finding of

4 subjective bad faith,"[94] which "is present when an attorney knowingly or recklessly raises a

5 frivolous argument or argues a meritorious claim for the purpose of harassing an opponent."[95]

### A. § 1927 permits sanctions for the counterclaims, but only as amended.

7 Higbee argues that sanctions against 4Internet's counsel are warranted because they

8 employed a "'scorched earth' litigation strategy" in response to "Miller's straightforward

9 copyright claim" by filing frivolous counterclaims that "were devoted to irrelevant *ad hominem*

10 attacks against [Higbee] in a thinly veiled attempt to use the judicial process [to] harass and

11 embarrass [Higbee]."[96] 4Internet's attorneys contend that the prohibition on § 1927 sanctions for

12 initial pleadings extends to initial counterclaims, relying on *Glasser v. Blixseth*—an unpublished

13 Ninth Circuit panel decision—for that proposition.[97] But they appear to concede that sanctions

14 are available based on 4Internet's *amended* counterclaims.[98] Higbee counters that the filing of

15 the initial counterclaims can also be sanctioned under § 1927, relying on two other (also

16 unpublished) Ninth Circuit panel decisions.[99] But one of those cases involved a third-party

17

---

18 [92] 28 U.S.C. § 1927.

19 [93] *In re Keegan Mgmt. Co., Sec. Litig.*, 78 F.3d 431, 435 (9th Cir. 1996) (cleaned up).

20 [94] *New Alaska Dev. Corp. v. Guetschow*, 869 F.2d 1298, 1306 (9th Cir. 1989).

21 [95] *Estate of Blas Through Chargulaf v. Winkler*, 792 F.2d 858, 860 (9th Cir. 1989) (citations omitted).

22 [96] ECF No. 132 at 11.

[97] 649 F. App'x at 507. *See* ECF No. 132 at 6.

23 [98] ECF No. 132 at 11.

[99] ECF No. 137 at 3.

15

1 complaint—not a counterclaim—and was relied on by the district court in *Glasser* in its decision

2 that was later reversed.[100] And the other case involved *amended* counterclaims and specifically

3 noted that "[s]anctions were not imposed upon [the defendant's] original pleadings, but on the

4 claims asserted in the [amended filing]."[101]

5       At least in unpublished opinions, then, Ninth Circuit panels have treated differently

6 amended counterclaims (by subjecting them to § 1927 sanctions) from initial counterclaims (by

7 refusing to do so). That disparate treatment tracks how the Ninth Circuit has treated initial

8 versus amended complaints.[102] So I predict that, consistent with its practice as to complaints, the

9 Ninth Circuit would allow § 1927 sanctions for amended, but not initial, counterclaims.

10 Applying the same rule for complaints and counterclaims makes sense for another reason: If

11 initial counterclaims but not initial complaints could be sanctioned, defense counsel would

12 simply bring vexatious claims as a separate action to avoid sanctions. Such a result would be

13 hard to square with a rule designed to discourage the unreasonable multiplication of proceedings.

14 So I consider whether § 1927 sanctions are appropriate here based on the amended counterclaims

15 only.

16

17

18

---

19 [100] *Mirch v. Frank*, 266 F. App'x 586, 588 (9th Cir. 2008) (unpublished).

20 [101] *R. Prasad Indus. v. Douglas*, 673 F. App'x 676, 677 (9th Cir. 2016) (unpublished). I also find the other cases that 4Internet counsel relies on unpersuasive. ECF No. 137 at 3. One is the district-court case in *Glasser* that was reversed, and the others are Seventh Circuit and Northern
21 District of California decisions that predate the Ninth Circuit panels' decisions discussed above.

22 [102] *Compare In re Keegan Mgmt. Co., Sec. Litig.*, 78 F.3d 431, 435 (9th Cir. 1996) ("The filing of a complaint . . . may not be sanctioned pursuant to § 1927") *with Wages v. I.R.S.*, 915 F.2d
23 1230, 1235 (9th Cir. 1990) (affirming § 1927 sanction because Wages "attempt[ed] to file an amended complaint that did not materially differ from one [that] the district court had already concluded did not state a claim").

16

**B.** **Because the court quickly dismissed the amended counterclaims, those claims did not multiply the proceedings.**

Higbee contends that 4Internet's countercomplaint included "knowingly frivolous" counterclaims with not "even . . . close" legal theories, "inconsistent and haphazard factual allegations,"[103] and "numerous *ad hominem* attacks" that had no "bearing on 4Internet's theories of liability."[104] As I made clear in the order dismissing them, the amended counterclaims contained some factual inconsistencies,[105] and dismissing them involved a relatively straightforward application of Ninth Circuit and Georgia law.[106] And, though 4Internet counsel points to some evidence to support a good-faith belief in bringing the counterclaims,[107] some of their conduct and statements may have stretched the bounds of zealous advocacy.[108] So whether 4Internet's conduct constitutes bad faith is a close question.

Even so, § 1927 sanctions are unwarranted because the counterclaims as *amended* were quickly resolved.  In *Braunstein v. Arizona Department of Transportation*, Braunstein sued various Arizona government entities and individuals for violating his civil rights under Arizona's affirmative-action program for certain government contractors.[109] Eight months after Braunstein filed his amended complaint, the district court dismissed several of his claims as barred by sovereign immunity and later imposed § 1927 sanctions on Braunstein's attorneys for

---

[103] ECF No. 137 at 6.

[104] 683 F.3d 1177, 1181 (9th Cir. 2012).

[105] ECF No. 47 at 3.

[106] *See generally* ECF No. 47.

[107] ECF No. 132 at 8.

[108] ECF No. 123 at 12–13.

[109] *Braunstein v. Arizona Dep't of Transp.*, 683 F.3d 1177, 1183 (9th Cir. 2012).

17

SER 0218

1  "unreasonably prolonging the proceedings" by bringing those claims.[110]  The Ninth Circuit

2  reversed.[111]  It reasoned that "the district court quickly and correctly dismissed th[ose] claims . . .

3  at the outset of the litigation so [they] did not vexatiously multiply the proceedings" and that

4  "Braunstein's attorneys did not file repetitive motions or generate extraordinary volume of

5  paperwork."[112]

6        Here, Higbee contends that 4Internet's counsel "substantially multiplied these

7  proceedings" because "nearly two years passed between when Miller filed his original complaint

8  and when the [c]ounterclaims . . . were finally resolved" and because 4Internet "doubled down

9  on its original counterclaims that were dismissed without prejudice" and "added a third

10  [c]ounterclaim[.]"[113]  But, as discussed above, I must consider whether sanctions are appropriate

11  in view of the counterclaims as amended, and I dismissed those counterclaims less than six

12  months after 4Internet submitted its amended filing—in less time than the district court did in

13  *Braunstein*.[114]  And, like the court in that case, I do not find that the briefing was repetitive or

14  voluminous.  So I deny Higbee's motion for § 1927 sanctions.[115]

15                                    **Conclusion**

16        IT IS THEREFORE ORDERED that 4Internet's motion for attorneys' fees and non-

17  taxable costs **[ECF No. 121] is GRANTED in part**.  I award 4Internet $93,577.95 in attorneys'

18

19  [110] *Id.* at 1184; *see* ECF No. 13, ECF No. 24 in *Braunstein v. Arizona Dep't of Transp.*, Case No. 2:06-cv-02726-JWS.

20  [111] *Braunstein*, 683 F.3d at 1190.

     [112] *Id.* at 1189.
21
     [113] ECF No. 123 at 8–9.

22  [114] ECF No. 40; ECF No. 47.

23  [115] I also deny Higbee's motion as to the law firms for the independent reason that law firms cannot be sanctioned under § 1927. *See Kaass L. v. Wells Fargo Bank, N.A.*, 799 F.3d 1290, 1293 (9th Cir. 2015).

SER 0219

1  fees and $6,026.47 in nontaxable costs.  The Clerk of the Court is directed to **ENTER AN**

2  **AMENDED JUDGMENT** accordingly.

3         IT IS FURTHER ORDERED that 4Internet's motion for an appeal bond **[ECF No.**

4  **135] is GRANTED in part**.  The court orders Miller to post a bond in the amount of $7,500 if

5  he wishes to continue pursuing his appeal.

6         IT IS FURTHER ORDERED that Higbee's motion for sanctions **[ECF No. 123] is**

7  **DENIED**.

8

9                                                    _____

10                                                   U.S. District Judge Jennifer A. Dorsey
                                                     December 20, 2022

11

12

13

14

15

16

17

18

19

20

21

22

23

SER 0220

Robert Miller
301 West 118th Street
Apartment 5K
New York, NY 10026
Robertmillerphotographer@gmail.com

May 7, 2023

United States District Court
District of Nevada
Hon. Jennifer A. Dorsey
333 Las Vegas Blvd South
Las Vegas, NV 89101

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                       COUNSEL/PARTIES OF RECORD

JUN - 1 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

RE: Robert Miller v. 4Internet, LLC
Case No. 2:18-cv-02097-JAD-VCF

Your Honor:

I am writing pursuant to FRCP 60(b)(6) requesting that you reconsider the financial judgment imposed on me pursuant to the granting of the Defendant's motion for fees and costs and denying counter-defendant's motion for sanctions [Dkt. No. 140]. More specifically, in the interests of justice, I am requesting that the Court relieve me of financial responsibility for the resulting judgment and, for the reasons set forth below, impose that judgment on my attorney Matthew Higbee of Higbee and Associates. I am also requesting that Your Honor temporarily stay the enforcement of the resulting judgment during the pendency of your consideration of this application since there are a number of issues related to my attorney's representation of me in the judgment collection process that are also going on in New York.

At its heart, the reason I am making this application is that I was never properly informed about all of the associated risks that this case included by Mr. Higbee or his staff. For example, I was never told by Mr. Higbee that this case was contrary to the existing law for the 9th Circuit and that in bringing this lawsuit I would be exposing myself to the potential for reverse legal fees that I could not afford. I would never have allowed this case to be filed or continued to pursue this matter if I would have been given the correct information from my attorney. There is simply no rationale reason why, had I been properly informed, I would have authorized a case where my potential recovery was a tiny fraction of the potential risk of $99,604.42 in awarded attorney fees. I do not personally have any interest in challenging existing law or changing the law in the 9th Circuit. This case was at all times driven by Mr. Higbee who never explained to me any of the details or risks. Because this was my lawyer's case and not mine, I believe that I should not be held personally responsible, but it should be an obligation of my lawyer. This is the course he steered and not one he informed me of.

I do not have this kind of money to risk and, if I would have been properly informed, this never would have happened. This case would not have been filed. This case would not have been pursued and litigated. And this case would not have resulted in such a large judgment I cannot afford.

I have been asking questions and I have been getting answers but every time I do some homework to learn some more I find the answers I was given are simply not true. For example,

I was told this was a clear case of an infringement which I understood to be a display of my photo on a website that is an online publication news site with advertisements around it on the same page. I have asked for a copy of this but have never been given it despite repeated requests. Now, after the case is over, I find out this case is based upon a link of my picture from the NY Post and not the clear infringement I was led to believe had occurred.
I never would have pursued this case in a district court that was subject to existing precedent that dictated I would lose the case in the district court. I have zero interest in being involved in a litigation seeking to change existing law since I cannot afford the stakes involved in that type of action and, personally, I do not have anywhere near enough of an interest in the outcome that I would want to be a plaintiff under those circumstances. I do not understand how Mr. Higbee was not aware of this law before filing the case in this district court and, if he was, at no time did he tell me of the risks of bringing this claim. Had he done so, which my understanding is required of an attorney, this case would not have been started and certainly would not have been litigated in the manner in which it was.

Additionally, I first learned that this case was being pursued as a result of being informed that I was being sued personally by the opposing party before the case started. I did learn eventually that this personal lawsuit against me was dismissed. However, I learned that a second attempt to personally sue me was pursued and also dismissed when I was told to attend a deposition for this lawsuit. At that time, I learned that this case had been filed and continued to be pursued. At that time, I said to Mr. Higbee that after an attempt to sue me personally twice I should have been told the lawsuit was still being pursued and was advised by Mr. Higbee that this case was important for the law firm to pursue and it was a solid case.

Since the judgment was entered against me, I have attempted to discover more of the details involved with this matter and to work with Mr. Higbee to resolve the outstanding judgment against me. Mr. Higbee told me that I have a very good chance of winning the appeal he filed. However, when I discussed this with other attorneys, I have been told that my appeal is poorly preserved since Mr. Higbee did not create a good record for appeal. I was also told that even if he had done the appropriate job in trying to change existing law, that the odds of that happening are very small making the risk and cost of trying to do so very high. Mr. Higbee had no basis for believing that I would want to be involved in anything that risky or difficult and never informed me of these risks; even after putting me in this situation. I feel that he has represented his own issues and not mine in this matter since had he put my interests first none of this would have ever happened.

SER 0222

Mr. Higbee has agreed at various times to accept some responsibility for the judgment against me and at other times has encouraged me to sue him for malpractice. While I have been told I have a very good malpractice claim, I will need to pay new counsel to bring that claim and therefore I will still lose money I do not have attempting to go that route. The only route that will not leave me personally harmed by the actions of my attorney are for this Court to use its power to recognize that this case was improperly brought by my attorney without having informed me of the risks and then was litigated by that same attorney without any consideration of the harm he was doing to me personally. Under those circumstances, he should be the one hurt by his actions not me.

Your Honor, as a result of decisions made by an attorney who was supposed to be representing my interests and not his own, I now risk losing my apartment which was obtained through an affordable housing program sponsored in NYC for people based upon their income. This is an overbearing financial burden on myself as I near retirement age and after having open heart surgery two years ago. I work very hard and am a dedicated photojournalist. I earn everything for myself without having to ask anyone for help.

At this time however, I am asking you for your consideration in resolving this matter for me since I cannot sustain the financial loss associated with this matter. There is so much more than I have put in this letter, if you believe it would be helpful, I would welcome the opportunity to address these matters with the court directly.

Thank you for your consideration of this request.

Respectfully,

Robert Miller

cc:

Mathew K. Higbee
Ryan L. Isenberg

SER 0223



2:04
ROBERT MILLER
301 W. 118TH STREET, Apt. K
NEW YORK, NY 10026

FILED
ENTERED

COUNSEL/PARTIES OF RECORD

JUN - 1 2023

CLERK US DIST
DISTRICT OF NEVADA

XRAYED US MARSHALS SERVICE

US District Court
Honorable Jennifer Dorsey
333 Las Vegas Blvd South
Las Vegas, NV 89101

89101-706599

US POSTAGE PITNEY BOWES

$ 000.60⁰

ZIP 89119
02 7H
0006048392

MAY 30 2023

LAS VEGAS NV 890

30 MAY 2023 PM 6 L

FIRST-CLASS

SER 0224

# Exhibit A

SER 0225

Patrick M. Maloney, Esq. - **CSBN 197844**
Carl I. S. Mueller, Esq. - **CSBN 294909**
**THE MALONEY FIRM, APC**
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
T: (310) 540-1505 │ F: (310) 540-1507
E: pmaloney@maloneyfirm.com
E: cmueller@maloneyfirm.com

Attorneys for Plaintiffs MICHAEL GRECCO, and
MICHAEL GRECCO PRODUCTIONS, INC.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ORANGE**

Assigned for All Purposes
Judge Deborah Servino

|  |  |
|---|---|
| MICHAEL GRECCO, and<br>MICHAEL GRECCO PRODUCTIONS, INC.<br>   Plaintiff,<br><br>   v.<br><br>HIGBEE & ASSOCIATES; MATHEW<br>HIGBEE, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.: 30-2021-01214524-CU-PN-CJC<br><br>**COMPLAINT FOR DAMAGES FOR:**<br><br>**1) LEGAL MALPRACTICE;**<br>**2) BREACH OF FIDUCIARY DUTIES; AND**<br>**3) BREACH OF FIDUCIARY DUTIES** |

For their Complaint for Damages, Plaintiffs MICHAEL GRECCO and MICHAEL GRECCO
PRODUCTIONS, INC. (together "Grecco" or "PLAINTIFFS") allege as follows:

1.     Michael Grecco is a world-renowned and award-winning photographer. While he
takes the photographs, he assigns all rights to photographs taken for commercial purposes, including
the copyrights, to Michael Grecco Productions, Inc., which then sells licenses for those photographs.
Michael Grecco primarily conducts his photography business through Michael Grecco Productions,
Inc. Due to the quality, publicity, and fame of the subjects of Michael Grecco's photographs, the
works are often illegally used by third parties, without purchasing licensing rights from Grecco. As
such, Grecco naturally sought legal representation to prosecute the frequent and numerous copyright
infringers of his works.

2.     Beginning in 2016, Defendants HIGBEE & ASSOCIATES and MATHEW HIGBEE

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 │ F: (310) 540-1507

(together "Higbee" or "DEFENDANTS") served as legal counsel for Grecco in relation to Grecco's copyright infringement claims. Higbee also represented a multitude of other clients, and admitted to Grecco that, as Higbee handles over 500,000 individual cases at any given time, Higbee lacks the ability to effectively litigate all of those cases simultaneously. While Higbee did successfully litigate some cases on Grecco's behalf, Higbee has negligently allowed the statute of limitations for several other Grecco cases to expire, resulting in damages to Grecco.

