UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| 4INTERNET, LLC,<br><br>    Defendant - Appellee,<br><br> v.<br><br>MATHEW HIGBEE; HIGBEE & ASSOCIATES, APC,<br><br>    Counter-defendants - Appellants. | No. 23-15102<br><br>D.C. No. 2:18-cv-02097-JAD-VCF<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

 The Court sua sponte grants appellants Mathew Higbee and Higbee & Associates, APC a 1-day extension of time to file the reply brief, which was not timely submitted. The reply brief submitted on July 12, 2023 is filed.

 Within 7 days of this order, appellants are ordered to file 6 copies of the brief in paper format with gray covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

 The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

                                        FOR THE COURT:

                                        MOLLY C. DWYER
                                        CLERK OF COURT