UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT MILLER, | No. 22-16195 |
| Plaintiff-Appellant, | D.C. No. 2:18-cv-02097-JAD-VCF |
| v. | District of Nevada, Las Vegas |
| 4INTERNET, LLC, | |
| Defendant-Appellee, | ORDER |
| and | |
| CHRISTOPHER SADOWSKI, | |
| Counter-defendant, | |
| UNITED STATES OF AMERICA, | |
| Real-party-in-interest. | |
| ROBERT MILLER, | No. 23-15102 |
| Plaintiff, | D.C. No. 2:18-cv-02097-JAD-VCF |
| v. | |
| 4INTERNET, LLC, | |
| Defendant-Appellee, | |
| v. | |
| MATHEW HIGBEE; HIGBEE & ASSOCIATES, APC, | |

Counter-defendants-Appellants,

and

CHRISTOPHER SADOWSKI,

Counter-defendant,

UNITED STATES OF AMERICA,

Real-party-in-interest.

Appellant Robert Miller's motion to stay appellate proceedings (Dkt. No. 35) in 22-16195 is GRANTED. The companion appeal 23-15102 is also stayed. Oral argument for both appeals, currently scheduled for October 4, 2023, in Las Vegas, Nevada is VACATED.

Appellate proceedings are stayed pending this court's resolution of *Hunley v. Instagram*, 22-15293, or until further order of this court.

Appellant shall notify the court by filing a status report within 7 days of the resolution of *Hunley v. Instagram*.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

2