3.     Further, Higbee went into business with Grecco, but failed to obtain the necessary informed consent from Grecco before doing so.

4.     When Higbee and Grecco's business relationship fell apart, Higbee allowed his professional services to fail, terminating several copyright violation cases on almost the exact same date that he and Grecco severed their business relationship. However, the damage was already done, as Grecco's cases were barred by the statute of limitations.

5.      Finally, Higbee represented Grecco pursuant to several contingency fee engagement agreements. However, each of these agreements is voidable, and is now void, under Cal. Business & Professions Code § 6147. As such, Higbee is now only entitled to a "reasonable" fee, rather than the contingency fee that Higbee was paid, and Grecco is now entitled to a refund of those paid contingency fees.

**PARTIES AND JURISDICTION**

6.     MICHAEL GRECCO is a resident of the County of Los Angeles, in the State of California. At all relevant times hereto, he was the President and Owner of MICHAEL GRECCO PRODUCTIONS, INC.

7.     MICHAEL GRECCO PRODUCTIONS, INC. is and at all relevant times was a corporation organized and existing under the laws of the State of California, with its principal place of business in the County of Los Angeles, in the state of California.

8.     MATHEW HIGBEE is and was at all relevant times a resident of the County of Orange, in the State of California. MATHEW HIGBEE is and was an attorney licensed to practice in the State of California, and was the principal of HIGBEE & ASSOCIATES.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

9.    HIGBEE & ASSOCIATES is a law firm of unknown form, with its principal place of business in the County of Orange, in the State of California. HIGBEE & ASSOCIATES' website holds out MATHEW HIGBEE as its "founding attorney."

10.    This Court has jurisdiction over this action pursuant to California Code of Civil Procedure § 410.10.

11.    Venue is proper in the County of Orange under California Code of Civil Procedure § 395 because, upon information and belief, Defendants reside, transact business, or have offices in this county, and the acts and omissions alleged herein took place in this county.

12.    All claims against Higbee have been tolled for 178 days pursuant to Emergency Rule 9 of the California State Judicial Council.

## GENERAL STATEMENT OF FACTS

### *Higbee's Business Model*

13.    As previously stated, Michael Grecco is a world famous and award-winning photographer, doing business through his entity, Michael Grecco Productions, Inc. Grecco approached Higbee to represent Grecco in its copyright violation claims relating to unlicensed uses of Grecco's photographs in or around 2016.

14.    Higbee represents a high volume of clients in relation to copyright violation claims for improper and unlicensed use of copyrighted materials, mostly photographs improperly used online. As described on their own website, Higbee has "won the trust of more than 30,000 clients, including some of the biggest media companies in the world, such as The Associated Press and Agence France-Presse and several government entities (*sic*), including the Attorney General for the State of Ohio."

15.    Further, Higbee's website describes its copyright violation practice as follows:

> The Law Firm of Higbee & Associates will fight to protect your intellectual property. No client is too big or too small. We represent two of three largest news agencies in the world, some of the most prestigious photo agencies, as wells some of the most well known names in photography. But we also represent aspiring professionals, those who are about to break through and the up and coming stars— be they photographers, writers, producers, or musicians— we are

SER 0228

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

ready to serve.

> Higbee & Associates has been listed by LexMachina as one of the most active litigators of copyright lawsuits for four consecutive years. But is not just about quantity. Higbee & Associates has won an astounding 91 percent of motions it has filed or opposed (excludes criminal law related motions in Texas). We have collected nearly $40 million dollars for our clients on contingency cases.

16. Mathew Higbee once told Michael Grecco that Higbee maintains an active caseload of approximately 500,000 individual matters at any given time, but given the total number of attorneys and staff employed by Higbee, the firm simply cannot manage all of those cases and pursue them on a timely basis. A damning admission from a firm's principal. Higbee's website holds out Mathew Higbee as the "founding attorney" at Higbee & Associates.

### *Higbee's Contingency Fee Agreements*

17. Grecco approached Higbee to represent Grecco in its copyright violation claims relating to unlicensed uses of Grecco's photographs in or around 2016. On or around October 12, 2016, Higbee provided an agreement to Grecco to represent Grecco on a contingency fee basis. The first contingency fee agreement was presented only to Michael Grecco, the individual, and was for "copyright infringement claims," "through the pre-litigation process including negotiating a settlement of the claim" (the "First Contingency Agreement"). Importantly, the rates within the First Contingency Agreement were negotiated, and Grecco was given a discounted rate by Higbee.

18. The First Contingency Agreement specifically states that Higbee can only withdraw from its representation of Grecco "if no court action has been filed, on reasonable notice to client." Only Michael Grecco, in his individual capacity, signed the First Contingency Agreement on or around October 13, 2016, but no one on behalf of Michael Grecco Productions, Inc. executed the First Contingency Agreement. Further, no one from Higbee ever executed the First Contingency Agreement. The First Contingency Agreement is attached hereto as Exhibit A.

19. Higbee accepted multiple cases from Grecco under the First Contingency Agreement, and resolved many of them, resulting in collections and attorneys' fees as follows:

a. Cases successfully pursued: 12

b.    Total dollars collected: $339,315.05

c.    Total attorneys' fees earned: $122,501.24

20.    Thereafter, in or around April of 2017, Grecco noticed that Higbee began charging higher contingency rates than what was reflected in the First Contingency Agreement. Higbee claimed that the First Contingency Agreement only applied to pre-litigation matters, and that a higher rate—not reflected in the First Contingency Agreement—was necessary for matters that had proceeded to the point where filing litigation was necessary. At that time, Higbee demanded that Grecco enter into a new contingency agreement that included litigation within the scope of services to be provided by Higbee. This new contingency fee agreement named both Michael Grecco **and** Michael Grecco Productions, Inc. as clients, and went into effect on or around April 23, 2017 (the "Second Contingency Agreement"). The Second Contingency Agreement is attached hereto as Exhibit B. The Second Contingency Agreement was never signed by Grecco or Higbee.

21.    The Second Contingency Agreement included an expanded scope of services as follows: "Attorney will represent Client through the pre-litigation process including negotiating a settlement of the claim. Attorney will also represent Client through the litigation process, including filing of lawsuit, pre-trial litigation, and trial preparation. Service in any manner not described above will require a separate written agreement." Additionally, the Second Contingency Agreement charged a separate and higher contingency fee schedule.

22.    Notably, the Second Contingency Agreement is silent as to its effect on the First Contingency Agreement. At no point did the Second Contingency Agreement state, nor did Grecco agree, that matters undertaken under the First Contingency Agreement would be governed by the new terms set out in the Second Contingency Agreement. However, after the ostensible effective date of the Second Contingency Agreement, Higbee unilaterally began applying the higher contingency fee schedule from the Second Contingency Agreement to all Grecco cases, regardless of whether those cases were sent to Higbee before or after the Second Contingency Agreement was put into effect.

23.    Higbee accepted multiple cases from Grecco under the Second Contingency Agreement, and resolved many of them, resulting in collections and attorneys' fees as follows:

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

d.  Cases successfully pursued: 64

e.  Total dollars collected: $592,549.32

f.  Total attorneys' fees earned: $208,160.60

24.  Finally, in or around August of 2019, Higbee approached Grecco with another new contingency fee agreement. Once again, this new contingency fee agreement expanded the scope of services and increased the contingency fee schedule, to Higbee's benefit. This new contingency fee agreement named Michael Grecco as an individual **and** Michael Grecco Productions, Inc., as Higbee's clients, and was dated September 11, 2019 (the "Third Contingency Agreement"). The Third Contingency Agreement is attached hereto as Exhibit C. However, Higbee never executed the Third Contingency Agreement.

25.  The Third Contingency Agreement included an expanded scope of services, adding "reverse-image search services" in addition to pre-litigation negotiation and copyright litigation services. Additionally, the Third Contingency Agreement charged a separate and higher contingency fee schedule. Significantly, for the first time, the Third Contingency Agreement included language that Higbee could "elect not to pursue or cease pursuing a claim for any reason." As shown below, Higbee would use this in an attempt to re-write the record in relation to cases Higbee had already started to work on after negligently allowing the statute of limitations to expire.

26.  Much like the Second Contingency Agreement, the Third Contingency Agreement is silent as to its effect on the First Contingency Agreement or the Second Contingency Agreement. At no point did the Third Contingency Agreement state or did Grecco agree that matters undertaken under the First Contingency Agreement or the Second Contingency Agreement would be governed by the new terms set out in the Third Contingency Agreement. However, after Grecco executed the Third Contingency Agreement, Higbee unilaterally began applying the higher contingency fee schedule from the Third Contingency Agreement to all Grecco cases, regardless of whether those cases were sent to Higbee before or after the Third Contingency Agreement was put into effect. Higbee accepted multiple cases from Grecco under the Third Contingency Agreement, and resolved two of them, resulting in collections and attorneys' fees as follows:

a.  Cases successfully pursued: 2

b.   Total dollars collected: $35,000

c.   Total attorneys' fees earned: $12,815.85

### *Higbee's Business Relationship With Grecco*

27.   Importantly, in or around October of 2017, Michael Grecco went into business with Mathew Higbee, founding a company called Image Defender, LLC ("ID"). Grecco and Higbee were co-members of ID, and owed fiduciary duties to each other as a result of that relationship. The purpose of ID was to provide copyright infringement litigation services to third parties. At no point did Higbee provide Grecco with any sort of information, waiver, or consent pursuant to Cal. Rules of Professional Conduct 1.8.1 ("CRPC"), or the equivalent that was in effect at that time, CRPC 3-300.

28.   Higbee advised Grecco in large measure as to the organization of ID. ID was a business that aided copyright holders in pursuing copyright infringers. Higbee had set up ID to refer most of the litigation needs of ID's clients to Higbee, which amounted to Higbee self-dealing. Further, Grecco later learned that Higbee had set up ID in violation of multiple parts of the California Rules of Professional Conduct and Business & Code, including that ID illegally referred well in excess of 20% of its litigation cases to Higbee and that Higbee was improperly sharing attorneys' fees with non-attorneys. All of this came to a head when Grecco confronted Higbee as to his illegal behavior. As a result, that business relationship fell apart, and ID was unwound, with an agreement to that effect being dated March 11, 2021.

29.   As ID fell apart due to Higbee's malfeasance, the relationship between Higbee and Grecco, personal as well as professional, fell apart. As such, at or around the time that ID fell apart, Grecco became concerned that Higbee would allow the professional services provided to Grecco to falter. And indeed, at almost the exact same time that Higbee executed the agreement to unwind ID, Higbee decided to "decline" several of Grecco's cases, including those referenced below. As will be shown below, Higbee "declining" these cases is a misnomer, as Higbee uses the term in an attempt to re-write history, and distance himself from negligent legal services in relation thereto.

30.   Grecco is informed and believes that due to the failing nature of Grecco and Higbee's business relationship arising out of ID, Higbee stopped providing adequate information to Grecco in

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

relation to the status and nature of Grecco's cases that Higbee was handling.

### *Higbee's Negligent Representation of Grecco*

31.     As an inevitable result of Higbee's business model of taking on more cases that the firm could handle and Higbee becoming upset with Grecco after being confronted with Higbee's unethical actions in relation to ID, Higbee allowed the statute of limitations on several of Grecco's copyright enforcement cases to expire, damaging Grecco in the loss of those claims.

32.     By way of background, Higbee generally requires all of his clients to grant a "Power of Attorney" ("POA") to Higbee. This POA grants Higbee full settlement authority over that particular client's cases, such that Higbee can negotiate, manage, and settle all of a given client's claims—within parameters given by the client, such as a minimum acceptable settlement value—without needing to repeatedly check in with that client.

33.     In addition, Higbee maintains an online portal for the management of cases it is handling on behalf of its clients. Clients share relevant documents with Higbee (e.g., screen shots of websites using copyright protected images, copyright registrations demonstrating a client's rights to the photograph, and any other documents Higbee may need to litigate the case), and Higbee then uploads the documents to the online portal, which tracks the progress of any given case. Higbee's clients have access to this online portal.

34.     In combination, Higbee's online portals and POAs allow clients to employ a "set it and forget it" approach to copyright infringement litigation. In other words, clients will upload necessary documents and information to Higbee's portal such that Higbee can initiate collection efforts, and then the client will be reliant on Higbee for information and updates as to the outcome and status of those cases. In many instances, a client may not hear of a case after assigning it to Higbee again until it resolves, one way or another, or Higbee rejects the file altogether, which the client is informed of via email.

35.     This foregoing description generally reflects Grecco's relationship with Higbee. Grecco granted POAs to Higbee in combination with each of the contingency fee agreements, and Grecco employed the "set it and forget it" mindset as to these copyright infringement cases, relying

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

on Higbee to provide updates as to these cases.

36.     Further, in many cases it is difficult for a copyright holder, such as Grecco, or their attorneys, such as Higbee, to identify the owner of a website infringing on a copyright. In order to identify that owner, and potential defendant of a copyright infringement action, an attorney, such as Higbee, would issue a subpoena to the internet domain identifying service "whois.com" (a "WhoIs Subpoena"), to ascertain the identity and contact information for the infringer for a particular action.

37.     Higbee's negligent representation of Grecco such that specific cases were allowed to expire, includes the following, but is not limited to, the following cases:

*Today in Pop*

38.     Higbee negligently represented Grecco in relation to a file referred to as "Today in Pop," Higbee's internal case number 501422, by allowing the statute of limitations to expire.

39.     The website www.todayinpop.com was found on or around February 10, 2017 to be infringing on Grecco's copyright in several uses of one photograph of the celebrity Cher.  The deadline to timely file a claim was, therefore, on or around February 20, 2020.

40.     In or about February 2017, Grecco referred the case to Higbee for prosecution. During 2017, Higbee communicated to Grecco that Higbee would pursue a WhoIs Subpoena to identify the infringer and target of the infringement action. However, Higbee negligently failed to do so.

41.     In or around October of 2020, Grecco had a series of communications with Higbee, asking for updates as to the Today in Pop case, as well as several others.

42.     Higbee did not directly respond to Grecco's requests for information. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

43.     Grecco determined in or around early 2021 Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any

1   issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and

2   simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of

3   the Today in Pop file in its online portal to "Declined (Not Enough Info)," attempting to end his

4   representation of Grecco as to the Today in Pop file, on March 10, 2021. However, as shown,

5   Higbee had been considering the case and working on the case when Higbee negligently allowed the

6   statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite

7   the history.

8

9                                                *Alchetron*

10          44.     Higbee negligently represented Grecco in relation to a file referred to as "Alchetron,"

11  Higbee's internal case number 503123, by allowing the statute of limitations to expire.

12          45.     The website alchetron.com was found on or around November 14, 2016 to be

13  infringing on Grecco's copyright in a photograph. The deadline to timely file a claim was, therefore,

14  on or around November 14, 2019.

15          46.     In or around April of 2017, Grecco referred the case to Higbee for prosecution.

16  During 2017, Higbee communicated to Grecco that Higbee would pursue a WhoIs Subpoena to

17  identify the infringer and target of the infringement action. However, Higbee negligently failed to do

18  so.

19          47.     In or around October of 2020, Grecco had a series of communications with Higbee,

20  asking for updates as to the Alchetron case.

21          48.     Higbee did not directly respond to Grecco's requests for information. Grecco is

22  informed and believes that this failure to provide adequate information was a result of the souring of

23  the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and

24  believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring

25  relationship.

26          49.     Grecco determined in or around early 2021 Higbee had failed to adequately pursue

27  the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any

28  issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the Alchetron file in its online portal to "Declined (Not Enough Info)," attempting to end his representation of Grecco as to the Alchetron file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

*Yelp Inc.*

50.     Higbee negligently represented Grecco in relation to a file referred to as "Yelp Inc.," Higbee's internal case number 504799, by allowing the statute of limitations to expire.

51.     The yelp.com website was found in or by August of 2017 to be infringing on Grecco's copyright in several photographs. The deadline to timely file a claim was, therefore, in or around August of 2020.

52.     In or around August of 2017, Grecco referred the case to Higbee for prosecution. During 2017, Higbee communicated to Grecco that Higbee would pursue a WhoIs Subpoena to identify the infringer and target of the infringement action. However, Higbee negligently failed to do so.

53.     In or October of 2020, Grecco had a series of communications with Higbee, asking for updates as to several cases, including Yelp Inc.

54.     Higbee did not directly respond to Grecco's requests for information regarding the Yelp Inc. case. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

55.      Grecco determined in or around early 2021 that Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

the Yelp Inc. file in its online portal to "Declined (Out of Jurisdiction)," attempting to end his representation of Grecco as to the Yelp Inc. file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

*Marketplace Pulse*

56.     Higbee negligently represented Grecco in relation to a file referred to as "Marketplace Pulse," Higbee's internal case number 504442, by allowing the statute of limitations to expire.

57.     The marketplacepulse.com website was found in or by July of 2017 to be infringing on Grecco's copyright in one photograph. The deadline to timely file a claim was, therefore, in or around July of 2020.

58.     In or around July of 2017, Grecco referred the case to Higbee for prosecution. During 2017, Higbee communicated to Grecco that Higbee would pursue a WhoIs Subpoena to identify the infringer and target of the infringement action. However, Higbee negligently failed to do so.

59.     In or around October of 2020, Grecco had a series of communications with Higbee, asking for updates as to the Marketplace Pulse case, as well as several others.

60.     Higbee did not directly respond to Grecco's requests for information regarding the Marketplace Pulse case. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

61.     Grecco determined in or around early 2021 that Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the Marketplace Pulse file in its online portal to "Declined (Not Enough Info)," attempting to end his representation of Grecco as to the Marketplace Pulse file, on March 10, 2021. However, as shown,

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

*Music Times, LLC*

62.    Higbee negligently represented Grecco in relation to a file referred to as "Music Times, LLC," Higbee's internal case number 506170, by allowing the statute of limitations to expire.

63.    The musictimes.com website was found on or by October 12, 2017 to be infringing on Grecco's copyright in several uses of one photograph. The deadline to timely file a claim was, therefore, on or around October 12, 2020.

64.    In or around 2017, Grecco referred the case to Higbee for prosecution. During 2017 and 2018, Grecco's staff specifically reminded Higbee's staff to pursue this case, and indeed, to pursue it on an expedited basis. However, Higbee negligently failed to do so.

65.    In or around October of 2020, Grecco had a series of communications with Higbee, asking for updates as to the Music Times, LLC case, as well as several others.

66.    Higbee did not directly respond to Grecco's requests for information regarding the Music Times, LLC case. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

67.    Grecco determined in or around early 2021 that Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the Music Times, LLC file in its online portal to "Declined," attempting to end his representation of Grecco as to the Music Times, LLC file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history

of the case.

*Piximus*

68.    Higbee negligently represented Grecco in relation to a file referred to as "Piximus," Higbee's internal case number 503120, by allowing the statute of limitations to expire.

69.    The piximus.net website was found on or around October 6, 2016 to be infringing on Grecco's copyright in one photograph. The deadline to timely file a claim was, therefore, on or around October 6, 2019.

70.    In or around January of 2017, Grecco referred the case to Higbee for prosecution. During 2017, Higbee communicated to Grecco that Higbee would pursue a WhoIs Subpoena to identify the infringer and target of the infringement action. However, Higbee negligently failed to do so.

71.    In or around October 2020, Grecco had a series of communications with Higbee, asking for updates as to the Piximus case, as well as several others.

72.    Higbee did not directly respond to Grecco's requests for information as to Piximus. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

73.    Grecco determined in or around early 2021 that Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the Piximus file in its online portal to "Declined (Not Enough Info)," attempting to end his representation of Grecco as to the Piximus file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

*Planetwide Productions*

74.     Higbee negligently represented Grecco in relation to a file referred to as "Planetwide Productions," Higbee's internal case number 504415, by allowing the statute of limitations to expire.

75.     The idratherbeskateboarding.com website was found in or by July of 2017 to be infringing on Grecco's copyright in one photograph. The deadline to timely file a claim was, therefore, in or around July of 2020.

76.     In or around July of 2017, Grecco referred the case to Higbee for prosecution. During 2017, Higbee sent an initial demand letter to the infringer in the Planetwide Productions case. However, Higbee negligently failed take any actions thereafter.

77.     In or around October 2020, Grecco had a series of communications with Higbee, asking for updates as to many of Grecco's cases, including Planetwide Productions.

78.     Higbee did not directly respond to Grecco's requests for information as to the Planetwide Productions file. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

79.     Grecco determined in or around early 2021 that Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the Planetwide Productions file in its online portal to "Declined," attempting to end his representation of Grecco as to the Planetwide Productions file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

*Psycho Drive In*

80.     Higbee negligently represented Grecco in relation to a file referred to as "Psycho Drive In," Higbee's internal case number 504493, by allowing the statute of limitations to expire.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

81.     The psychodrivein.com website was found in or by July of 2017 to be infringing on Grecco's copyright in one photograph. The deadline to timely file a claim was, therefore, in or around July of 2020.

82.     In or around July of 2017, Grecco referred the case to Higbee for prosecution. During 2017, Higbee sent an initial demand letter to the alleged infringer in the Psycho Drive In case. However, Higbee negligently failed to take any actions thereafter, despite identifying the need to obtain a WhoIs subpoena after the alleged infringer Higbee had contacted was determined not to be affiliated with Psycho Drive In.

83.     In or around October of 2020, Grecco had a series of communications with Higbee, asking for updates as to many of Grecco's cases, including Psycho Drive In.

84.     Higbee did not directly respond to Grecco's requests for information regarding the Psycho Drive In case. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

85.     Grecco determined in or around early 2021 that Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the Psycho Drive In file in its online portal to "Declined (Not Enough Info)," attempting to end his representation of Grecco as to the Psycho Drive In file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

*QUOTEADDICTS*

86.     Higbee negligently represented Grecco in relation to a file referred to as "QUOTEADDICTS," Higbee's internal case number 504796, by allowing the statute of limitations

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

to expire.

87.     The quoteaddicts.com website was found in or by August of 2017 to be infringing on Grecco's copyright in one photograph. The deadline to timely file a claim was, therefore, in or around August of 2020.

88.     In or around August of 2017, Grecco referred the case to Higbee for prosecution. During 2017, Higbee communicated to Grecco that Higbee would pursue a WhoIs Subpoena to identify the infringer and target of the infringement action. However, Higbee negligently failed to do so.

89.     In or around October of 2020, Grecco had a series of communications with Higbee, asking for updates as to several of Grecco's cases, including QUOTEADDICTS.

90.     Higbee did not directly respond to Grecco's requests for information regarding the QUOTEADDICTS case. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

91.     Grecco determined in or around early 2021 that Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the QUOTEADDICTS file in its online portal to "Declined (Not Enough Info)," attempting to end his representation of Grecco as to the QUOTEADDICTS file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

*Read Seat Ventures, LLC*

92.     Higbee negligently represented Grecco in relation to a file referred to as "Red Seat Ventures, LLC," Higbee's internal case number 504335, by allowing the statute of limitations to

expire.

93. The blumhouse.com website was found in or by July of 2017 to be infringing on Grecco's copyright in a photograph. The deadline to timely file a claim was, therefore, in or around July of 2020.

94. In or around July of 2017, Grecco referred the case to Higbee for prosecution. During 2017, Higbee had several settlement negotiation communications with the infringer in the Red Seat Ventures, LLC case. However, Higbee negligently failed take any actions thereafter.

95. In or around October of 2020, Grecco had a series of communications with Higbee, asking for updates as to the several of Grecco's cases, including Red Seat Ventures, LLC.

96. Higbee did not directly respond to Grecco's requests for information regarding Red Seat Ventures, LLC. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

97. Grecco determined in or around early 2021 that Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the Red Seat Ventures, LLC file in its online portal to "Declined," attempting to end his representation of Grecco as to the Red Seat Ventures, LLC file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

*Smartasses Magazine*

98. Higbee negligently represented Grecco in relation to a file referred to as "Smartasses Magazine," Higbee's internal case number 504778, by allowing the statute of limitations to expire.

99. The smartasses100sexiest.com website was found in or by August of 2017 to be

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

1  infringing on Grecco's copyright in one photograph. The deadline to timely file a claim was,

2  therefore, in or around August of 2020.

3      100.    In or around August of 2017, Grecco referred the case to Higbee for prosecution.

4  During 2017, Higbee communicated to Grecco that Higbee would pursue a WhoIs Subpoena to

5  identify the infringer and target of the infringement action. However, Higbee negligently failed to do

6  so.

7      101.    In or around October of 2020, Grecco had a series of communications with Higbee,

8  asking for updates as to many of Grecco's cases, including Smartasses Magazine.

9      102.    Higbee did not directly respond to Grecco's requests for information regarding

10  Smartasses Magazine. Grecco is informed and believes that this failure to provide adequate

11  information was a result of the souring of the relationship between Higbee and Grecco relating to the

12  ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate

13  with Grecco as a result of that souring relationship.

14      103.    Grecco determined in or around early 2021 that Higbee had failed to adequately

15  pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to

16  any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and

17  simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of

18  the Smartasses Magazine file in its online portal to "Declined (Not Enough Info)," attempting to end

19  his representation of Grecco as to the Smartasses Magazine file, on March 10, 2021. However, as

20  shown, Higbee had been considering the case and working on the case when Higbee negligently

21  allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt

22  to rewrite the history of the case.

23

24                                      *TheBizSense*

25      104.    Higbee negligently represented Grecco in relation to a file referred to as

26  "TheBizSense," Higbee's internal case number 503122, by allowing the statute of limitations to

27  expire.

28      105.    The bizsense.com website was found in or by April of 2017 to be infringing on

Grecco's copyright in one photograph. The deadline to timely file a claim was, therefore, in or around April of 2020.

106.    In or around April of 2017, Grecco referred the case to Higbee for prosecution. During 2017, Higbee communicated to Grecco that Higbee would pursue a WhoIs Subpoena to identify the infringer and target of the infringement action. However, Higbee negligently failed to do so.

107.    In or around October of 2020, Grecco had a series of communications with Higbee, asking for updates as to several of Grecco's cases, including TheBizSense.

108.    Higbee did not directly respond to Grecco's requests for information regarding TheBizSense. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

109.    Grecco determined in or around early 2021 that Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the TheBizSense file in its online portal to "Declined (Not Enough Info)," attempting to end his representation of Grecco as to the TheBizSense file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

*Trendy News*

110.    Higbee negligently represented Grecco in relation to a file referred to as "Trendy News," Higbee's internal case number 503118, by allowing the statute of limitations to expire.

111.    The trendynews.com website was found in or by November of 2016 to be infringing on Grecco's copyright in one photograph. The deadline to timely file a claim was, therefore, in or

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

around November of 2019.

112.     In or around April of 2017, Grecco referred the case to Higbee for prosecution. During 2017, Higbee communicated to Grecco that Higbee would pursue a WhoIs Subpoena to identify the infringer and target of the infringement action. However, Higbee negligently failed to do so.

113.     In or around October of 2020, Grecco had a series of communications with Higbee, asking for updates as to several of Grecco's cases, including Trendy News.

114.     Higbee did not directly respond to Grecco's requests for information regarding Trendy News. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

115.     Grecco determined in or around early 2021 that Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the Trendy News file in its online portal to "Declined (Not Enough Info)," attempting to end his representation of Grecco as to the Trendy News file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

*TUB GIT*

116.     Higbee negligently represented Grecco in relation to a file referred to as "TUB GIT," Higbee's internal case number 503114, by allowing the statute of limitations to expire.

117.     The tub.tubgit.com website was found in or by October of 2016 to be infringing on Grecco's copyright in several uses of one photograph. The deadline to timely file a claim was, therefore, in or around October of 2019.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

118.     In or around April of 2017, Grecco referred the case to Higbee for prosecution. During 2017, Higbee communicated to Grecco that Higbee would pursue a WhoIs Subpoena to identify the infringer and target of the infringement action. However, Higbee negligently failed to do so.

119.     In or around October of 2020, Grecco had a series of communications with Higbee, asking for updates as to Grecco's cases.

120.     Higbee did not directly respond to Grecco's requests for information regarding the TUB GIT case. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

121.     Grecco determined in or around early 2021 that Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the TUB GIT file in its online portal to "Declined (Not Enough Info)," attempting to end his representation of Grecco as to the TUB GIT file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

*Valve Corporation*

122.     Higbee negligently represented Grecco in relation to a file referred to as "Valve Corporation," Higbee's internal case number 504557, by allowing the statute of limitations to expire.

123.     The tradingcarddb.com website was found in or by July of 2017 to be infringing on Grecco's copyright in one photograph. The deadline to timely file a claim was, therefore, in or around July of 2020.

124.     In or around July of 2017, Grecco referred the case to Higbee for prosecution. During

2017, Higbee communicated to Grecco that Higbee needed the copyright registration certificate. Grecco provided that certificate to Higbee. However, Higbee negligently failed to pursue the case further after that point.

125.     In or around October of 2020, Grecco had a series of communications with Higbee, asking for updates as to Grecco's cases, including Valve Corporation.

126.     Higbee did not directly respond to Grecco's requests for information regarding Valve Corporation. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

127.     Grecco determined in or around early 2021 that Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the Valve Corporation file in its online portal to "Declined," attempting to end his representation of Grecco as to the Valve Corporation file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

*VFiles*

128.     Higbee negligently represented Grecco in relation to a file referred to as "VFiles," Higbee's internal case number 500824, by allowing the statute of limitations to expire.

129.     The vfiles.com website was found in or by November of 2016 to be infringing on Grecco's copyright in several photographs. The deadline to timely file a claim was, therefore, in or around November of 2019.

130.     In or around October of 2017, Grecco referred the case to Higbee for prosecution. Despite making initial contact with the infringer and target of potential infringement action, Higbee

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

failed to resolve the case. Instead, Higbee negligently failed to take any action, despite making multiple threats to the infringer that a lawsuit would be filed.

131.    In or around October of 2020, Grecco had a series of communications with Higbee, asking for updates as to the VFiles case.

132.    In or around early 2021, Grecco had determined that Higbee had allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Instead, Higbee made spurious claims as to the merits of the case, and then changed the status of the VFiles file in its online portal to "Not Settled (Dead End)," on November 25, 2020, after the statute of limitations had already expired. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to call the case a "dead end" is a shallow attempt to rewrite the history of the case.

*Viral Spots*

133.    Higbee negligently represented Grecco in relation to a file referred to as "Viral Spots," Higbee's internal case number 504570, by allowing the statute of limitations to expire.

134.    The viralspots.com website was found in or by July of 2017 to be infringing on Grecco's copyright in several uses of photograph. The deadline to timely file a claim was, therefore, in or around July of 2020.

135.    In or around July of 2017, Grecco referred the case to Higbee for prosecution. In or around August of 2017, Higbee indicated that Higbee needed the registration certificate for the infringed photo from Grecco. Grecco provided that certificate to Higbee. However, Higbee negligently failed to pursue the case further after that point.

136.    In or around October of 2020, Grecco had a series of communications with Higbee, asking for updates as to Grecco's cases, including Viral Spots.

137.    Higbee did not directly respond to Grecco's requests for information regarding the Viral Spots case. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

Grecco as a result of that souring relationship.

138. Grecco determined in or around early 2021 that Higbee had failed to adequately pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the Viral Spots file in its online portal to "Declined," attempting to end his representation of Grecco as to the Viral Spots file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

*walldevil.com*

139. Higbee negligently represented Grecco in relation to a file referred to as "walldevil.com," Higbee's internal case number 504574, by allowing the statute of limitations to expire.

140. The walldevil.com website was found in or by July of 2017 to be infringing on Grecco's copyright in one photograph. The deadline to timely file a claim was, therefore, in or by July of 2020.

141. In or around July of 2017, Grecco referred the case to Higbee for prosecution. During 2017, Higbee communicated to Grecco that Higbee would pursue a WhoIs Subpoena to identify the infringer and target of the infringement action. However, Higbee negligently failed to do so.

142. In or around October of 2020, Grecco had a series of communications with Higbee, asking for updates as to Grecco's cases, including walldevil.com.

143. Higbee did not directly respond to Grecco's requests for information regarding walldevil.com. Grecco is informed and believes that this failure to provide adequate information was a result of the souring of the relationship between Higbee and Grecco relating to the ID business. Grecco is informed and believes that Higbee was intentionally failing to communicate with Grecco as a result of that souring relationship.

144. Grecco determined in or around early 2021 that Higbee had failed to adequately

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

pursue the case and allowed the statute of limitations to expire. Higbee never advised Grecco as to any issues with the statute of limitations. Rather, Higbee allowed the case to remain as pending, and simply withheld any updates relating thereto for months. Eventually, Higbee changed the status of the walldevil.com file in its online portal to "Declined (Not Enough Info)," attempting to end his representation of Grecco as to the walldevil.com file, on March 10, 2021. However, as shown, Higbee had been considering the case and working on the case when Higbee negligently allowed the statute of limitations to expire, and attempting to "decline" the case is a shallow attempt to rewrite the history of the case.

## FIRST CAUSE OF ACTION

## LEGAL MALPRACTICE

### Against Mathew Higbee and Higbee & Associates

145.    Grecco incorporates by reference all facts asserting the preceding paragraphs as though fully set forth herein.

146.    As stated above, Higbee represented Grecco in relation to at least 18 separate matters (see Paragraphs 31-144) in which Higbee allowed the statute of limitations to expire before Higbee had either filed a claim, undertaken sufficient discovery so as to identify the appropriate target of an infringement action, completed negotiations with the target of a potential infringement action, or even notified Grecco that the case was nearing the statute of limitations deadline.

147.    Grecco did not discover that the statute of limitations as to these cases had expired until in or around early 2021. Grecco was absolutely reliant on Higbee as to all of these cases. Despite asking for information and updates on the status of these cases in or around October of 2020, Higbee refused to and/or failed to provide that information to Grecco.

148.    As there was no appreciable harm or public record of harm to Grecco, such as an entry of judgment resulting from the expiration of these claims, there was no reason for Grecco to have discovered these issues with the statute of limitations on these cases, as he expected Higbee to be pursuing these cases as directed. Indeed, there was no reason for Grecco to suspect anything was amiss until Higbee failed to provide Grecco with the requested information. Grecco did not discover

that Higbee had allowed the statute of limitations to expire as to these cases until in or around early 2021.

149.    Higbee continued to represent Grecco as to these matters until March 10, 2021.

150.    To date, these are the files that Grecco has been able to identify as being negligently abandoned by Higbee, but this is not an exhaustive list. There may still be further files that Higbee negligently allowed to expire in a similar fashion.

151.    The standard of care required that Higbee not allow the statute of limitations to expire while Higbee was representing Grecco in relation to those claims. Further, to the extent that Higbee may have had the right to decline those 18 cases, or additional cases that may yet be discovered, the standard of care required Higbee to inform Grecco that Higbee was going to decline the cases such that Grecco had sufficient time to seek other counsel to take on those matters. Because Higbee failed to do that, resulting in all 18 claims being barred by the statute of limitations, Higbee breached the standard of care in its representation of Grecco.

152.    As these 18 cases were copyright infringement actions, each file carried with it statutory damages of $30,000.00, to which Grecco was entitled.

153.    As a direct and proximate result of Higbee's negligence, Grecco lost any and all right to seek to pursue all 18 of these actions, and, therefore, lost the right to seek damages of $540,000.00.


**SECOND CAUSE OF ACTION**

**BREACH OF FIDUCIARY DUTIES**

**Against Mathew Higbee and Higbee & Associates**

154.    Grecco incorporates by reference all facts asserting the preceding paragraphs as though fully set forth herein.

155.    Higbee represented Grecco beginning on or around October 13, 2016.

156.    In on around October of 2017, Mathew Higbee and Michael Grecco went into business together, starting ID. Grecco did not execute any kind of waiver, consent, or other agreement relating to Higbee's ethical duties and Grecco entering a business arrangement with his

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

counsel. Higbee failed to give Grecco any information as to a potential conflict of interest that might arise from doing business with his lawyer. Higbee failed to advise Grecco to seek independent counsel for advice as to the business arrangements relating to ID. Higbee failed to obtain any sort of written consent or waiver from Grecco as called for by CRPC 1.8.1 or the then-effective 3-300.

157.    Towards the end of 2020 and into the beginning of 2021, the personal and professional relationship between Grecco and Higbee began to fray, as Grecco confronted Higbee as to his unethical actions in relation to ID. Grecco is informed and believes that Higbee failed to effectively represent Grecco as to the above cases because of their fallout around ID. Indeed, as evidence of that, Higbee declined several of the Grecco cases, including almost all of the 18 cases referenced above, on or around the same date that Higbee and Grecco agreed to dissolve ID.

158.    Therefore, as a direct and proximate result of Higbee and Grecco going into business together, Higbee allowed the statute of limitations to expire as to at least 18 of Grecco's cases.

159.    As these 18 cases were copyright infringement actions, each file carried with it statutory damages of $30,000.00, to which Grecco was entitled.

160.    As a direct and proximate result of Higbee's negligence, Grecco lost any and all right to seek to pursue all 18 of these actions, and, therefore, lost the right to seek damages of $540,000.00.

### THIRD CAUSE OF ACTION

### BREACH OF FIDUCIARY DUTIES

### Against Mathew Higbee and Higbee & Associates

161.    Grecco incorporates by reference all facts asserting the preceding paragraphs as though fully set forth herein.

162.    As set out above, Higbee represented Grecco pursuant to the First Contingency Agreement, the Second Contingency Agreement, and the Third Contingency Agreement. However, each of those documents was not fully executed, and therefore was not compliant with Cal. Bus. & Prof. Code § 6147(a).

163.    The First Contingency Agreement, the Second Contingency Agreement, and the

Third Contingency Agreement were voidable, and have been voided. As such, no valid written engagement exists as to and between Grecco and Higbee.

164.    However, Higbee has already collected $343,477.69, but without any right to do so. Rather, Higbee is entitled only to a reasonable fee, which Grecco is informed and believes is significantly less than $343,477.69.

165.    As a direct and proximate result of Higbee's failure to obtain a valid contingency agreement, Grecco has been harmed in an amount of $343,477.69, the amount of contingency fees that Higbee wrongfully collected.

## **PRAYER FOR RELIEF**

WHEREFORE, Grecco prays for judgment against Higbee as follows:

**As to the First and Second Causes of Action:**

1.    For compensatory damages in an amount of, at least, $540,000.00, to be proven at time of trial;

**As to the Third Cause of Action:**

2.    For compensatory damages in an amount of, at least, $343,477.69, to be proven at time of trial;

**As to all Causes of Action:**

3.    For costs of suit incurred herein;

4.    For pre-judgment interest in an amount to be proven at the time of trial;

5.    For such further and other relief as the Court deems just and proper.

Dated:  August 6, 2021                                        **THE MALONEY FIRM, APC**

By:  _____

Patrick M. Maloney
Carl I. S. Mueller
Attorneys for Plaintiffs, MICHAEL GRECCO, and
MICHAEL GRECCO PRODUCTIONS, INC.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

# EXHIBIT A

SER 0255

## ATTORNEY - CLIENT FEE CONTRACT

**This ATTORNEY-CLIENT CONTRACT (the "Agreement")** is the written fee contract that California law requires lawyers to have with their clients. It is between **HIGBEE & ASSOCIATES** ("Attorney", "We", "Our" and "Us") and you, **MICHAEL GRECCO** ("Client", "You", and "Your").

1. **CONDITIONS.** This agreement will not take effect, and Attorney will have no obligation to provide legal services until Client returns a signed copy of this Agreement, and pays the initial deposit, if any, called for under paragraph 7.

2. **SCOPE AND DUTIES.** Client is hiring Attorney to represent Client's copyright infringement claims. Attorney will represent Client through the pre-litigation process including negotiating a settlement of the claim. Services in any manner not described above, including the filing of a copyright lawsuit, or any additional copyright infringement claims will require a separate written agreement.

3. **RESPONSIBILITIES OF THE PARTIES.** Attorney will provide those legal services reasonably required to represent Client in prosecuting the claims described in Paragraph 2 and will take reasonable steps to keep Client informed of progress and developments, and to respond promptly to inquiring and communications. Client agrees to be truthful with Attorney, to cooperate, to keep Attorney Informed of any information and developments which may come to Client's attention, to abide by this Agreement, to pay Attorney's bills for costs on time, and to keep Attorney advised of Client's address, telephone number, and whereabouts. Client agrees to appear at all legal proceeding when Attorney deems it necessary, and generally to cooperate fully with attorney in all matters related to the preparation and presentation of Client's claims. Client agrees to inform Attorney of any communication with opposing parties; if a settlement is made between Client and infringer, Attorney will be entitled to a portion of the settlement amount as set forth in Paragraph 4.

4. **LEGAL FEES.** Attorney will only be compensated for legal services rendered if a recovery is obtained for Client. If recovery is obtained, the fee to Attorney will be 33% of the "net recovery" for any infringements settled over $5,000.00; and 40% of the "net recovery" for any infringements settled for $5,000.00 or below. The term "net recovery" means the total of all amounts received by settlement, arbitration award or judgment, including any award of attorney's fees.

   In the event of Attorney's discharge or withdrawal as provided in Paragraph 9, Client agrees that, upon a payment of the settlement, arbitration award or judgment in the Client's favor in this matter, Attorney shall be entitled to be paid by Client a reasonable fee for the legal services provided. Such fee shall be determined by considering the following factors:

   1. The actual number of hours expended by Attorney in performing legal services for Client;
   2. Attorney's hourly rates;
   3. The extent to which Attorney's services have contributed to the result obtained;
   4. The amount of the fee in proportion to the value of the services performed;
   5. The amount of recovery obtained;
   6. Time limitations imposed on Attorney by Client or by the circumstances; and
   7. The experience, reputation and ability of personnel performing the services.

SER 0256

## Higbee & Associates

5.    **NEGOTIABILITY OF FEES.** The rates set forth above are not set by law, but are negotiable between an attorney and client.

6.    **COSTS AND EXPENSES.** Attorney will incur various costs and expenses. Attorney will advance such costs and expenses. Client will reimburse attorney for such advance costs and expenses on settlement, arbitration award, or judgment.

7.    **DEPOSIT.** Client agrees to pay Attorney an initial deposit for costs of $0 to be returned with this signed Agreement. Attorney will hold this initial deposit in a trust account. Client hereby authorizes Attorney to use that deposit to pay the costs, disbursements and other expenses incurred under this Agreement.

8.    **APPROVAL NECESSARY FOR SETTLEMENT.** Attorney will not make any settlement or compromise of any nature of any of Client's claims without Client's prior approval. Client retains the absolute right to accept or reject any settlement. Client agrees to consider seriously any settlement offer Attorney recommends before making a decision to accept or reject such offer. Client agrees not to make any settlement or compromise of any nature of any of Client's claims without prior notice to Attorney.

9.    **DISCHARGE AND WITHDRAWAL.** Client may discharge Attorney at any time, on written notice to us, and Attorney will immediately after receiving such notice cease to render additional services. Attorney may withdraw from representation of client (a) with client's consent, (b) on court approval, or (c) if no court action has been filed, on reasonable notice to client.

Notwithstanding Attorney's withdrawal or Client's notice of discharge, and without regard to the reasons for the withdrawal or discharge, Client will remain obligated to pay Attorney for all costs incurred prior to the termination and, in the event that there is any net recovery obtained by Client after conclusion of Attorney's services rendered from the effective date of this Agreement to the date of discharge.

10.   **CONCLUSION OF SERVICES.** When Attorney's services conclude, all unpaid charges will immediately become due and payable. Attorney is authorized to use any funds held in Attorney's trust account as a deposit against costs to apply to such unpaid charges. After attorney's services conclude, Attorney will, upon client's request, deliver Client's file to client along with any client funds or property in Attorney's possession.

11.   **RECEIPT OF PROCEEDS.** All proceeds of Client's case shall be deposited into the Attorney's trust account for disbursement in accordance with the provisions of this Agreement.

12.   **DISCLAIMER OF GUARANTEE.** Nothing in this Agreement and nothing in Attorney's statements to Client will be construed as a promise or guarantee about the outcome of this matter. Attorney makes no such promises or guarantees. There can be no assurance that Client will recover any sum or sums in this matter. Attorney's comments about the outcome of this matter are expressions of opinion only. Client acknowledges that Attorney has made no promise or guarantees about the outcome.

13.   **ENTIRE AGREEMENT.** This Agreement contains the entire agreement of the parties. No other agreement, statement, or promise made on or before the effective date of this Agreement will be binding on the parties.

**Corporate HQ** 1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
**Phone** (800) 716-1245  **Web** higbeeassociates.com

2

SER 0257

Higbee & Associates

14. **MODIFICATION AND SEVERABILITY.** This Agreement may be modified by subsequent agreement of the parties or by an oral agreement only to the extent that the parties carry it out. If any condition of this Agreement is found to be unenforceable, the remainder of the provisions will remain in full effect.

15. **EFFECTIVE DATE.** This Agreement will take effect when Client has performed the conditions stated in Paragraph 1. The date at the beginning of the Agreement is for reference only. Even if this Agreement does not take effect, Client will be obligated to pay Attorney the reasonable value of any services Attorney may have performed for Client.

16. **VENUE AND COSTS.** Disputes arising out of this transaction shall be adjudicated in Orange County Superior Court in the State of California. Losing party shall pay all associated costs, such as but not limited to, attorney's fees and court costs.

THE PARTIES HAVE READ AND UNDERSTOOD THE FOREGOING TERMS AND AGREE TO THEM, AS OF THE DATE ATTORNEY FIRST PROVIDED SERVICES. IF MORE THAN ONE CLIENT SIGNS BELOW, EACH AGREES TO BE LIABLE JOINTLY AND SEVERALLY FOR ALL OBLIGATIONS UNDER THIS AGREEMENT. THE CLIENT SHALL RECEIVE A FULLY EXECUTED DUPLICATE OF THIS AGREEMENT.

Dated: 10/15/16

**MICHAEL GRECCO**
Address: 3103 17 ST
SANTA MONICA, CA 90405
Telephone: (310) 452-4461

**HIGBEE & ASSOCIATES**

Dated:_____

Mathew Higbee, Founding Attorney

# EXHIBIT B

Higbee & Associates                                    A NATIONAL LAW FIRM

## ATTORNEY - CLIENT FEE CONTRACT

This **ATTORNEY-CLIENT CONTRACT** (the **"Agreement"**) is the written fee contract that California law requires lawyers to have with their clients. It is between **HIGBEE & ASSOCIATES** ("Attorney", "We", "Our" and "Us") and you, **MICHAEL GRECCO** and **MICHAEL GRECCO PRODUCTIONS, INC.** ("Client", "You", and "Your").

1. **CONDITIONS.** This agreement will not take effect, and Attorney will have no obligation to provide legal services until Client returns a signed copy of this Agreement, and pays the initial deposit, if any, called for under paragraph 7.

2. **SCOPE AND DUTIES.** Client is hiring Attorney to represent Client in Client's copyright claims. Attorney will represent Client through the pre-litigation process including negotiating a settlement of the claim. Attorney will also represent Client through the litigation process, including filing of lawsuit, pre-trial litigation, and trial preparation. Services in any manner not described above will require a separate written agreement.

3. **RESPONSIBILITIES OF THE PARTIES.** Attorney will provide those legal services reasonably required to represent Client in prosecuting the claims described in Paragraph 2 and will take reasonable steps to keep Client informed of progress and developments, and to respond promptly to inquiring and communications. Client agrees to be truthful with Attorney, to cooperate, to keep Attorney Informed of any information and developments which may come to Client's attention, to abide by this Agreement, to pay Attorney's bills for costs on time, and to keep Attorney advised of Client's address, telephone number, and whereabouts. Client agrees to appear at all legal proceeding when Attorney deems it necessary, and generally to cooperate fully with attorney in all matters related to the preparation and presentation of Client's claims. Client agrees to inform Attorney of any communication with opposing parties; if a settlement is made between Client and infringer, Attorney will be entitled to a portion of the settlement amount as set forth in Paragraph 4.

4. **LEGAL FEES.** Attorney will only be compensated for legal services rendered if a recovery is obtained for Client. If recovery is obtained, the fee to Attorney will be a percentage of the "net recovery" as follows: In copyright claims involving Timely Registered Images, if claim is settled after filing, but before Defense Answers the Complaint, the rate shall be 35%. If settled after filing after Defense Answers, but before start of trial, the rate shall be 40%. If settled at any point after the start of trial, the rate shall be 45%.

   In copyright claims involving Not-Timely Registered Images, Client agrees to pay Attorney a flat fee of $250. If claim is settled after filing of lawsuit, but before Defense Answers the Complaint, the rate shall be 35%. If settled after filing after Defense Answers, but before start of trial, the rate shall be 40%. If settled at any point after the start of trial, the rate shall be 45%. The term "net recovery" means the total of all amounts received by settlement, arbitration award or judgment, including any award of attorney's fees.

   In the event of Attorney's discharge or withdrawal as provided in Paragraph 9, Client agrees that, upon a payment of the settlement, arbitration award or judgment in the Client's favor in this matter, Attorney shall be entitled to be paid by Client a reasonable

**Corporate HQ** 1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
**Phone** (800) 716-1245  **Web** higbeeassociates.com

1

SER 0260

fee for the legal services provided. Such fee shall be determined by considering the following factors:

1. The actual number of hours expended by Attorney in performing legal services for Client;
2. Attorney's hourly rates;
3. The extent to which Attorney's services have contributed to the result obtained;
4. The amount of the fee in proportion to the value of the services performed;
5. The amount of recovery obtained;
6. Time limitations imposed on Attorney by Client or by the circumstances; and
7. The experience, reputation and ability of personnel performing the services.

**5.**      **NEGOTIABILITY OF FEES.**   The rates set forth above are not set by law, but are negotiable between an attorney and client.

**6.**      **COSTS AND LITIGATION EXPENSES.**   Attorney will incur various costs and expenses. Attorney will advance such costs and expenses and invoice Client net 90. Client will reimburse attorney for such advance costs and expenses.

**7.**      **DEPOSIT.**   Client agrees to pay Attorney an initial deposit for costs of $0 to be returned with this signed Agreement. Attorney will hold this initial deposit in a trust account. Client hereby authorizes Attorney to use that deposit to pay the costs, disbursements and other expenses incurred under this Agreement.

**8.**      **APPROVAL NECESSARY FOR SETTLEMENT.**   Attorney will not make any settlement or compromise of any nature of any of Client's claims without Client's prior approval. Client retains the absolute right to accept or reject any settlement. Client agrees to consider seriously any settlement offer Attorney recommends before making a decision to accept or reject such offer. Client agrees not to make any settlement or compromise of any nature of any of Client's claims without prior notice to Attorney.

**9.**      **DISCHARGE AND WITHDRAWAL.**   Client may discharge Attorney at any time, on written notice to us, and Attorney will immediately after receiving such notice cease to render additional services. Attorney may withdraw from representation of client (a) with client's consent, (b) on court approval, or (c) if no court action has been filed, on reasonable notice to client.

Notwithstanding Attorney's withdrawal or Client's notice of discharge, and without regard to the reasons for the withdrawal or discharge, Client will remain obligated to pay Attorney for all costs incurred prior to the termination and, in the event that there is any net recovery obtained by Client after conclusion of Attorney's services rendered from the effective date of this Agreement to the date of discharge.

**10.**     **CONCLUSION OF SERVICES.**   When Attorney's services conclude, all unpaid charges will immediately become due and payable. Attorney is authorized to use any funds held in Attorney's trust account as a deposit against costs to apply to such unpaid charges. After attorney's services conclude, Attorney will, upon client's request, deliver Client's file to client along with any client funds or property in Attorney's possession.

**Corporate HQ** 1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
**Phone** (800) 716-1245   **Web** higbeeassociates.com

2

SER 0261

**Higbee & Associates**                                    A NATIONAL LAW FIRM

11. **RECEIPT OF PROCEEDS.** All proceeds of Client's case shall be deposited into the Attorney's trust account for disbursement in accordance with the provisions of this Agreement.

12. **DISCLAIMER OF GUARANTEE.** Nothing in this Agreement and nothing in Attorney's statements to Client will be construed as a promise or guarantee about the outcome of this matter. Attorney makes no such promises or guarantees. There can be no assurance that Client will recover any sum or sums in this matter. Attorney's comments about the outcome of this matter are expressions of opinion only. Client acknowledges that Attorney has made no promise or guarantees about the outcome.

13. **ENTIRE AGREEMENT.** This Agreement contains the entire agreement of the parties. No other agreement, statement, or promise made on or before the effective date of this Agreement will be binding on the parties.

14. **MODIFICATION AND SEVERABILITY.** This Agreement may be modified by subsequent agreement of the parties or by an oral agreement only to the extent that the parties carry it out. If any condition of this Agreement is found to be unenforceable, the remainder of the provisions will remain in full effect.

15. **EFFECTIVE DATE.** This Agreement will take effect when Client has performed the conditions stated in Paragraph 1. The date at the beginning of the Agreement is for reference only. Even if this Agreement does not take effect, Client will be obligated to pay Attorney the reasonable value of any services Attorney may have performed for Client.

16. **VENUE AND COSTS.** Disputes arising out of this transaction shall be adjudicated in Orange County Superior Court in the State of California. Losing party shall pay all associated costs, such as but not limited to, attorney's fees and court costs.

THE PARTIES HAVE READ AND UNDERSTOOD THE FOREGOING TERMS AND AGREE TO THEM, AS OF THE DATE ATTORNEY FIRST PROVIDED SERVICES. IF MORE THAN ONE CLIENT SIGNS BELOW, EACH AGREES TO BE LIABLE JOINTLY AND SEVERALLY FOR ALL OBLIGATIONS UNDER THIS AGREEMENT. THE CLIENT SHALL RECEIVE A FULLY EXECUTED DUPLICATE OF THIS AGREEMENT.

**Dated**:_____        _____

                                          **MICHAEL GRECCO**
                                          Individually and On behalf of,
                                          MICHAEL GRECCO PRODUCTIONS, INC**.**
                                          Address:_____
                                          Telephone: _____

                                          **HIGBEE & ASSOCIATES**

**Dated:**_____        _____
                                          Mathew Higbee, Attorney

**Corporate HQ** 1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
**Phone** (800) 716-1245  **Web** higbeeassociates.com

3

SER 0262

# EXHIBIT C

SER 0263

# ATTORNEY - CLIENT CONTRACT

This **ATTORNEY-CLIENT CONTRACT (the "Agreement")** is between **THE LAW FIRM OF HIGBEE & ASSOCIATES** ("Attorney"), a California Corporation, and you, **Michael Grecco** and **Michael Grecco Productions, INC.** ("Client").

1. **CONDITIONS.** This agreement will not take effect, and Attorney will have no obligation to provide legal services until Client returns a signed copy of this Agreement.

2. **SCOPE AND DUTIES.** Client is hiring Attorney to **(a)** provide **reverse-image search** services. Client acknowledges that reverse-image search services are not perfect and may not find all known instances of Client's property being used. Client is under no obligation to compensate Attorney for the reverse-image search or to have Attorney pursue claims that arise from it; **(b)** represent Client in **pre-litigation negotiation** of copyright claims; and **(c)** represent Client in **copyright litigation**. Attorney will only pursue claims that are approved by Client. Attorney may elect not to pursue or cease pursuing a claim for any reason. Client is free to seek other counsel to pursue any claim at any stage, subject to the obligations described in Paragraph 7. Services in any manner not described above, will require a separate written agreement.

3. **RESPONSIBILITIES OF THE PARTIES.** Client agrees to be truthful with Attorney, to cooperate, to keep Attorney informed of any information and developments which may come to Client's attention, to abide by this Agreement, and to keep Attorney advised of Client's address, telephone number, and whereabouts. Client agrees to inform Attorney of any communication with opposing parties; if a settlement is made between Client and infringer, Attorney will be entitled to a portion of the settlement amount as set forth in Paragraph 4.

4. **ATTORNEY COMPENSATION.** Attorney is only compensated for work on claims that provide payment to Client. Attorney will be entitled to a percentage of the Gross Amount Collected as a result of any claim

   a. **PRE-LITIGATION COMPENSATION:** For all Claims that are settled in the pre-litigation stage, the Attorney will be entitled to a percentage of the Gross Amount Collected as a result of any claim. Attorney will entitled to 40% of the first $4,000 and 33% of the remainder of the settlement. For Example, if a claim generates $10,000 Client receives $6,420 ($2,400 for the first $4,000 and $4,020 for the remaining $6,000).

   b. **LITIGATION COMPENSATION:** For all Claims that are settled in the Litigation stage, the Attorney will be entitled to a percentage of the Gross Amount Collected as a result of any claim as follows. Attorney will be reimbursed for any fronted litigation costs (i.e. filing fees, process server fees, etc.) prior to the funds being split according to the percentages below. After reimbursement of costs, Attorney will retain 33% of any claim settled prior to the start of discovery and 40% of any claim settled after the start of discovery.

   c. **COMPENSATION IN THE EVENT OF A DISCHARGE:** In the event of Attorney's discharge or withdrawal as provided in Paragraph 7, Client agrees that, upon a payment of the settlement, arbitration award or judgment in the Client's favor in this matter, Attorney shall be entitled to be paid by Client a reasonable fee for the legal services provided. Such fee shall be determined by considering the following factors:

   1. The actual number of hours expended by Attorney in performing legal services for Client;
   2. Attorney's hourly rates;

SER 0264

3. The extent to which Attorney's services have contributed to the result obtained;
4. The amount of the fee in proportion to the value of the services performed;
5. The amount of recovery obtained;
6. Time limitations imposed on Attorney by Client or by the circumstances; and
7. The experience, reputation and ability of personnel performing the services.

**5.** **NEGOTIABILITY OF FEES.** The rates set forth above are not set by law, but are negotiable between an attorney and client.

**6.** **APPROVAL NECESSARY FOR SETTLEMENT.** Attorney will not make any settlement or compromise of any nature of any of Client's claims without Client's prior approval. Client retains the absolute right to accept or reject any settlement. Client agrees not to make any settlement or compromise of any nature of any of Client's claims without prior notice to Attorney.

**7.** **DISCHARGE AND WITHDRAWAL.** Client may discharge Attorney at any time, on written notice, and Attorney will immediately after receiving such notice cease to render additional services. In the event of Attorney's discharge by Client, Client agrees that, upon a payment of any settlement, arbitration award or judgment in the Client's favor upon any claim in which Attorney engaged in enforcement efforts, Attorney shall be paid the lower of (a) the schedule in Paragraph 4 or (b) based on the time Attorney worked on the claim ($350 for attorneys, $145 for staff). Attorney may cease to offer reverse image search at anytime. Client shall not be charged for reverse image search under any circumstances.

**8.** **RECEIPT OF PROCEEDS & DISBURSEMENTS.** All proceeds of Client's case shall be deposited into the Attorney's trust account for disbursement in accordance with the provisions of this Agreement. Disbursements to Client are sent by the 10th business in the month that that follows the payment being received and cleared.

**9.** **DISCLAIMER OF GUARANTEE.** Nothing in this Agreement or Attorney's statements to Client will be construed as a promise or guarantee about the outcome any matter. Attorney makes no such promises or guarantees.

**10.** **ENTIRE AGREEMENT.** This Agreement contains the entire agreement of the parties. No other agreement, statement, or promise made on or before the effective date of this Agreement will be binding on the parties.

**11.** **MODIFICATION AND SEVERABILITY.** This Agreement may be modified by subsequent agreement of the parties or by an oral agreement only to the extent that the parties carry it out. If any condition of this Agreement is found to be unenforceable, the remainder of the provisions will remain in full effect.

**12.** **EFFECTIVE DATE.** This Agreement will take effect upon the date of all parties receiving notice of acceptance of these terms via a signed document or written knowledge of acceptance of these terms.

2

SER 0265

13. **DISPUTES.** Any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration administered by the American Arbitration Association under its Commercial Arbitration Rules. The number of arbitrators shall be one. The place of arbitration shall be Orange County, CA. Parties may appear telephonically. Each party shall pay its own expenses. California law shall apply. Judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

Dated: ____9/11/2019____       _____

**Michael Grecco and Michael Grecco Productions INC. "Client"**

**HIGBEE & ASSOCIATES "Attorney"**

Dated: _____       _____

Mathew K. Higbee, Founding Attorney

3

SER 0266

# Exhibit B

SER 0267

| From: | Ryan Carreon |
| To: | Ryan Isenberg |
| Subject: | Miller v. 4Internet, LLC - FRE 408 Settlement Communication |
| Date: | Thursday, April 13, 2023 10:27:11 AM |

Hi Ryan,

I've had a chance to touch base with my client regarding the judgment. My client is considering filing Ch. 13 bankruptcy if he is unsuccessful on the pending appeal. Given his financial status, and the fact the current judgment is unsecured, it is likely that 4Internet would get pennies on the dollar or have the judgment completely wiped out in a bankruptcy scenario. Nonetheless, bankruptcy is not my client's preferred option. As such he is willing to offer $20k as a full settlement for all pending litigation in lieu of a bankruptcy filing.

Please let me know 4Internet's response at your earliest convenience.

Ryan E. Carreon
Senior Associate
Copyright Division

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Direct: (302) 482-3089
Mobile: (626) 533-7357 Fax: (714) 597-6559

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message.

# United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:18-cv-02097-JAD-VCF

| | |
|---|---|
| Miller v. 4Internet, LLC. et al | Date Filed: 10/31/2018 |
| Assigned to: Judge Jennifer A. Dorsey | Date Terminated: 07/05/2022 |
| Referred to: Magistrate Judge Cam Ferenbach | Jury Demand: Plaintiff |
| Case in other court: Ninth Circuit Court of Appeals, 22-16195 | Nature of Suit: 820 Copyright |
| Ninth Circuit, Court of Appeals, 23-15102 | Jurisdiction: Federal Question |
| Cause: 17:101 Copyright Infringement | |

**Plaintiff**

**Robert Miller**                                      represented by   **Ryan E. Carreon**
Higbee & Associates
1504 Brookhollow Drive
Suite 112
Santa Ana, CA 92705
714-617-8336
Email: rcarreon@higbee.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mathew K. Higbee**
Higbee & Associates
2445 Fire Mesa Street
Suite 150
Las Vegas, NV 89128
714-617-8300
Fax: 714-597-6559
Email: mhigbee@higbee.law
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Christopher Sadowski**                              represented by   **Mathew K. Higbee**
Higbee & Associates
3110 W. Cheyenne AVenue
Suite 200
North Las Vegas, 89 89128
714-617-8300
Fax: 714-597-6559
Email: mhigbee@higbee.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

SER 0269

**Defendant**

**4Internet, LLC.**                                    represented by  **Ryan Lance Isenberg**
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, GA 30328
770-351-4400
Fax: 770-828-0100
Email: ryan@isenberg-hewitt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Troy L. Isaacson**
Isaacson Law
9900 Covington Cross Drive
Suite 210b
Las Vegas, NV 89144
702-529-2559
Fax: 702-529-2558
Email: Troy@IsaacsonLawLV.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**AMERICA UNITED STATES OF**                    represented by  **Skyler Pearson**
US Attorney-District of Nevada
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101
702-388-6530
Email: skyler.pearson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**United States of America**                        represented by  **Skyler Pearson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**4Internet, LLC.**                                    represented by  **Ryan Lance Isenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy L. Isaacson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Mathew Higbee**
*TERMINATED: 07/10/2020*

represented by **Mathew K. Higbee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**The Law Firm of Higbee & Associates, APC**
*TERMINATED: 07/10/2020*

represented by **Mathew K. Higbee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan E. Carreon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Christopher Sadowski**
*TERMINATED: 07/10/2020*

represented by **Mathew K. Higbee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Robert Miller**
*TERMINATED: 07/10/2020*

represented by **Ryan E. Carreon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mathew K. Higbee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**4Internet, LLC.**

represented by **Ryan Lance Isenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy L. Isaacson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Mathew Higbee**
*TERMINATED: 07/10/2020*

represented by **Mathew K. Higbee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Robert Miller**
*TERMINATED: 07/10/2020*

represented by **Ryan E. Carreon**
(See above for address)

SER 0271

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mathew K. Higbee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Christopher Sadowski**                    represented by    **Mathew K. Higbee**
*TERMINATED: 07/10/2020*                                      (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**The Law Firm of Higbee & Associates,**    represented by    **Mathew K. Higbee**
**APC**                                                      (See above for address)
*TERMINATED: 07/10/2020*                                      *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2018 | 1 | COMPLAINT against 4Internet, LLC., DOES 1 through 10, inclusive (Filing fee $400 receipt number 0978-5305042) by Robert Miller. Proof of service due by 1/29/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet)(Higbee, Mathew)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 10/31/2018) |
| 10/31/2018 | 2 | CERTIFICATE of Interested Parties by Robert Miller that identifies all parties that have an interest in the outcome of this case. Other Affiliate Christopher Sadowski for Robert Miller added. (Higbee, Mathew) (Entered: 10/31/2018) |
| 10/31/2018 | | Case assigned to Judge Jennifer A. Dorsey and Magistrate Judge Cam Ferenbach. (JM) (Entered: 11/01/2018) |
| 11/01/2018 | 3 | AO 121 - REPORT on the filing or determination of an action or appeal regarding a copyright. Mailed to the Register of Copyrights, Copyright Office. (JM) (Entered: 11/01/2018) |
| 11/26/2018 | 4 | PROPOSED SUMMONS to be issued by Plaintiff Robert Miller. (Higbee, Mathew) (Entered: 11/26/2018) |
| 11/26/2018 | 5 | Summons Issued as to 4Internet, LLC. (JM) (Entered: 11/26/2018) |
| 01/10/2019 | 6 | WAIVER OF SERVICE Returned Executed by Robert Miller re 5 Summons Issued. 4Internet, LLC. waiver sent on 1/9/2019, answer due 3/10/2019. (Higbee, Mathew) (Entered: 01/10/2019) |
| 02/06/2019 | 7 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Ryan L. Isenberg and DESIGNATION of Local Counsel Troy L. Isaacson (Filing fee $ 250 receipt number 0978-5420485) by Defendant 4Internet, LLC.. (Isaacson, Troy) (Entered: 02/06/2019) |

| | | |
|---|---|---|
| 02/06/2019 | 8 | ORDER granting 7 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Ryan Lance Isenberg for 4Internet, LLC. and approving Designation of Local Counsel Troy Isaacson. Signed by Judge Jennifer A. Dorsey on 2/6/2019.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF - JM) (Entered: 02/07/2019) |
| 03/05/2019 | 9 | ANSWER to 1 Complaint,, (, Discovery Plan/Scheduling Order due by 4/19/2019.), COUNTERCLAIM against Robert Miller, Mathew Higbee, The Law Firm of Higbee & Associates, APC, Christopher Sadowski by 4Internet, LLC.. filed by 4Internet, LLC.. (Attachments: # 1 Local Rule 7.1-1 Disclosure, # 2 Summons, # 3 Summons, # 4 Summons)(Isenberg, Ryan)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 03/05/2019) |
| 03/05/2019 | 10 | NOTICE of Filing Exhibit "A" re 9 Counterclaim, by 4Internet, LLC. ,.. (Isenberg, Ryan) (Entered: 03/05/2019) |
| 03/06/2019 | 11 | Summons Issued as to Mathew Higbee, Christopher Sadowski, The Law Firm of Higbee & Associates, APC. (JM) (Entered: 03/06/2019) |
| 03/19/2019 | 12 | First STIPULATION FOR EXTENSION OF TIME (First Request) re 11 Summons Issued, 10 Notice (Other), 9 Answer to Complaint,,, Counterclaim,, by Counter Defendant Robert Miller. (Attachments: # 1 Proposed Order) (Higbee, Mathew) (Entered: 03/19/2019) |
| 03/21/2019 | 13 | ORDER granting 12 Stipulation; Robert Miller answer due 5/7/2019. Signed by Magistrate Judge Cam Ferenbach on 3/21/2019. (Copies have been distributed pursuant to the NEF - JM) (Entered: 03/21/2019) |
| 03/26/2019 | 14 | MOTION to Strike 9 Answer to Complaint,,, Counterclaim,, by Plaintiff Robert Miller. Responses due by 4/9/2019. (Higbee, Mathew) (Entered: 03/26/2019) |
| 04/07/2019 | 15 | STIPULATION FOR EXTENSION OF TIME (First Request) re 14 Motion to Strike by Defendant 4Internet, LLC.. (Attachments: # 1 Proposed Order) (Isenberg, Ryan) (Entered: 04/07/2019) |
| 04/08/2019 | 16 | ORDER granting 15 Stipulation; Re: 14 Motion to Strike. Responses due by 4/16/2019. Signed by Magistrate Judge Cam Ferenbach on 4/8/2019. (Copies have been distributed pursuant to the NEF - JM) (Entered: 04/08/2019) |
| 04/16/2019 | 17 | RESPONSE to 14 Motion to Strike by Defendant 4Internet, LLC.. Replies due by 4/23/2019. (Attachments: # 1 Exhibit A) (Isenberg, Ryan) (Entered: 04/16/2019) |
| 04/16/2019 | 18 | WAIVER OF SERVICE Returned Executed by 4Internet, LLC.. Mathew Higbee waiver sent on 3/8/2019, answer due 5/7/2019. (Isenberg, Ryan) (Entered: 04/16/2019) |
| 04/16/2019 | 19 | WAIVER OF SERVICE Returned Executed by 4Internet, LLC.. The Law Firm of Higbee & Associates, APC waiver sent on 3/8/2019, answer due 5/7/2019. (Isenberg, Ryan) (Entered: 04/16/2019) |
| 04/19/2019 | 20 | PROPOSED Discovery Plan/Scheduling Order by Plaintiff Robert Miller (Higbee, Mathew) (Entered: 04/19/2019) |
| 04/22/2019 | 21 | ORDER re 20 Joint Discovery Plan. Discovery Hearing set for 5/1/2019 at 01:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach. The call-in telephone number is (888)273-3658, access code: 3912597. Signed by Magistrate Judge Cam |

| | | |
|---|---|---|
| | | Ferenbach on 4/22/2019. (Copies have been distributed pursuant to the NEF - JM) (Entered: 04/22/2019) |
| 04/23/2019 | 22 | REPLY to Response to 14 Motion to Strike by Plaintiff Robert Miller. (Higbee, Mathew) (Entered: 04/23/2019) |
| 04/30/2019 | 23 | ORDER granting in part and denying in part 14 Motion to Strike; Defendant will have until May 14, 2019 to file the amended defenses. Signed by Magistrate Judge Cam Ferenbach on 4/30/2019. (Copies have been distributed pursuant to the NEF - JM) (Entered: 05/01/2019) |
| 05/01/2019 | 24 | MINUTES OF PROCEEDINGS - Hearing re proposed discovery plan and scheduling order 20 held on 5/1/2019 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *J. Ries*; Pla Counsel: *Mathew Higbee*; Def Counsel: *Troy Isaacson and Ryan Isenberg*; Recording start and end times: *1:02 - 1:06*; Courtroom: *3D*; The court canvasses and hears representations from the parties. Proposed Discovery Plan and Scheduling Order 20 is not approved at this time. Parties advise that a motion to dismiss will be filed in the near future. ORDERED that if no motion to dismiss is filed, the parties are to submit a proposed discovery plan and scheduling order by 5/21/19. If a motion to dismiss is filed, the parties are to submit a proposed discovery plan and scheduling order two weeks after the decision on motion to dismiss. **(no image attached)** (Copies have been distributed pursuant to the NEF - JAR) (Entered: 05/01/2019) |
| 05/07/2019 | 25 | MOTION to Dismiss by Counter Defendants Mathew Higbee, Robert Miller, Christopher Sadowski, The Law Firm of Higbee & Associates, APC, Plaintiff Robert Miller. Responses due by 5/21/2019. Discovery Plan/Scheduling Order due by 6/21/2019. (Attachments: # 1 Declaration of Eugene Sadowski, # 2 Declaration of Mathew K. Higbee) (Higbee, Mathew)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 05/07/2019) |
| 05/07/2019 | 26 | CERTIFICATE of Interested Parties by Christopher Sadowski. There are no known interested parties other than those participating in the case (Higbee, Mathew) (Entered: 05/07/2019) |
| 05/07/2019 | 27 | CERTIFICATE of Interested Parties by The Law Firm of Higbee & Associates, APC. There are no known interested parties other than those participating in the case (Higbee, Mathew) (Entered: 05/07/2019) |
| 05/07/2019 | 28 | CERTIFICATE of Interested Parties by Mathew Higbee. There are no known interested parties other than those participating in the case (Higbee, Mathew) (Entered: 05/07/2019) |
| 05/10/2019 | 29 | AMENDED ANSWER to 1 Complaint,, filed by 4Internet, LLC..(Isenberg, Ryan) (Entered: 05/10/2019) |
| 05/13/2019 | 30 | WAIVER OF SERVICE Returned Executed by 4Internet, LLC.. Christopher Sadowski waiver sent on 3/8/2019, answer 5/7/2019. (Isenberg, Ryan) (Entered: 05/13/2019) |
| 05/14/2019 | 31 | FIRST STIPULATION FOR EXTENSION OF TIME re 25 Motion to Dismiss, filed by Counter Defendant Robert Miller. (Attachments: # 1 Proposed Order) (Higbee, Mathew) (Entered: 05/14/2019) |
| 05/14/2019 | 32 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Jennifer A. Dorsey on 5/14/2019. Re 31 Stipulation to Extend Time. Local Rule IA 6-2 requires stipulations to incorporate an order in the form of a signature block that must not begin on a separate page but instead appear approximately 1 inch below the end of the stipulation itself. |

| | | |
|---|---|---|
| | | Because the parties Joint Stipulation for an Extension of Time 31 offers a proposed order in a separate document and not incorporated into the stipulation itself, the stipulation 31 is REJECTED without prejudice to the filing of a proper stipulation in the court-required form. **(no image attached)** (Copies have been distributed pursuant to the NEF - CS) (Entered: 05/14/2019) |
| 05/14/2019 | 33 | SECOND STIPULATION FOR EXTENSION OF TIME re 25 Motion to Dismiss, filed by Counter Defendant Robert Miller. (Higbee, Mathew) (Entered: 05/14/2019) |
| 05/17/2019 | 34 | ORDER granting 33 Stipulation; Re: 25 Motion to Dismiss, Responses due by 6/7/2019. Replies due by 6/21/2019. Signed by Judge Jennifer A. Dorsey on 5/17/2019. (Copies have been distributed pursuant to the NEF - JM) (Entered: 05/17/2019) |
| 06/07/2019 | 35 | RESPONSE to 25 Motion to Dismiss,, by Defendant 4Internet, LLC.. Replies due by 6/14/2019. (Attachments: # 1 Declaration of Michael Levy) (Isenberg, Ryan) (Entered: 06/07/2019) |
| 06/21/2019 | 36 | REPLY to Response to 25 Motion to Dismiss,, by Counter Defendants Mathew Higbee, Robert Miller, Christopher Sadowski, The Law Firm of Higbee & Associates, APC, Plaintiff Robert Miller. (Attachments: # 1 Exhibit Exhibit A) (Higbee, Mathew) (Entered: 06/21/2019) |
| 06/21/2019 | 37 | REQUEST for Judicial Notice re 36 Reply, by Counter Defendants Mathew Higbee, Robert Miller, Christopher Sadowski, The Law Firm of Higbee & Associates, APC, Plaintiff Robert Miller. (Attachments: # 1 Exhibit Exhibit B) (Higbee, Mathew) (Entered: 06/21/2019) |
| 07/03/2019 | 38 | RESPONSE to 37 Request for Judicial Notice, by Defendant 4Internet, LLC.. (Isenberg, Ryan) (Entered: 07/03/2019) |
| 01/08/2020 | 39 | ORDER granting in part 25 Motion to Dismiss; 4Internet has until January 20, 2020, to file its amended counter-complaint. Signed by Judge Jennifer A. Dorsey on 1/8/2020. (Copies have been distributed pursuant to the NEF - JM) (Entered: 01/08/2020) |
| 01/19/2020 | 40 | Amended COUNTERCLAIM against Mathew Higbee, Robert Miller, Christopher Sadowski, The Law Firm of Higbee & Associates, APC by 4Internet, LLC.. (Attachments: # 1 Exhibits A-D, # 2 Exhibit E) (Isenberg, Ryan) (Entered: 01/19/2020) |
| 02/09/2020 | 41 | MOTION to Dismiss re 40 Amended Counterclaims by Counter Defendants Mathew Higbee, Mathew Higbee, Robert Miller, Robert Miller, Christopher Sadowski, Christopher Sadowski, The Law Firm of Higbee & Associates, APC, The Law Firm of Higbee & Associates, APC, Plaintiff Robert Miller. Responses due by 2/23/2020. (Attachments: # 1 Declaration of Jason Dora, # 2 Exhibit A, # 3 Exhibit B) (Higbee, Mathew) Modified to link to underlying document on 2/10/2020 (EDS). (Entered: 02/09/2020) |
| 02/21/2020 | 42 | Joint MOTION Continue Stay of Discovery re 24 Miscellaneous Hearing,,, by Defendant 4Internet, LLC.. Responses due by 3/6/2020. (Isenberg, Ryan) (Entered: 02/21/2020) |
| 02/21/2020 | 43 | RESPONSE to 41 Motion to Dismiss, by Counter Claimant 4Internet, LLC.. Replies due by 2/28/2020. (Isenberg, Ryan) (Entered: 02/21/2020) |
| 02/26/2020 | 44 | ORDER granting 42 Motion; discovery is STAYED until 14 days after the court's decision on the Motion to Dismiss the Amended Counterclaim (ECF No. 42). <br><br> IT IS FURTHER ORDERED that the parties must file a proposed discovery plan and scheduling order 14 days after the court's decision on the Motion to Dismiss the Amended Counterclaim. |

| | | |
|---|---|---|
| | | Status Hearing set for 10/14/2020 at 10:30 AM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.<br><br>Signed by Magistrate Judge Cam Ferenbach on 2/25/2020. (Copies have been distributed pursuant to the NEF - JM) (Entered: 02/26/2020) |
| 02/28/2020 | 45 | REPLY to 43 Response to 41 Motion to Dismiss by Counter Defendants Mathew Higbee, Mathew Higbee, Robert Miller, Robert Miller, Christopher Sadowski, Christopher Sadowski, The Law Firm of Higbee & Associates, APC, The Law Firm of Higbee & Associates, APC, Plaintiff Robert Miller. (Higbee, Mathew) Modified to link to underlying motion on 3/2/2020 (EDS). (Entered: 02/28/2020) |
| 07/09/2020 | 46 | NOTICE of Change of Address by Troy l. Isaacson. (isaacson, Troy) (Entered: 07/09/2020) |
| 07/10/2020 | 47 | ORDER granting 41 Motion to Dismiss. 4Internet's counterclaims are DISMISSED with prejudice, except for its counterclaim against Sadowski seeking a declaration of noninfringement, which is DISMISSED without prejudice. Signed by Judge Jennifer A. Dorsey on 7/10/2020.(Copies have been distributed pursuant to the NEF - HAM) (Entered: 07/10/2020) |
| 07/23/2020 | 48 | NOTICE of Service of Subpoena by 4Internet, LLC.. (Isenberg, Ryan) (Entered: 07/23/2020) |
| 07/23/2020 | 49 | NOTICE of Constitutional Challenge by 4Internet, LLC.. (Isenberg, Ryan) (Entered: 07/23/2020) |
| 07/23/2020 | 50 | **VIEW 53 corrected image to** Joint Proposed Discovery Plan and Scheduling Order by Defendant 4Internet, LLC.. (Isenberg, Ryan) Modified on 7/27/2020 (MMM). (Entered: 07/23/2020) |
| 07/23/2020 | 51 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach on 7/23/2020. Re: 50 Joint Proposed Discovery Plan and Scheduling Order by Defendant 4Internet, LLC. Motion Hearing set for 7/28/**2020** at 10:00 AM in LV Chambers - Telephonic before Magistrate Judge Cam Ferenbach. The call-in telephone number is (888) 273-3658, access code: 3912597. (Copies have been distributed pursuant to the NEF - JM) (JM). Modified to attach on 7/23/2020 (JM). (Entered: 07/23/2020) |
| 07/24/2020 | 52 | CLERK'S NOTICE of violation of Local Rule LR IC 5-1. Attorney Action Required to ECF No. 50 . Document not signed by filing attorney(s).<br><br>Attorney Ryan Isenberg is advised to correct the deficiency and refile using the event *Notice of Corrected Image/Document* and link to 50 . Do not link to this notice.<br><br>**(no image attached)** (MMM) (Entered: 07/24/2020) |
| 07/27/2020 | 53 | NOTICE of Corrected Image/Document re 50 Discovery Plan and Scheduling Order by Defendant 4Internet, LLC.. (Service of corrected image is attached.) (Isenberg, Ryan) (Entered: 07/27/2020) |
| 07/27/2020 | 54 | SCHEDULING ORDER granting 50 Discovery Plan and Scheduling Order Discovery due by 3/1/2021. Motions due by 3/31/2021. Proposed Joint Pretrial Order due by 4/30/2021. The discovery hearing scheduled for July 28, 2020, is VACATED. Signed by Magistrate Judge Cam Ferenbach on 7/27/2020.(Copies have been distributed pursuant to the NEF - JM) (Entered: 07/27/2020) |
| 07/27/2020 | 55 | NOTICE PURSUANT TO LOCAL RULE IB 2-2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference - Exercise of Jurisdiction by a U.S. |

|  |  | Magistrate Judge" form on the Court's website - www.nvd.uscourts.gov. **AO 85 Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. (A copy of form AO 85 has been mailed to parties not receiving electronic service.) **(no image attached)** (JM) (Entered: 07/27/2020) |
|---|---|---|
| 09/06/2020 | 56 | MOTION to Quash *Subpoena to NYP Holdings, Inc.* re 48 Notice (Other) by Plaintiff Robert Miller. (Higbee, Mathew) (Entered: 09/06/2020) |
| 09/06/2020 | 57 | MOTION to Quash *Subpoena to NYP Holdings, Inc.* re 48 Notice (Other) by Movant Christopher Sadowski. (Higbee, Mathew) (Entered: 09/06/2020) |
| 09/06/2020 | 58 | MOTION to Stay Discovery re 48 Notice (Other) by Plaintiff Robert Miller. (Higbee, Mathew) (Entered: 09/06/2020) |
| 09/06/2020 | 59 | MOTION to Stay Discovery re 48 Notice (Other) by Movant Christopher Sadowski. (Higbee, Mathew) (Entered: 09/06/2020) |
| 09/11/2020 | 60 | RESPONSE to 59 Motion to Stay Discovery, 56 Motion to Quash, 58 Motion to Stay Discovery, 57 Motion to Quash by Defendant 4Internet, LLC.. Replies due by 9/18/2020. (Attachments: # 1 Declaration of Ryan Isenberg) (Isenberg, Ryan) (Entered: 09/11/2020) |
| 09/11/2020 | 61 | CLERK'S NOTICE of violation of Local Rules. Attorney Action Required to ECF No. 60 . Document was not filed pursuant to LR IC 2-2(b). For each type of relief requested or purpose, a separate document must be filed.<br><br>Attorney **Ryan Isenberg** is advised to refile ECF No. 60 using the correct "Motion for Attorney's Fees" event to be in compliance with LR IC 2-2(b) and LR IC 2-2(c) by filing two separate documents for each request or purpose. Do NOT refile the Response.<br><br>**(no image attached)** (MMM) (Entered: 09/11/2020) |
| 09/20/2020 | 62 | REPLY to Response to 59 Motion to Stay Discovery, 56 Motion to Quash, 58 Motion to Stay Discovery, 57 Motion to Quash by Plaintiff Robert Miller, Movant Christopher Sadowski. (Attachments: # 1 Declaration of Mathew K. Higbee, # 2 Exhibit A, # 3 Exhibit B) (Higbee, Mathew) (Entered: 09/20/2020) |
| 09/22/2020 | 63 | MOTION for Leave to File *Surreply* re 62 Reply, by Defendant 4Internet, LLC.. (Attachments: # 1 Proposed Surreply) (Isenberg, Ryan) (Entered: 09/22/2020) |
| 09/24/2020 | 64 | NOTICE *Acknowledgement of Constitutional Challenge* by AMERICA UNITED STATES OF re 49 Notice (Other). (Pearson, Skyler) (Entered: 09/24/2020) |
| 10/06/2020 | 65 | Joint MOTION (Joint Request) for Clarification Re: Status Hearing Scheduled for 10/14 re 44 Order on Motion,,,,,, by Defendant 4Internet, LLC.. Responses due by 10/20/2020. (Isenberg, Ryan) (Entered: 10/06/2020) |
| 10/07/2020 | 66 | ORDER that the status hearing scheduled for October 14, 2020, is VACATED. Signed by Magistrate Judge Cam Ferenbach on 10/6/2020. (Copies have been distributed pursuant to the NEF - JM) (Entered: 10/07/2020) |
| 10/09/2020 | 67 | ORDER denying 56 Motion to Quash; ORDER denying 57 Motion to Quash; ORDER denying 58 Motion to Stay Discovery; ORDER denying 59 Motion to Stay Discovery; ORDER denying 63 Motion for Leave to File Document; ORDER denying as moot 65 Motion; Signed by Magistrate Judge Cam Ferenbach on 10/9/2020. (Copies have been distributed pursuant to the NEF - JM) (Entered: 10/09/2020) |
| 11/30/2020 | 68 | MOTION to Compel by Defendant 4Internet, LLC.. Responses due by 12/14/2020. (Attachments: # 1 Brief in Support of Motion to Compel, # 2 Declaration of Counsel |

| | | |
|---|---|---|
| | | Regarding Efforts to Meet and Confer) (Isenberg, Ryan) (Entered: 11/30/2020) |
| 12/14/2020 | 69 | RESPONSE to 68 Motion to Compel by Plaintiff Robert Miller. Replies due by 12/21/2020. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Higbee, Mathew) (Entered: 12/14/2020) |
| 12/17/2020 | 70 | REPLY to Response to 68 Motion to Compel by Defendant 4Internet, LLC.. (Isenberg, Ryan) (Entered: 12/17/2020) |
| 12/21/2020 | 71 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach on 12/21/2020. Re: 68 MOTION to Compel by Defendant 4Internet, LLC. Motion Hearing set for 1/26/2021 at 01:00 PM in LV Courtroom 3D by videoconference before Magistrate Judge Cam Ferenbach. (Copies have been distributed pursuant to the NEF - JM) (Entered: 12/28/2020) |
| 12/28/2020 | 72 | Joint STATUS REPORT by Defendant 4Internet, LLC.. (Isenberg, Ryan) (Entered: 12/28/2020) |
| 01/15/2021 | 73 | MOTION for Protective Order by Plaintiff Robert Miller. (Attachments: # 1 Declaration of Saba A. Basria, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Higbee, Mathew) (Entered: 01/15/2021) |
| 01/20/2021 | 74 | RESPONSE to 73 Motion for Protective Order by Defendant 4Internet, LLC.. Replies due by 1/27/2021. (Isenberg, Ryan) (Entered: 01/20/2021) |
| 01/22/2021 | 75 | ORDER. IT IS HEREBY ORDERED that a video conference hearing on 73 the Motion for Protective Order is scheduled for 1:00 PM, 1/26/2021. Signed by Magistrate Judge Cam Ferenbach on 1/22/2021. (Copies have been distributed pursuant to the NEF - MR) (Entered: 01/22/2021) |
| 01/26/2021 | 76 | MINUTES OF PROCEEDINGS - Motion Hearing held on 1/26/2021 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *T. Renfro*; Pla Counsel: *Mathew Higbee*; Def Counsel: *Troy Isaacson, Ryan Isenberg*; Recording start and end times: *12:56 - 1:47 PM*; Courtroom: *3D*;<br><br>All parties appeared via video conference. The Court makes preliminary remarks and hears representations of counsel. ORDERED that 68 Motion to Compel is GRANTED in PART. The deadline to answer interrogatories and produce documents is March 26, 2021. FURTHER ORDERED that 73 Motion for Protective Order is GRANTED. The courtroom deputy will send an audio file to counsel.<br><br>(Copies have been distributed pursuant to the NEF - TR) (Entered: 01/26/2021) |
| 02/03/2021 | 77 | Joint STIPULATION FOR EXTENSION OF TIME (First Request) *on all Unexpired Case Deadlines* by Defendant 4Internet, LLC... (Isenberg, Ryan) (Entered: 02/03/2021) |
| 02/03/2021 | 78 | ORDER granting 77 Stipulation to Extend Discovery. Discovery due by 4/30/2021. Motions due by 6/1/2021. Proposed Joint Pretrial Order due by 7/1/2021. Signed by Magistrate Judge Cam Ferenbach on 2/3/2021. (Copies have been distributed pursuant to the NEF - HAM) (Entered: 02/03/2021) |
| 02/09/2021 | 79 | OBJECTION/APPEAL Magistrate Judge order or ruling under LR IB 3-1 re 76 Order on Motion to Compel,,, Order on Motion for Protective Order,,, Motion Hearing,, by Plaintiff Robert Miller. Responses due by 2/23/2021. (Higbee, Mathew) (Entered: 02/09/2021) |
| 02/19/2021 | 80 | RESPONSE to 79 Objection/Appeal Magistrate Judge Order/Ruling LR IB 3-1 by Defendant 4Internet, LLC.. (Isenberg, Ryan) (Entered: 02/19/2021) |

| | | |
|---|---|---|
| 02/22/2021 | 81 | **VIEW 83 corrected image to** MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Ryan E. Carreon and DESIGNATION of Local Counsel Mathew K. Higbee (Filing fee $ 250 receipt number 0978-6377461) by Plaintiff Robert Miller. (Attachments: # 1 Exhibit A, # 2 Certificate of Good Standing for Ryan E. Carreon) (Higbee, Mathew) Modified on 3/15/2021 (MMM). (Entered: 02/22/2021) |
| 03/01/2021 | 82 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Jennifer A. Dorsey on 3/1/2021. Re: 81 Motion for Permission to Practice Pro Hac Vice - Verified Petition. The verified petition does not comply with LR IA 11-2(b)(3). Counsel failed to attach the required "certification issued within six months before the date of filing of the verified petition [showing] that the applicant's membership is in good standing **from the state bar or from the clerk of court of the supreme court or highest admitting court of every state, territory, or insular possession of the United States** in which the applicant has been admitted to practice law." The certificate that counsel submitted from the United States District Court for the Central District of California does not satisfy this requirement. Counsel is advised to obtain the required certification, attach it to an amended petition, file the amended petition under the event titled "Notice of Corrected Image/Document," and link the amended petition to the originally filed petition. **(no image attached)** (Copies have been distributed pursuant to the NEF - CH) (Entered: 03/01/2021) |
| 03/15/2021 | 83 | NOTICE of Corrected Image/Document re 81 MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice ~~82 Minute Order~~ by Plaintiff Robert Miller. (Service of corrected image is attached.) (Attachments: # 1 Exhibit A, # 2 Certificate of Good Standing for Ryan E. Carreon) (Higbee, Mathew) Modified on 3/15/2021 to reflect correct docket entry relationship (MMM). (Entered: 03/15/2021) |
| 03/17/2021 | 84 | Joint MOTION to Stay Case re 79 Objection/Appeal Magistrate Judge Order/Ruling LR IB 3-1, 78 Order on Stipulation,, Scheduling Order, by Defendant 4Internet, LLC.. (Attachments: # 1 Proposed Order) (Isenberg, Ryan) (Entered: 03/17/2021) |
| 03/18/2021 | 85 | ORDER granting 84 Motion to Stay Discovery. The parties will confer and submit a joint stipulation as to the deadlines within seven days after the Court has ruled on the Objection. Signed by Magistrate Judge Cam Ferenbach on 3/18/2021. (Copies have been distributed pursuant to the NEF - DRS) (Entered: 03/18/2021) |
| 03/19/2021 | 86 | ORDER granting 81 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Ryan Carreon for Robert Miller and approving Designation of Local Counsel Mathew Higbee. Signed by Judge Jennifer A. Dorsey on 3/19/2021. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF - DRS) (Entered: 03/19/2021) |
| 07/27/2021 | 87 | ORDER. IT IS THEREFORE ORDERED that 79 Plaintiff Robert Miller's Objection to Order Granting Motion to Compel is OVERRULED. The parties must confer and submit a joint stipulation regarding deadlines by August 4, 2021.Signed by Judge Jennifer A. Dorsey on 7/27/2021. (Copies have been distributed pursuant to the NEF - YAW) Modified on 7/28/2021 (EDS). (Entered: 07/27/2021) |
| 08/04/2021 | 88 | Joint STIPULATION re Discovery Deadlines re 78 Order, by Defendant 4Internet, LLC. (Isenberg, Ryan) (Entered: 08/04/2021) |
| 08/05/2021 | 89 | ORDER Denying 88 Stipulation Extending Unexpired Deadlines. IT IS HEREBY ORDERED that the Stipulation Extending Unexpired Deadlines (ECF NO. 88 ) is DENIED without prejudice. Signed by Magistrate Judge Cam Ferenbach on 8/5/2021. (Copies have been distributed pursuant to the NEF - YAW) (Entered: 08/06/2021) |

| | | |
|---|---|---|
| 08/12/2021 | 90 | Joint STIPULATION FOR EXTENSION OF TIME (Second Request) re Discovery re 85 Order on Motion to Stay Case,,, 87 Order on Objection/Appeal Magistrate Judge Order/Ruling LR IB 3-1,,, 78 Order on Stipulation,, Scheduling Order, by Defendant 4Internet, LLC.. (Isenberg, Ryan) (Entered: 08/12/2021) |
| 08/13/2021 | 91 | ORDER Granting 90 Amended Stipulation Extending Unexpired Deadlines (Second Request) re 85 Order on Motion to Stay Case, 87 Order on Objection/Appeal Magistrate Judge Order/Ruling LR IB 3-1, 78 Order on Stipulation, Scheduling Order. Discovery due by 10/4/2021. Motions due by 11/1/2021. Proposed Joint Pretrial Order due by 12/1/2021. Signed by Magistrate Judge Cam Ferenbach on 8/13/2021. (Copies have been distributed pursuant to the NEF - YAW) (Entered: 08/13/2021) |
| 08/31/2021 | 92 | STIPULATED PROTECTIVE ORDER by Plaintiff Robert Miller. (Carreon, Ryan) (Entered: 08/31/2021) |
| 08/31/2021 | 93 | PROTECTIVE ORDER. ORDER Granting 92 Stipulated Protective Order. Signed by Magistrate Judge Cam Ferenbach on 8/31/2021. (Copies have been distributed pursuant to the NEF - YAW) (Entered: 09/01/2021) |
| 11/01/2021 | 94 | MOTION for Summary Judgment by Defendant 4Internet, LLC.. Responses due by 11/22/2021. (Attachments: # 1 Exhibit (A) Deposition Excerpts of Robert Miller, # 2 Exhibit (A-1) Miller Depo. Ex. 1 (NYP Production), # 3 Exhibit (A-2) Miller Depo. Ex. 2 (Rachman E-mail), # 4 Exhibit (A-3) Miller Depo. Ex. 3 (Fred the Goat Story), # 5 Exhibit (A-4) Miller Depo. Ex. 6 (GS to RM E-mail), # 6 Exhibit (A-5) Miller Depo. Ex. 7 (GS to RM E-mail), # 7 Exhibit (A-6) Miller Depo. Ex. 8 (Goat copyright certificate), # 8 Exhibit (A-7) Miller Depo. Ex. 11 (Miller Resp. to ROGS), # 9 Exhibit (A-8) Miller Depo. Ex. 14 (unsigned license), # 10 Exhibit (B) Deposition Excerpts of Michael Levy, # 11 Exhibit (B-1) Levy Depo. Ex. 4 (result page), # 12 Exhibit (B-2) Levy Depo. Ex. 8 (html of 4jewish.com page), # 13 Exhibit (B-3) Levy Depo. Ex. 10 (html of NYP story page (10/01/2018), # 14 Exhibit (B-4) Levy Depo. Ex. 11 (Higbee Visits) (Filed Manually), # 15 Exhibit (B-5) Levy Depo. Ex. 13 (html of NYP story page (01/11/2018), # 16 Exhibit (B-6) Levy Depo. Ex. 14 (Blacklisted images) (Filed Manually), # 17 Exhibit (B-7) Levy Depo. Ex. 18 (NYP RSS feed 01/20/20), # 18 Exhibit (B-8) Levy Depo. Ex. 20 (visits to the goat page) (Filed Manually), # 19 Exhibit (B-9) Levy Depo. Ex. 22 (Amended Expert Report), # 20 Exhibit (C) Levy Declaration, # 21 Exhibit (D) Google Documents, # 22 Exhibit (E) Deposition Excerpts of Christopher Sadowski, # 23 Exhibit (F) Deposition Excerpts of Eugene Sadowski, # 24 Exhibit (F-1) Eugene Depo. Ex. 2 (nutty news demand), # 25 Exhibit (F-2) Eugene Depo. Ex. 7 (pages 3-4 only)) (Isenberg, Ryan) (Entered: 11/01/2021) |
| 11/01/2021 | 95 | NOTICE of Manual Filing by Defendant 4Internet, LLC. re 94 Motion for Summary Judgment,,,,,,. Object: Thumb/Flash Drive, Volume(s): 1, Description: Docket Nos. 94-14, 94/16, and 94-18, manually filed with the Clerk's Office. (Isenberg, Ryan) (Entered: 11/01/2021) |
| 11/01/2021 | 96 | NOTICE of Change of Address by Troy L. Isaacson. (isaacson, Troy) (Entered: 11/01/2021) |
| 11/01/2021 | 97 | MOTION for Summary Judgment by Counter Defendants Robert Miller, Robert Miller, Plaintiff Robert Miller. Responses due by 11/22/2021. (Attachments: # 1 Separate Statement of Undisputed Facts, # 2 Index of Exhibits and Evidence, # 3 Declaration of Robert Miller, # 4 Declaration Eugene Sadowski, # 5 Declaration of Ryan E. Carreon) (Carreon, Ryan) (Entered: 11/01/2021) |
| 11/03/2021 | 98 | MOTION for Sanctions for Spoliation of Evidence and re 76 Order, filed by Defendant 4Internet, LLC.. Responses due by 11/17/2021. (Attachments: # 1 Exhibit (A) (Plaintiff's Initial Disclosures), # 2 Exhibit (B) (Sample Demand Letters), # 3 Exhibit (C) (Miller |

| | | |
|---|---|---|
| | | Depo. Excerpts, # 4 Exhibit (C-1) Miller Depo. Ex. 6, # 5 Exhibit (D) (C. Sadowski Depo. Excerpts), # 6 Exhibit (E) (E. Sadowski Depo. Excerpts)) (Isenberg, Ryan) (Entered: 11/03/2021) |
| 11/09/2021 | 99 | NOTICE *of Refiling of Index of Exhibits and Evidence* by Robert Miller re 97 Motion for Summary Judgment,. (Attachments: # 1 Index of Exhibits And Evidence) (Carreon, Ryan) (Entered: 11/09/2021) |
| 11/16/2021 | 100 | RESPONSE to 98 Motion for Sanctions,, by Plaintiff Robert Miller. Replies due by 11/23/2021. (Attachments: # 1 Declaration of Ryan E. Carreon) (Higbee, Mathew) (Entered: 11/16/2021) |
| 11/17/2021 | 101 | RESPONSE to 94 Motion for Summary Judgment,,,,,, by Interested Party United States of America. Replies due by 12/1/2021. (Pearson, Skyler) (Entered: 11/17/2021) |
| 11/19/2021 | 102 | NOTICE *of Refiling of Declaration of Ryan E. Carreon* by Robert Miller. (Attachments: # 1 Declaration of Ryan E. Carreon) (Higbee, Mathew) (Entered: 11/19/2021) |
| 11/19/2021 | 103 | RESPONSE to 97 Motion for Summary Judgment, by Defendant 4Internet, LLC.. Replies due by 12/3/2021. (Attachments: # 1 Exhibit G (Levy Depo. Excerpts), # 2 Exhibit H (Eugene Depo. Excerpts), # 3 Exhibit I (Miller Depo Excerpts), # 4 Exhibit J (Miller Depo Ex. 5), # 5 Exhibit K (Miller Depo. Ex. 13), # 6 Exhibit L (Isenberg Declaration with Exhibits)) (Isenberg, Ryan) (Entered: 11/19/2021) |
| 11/22/2021 | 104 | NOTICE of Refiling of Index of Exhibits and Evidence re 97 Motion for Summary Judgment by Robert Miller. (Attachments: # 1 Index of Exhibits and Evidence) (Carreon, Ryan) Modified text on 11/23/2021 (MR). (Entered: 11/22/2021) |
| 11/22/2021 | 105 | RESPONSE to 94 Motion for Summary Judgment,,,,,, by Plaintiff Robert Miller. Replies due by 12/6/2021. (Attachments: # 1 Statement of Genuine Disputes, # 2 Index of Exhibits And Evidence, # 3 Second Declaration of Eugene Sadowski, # 4 Second Declaration of Ryan E. Carreon, # 5 Evidentiary Objections) (Carreon, Ryan) (Entered: 11/22/2021) |
| 11/23/2021 | 106 | REPLY to Response to 98 Motion for Sanctions,, by Defendant 4Internet, LLC.. (Attachments: # 1 Exhibit (1) Miller Depo. Excerpts, # 2 Exhibit (2) Chris Depo. Excerpts, # 3 Exhibit (3) Eugene Depo. Excerpts, # 4 Exhibit (4) Levy Depo. Excerpts, # 5 Exhibit (5) Isenberg Declaration) (Isenberg, Ryan) (Entered: 11/23/2021) |
| 12/03/2021 | 107 | REPLY to Response to 97 Motion for Summary Judgment, by Counter Defendants Robert Miller, Robert Miller, Plaintiff Robert Miller. (Carreon, Ryan) (Entered: 12/03/2021) |
| 12/06/2021 | 108 | REPLY to Response to 94 Motion for Summary Judgment,,,,,, by Defendant 4Internet, LLC.. (Attachments: # 1 Excerpts of Deposition of Michael Levy, # 2 Response to Plaintiff's Evidentiary Objection) (Isenberg, Ryan) (Entered: 12/06/2021) |
| 02/22/2022 | 109 | ORDER Setting Hearing on 98 MOTION for Sanctions. Motion Hearing set for 3/21/2022 at 11:00 AM by Videoconference before Magistrate Judge Cam Ferenbach. Signed by Magistrate Judge Cam Ferenbach on 2/22/2022. (Copies have been distributed pursuant to the NEF - HAM) (Entered: 02/23/2022) |
| 03/21/2022 | 110 | MOTION to Stay Case by Plaintiff Robert Miller. Responses due by 4/4/2022. (Carreon, Ryan) (Entered: 03/21/2022) |
| 03/21/2022 | 111 | MINUTES OF PROCEEDINGS - Motion Hearing held on 3/21/2022 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *T. Renfro*; Pla Counsel: *Ryan Carreon*; Def Counsel: *Troy Isaacson, Ryan Isenberg*; Recording start and end times: *10:58 - 11:26 am*; Courtroom: *3D*; |

| | | |
|---|---|---|
| | | All parties appeared via video conference for this hearing. The Court makes preliminary remarks and hears representations of the parties. The plaintiff concedes that there is no relevant image on the defendant's website. The only issue is that there is an online link. IT IS ORDERED that 98 Motion for Sanctions is DENIED WITHOUT PREJUDICE. (Copies have been distributed pursuant to the NEF - TR) (Entered: 03/21/2022) |
| 03/22/2022 | 112 | RESPONSE to 110 Motion to Stay Case by Defendant 4Internet, LLC.. Replies due by 3/29/2022. (Isenberg, Ryan) (Entered: 03/22/2022) |
| 03/29/2022 | 113 | REPLY to 112 Response to 110 Motion to Stay Case by Plaintiff Robert Miller. (Higbee, Mathew) Modified to link to underlying motion on 3/30/2022 (EDS). (Entered: 03/29/2022) |
| 03/30/2022 | 114 | CLERK'S NOTICE Regarding Local Rule IC 5-1(b). ECF No. 113 was not filed pursuant to LR IC 5-1(b). Please note the signatory must be the attorney or pro se party who electronically files the document. No further action is required concerning this document at this time. **(no image attached)** (EDS) (Entered: 03/30/2022) |
| 04/20/2022 | 115 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Jennifer A. Dorsey on 4/20/2022. **NOTICE of ACTION required.** ECF No. 97 was not filed in compliance with Local Rules IC 2-2 and IA 10-3. These rules require a party filing exhibits to provide an index of exhibits; each exhibit must include a cover sheet describing the exhibit's contents; and each exhibit must be attached as a separate file (not as part of the base document). Please **refile this document and its exhibits in a manner that complies with these rules within 5 days.** Failure to do so may result in the denial of this motion without prejudice. (Copies have been distributed pursuant to the NEF - AT) (Entered: 04/20/2022) |
| 04/20/2022 | 116 | EXHIBIT *INDEX* to 97 Motion for Summary Judgment, by Plaintiff Robert Miller. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22) (Higbee, Mathew) (Entered: 04/20/2022) |
| 07/05/2022 | 117 | ORDER. IT IS THEREFORE ORDERED that 4Internet, LLC's motion for summary judgment [ECF No. 97 ] is GRANTED and Robert Miller's motion for summary judgment [ECF No. 94 ] is DENIED. The Clerk of Court is directed to ENTER SUMMARY JUDGMENT in favor of the defendant and CLOSE THIS CASE. IT IS FURTHER ORDERED that Miller's motion to stay [ECF No. 110 ] is DENIED. Signed by Judge Jennifer A. Dorsey on 7/5/2022. (Copies have been distributed pursuant to the NEF - YAW) (Entered: 07/05/2022) |
| 07/05/2022 | 118 | JUDGMENT entered in favor of Defendant 4Internet, LLC., and against Plaintiff Robert Miller. Signed by Clerk of Court Debra K. Kempi on 7/5/2022. (Copies have been distributed pursuant to the NEF - YAW) (Entered: 07/05/2022) |
| 07/06/2022 | 119 | AO 121 - REPORT on the filing or determination of an action or appeal regarding a copyright. Mailed to the Register of Copyrights, Copyright Office. (Attachments: # 1 Order - Summary Judgment, # 2 Judgment) (YAW) (Entered: 07/06/2022) |
| 07/06/2022 | 120 | BILL OF COSTS by Defendant 4Internet, LLC.. Objection to Bill of Costs due by 7/20/2022. Tax Bill of Costs by 7/27/2022. (Attachments: # 1 Declaration) (Isenberg, Ryan) (Entered: 07/06/2022) |

| | | |
|---|---|---|
| 07/11/2022 | 121 | MOTION for Attorney Fees by Defendant 4Internet, LLC.. (Postjudgment) by Defendant 4Internet, LLC.. Responses due by 7/25/2022. (Attachments: # 1 Miller Deposition Excerpts, # 2 Levy Deposition Excerpts, # 3 Brief in Support of Motion)(Isenberg, Ryan) (Entered: 07/11/2022) |
| 07/11/2022 | 122 | DECLARATION of Ryan Isenberg in Support of Motion for Attorney's Fees re 121 Motion for Attorney Fees, by Defendant 4Internet, LLC... (Attachments: # 1 Exhibit A (Spreadsheet of Fees and Expenses Charged by Ryan Isenberg), # 2 Exhibit B (Fees and Expenses Charged by Troy Isaacson), # 3 Exhibit C (Certain Expense Backup))(Isenberg, Ryan) (Entered: 07/11/2022) |
| 07/19/2022 | 123 | MOTION for Attorney Fees *pursuant to 28 U.S.C. § 1927* re 47 Order on Motion to Dismiss, 39 Order on Motion to Dismiss, by Counter Defendants Mathew Higbee, Mathew Higbee, The Law Firm of Higbee & Associates, APC, The Law Firm of Higbee & Associates, APC. (Postjudgment) Responses due by 8/2/2022. (Attachments: # 1 Declaration of Ryan E. Carreon)(Higbee, Mathew) (Entered: 07/19/2022) |
| 07/25/2022 | 124 | STIPULATION FOR EXTENSION OF TIME (First Request) re 123 Motion for Attorney Fees, by Defendant 4Internet, LLC.. (Attachments: # 1 Proposed Order)(Isenberg, Ryan) (extend) (nondispositive) (Entered: 07/25/2022) |
| 07/25/2022 | 125 | RESPONSE to 121 Motion for Attorney Fees, by Plaintiff Robert Miller. Replies due by 8/1/2022. (Attachments: # 1 Declaration of Ryan E. Carreon)(Higbee, Mathew) (Entered: 07/25/2022) |
| 07/26/2022 | 126 | CLERK'S NOTICE Regarding Local Rule IC 5-1(b). ECF No. 125 was not filed pursuant to LR IC 5-1(b) by attorneys Mathew K. Higbee and Ryan E. Carreon. Please note the signatory must be the attorney or pro se party who electronically files the document. No further action is required concerning this document at this time. **Do not refile document. (no image attached)** (SLD) (Entered: 07/26/2022) |
| 07/26/2022 | 127 | STIPULATION FOR EXTENSION OF TIME (First Request) to File Reply to 125 Response to 121 MOTION for Attorney Fees, by Defendant 4Internet, LLC. (Attachments: # 1 Proposed Order)(Isenberg, Ryan) (extend) (nondispositive) Modified on 7/26/2022 to relink document (SLD). (Entered: 07/26/2022) |
| 08/03/2022 | 128 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Jennifer A. Dorsey on 8/3/2022. Good cause appearing, IT IS ORDERED that the stipulations to extend briefing deadlines 124 127 are GRANTED. 4Internet's deadline to file a reply in support of its motion for fees 121 is extended to August 12, 2022, and its deadline to respond to the Higbee Counterclaim Defendants' motion for fees 123 is extended to August 23, 2022. (Copies have been distributed pursuant to the NEF - JAD) (Entered: 08/03/2022) |
| 08/04/2022 | 129 | NOTICE OF APPEAL by Plaintiff Robert Miller. Filing fee $ 505, receipt number ANVDC-6999310. E-mail notice (NEF) sent to the US Court of Appeals, Ninth Circuit. (Higbee, Mathew) (Entered: 08/04/2022) |
| 08/05/2022 | 130 | Designation of Transcripts and Transcript Order forms and instructions for 129 Notice of Appeal. The forms may also be obtained on the Court's website at www.nvd.uscourts.gov. (Attachments: # 1 transcript order form) (EDS) (Entered: 08/05/2022) |
| 08/08/2022 | 131 | COSTS TAXED in the amount of $ 6,067.15 against Robert Miller re 120 Bill of Costs. (TRW) (Entered: 08/08/2022) |
| 08/09/2022 | 134 | USCA ORDER for Time Schedule as to 129 Notice of Appeal filed by Robert Miller. **USCA Case Number 22-16195.** (Copies have been distributed pursuant to the NEF - KF) (Entered: 08/12/2022) |

| | | |
|---|---|---|
| 08/11/2022 | 132 | RESPONSE to 123 Motion for Attorney Fees, by Defendant 4Internet, LLC.. Replies due by 8/18/2022. (Attachments: # 1 Declaration of Ryan Isenberg, # 2 Excerpts from Deposition of Robert Miller)(Isenberg, Ryan) (Entered: 08/11/2022) |
| 08/11/2022 | 133 | REPLY to Response to 121 Motion for Attorney Fees, by Defendant 4Internet, LLC.. (Isenberg, Ryan) (Entered: 08/11/2022) |
| 08/12/2022 | 135 | MOTION for Bond by Defendant 4Internet, LLC.. Responses due by 8/26/2022. (Isenberg, Ryan) (Postjudgment) (Entered: 08/12/2022) |
| 08/22/2022 | 136 | Joint STIPULATION FOR EXTENSION OF TIME (First Request) to File Reply re 123 MOTION for Attorney Fees pursuant to 28 U.S.C. § 1927 by Plaintiff Robert Miller. (Attachments: # 1 Proposed Order)(Higbee, Mathew) (extend) (nondispositive) Modified to link to underlying motion on 8/23/2022 (EDS). (Entered: 08/22/2022) |
| 08/24/2022 | 137 | REPLY to Response to 123 Motion for Attorney Fees, by Counter Defendant The Law Firm of Higbee & Associates, APC. (Carreon, Ryan) Modified text on 8/25/2022 (EDS). (Entered: 08/24/2022) |
| 08/26/2022 | 138 | RESPONSE to 135 Motion for Bond by Plaintiff Robert Miller. Replies due by 9/2/2022. (Carreon, Ryan) (Entered: 08/26/2022) |
| 08/30/2022 | 139 | ORDER Granting 136 Stipulation to Extend Deadlines to File a Reply to 123 Motion. Replies due by 8/24/2022. Signed by Judge Jennifer A. Dorsey on 8/30/2022.(Copies have been distributed pursuant to the NEF - KF) (Entered: 08/30/2022) |
| 12/20/2022 | 140 | ORDER that 4Internets motion for attorneys fees and nontaxable costs [ECF No. 121 ] is GRANTED in part. Judge Dorsey awards 4Internet $93,577.95 in attorneys fees and $6,026.47 in nontaxable costs. The Clerk of the Court is directed to ENTER AN AMENDED JUDGMENT accordingly.<br>IT IS FURTHER ORDERED that 4Internets motion for an appeal bond [ECF No. 135 ] is GRANTED in part. The court orders Miller to post a bond in the amount of $7,500 if he wishes to continue pursuing his appeal.<br>IT IS FURTHER ORDERED that Higbees motion for sanctions [ECF No. 123 ] is DENIED. Signed by Judge Jennifer A. Dorsey on 12/20/2022. (Copies have been distributed pursuant to the NEF - TRW) (Entered: 12/20/2022) |
| 12/20/2022 | 141 | AMENDED JUDGMENT on Attorney Fees in favor of 4Internet, LLC. against Robert Miller in the amount of $93,577.95 in attorneys fees and $6,026.47in nontaxable costs. Signed by Clerk of Court Debra K. Kempi on 12/20/2022. (Copies have been distributed pursuant to the NEF - TRW) (Main Document 141 replaced on 12/20/2022) (TRW). (Entered: 12/20/2022) |
| 01/18/2023 | 142 | NOTICE OF APPEAL as to 140 Order on Motion for Attorney Fees,,,,,, Order on Motion for Bond,,,,, by Counter Defendants Mathew Higbee, Mathew Higbee, The Law Firm of Higbee & Associates, APC, The Law Firm of Higbee & Associates, APC. Filing fee $ 505, receipt number ANVDC-7176434. E-mail notice (NEF) sent to the US Court of Appeals, Ninth Circuit. (Higbee, Mathew) (Entered: 01/18/2023) |
| 01/20/2023 | 143 | **ERROR: Filed incorrectly. Notice to counsel entered.** ~~NOTICE *OF CERTIFICATE OF CASH DEPOSIT*~~ by Robert Miller.. (Attachments: # ~~1~~ Order, # ~~2~~ ~~Bond for Appeal~~) ~~(Higbee, Mathew)~~ (Entered: 01/20/2023) |
| 01/23/2023 | 144 | CLERK'S NOTICE. Attorney Action Required re 143 Notice. ERROR: Document was not filed in accordance with the Local Rules. Certificates of Cash Deposit shall be filed in person or mailed to the Court, with a properly completed Certificate of Cash Deposit presented with the funds. Document 143 terminated by the Clerk's Office. **(no image attached)** (EDS) (Entered: 01/23/2023) |

| 01/25/2023 | 145 | USCA ORDER for Time Schedule as to 142 Notice of Appeal, filed by The Law Firm of Higbee & Associates, APC, Mathew Higbee. **USCA Case Number 23-15102**. (Copies have been distributed pursuant to the NEF - TRW) (Entered: 01/25/2023) |
| 01/31/2023 | 146 | BOND FOR APPEAL in the amount of $7,500 by Plaintiff Robert Miller. Receipt # 55429. (Copies have been distributed pursuant to the NEF - TRW) (Entered: 01/31/2023) |
| 04/07/2023 | 147 | MOTION to Compel *Compliance with Post Judgment Subpoena to Higbee & Associates* by Defendant 4Internet, LLC.. Responses due by 4/21/2023. (Attachments: # 1 Declaration of Ryan Isenberg, # 2 Excerpts from Deposition of Robert Miller)(Isenberg, Ryan) (discovery) (Entered: 04/07/2023) |
| 04/21/2023 | 148 | RESPONSE to 147 Motion to Compel, by Counter Defendant The Law Firm of Higbee & Associates, APC. Replies due by 4/28/2023. (Attachments: # 1 Declaration of Mathew K. Higbee)(Higbee, Mathew) (Entered: 04/21/2023) |
| 04/24/2023 | 149 | CLERK'S NOTICE Regarding Local Rule IC 5-1(b). ECF No. 148 Response was not filed pursuant to LR IC 5-1(b). Please note the signatory must be the attorney or pro se party who electronically files the document. No further action is required concerning this document at this time. **(no image attached)** (EDS) (Entered: 04/24/2023) |
| 04/25/2023 | 150 | REPLY to Response to 147 Motion to Compel, by Defendant 4Internet, LLC.. (Isenberg, Ryan) (Entered: 04/25/2023) |
| 05/31/2023 | 151 | ORDER Denying 147 Motion to Compel Compliance with Post Judgment Subpoena to Higbee & Associates. Signed by Magistrate Judge Cam Ferenbach on 5/31/2023.(Copies have been distributed pursuant to the NEF - ABG) (Entered: 05/31/2023) |
| 06/01/2023 | 152 | MOTION to Reconsider re 140 Order by Plaintiff Robert Miller. Responses due by 6/15/2023. (JQC) (DJorder) (Entered: 06/02/2023) |
| 06/06/2023 | 153 | RESPONSE to 152 Motion for Reconsideration by Defendant 4Internet, LLC.. Replies due by 6/13/2023. (Attachments: # 1 Exhibit A ( Grecco Malpractice Complaint), # 2 Exhibit B (Offer to Settle))(Isenberg, Ryan) (Entered: 06/06/2023) |
| 06/14/2023 | 154 | MOTION to Withdraw as Attorney by Mathew K. Higbee for Plaintiff Robert Miller. Responses due by 6/28/2023. (Attachments: # 1 Declaration of Mathew K. Higbee) (Higbee, Mathew) (Entered: 06/14/2023) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/20/2023 12:19:48 | | |
| **PACER Login:** | RYANISENBERG | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-02097-JAD-VCF |
| **Billable Pages:** | 16 | **Cost:** | 1.60 |

SER 0285